# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO: 4:18cr76/RH**

**SCOTT CHARLES MADDOX**
**JANICE PAIGE CARTER-SMITH**
 **and**
**JOHN THOMAS BURNETTE**
_____/

## NOTICE OF LIS PENDENS
## RE: FORFEITURE

**GRANTEE**:   GOVERNANCE SERVICES , LLC, a Florida limited liability company

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on May 9, 2019, a Superseding Indictment was returned by a Grand Jury sitting in the Northern District of Florida, Tallahassee Division, charging the above defendants, with violations of Title 18, United States Code, Sections 1962(d), 1344(2), 1014, 1951, 1341 & 1346, 1343 & 1346, and 1952(a)(3). The Superseding Indictment, dated May 9, 2019, included a criminal forfeiture allegation forfeiting

1

to the United States of America, pursuant to Title 18, United States Code, Section 1963, and Title 28, United States Code, Section 2461(c), all of the defendant's interest in:

    a.    Property, real and personal, constituting, and derived from, proceeds traceable to such offense; and as a result of the forfeiture count, proceedings have commenced against **Real Property located at 502 N. Adams Street, Tallahassee, Florida, with all improvements and appurtenances thereon, more particularly described as:**

> **Lot Numbered 184, in the North Addition of the City of Tallahassee, recorded in Plat Book 1, Page 11, of the Public Records of Leon County, Florida.**

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 18, United States Code, Section 1963(i) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning

the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 18 United States Code, Section 1963(l).

Dated this 9th day of May, 2019.

                                        Respectfully submitted,

                                        LAWRENCE KEEFE
                                        United States Attorney

                                        */s/ Stephen M. Kunz*
                                        STEPHEN M. KUNZ
                                        Assistant United States Attorney
                                        Florida Bar 0322415
                                        Northern District of Florida
                                        111 North Adams Street, 4th Floor
                                        Tallahassee, Florida 32301
                                        (850) 942-8430

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and Cody Short and Stephen Dobson, counsel for Scott Maddox; and Stephen Webster, counsel for Janice Carter-Smith are registered with CM/ECF to receive electronic notification.

                                        */s/ Stephen M. Kunz*
                                        STEPHEN M. KUNZ
                                        Assistant United States Attorney