IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:18cr76-RH-CAS

SCOTT CHARLES MADDOX,
JANICE PAIGE CARTER-SMITH, and
JOHN THOMAS BURNETTE.

     Defendants.

_____/

## ORDER UNSEALING THE MOTION
## FOR LEAVE TO WITHDRAW

The attorney Stephen G. Webster has moved for leave to withdraw from representation of the defendant Janice Paige Carter-Smith. Mr. Webster tendered the motion for filing under seal, but nothing in the motion warrants sealing, as Mr. Webster acknowledged at a status hearing on May 21, 2019. This order unseals the motion.

The motion's account of a March 29, 2019 hearing on Ms. Carter-Smith's representation should be clarified. At that hearing, after Mr. Webster said Ms. Carter-Smith did not have cash with which to pay an attorney, I asked Mr. Webster whether Ms. Carter-Smith would qualify for appointment of an attorney. He said

no, explaining that she had nonliquid assets. I had no other financial information and did not make a decision on whether Ms. Carter-Smith would qualify for appointment of an attorney. No request for appointment of an attorney was made.

At the March 29 hearing and the more recent May 21 hearing, I did not encourage or support any course of action by Ms. Carter-Smith. The decision how to proceed is hers alone, subject to this limitation: prior or future delay in squaring away her representation will not be a basis to delay the trial.

IT IS ORDERED:

The clerk must unseal ECF No. 85.

SO ORDERED on May 22, 2019.

                                        s/Robert L. Hinkle
                                        United States District Judge