IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:18cr76-RH-CAS

SCOTT CHARLES MADDOX,
JANICE PAIGE CARTER-SMITH,
and JOHN THOMAS BURNETTE,

      Defendants.

_____/

## ORDER DENYING THE MOTION
## TO COMPEL DISCOVERY

The defendant, John Thomas Burnette's motion to compel discovery, ECF No. 75, is denied without prejudice.

SO ORDERED on May 22, 2019.

                                      s/Robert L. Hinkle
                                      United States District Judge