IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.  4:18CR-76-RH

SCOTT CHARLES MADDOX,
JANICE PAIGE CARTER-SMITH,
    and
JOHN THOMAS BURNETTE.
_____/

## UNOPPOSED MOTION TO ALLOW TRAVEL

COMES NOW, the Defendant, JOHN THOMAS BURNETTE, by and through his undersigned counsel, R. TIMOTHY JANSEN and hereby files this Unopposed Motion to Allow Travel and further states:

1. The Defendant, JOHN THOMAS BURNETTE, is scheduled to travel to Alaska from June 27, 2019 to July 4, 2019 for a prepaid family vacation.

2. Assistant United States Attorney Stephen Kunz has been contacted and stated he has no objection to the Defendant traveling to Alaska from June 27, 2019 to July 4, 2019 for family vacation.

3. Probation Officer Carlin Samples has been contacted and stated he has no objection to the Defendant traveling to Alaska from June 27, 2019 to July 4, 2019 for family vacation.

WHEREFORE, the Defendant, JOHN THOMAS BURNETTE, by and through his undersigned attorney respectfully request this Honorable Court grant the above motion and issue an Order allowing the Defendant to travel to Alaska from June 27, 2019 to July 4, 2019.

Respectfully submitted,

*/s/ R. Timothy Jansen*
R. TIMOTHY JANSEN
FL BAR NO.: 0691208
125 North Franklin Blvd.
Tallahassee, Florida 32301
Telephone No.: (850) 224-1440
Fax No.: (850) 224-0381
jansen@jansenlawoffice.com

*Attorney for Defendant John Thomas Burnette*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of May 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Stephen M. Kunz, Esq.**
Assistant U.S. Attorney
Office of the U.S. Attorney
111 North Adams Street
4th Floor
Tallahassee, FL 32301
Stephen.Kunz@usdoj.gov

**Peter Nothstein, Esq.**
U.S. Trial Attorney
U.S. Department of Justice
Public Integrity Section,
    Criminal Division
1400 New York Avenue, NW
Suite 1200
Washington, D.C. 20005
Peter.nothstein@usdoj.gov

**Andrew J. Groban**
Assistant U.S. Attorney
Office of the U.S. Attorney
111 North Adams Street
4th Floor
Tallahassee, FL 32301
andrew.grogan@usdoj.gov

**Gary K. Milligan, II**
Assistant U.S. Attorney
Office of the U.S. Attorney
111 North Adams Street
4th Floor
Tallahassee, FL 32301
gary.milligan@usdoj.gov

**Simon J. Cataldo, Esq.**
U.S. Trial Attorney
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, Suite 1200
Washington, D.C. 20005
Simon.Cataldo@usdoj.gov

**Rosaleen Tobin O'Gara**
U.S. Trial Attorney
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, Suite 1200
Washington, D.C. 20005
rosaleen.o'gara2@usdoj.gov

**Stephen Dobson, III, Esq.**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Monroe Park Tower
101 N Monroe Street, Suite 925
Tallahassee, FL 32301
Sdobson@bakerdonelson.com
*Attorney for Scott Charles Maddox*

**Stephen G. Webster**
Law Offices of Stephen G. Webster LLC
1615 Village Square Blvd., Suite 5
Tallahassee, FL 32309
sw@swebsterlaw.net
*Attorney for Janice Paige Carter-Smith*

**Cody William Short**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Monroe Park Tower
101 N Monroe Street, Suite 925
Tallahassee, FL 32301
cshort@bakerdonelson.com
*Attorney for Scott Charles Maddox*

                                                          */s/ R. Timothy Jansen*
                                                          Attorney