# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:18cr76-RH-CAS

JOHN THOMAS BURNETTE.

    Defendant.

_____/

# ORDER ALLOWING THE DEFENDANT TO
# AMEND HIS WITNESS AND EXHIBIT LISTS,
# REQUIRING THE GOVERNMENT TO REFORMAT
# ITS DISCOVERY, AND DENYING THE MOTIONS
# TO DISMISS, SEVER, AND CONTINUE

For the reasons set out on the record of the hearing on August 6, 2019 and upon full review of the record and the parties' submissions,

IT IS ORDERED:

1. The defendant John Thomas Burnette's motion to sever, ECF No. 112, is denied as moot.

2. Mr. Burnette's motion to dismiss, ECF No. 113, is denied.

3. Mr. Burnette's motion to continue the trial, ECF No. 124, is denied.

4. Mr. Burnette's motions, ECF Nos. 124 and 126, to extend the deadline to serve his witness and exhibit lists are granted in part. Mr. Burnette may serve amended witness and exhibit lists by August 8, 2019.

5. By August 22, 2019, the government must again provide to Mr. Burnette's attorneys the documents the government provided earlier—this time using Relativity software. Any further document production must use Relativity software. The attorneys for both sides should confer to ensure compatibility of their respective versions of Relativity. This paragraph does not apply to documents retained in the government's possession for viewing by, but not copying for, Mr. Burnette's attorneys.

SO ORDERED on August 6, 2019.

s/Robert L. Hinkle
United States District Judge