UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 4:18-cr-00076-RH-CAS

UNITED STATES OF AMERICA.

    Plaintiff,

v.                                                  4:18cr76-RH

SCOTT CHARLES MADDOX, JANICE
PAGE CARTER SMITH, and
JOHN THOMAS BURNETTE

    Defendants.

_____/

## ADAM COREY'S MOTION TO QUASH TRIAL SUBPOENA

Non-party Adam Corey, pursuant to Federal Rule of Criminal Procedure 17, respectfully moves this Court to quash Defendant Burnette's July 3, 2019, Subpoena to Testify at Trial (the "Subpoena," attached as Exhibit A to this Motion).

### FACTUAL BACKGROUND

Mr. Corey is a resident of Miami, Florida and does not maintain a residence within the Northern District of Florida. Exhibit B, *Declaration of Adam Corey*. On July 3, 2019, Mr. Corey was driving on the highway in Miami, Florida, when a white pick-up truck (Florida license plate number H2K4U) cut him off and forced his vehicle to stop. *Id.* The driver of the truck jumped out, approached Mr. Corey's vehicle, and handed him only the single-page Subpoena. *Id.* There were no attachments to the Subpoena, and the driver did not provide Mr. Corey with the required witness fee or mileage allowance. *Id.*

1



## ARGUMENT

The Subpoena should be quashed due to failure to comply with Federal Rule of Criminal Procedure 17(d), as it was not accompanied by the necessary witness fee or mileage allowance. Rule 17(d) states that "[t]he server must deliver a copy of the subpoena to the witness and *must tender to the witness one day's witness-attendance fee and the legal mileage allowance.*" Fed. R. Crim. P. 17(d) (emphasis added). Rule 17(d) "is substantially the same as" Federal Rule of Civil Procedure 45(b)(1). Fed. R. Crim. P. 17, Advisory Committee Notes. Federal Rule of Civil Procedure 45(b)(1) likewise states that serving a subpoena compelling a person's attendance requires "tendering the fees for 1 day's attendance and the mileage allowed by law." Because these two Rules essentially are the same, courts interpret and apply them congruently. *See In re Grand Jury No. 76-3 (MIA) Subpoena Duces Tecum*, 555 F.2d 1306, 1308 (5th Cir. 1977) (applying Rule 45 to find that a court may modify a Rule 17 subpoena in the same way it may modify a Rule 45 subpoena);[1] *United States v. Sandoval*, No. 10-20243-CR, 2010 WL 2757188, at *2 (S.D. Fla. July 13, 2010) (relying on case law interpreting Rule 45 to hold that a Rule 17 subpoena may not be served by facsimile).

Service of a Rule 17 subpoena is invalid if the witness fee is not tendered at the time the subpoena is served. *United States v. Davenport*, 312 F.2d 303, 306 (7th Cir. 1963) (upholding the trial court's refusal to hold a witness in contempt because the defendant could not prove that he paid the witness fee as required by Rule 17); *United States v. Moore*, 225 F.3d 637, 644 n.2 (6th Cir. 2000) (affirming trial court's order quashing subpoena because it was not accompanied by the required fee); *United States v. Bradley*, No. CR405-59, 2006 WL 8429685 at *2 (S.D. Ga.)

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir.1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

2

(granting motion to quash where defendant tendered the witness fee but failed to provide the required mileage and thus did not "strictly compl[y]" with Rule 17(d)).

Likewise, "[t]he rule governing service of subpoenas, Fed. R. Civ. P. 45(b)(1), requires the simultaneous tendering of witness fees and reasonably estimated mileage as allowed by law." *Gregg v. Clerk of U.S. Dist. Court*, 160 F.R.D. 653, 654 (N.D. Fla. 1995); *see also Cincinnati Ins. Co. v. Cochran*, No. 5:05CV93/RV/MD, 2005 WL 5277203, at *4 (N.D. Fla. Sept. 22, 2005), *aff'd*, 198 F. App'x 831 (11th Cir. 2006) (quashing subpoena because "no fees or expenses were tendered for appearance in or travel, nor did the defendant tender fees for mailing and copying the voluminous documents requested. Failing to tender the applicable sums and fees in advance, with the subpoena, may make the subpoena invalid."); *Kimbrough v. City of Cocoa*, No. 6:05 CV 471 ORL 31KRS, 2006 WL 3412258, at *1 (M.D. Fla. Nov. 27, 2006) (granting motion to quash subpoena because, *inter alia*, the subpoena was not accompanied by the requisite fee).

Failure to meet Rule 17's witness fee and mileage requirements renders service ineffective, and there is no question Mr. Corey was not served with the witness fee and mileage allowance as required by Rule 17(d). *See Davenport*, 312 F.2d at 306; *cf. Pride Family Brands, Inc. v. Carls Patio, Inc.*, No. 12-21783-CIV, 2013 WL 4647216, at *7 (S.D. Fla. Aug. 29, 2013) (quashing subpoena in part because it was not accompanied by the required witness fee); *Alan v. Tyz*, No. 08-80935-CIV, 2009 WL 10701024, at *6 (S.D. Fla. Apr. 23, 2009) (same). Therefore, this Court should quash the Subpoena.

## CONCLUSION

Based on the foregoing, Mr. Corey respectfully requests that this Court quash the Subpoena, and provide any other relief this Court deems just and proper in accordance with Federal Rule of Criminal Procedure 17.

