# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:18-cr-76-MW

JOHN THOMAS BURNETTE,

    Defendant.

_____/

## GOVERNMENT'S MOTION FOR PRETRIAL SCHEDULING ORDER

The United States of America, by and through undersigned counsel, respectfully moves the Court for a schedule for remaining pre-trial disclosures and filings in this matter. As is further detailed below, this case is set for trial on April 20, 2020, and the Government expects there to be numerous legal, pre-trial issues to address. Similarly, the Defendant has indicated to the Government that it expects to notice additional expert witnesses, and the Government will need sufficient time to prepare for such proposed testimony. Accordingly, the Government requests that this Court set a pretrial scheduling order, as requested herein.

The Defendant was contacted on February 25 regarding this request and to conduct the pre-filing conference required by Local Rule 7.1. As of the filing of this

motion on February 27, the Defendant had not responded to the Government's request.

## I. PROCEDURAL BACKGROUND

The defendant, John Thomas Burnette ("the Defendant") is charged in a Second Superseding Indictment with participation in a Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d); one count of Extortion Under Color of Official Right, in violation of 18 U.S.C. § 1951; four counts of Honest Services Mail Fraud, in violation 18 U.S.C. §§ 1341 and 1346; two counts of violating the Travel Act, in violation of 18 U.S.C. § 1952(a)(3); and one count of False Statements, in violation of 18 U.S.C. § 1001(a)(2). ECF No. 145.  Trial in this matter is set for April 20, 2020.

## II. DISCUSSION

The Defendant has noticed four expert witnesses for trial, but has not completed providing the required expert disclosures for all of those witnesses.  He has also suggested that he may notice at least two more expert witnesses, but as of this filing no notices or disclosures have been made.

As is discussed more fully in the Government's Motion in Limine [Dkt. 212] filed on February 27, 2020, the Defendant provided to the Government, on September 4, 2019, reports of five expert witnesses: civil engineer Keith Dantin and Tallahassee land use attorney Nancy Linnan, both of whom would testify about the

merits of the annexation of Fallschase; former FBI agent James Wedick, who would testify about FBI procedures and policies in undercover investigations; and two former FBI agents, Bruce Koenig and Douglas Lacey, who would testify about enhancements to undercover recordings produced by the Government in discovery. The Defendant later represented that he would not call Mr. Wedick.

On October 8, 2019, the Defendant notified the Government via email that he intended to notice two new experts, including a forensic accountant. That same day by email, the government requested all required expert witness disclosures, but as of the date of this motion, no additional disclosures have been made regarding these anticipated experts.

The defendant also informed the Government, on February 19, 2020, that he may call another expert witness, and that he would be providing updated expert disclosures for Mr. Koenig and Mr. Lacy. To date, no such notice or additional disclosures have been provided.

In light of the defendant's failure to provide the requested notices and disclosures in a timely manner, the Government requests that the Court set a schedule for both parties to do so. The Government's proposed date of March 20, 2020, to complete all expert witness notices and disclosures, will provide the Government with the absolute minimum time—just one month—before trial to meaningfully review and evaluate the Defendant's proposed expert witness

testimony.

In addition to the issue of defense experts, the Government anticipates that there will be several other contested legal and factual issues concerning the admission of evidence, jury instructions, and possibly others, to be resolved prior to trial. The proposed pretrial schedule will provide this Court and the parties ample time to address those issues before trial, ensuring an efficient use of the Court's and jury's time.

The Government therefore proposes the following pre-trial schedule:

<u>March 20</u>:   Final date to provide expert witness notices and required disclosures.

<u>March 30</u>:   Final date to file motions in limine, stipulations, joint (if possible) or contested jury instructions, and verdict form

<u>April 10</u>:   Final date to file trial briefs (if any).

### III. **CONCLUSION**

The Government respectfully requests the Court grant the Government's Motion for the requested pretrial order.

Respectfully submitted on February 27, 2020,

LAWRENCE KEEFE
United States Attorney

*/s/ Stephen M. Kunz*
STEPHEN M. KUNZ
GARY K. MILLIGAN
ANDREW J. GROGAN
Assistant United States Attorney
Florida Bar No. 322415
D.C Bar No. 484813
Florida Bar No. 85932
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430
stephen.kunz@usdoj.gov
gary.milligan@usdoj.gov
andrew.grogan@usdoj.gov

COREY R. AMUNDSON
Chief
Public Integrity Section

*/s/ Peter M. Nothstein*
PETER M. NOTHSTEIN
Senior Litigation Counsel
ROSALEEN T. O'GARA
Trial Attorney
Arizona Bar No. 029512
Maryland Bar No. 0512140322
Public Integrity Section
Criminal Division
1331 F Street NW
Washington, D.C. 20005
(202) 514-2401
(202) 616-2464
rosaleen.o'gara2@usdoj.gov
peter.nothstein@usdoj.gov

## CERTIFICATE OF NUMBER OF WORDS IN MEMORANDUM

In accordance with NDFL Local Rule 7.1(F), the undersigned certifies that motion does not exceed 8,000 words.

## CERTIFICATE OF CONFERENCE

The Government informed the Defendant of its request for the pre-trial schedule requested in this Motion, and to conduct the pre-filing conference required by Local Rule 7.1 via email at approximate 5:40 p.m. on February 25. As of the filing of this motion, more than 40 hours later, the Defendant had not responded to the Government's request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion has been filed via the CM/ECF filing system on this 27th day of February, 2020, and thereby has been provided to counsel for Defendant Burnette.

/s/ *Peter M. Nothstein*
Peter N. Nothstein
Senior Litigation Counsel
Public Integrity Section
Criminal Division

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 4:18-cr-76-MW

JOHN THOMAS BURNETTE,

      Defendant.

_____/

**SCHEDULING ORDER**

The following deadlines shall apply to the pre-trial disclosures and filings in this matter:

1. The deadline to provide expert witness notices and required disclosures is March 20, 2020

2. The deadline to file motions in limine, stipulations, joint or contested jury instructions, and verdict form is March 30, 2020.

3. The deadline to file trial briefs, though trial briefs are not required, is April 10, 2020.

SO ORDERED, this _____ day of _____, 2020.

                                                                     _____
                                                                     The Honorable Robert L. Hinkle
                                                                       United States District Judge