IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  4:18CR76-RH

JOHN THOMAS BURNETTE
_____/

**DEFENDANT'S SEALED REPLY TO GOVERNMENT'S SEALED
OPPOSITION TO DEFENDANT'S OMNIBUS MOTION *IN LIMINE***

Defendant John Thomas Burnette, by and through undersigned counsel, submits this reply to the Government's Sealed Opposition to Defendant's Omnibus Motion *In Limine* (the "Opposition") [Doc. No. 359], and states as follows:

1. In the Opposition, the Government argues that Burnette withdrew his stipulation to certain exhibits without appropriate notice.

2. Burnette and the Government previously stipulated to hundreds of exhibits in or around October 5, 2020.

3. Over the past eight (8) months, Burnette and the Government have discussed many exhibits, including the three at issue. Notwithstanding the stipulation, on November 27, 2020, counsel for Burnette recognized an authentication issue, as well as other issues, with Exhibits 201, 206, and 207, and raised the issues with the Government. On December 4, 2020, the Government countered that Exhibits 201 and 206 were downloaded from [Redacted]

[Redacted] account and neither exhibit purports to be an exhaustive list of text communications between [Redacted].

4. During trial preparation, counsel for Burnette realized that the three (3) exhibits remained on the Government's list without any additional information to allow counsel for Burnette to authenticate the compilations of text messages. While Burnette had not formally withdrawn his stipulation to Exhibits 201, 206 and 207 in November 2020, counsel for Burnette did put the Government on notice that they had issues with those exhibits.

5. By filing the Defendant's Omnibus Motion *In Limine*, Burnette was not attempting to gain an unfair advantage by objecting to **three** out of approximately 240 Government exhibits to which he had previously stipulated.[1] However, while preparing for trial, counsel for Burnette inadvertently failed to inform the Government of its intention to withdraw its stipulation to those three (3) exhibits before filing the Motion.

6. Defense counsel has attempted to resolve the issue by contacting Government lead counsel, Peter Nothstein, by telephone, text and e-mail.

---

[1] In retaliation for objecting to these three (3) exhibits, the Government now refuses to stipulate to any transcripts despite its previous representations on February 17, 2021, that the parties had reached an agreement on the accuracy of all of the transcripts, except for three. Additionally, the Government is now refusing to stipulate to the accuracy of or the applicability of the business or public record hearsay exception to any additional exhibits that post-date the October 5, 2020 stipulations. The Government's gamesmanship is further reflected by the Government's failure to disclose any *Jencks* material from the agents that would rescind their prior agreements to the accuracy of the defense transcripts.

Mr. Nothstein explained that the Government is unwilling to discuss the matter further and would not be willing to stipulate with the defense in the future.

Dated: June 22, 2021                    Respectfully submitted,

/s/ Gregory W. Kehoe
Gregory W. Kehoe
Florida Bar No. 0486140
kehoeg@gtlaw.com
Jordan L. Behlman
Florida Bar No. 111359
behlmanj@gtlaw.com
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

R. Timothy Jansen
Florida Bar No. 0691208
jansen@jansenanddavis.com
Jansen & Davis, P.A.
125 N Franklin Blvd.
Tallahassee, FL 32301
Telephone: (850) 224-1440
Facsimile: (850) 224-0381

Adam Komisar
Florida Bar No. 86047
adam@komisarspicola.com
PO Box 664
Tallahassee, FL 32302
Telephone: (850) 591-7466
Facsimile: (850) 320-6592

Michael Ufferman
Florida Bar No. 114227

ufferman@uffermanlaw.com
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, FL  32308
Telephone: (850) 368-2345
Facsimile: (850) 224-2340


*Counsel for Defendant John Thomas Burnette*

## LOCAL RULE 7.1(F) CERTIFICATE

I certify that this paper contains 455 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

/s/ Gregory W. Kehoe
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gregory W. Kehoe
Attorney