# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:18cr76-RH

JOHN THOMAS BURNETTE,

    Defendant.

_____/

## STATEMENT ON RESUMPTION OF THE TRIAL

The trial will resume at 9:00 a.m. on Tuesday, July 20, 2021.

SO ORDERED on July 19, 2021.

                                          s/Robert L. Hinkle
                                          United States District Judge