IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 4:18cr76-RH

JOHN THOMAS BURNETTE,

     Defendant.
_____/

**ORDER SCHEDULING THE
RESUMPTION OF THE TRIAL**

The trial is on track to resume on Monday, August 9, 2021. Under current guidelines of the Centers for Disease Control and Prevention, and based on the information reported to date by the 12 jurors, all jurors will be able to resume their jury service in full at that time. The schedule will change only if new information or circumstances require a change.

IT IS ORDERED:

The trial will resume on Monday, August 9, 2021, at 9:00 a.m., unless otherwise ordered.

SO ORDERED on August 5, 2021.

                                                               s/Robert L. Hinkle
                                                               United States District Judge