IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  4:18CR76-RH

JOHN THOMAS BURNETTE
_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE
A REPLY MEMORANDUM TO GOVERNMENT'S
RESPONSE TO DEFENDANT'S MOTION FOR ACQUITTAL**

Defendant John Thomas Burnette ("Burnette"), pursuant to N.D. Fla. Loc. R. 7.1(I), hereby moves for leave to file a reply memorandum to the Government's Response to Defendant's Motion for Acquittal. Doc. No. 435. The reply memorandum will comply with the applicable word limitation and will be limited to the arguments set forth in the Government's opposition. Specifically, Burnette seeks to address the Government's reference to the ride share company racketeering allegations despite this Court's orders on Burnette's Motion for Bill of Particulars and Sealed Notice of Intent to Present Reverse Federal Rule of Evidence 404(b) Evidence. Doc. Nos. 185, 347.

Dated:  August 13, 2021                Respectfully submitted,

/s/ Gregory W. Kehoe
Gregory W. Kehoe
Florida Bar No. 0486140
kehoeg@gtlaw.com

Jordan L. Behlman
Florida Bar No. 111359
behlmanj@gtlaw.com
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

R. Timothy Jansen
Florida Bar No. 0691208
jansen@jansenanddavis.com
Jansen & Davis, P.A.
125 N Franklin Blvd.
Tallahassee, FL 32301
Telephone: (850) 224-1440
Facsimile: (850) 224-0381

Adam Komisar
Florida Bar No. 86047
adam@komisarspicola.com
PO Box 664
Tallahassee, FL  32302
Telephone: (850) 591-7466
Facsimile: (850) 320-6592

Michael Ufferman
Florida Bar No. 114227
ufferman@uffermanlaw.com
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, FL  32308
Telephone: (850) 368-2345
Facsimile: (850) 224-2340


*Counsel for Defendant John Thomas Burnette*

2

## CERTIFICATE OF CONFERENCE

In accordance with the local rules, the undersigned conferred with counsel for the United States of America regarding the relief sought in this motion. The United States of America objects to the relief sought in this motion.

                                                /s/ Gregory W. Kehoe
                                                       Attorney

## LOCAL RULE 7.1(F) CERTIFICATE

I certify that this paper contains 117 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

                                                /s/ Gregory W. Kehoe
                                                       Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Gregory W. Kehoe
                                                     Attorney