# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 4:18cr76-RH

JOHN THOMAS BURNETTE,

    Defendant.

_____/

## ORDER FOR JURY MEALS

The clerk must furnish at the expense of the United States the meals necessary for the jury's comfort and convenience during deliberations.

SO ORDERED on August 13, 2021.

                        s/Robert L. Hinkle
                        United States District Judge