IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 4:18cr76-RH

JOHN THOMAS BURNETTE,

    Defendant.

_____/

ORDER ALLOWING A REPLY MEMORANDUM
ON THE MOTION FOR JUDGMENT OF ACQUITTAL

    The defendant's motion, ECF No. 437, for leave to file a reply memorandum in support of his motion for judgment of acquittal is granted. The defendant may promptly file a reply memorandum not exceeding 3,200 words.

    SO ORDERED on August 13, 2021.

                                                 s/Robert L. Hinkle
                                               United States District Judge