Dated this 4th day of October, 2019

By: /s/ Christopher M. Kise
Christopher M. Kise
Florida Bar No. 855545
ckise@foley.com
Joshua M. Hawkes
Florida Bar No. 112539
Heather A. Lee
Florida Bar No, 1011026
FOLEY & LARDNER LLP
106 East College Avenue
Tallahassee, FL 32301-7732
Telephone: (850) 222-6100
Facsimile: (850) 561-6475

## CERTIFICATE OF SERVICE

I hereby certify that, on October 4, 2019, a true and correct copy of the foregoing was filed with the Clerk's office at the Northern District of Florida via hand delivery and served on the below service list via e-mail.

                                                   _/s/ Joshua M. Hawkes_
                                                   Joshua M. Hawkes

## SERVICE LIST

Cody William Short
Email: cshort@bakerdonelson.com
Stephen S. Dobson
Email: sdobson@bakerdonelson.com
BAKER DONELSON PC
101 N Monroe Street
Suite 925
Tallahassee, FL 32301
850-425-7511
*Attorneys for Scott Maddox*

Stephen G. Webster
Law Offices of Stephen G. Webster, LLC
1615 Village Square Boulevard
Suite 5
Tallahassee, FL 32309
850-597-7142
Email: sw@swebsterlaw.net
*Attorney for Janice Paige Carter-Smith*

R. Timothy Jansen
Jansen Law Firm
125 N. Franklin Boulevard
Tallahassee, FL 32301
850-224-1440
Email: jansen@jansenlawoffice.com
*Attorney for John Thomas Burnette*

Gregory William Kehoe
Greenberg Traurig, P.A.
101 E Kennedy Boulevard
Suite 1900
Tampa, FL 33602

813-318-5700
Fax: 813-318-5900
Email: kehoeg@gtlaw.com
*Attorney for John Thomas Burnette*

Stephen M. Kunz
Email: Stephen.Kunz@usdoj.gov
Andrew Jabus Grogan
Email: andrew.grogan@usdoj.gov
Gary Kenneth Milligan, II
Email: gary.milligan@usdoj.gov
111 N Adams St.
Fourth Floor
Tallahassee, FL 32301
850-942-8430
Fax: 850-942-8424
*Attorneys for Plaintiff*

Nancy J. Hess
21 E Garden St.
Suite 400
Pensacola, FL 32502-5675
850-444-4000
Fax: 850-434-0329
Email: Nancy.Hess@usdoj.gov
*Attorney for Plaintiff*

Peter M. Nothstein
Email: peter.nothstein@usdoj.gov
Rosaleen Tobin O'Gara
Email: rosaleen.o'gara2@usdoj.gov
Simon Cataldo
Email: simon.cataldo@usdoj.gov
1400 New York Avenue NW
12TH Floor
Washington D.C. 20005
202-616-2401
*Attorneys for Plaintiff*

# EXHIBIT A

Subpoena to Adam Corey

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SCOTT CHARLES MADDOX, JANICE PAGE CARTER-SMITH, AND JOHN THOMAS BURNETTE | ) ) |
| Defendant | ) |

Case No. 4:18-cr-00076-RH-CAS

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Adam Corey

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301 | Courtroom No.: Courtroom 5 East |
|---|---|
| | Date and Time: 11/04/2019 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 07/03/2019

CLERK OF COURT

*Jessica Lyublanovits*

*(Signature of Clerk or Deputy Clerk)*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* John Thomas Burnette , who requests this subpoena, are:

R. Timothy Jansen, Esq., Jansen & Davis, P.A., 125 N Franklin Blvd, Tallahassee, FL 32301, Telephone No.: (850) 224-1440; jansen@jansenanddavis.com; dcharise@jansenanddavis.com.

# EXHIBIT B

**Declaration of Adam Corey**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Case No. 4:18-cr-00076-RH-CAS

UNITED STATES OF AMERICA

v.

SCOTT CHARLES MADDOX, JANICE
PAGE CARTER SMITH, and
JOHN THOMAS BURNETTE

Defendants.
_____/

## DECLARATION OF ADAM COREY

I, Adam Corey, hereby state and declare as follows:

1. I am over the age of 18 and am competent to make the statements in this declaration. The statements set forth herein are based upon my personal knowledge. I provide this Declaration for use in the above-captioned case and for no other purpose.

2. I currently reside in Miami, Florida.

3. I have not lived or maintained a residence in Tallahassee, Florida, or within the Northern District of Florida for over two years.

4. On July 3, 2019, while driving on the freeway in Miami, a white pick-up truck (Florida license plate number H2K4U) cut me off in traffic. The driver then jumped out, approached my vehicle, and handed me a single sheet of paper, a copy of which is attached hereto as **Exhibit 1**.

5. No witness fee or mileage check was provided, and there were no attachments to the single sheet provided.

6. Attending a trial in the Northern District of Florida would cause me to incur substantial expense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on October 2, 2019.

_____
ADAM COREY

4819-7904-8616.1

# Exhibit 1
## (Subpoena to Adam Corey)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SCOTT CHARLES MADDOX, JANICE PAGE CARTER-SMITH, AND JOHN THOMAS BURNETTE | ) ) |
| *Defendant* | ) |

Case No. 4:18-cr-00076-RH-CAS

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Adam Corey

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301 | Courtroom No.: Courtroom 5 East |
| | Date and Time: 11/04/2019 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 07/03/2019

CLERK OF COURT

*Jessica Lyublanovich*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* John Thomas Burnette, who requests this subpoena, are:

R. Timothy Jansen, Esq., Jansen & Davis, P.A., 125 N Franklin Blvd, Tallahassee, FL 32301, Telephone No.: (850) 224-1440; jansen@jansenanddavis.com; dcharise@jansenanddavis.com.