✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA

USA

v.

JOHN THOMAS BURNETTE

### EXHIBIT LIST

Case Number:  4:18cr76-RH

| PRESIDING JUDGE | | GOVERNMENT ATTORNEYS | | DEFENSE ATTORNEYS |
|---|---|---|---|---|
| Robert L. Hinkle | | Peter Nothstein, Rosaleen O'Gara, Stephen Kunz, Andrew Grogan | | Timothy Jansen, Gregory Kehoe, Adam Komisar, Jordan Behlman, Kayli Smendec |
| HEARING DATES | | COURT REPORTER | | COURTROOM DEPUTY |
| July 12-16, 20-23, 26-28, August 9-13, 2021 | | Judy Gagnon | | Cindy Markley |

| GVT. NO. | DFT. NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | ***video/audio files are on flash drives* |
| 2 | | 7/22/21 | 7/22/21 | Clip of Jul. 21, 2016 recording |
| 4 | | 7/22/21 | 7/22/21 | Transcript of clip of Jul. 21, 2016 recording |
| 6 | | 7/20/21 | 7/20/21 | Clip of Sept. 21, 2016 recording |
| 7 | | 7/20/21 | 7/20/21 | Clip of Sept. 21, 2016 recording |
| 8 | | 7/20/21 | 7/20/21 | Clip of Sept. 21, 2016 recording |
| 10 | | 7/20/21 | 7/20/21 | Transcript of clip of Sept. 21, 2016 recording |
| 11 | | 7/20/21 | 7/20/21 | Transcript of clip of Sept. 21, 2016 recording |
| 12 | | 7/20/21 | 7/20/21 | Transcript of clip of Sept. 21, 2016 recording |
| 14 | | 7/21/21 | 7/21/21 | Clip of Oct. 2, 2016 recording |
| 16 | | 7/21/21 | 7/21/21 | Clip of Oct. 2, 2016 recording |
| 18 | | 7/21/21 | 7/21/21 | Transcript of clip of Oct. 2, 2016 recording |
| 20 | | 7/21/21 | 7/21/21 | Transcript of clip of Oct. 2, 2016 recording |
| 22 | | 7/22/21 | 7/22/21 | Clip of Oct. 5, 2016 recording |
| 23 | | 7/22/21 | 7/22/21 | Clip of Oct. 5, 2016 recording |
| 24 | | 7/22/21 | 7/22/21 | Clip of Oct. 5, 2016 recording |
| 26 | | 7/22/21 | 7/22/21 | Transcript of clip of Oct. 5, 2016 recording |
| 27 | | 7/22/21 | 7/22/21 | Transcript of clip of Oct. 5, 2016 recording |
| 28 | | 7/22/21 | 7/22/21 | Transcript of clip of Oct. 5, 2016 recording |
| 30 | | 7/22/21 | 7/22/21 | Clip of Oct. 4, 2016 recording |
| 32 | | 7/22/21 | 7/22/21 | Transcript of clip of Oct. 4, 2016 recording |
| 34 | | 7/22/21 | 7/22/21 | Clip of Oct. 19, 2016 recording |

| 36 | | 7/22/21 | 7/22/21 | Transcript of clip of Oct. 19, 2016 recording |
|---|---|---|---|---|
| 38 | | 7/21/21 | 7/21/21 | Clip of Oct. 24, 2016 recording |
| 40 | | 7/21/21 | 7/21/21 | Transcript of clip of Oct. 24, 2016 recording |
| 42 | | 7/22/21 | 7/22/21 | Clip of Oct. 29, 2016 recording |
| 44 | | 7/22/21 | 7/22/21 | Transcript of clip of Oct. 29, 2016 recording |
| 46 | | 7/22/21 | 7/22/21 | Clip of Dec. 2, 2016 recording |
| 47 | | 7/22/21 | 7/22/21 | Clip of Dec. 2, 2016 recording |
| 49 | | 7/22/21 | 7/22/21 | Transcript of clip of Dec. 2, 2016 recording |
| 50 | | 7/22/21 | 7/22/21 | Transcript of clip of Dec. 2, 2016 recording |
| 52 | | 7/22/21 | 7/22/21 | Clip of Dec. 3, 2016 recording |
| 54 | | 7/22/21 | 7/22/21 | Transcript of clip of Dec. 3, 2016 recording |
| 56 | | 7/23/21 | 7/23/21 | Clip of Dec. 6, 2016 recording |
| 58 | | 7/23/21 | 7/23/21 | Transcript of clip of Dec. 6, 2016 recording |
| 60 | | 7/23/21 | 7/23/21 | Clip of Jan. 9, 2017 recording |
| 61 | | 7/23/21 | 7/23/21 | Clip of Jan. 9, 2017 recording |
| 63 | | 7/23/21 | 7/23/21 | Transcript of clip of Jan. 9, 2017 recording |
| 64 | | 7/23/21 | 7/23/21 | Transcript of clip of Jan. 9, 2017 recording |
| 66 | | 7/23/21 | 7/23/21 | Clip of Jan. 10, 2017 recording |
| 68 | | 7/23/21 | 7/23/21 | Transcript of clip of Jan. 10, 2017 recording |
| 70 | | 7/21/21 | 7/21/21 | Clip of Mar. 13, 2017 recording |
| 71 | | 7/21/21 | 7/21/21 | Clip of Mar. 13, 2017 recording |
| 72 | | 7/21/21 | 7/21/21 | Clip of Mar. 13, 2017 recording |
| 74 | | 7/21/21 | 7/21/21 | Transcript of clip of Mar. 13, 2017 recording |
| 75 | | 7/21/21 | 7/21/21 | Transcript of clip of Mar. 13, 2017 recording |
| 76 | | 7/21/21 | 7/21/21 | Transcript of clip of Mar. 13, 2017 recording |
| 85 | | 7/26/21 | 7/26/21 | May 24, 2017 Interview of JT Burnette |
| 86 | | 7/26/21 | 7/26/21 | Transcript of May 24, 2017 Interview of JT Burnette |
| 88 | | 7/26/21 | 7/26/21 | Nov. 19, 2012 S. Maddox Oath of Office |
| 89 | | 7/14/21 | 7/14/21 | Summary of Apr. 24, 2013 Tallahassee City Commission Meeting |
| 91(a) | | 7/26/21 | 7/26/21 | Summary of Apr. 24, 2013 Tallahassee City Commission Meeting |
| 91(c) | | 7/27/21 | 7/27/21 | Clip of Apr. 24, 2013 Tallahassee City Commission Meeting - Agenda Item 13.02 |
| 91(d) | | 7/27/21 | 7/27/21 | Transcript of clip of Apr. 24, 2013 Tallahassee City Commission Meeting - Agenda Item 13.02 |
| 91(g) | | 7/14/21 | 7/14/21 | Clip of Apr. 24, 2013 Tallahassee City Commission Meeting - Agenda Item 13.04 |

| | | | |
|---|---|---|---|
| 91(h) | 7/14/21 | 7/14/21 | Transcript of clip of Apr. 24, 2013 Tallahassee City Commission Meeting - Agenda Item 13.04 |
| 92(a) | 7/14/21 | 7/14/21 | Summary of Sept. 11, 2013 Tallahassee City Commission Meeting |
| 92(c) | 7/14/21 | 7/14/21 | Clip of Sept. 11, 2013 Tallahassee City Commission Meeting - Agenda Item 10.01 |
| 92(d) | 7/14/21 | 7/14/21 | Transcript of clip of Sept. 11, 2013 Tallahassee City Commission Meeting - Agenda Item 10.01 |
| 92(e) | 7/14/21 | 7/14/21 | Clip of Sept. 11, 2013 Tallahassee City Commission Meeting - Agenda Item 12.01 |
| 92(f) | 7/14/21 | 7/14/21 | Transcript of clip of Sept. 11, 2013 Tallahassee City Commission Meeting - Agenda Item 12.01 |
| 93(a) | 7/14/21 | 7/14/21 | Summary of Sept. 25, 2013 Tallahassee City Commission Meeting |
| 93(e) | 7/14/21 | 7/14/21 | Clip of Sept. 25, 2013 Tallahassee City Commission Meeting - Agenda Item 16.01 |
| 93(f) | 7/14/21 | 7/14/21 | Transcript of clip of Sept. 25, 2013 Tallahassee City Commission Meeting - Agenda Item 16.01 |
| 94 | 7/14/21 | 7/14/21 | Summary of Oct. 23, 2013 Tallahassee City Commission Meeting |
| 96(c) | 7/14/21 | 7/14/21 | Clip of Oct. 23, 2013 Tallahassee City Commission Meeting - Agenda Item13.07 |
| 96(d) | 7/14/21 | 7/14/21 | Transcript of clip of Oct. 23, 2013 Tallahassee City Commission Meeting - Agenda Item13.07 |
| 97 | 7/14/21 | 7/14/21 | Summary of Nov. 26, 2013 Tallahassee City Commission Meeting |
| 99(c) | 7/15/21 | 7/15/21 | Clip of Nov. 26, 2013 Tallahassee City Commission Meeting - Agenda Item 13.02 |
| 99(d) | 7/14/21 | 7/14/21 | Transcript of clip of Nov. 26, 2013 Tallahassee City Commission Meeting - Agenda Item 13.02 |
| 100 | 7/14/21 | 7/14/21 | Summary of Feb. 12, 2014 Tallahassee City Commission Meeting |
| 102(c) | 7/27/21 | 7/27/21 | Clip of Feb. 12, 2014 Tallahassee City Commission Meeting - Agenda Item 13.05 |
| 102(d) | 7/27/21 | 7/27/21 | Transcript of clip of Feb. 12, 2014 Tallahassee City Commission Meeting - Agenda Item 13.05 |
| 103 | 7/26/21 | 7/26/21 | Feb. 27, 2014 Form 8B filed by S. Maddox re: Feb. 12, 2014 agenda item 13.05, "Approval of fourth extension of purchase option agreement with McKibbon Hotel Group" |
| 105 | 7/26/21 | 7/26/21 | Dec. 6, 2016 S. Maddox Oath of Office |
| 107 | 7/15/21 | 7/15/21 | Mar. 12, 2010 Governance Inc. Sales Contract |
| 108 | 7/14/21 | 7/14/21 | June 7, 2013 Consulting Agreement between McKibbon Hotel Group, Inc. and the Zachary Group |
| 109 | 7/14/21 | 7/14/21 | June 20, 2013 check from McKibbon Hotel Group, Inc. to the Zachary Group, for $25,000, with deposit slip |
| 110 | 7/14/21 | 7/14/21 | June 24, 2013 check from Zachary Group to Governance Services, LLC for $25,000, with deposit slip |
| 111 | 7/15/21 | 7/15/21 | Aug. 21, 2013 email chain among C. Kittrell, C. Simon, and JT Burnette, subject: Double Tree Tallahassee - Urgent Issue Regarding Hilton Competition Coming to Downtown Tallahassee, attachment: "HH Holdings DoubleTree LOI 8-21-13.pdf; Exhibit A.pdf" |
| 112 | 7/15/21 | 7/15/21 | Aug. 21, 2013 letter from Hunter & Harp Holdings to Charles Simon, Investcorp re: interest in the Doubletree Hotel |
| 116 | 7/27/21 | 7/27/21 | Notice of Withdrawal of Amended Petition for Quasi-Judicial Proceedings, filed by TM Street, LLC on Nov. 11, 2013 |

| 117 | | 7/15/21 | 7/15/21 | Dec. 4, 2013 email chain among C. Simon, JT Burnette, and K. Rivers, subject: Floridan Downtown Tallahassee Phase Two UPUD Amendment -- Invoice dated 12-3-13 |
|---|---|---|---|---|
| 118 | | 7/15/21 | 7/15/21 | Dec. 5, 2013 email from C. Simon to M. Byrne, forwarding email from K. Rivers to C. Simon, cc: JT Burnette, M. Shuster, C. Kittrell, and B. Rich, subject: Doubletree Tallahassee |
| 121 | | 7/15/21 | 7/15/21 | Jan. 6, 2014 contract for sale of the Doubletree Hotel, between IVC WHH Tallahassee, LLC and DT Tallahassee, LLC |
| 122 | | 7/15/21 | 7/15/21 | Jan. 8, 2014, 11:13 pm email chain between JT Burnette to Carter-Smith subject: Letter to Trey, attachment "KaiserKane.doc" |
| 123 | | 7/15/21 | 7/15/21 | Jan. 9, 2014, 4:53 pm email from Carter-Smith to T. Gardner, subject: Scanned Contract, with attachment. |
| 124 | | 7/15/21 | 7/15/21 | Jan. 10, 2014, 11:54 am email from S. Maddox to P. Carter-Smith re: (no subject) and attachment |
| 125 | | 7/13/21 | 7/13/21 | Jan. 10, 2014, 12:53 pm email from T. Gardner to Carter-Smith, cc: M. Oglesby and F. Whitley, subject Signed Agreement, with attachment |
| 126 | | 7/13/21 | 7/13/21 | Jan. 13, 2014, 9:33 am email from M. Oglesby to J. Burnette, C. Musgrove, F. Whitley, T. Gardner, subject: Agenda for the 9:30 meeting, with attachment "Strategy Meeting 1-14-13.docx" |
| 127 | | 7/13/21 | 7/13/21 | Jan. 13, 2014, 3:37 pm email from T. Gardner to C. Lawrence, cc: C. Musgrove and M. Oglesby subject: FW: Invoice for KaiserKane, attachments: "KaiserKane Invoice.pdf; Untitled Attachment 02407.txt" |
| 129 | | 7/13/21 | 7/13/21 | Jan. 13, 2014, 3:53 pm email chain among C. Lawrence, T. Gardner, C. Musgrove, M. Oglesby, M. Whittaker, and P. Carter-Smith, subject: Invoice for KaiserKane |
| 130 | | 7/13/21 | 7/13/21 | Jan. 13, 2014 check from KaiserKane to Governance for $10,000 |
| 132 | | 7/15/21 | 7/15/21 | Feb. 5, 2014 first amendment to contract for sale of Doubletree Hotel |
| 133 | | 7/15/21 | 7/15/21 | Feb. 11, 2014 email chain among C. Simon, JT Burnette, B. Lapides and others, subject: Termination Notice – Doubletree Tallahassee |
| 134 | | 7/15/21 | 7/15/21 | Feb. 16, 2014 email from Carter-Smith to T. Gardner, subject: GSA |
| 135 | | 7/13/21 | 7/13/21 | Feb. 17, 2014 email from M. Oglesby to Carter-Smith, cc: T. Gardner, subject: GSA – KaiserKane Brochure, attachment: "KaiserKane SOQ 1-21-14.pdf" |
| 137 | | 7/15/21 | 7/15/21 | Feb. 26, 2014 invoice from Governance to KaiserKane for $100,000 |
| 138 | | 7/15/21 | 7/15/21 | Mar. 11, 2014 Second Amendment to Contract for Sale of Doubletree Hotel |
| 141 | | 7/13/21 | 7/13/21 | Mar. 12, 2014, 11:52 am email chain among M. Whittaker, T. Gardner, and C. Lawrence, subject: Governance Services, attachment: "Governance Services 02-26-14 Inv. #2014-019.pdf" |
| 142 | | 7/13/21 | 7/13/21 | Mar. 12, 2014, 1:32 pm email chain among M. Whittaker, M. Oglesby, T. Gardner, and C. Lawrence, subject: Governance Services, attachment: "Governance Services 02-26-14 Inv. #2014-019.pdf" |
| 143 | | 7/15/21 | 7/15/21 | Mar. 27, 2014 Notice of Extension Pursuant to Section 7.1.3 of Purchase Contract, sent from IB Tallahassee, LLC to IVC WHH Tallahassee, Inc. |
| 144 | | 7/13/21 | 7/13/21 | Mar. 27, 2014, 10:28 am email chain among M. Oglesby, M. Whittaker, Prime Meridian Bank, and C. Musgrove, subject: KaiserKane Wire Request |
| 145 | | 7/13/21 | 7/13/21 | Mar. 27, 2014, 11:24 am email chain among M. Oglesby, M. Whittaker, and C. Musgrove, subject: wires today relating to Double Tree |
| 146 | | 7/13/21 | 7/13/21 | Mar. 31, 2014 email from C. Musgrove to JT Burnette forwarding email chain, subject: KaiserKane Wire Request |
| 148 | | 7/13/21 | 7/13/21 | Apr. 1, 2014 email from M. Oglesby to JT Burnette, C. Musgrove, and M. Whittaker, subject: $$ |

| 149 | | 7/15/21 | 7/15/21 | Apr. 3, 2014 Special Warranty Deed |
|---|---|---|---|---|
| 151 | | 7/15/21 | 7/15/21 | Apr. 3, 2014 Settlement Statement for the Doubletree Hotel |
| 153 | | 7/13/21 | 7/13/21 | Apr. 3, 2014, 2:32 pm email from C. Musgrove to M. Oglesby and M. Whittaker, subject: another 1.0 million |
| 154 | | 7/13/21 | 7/13/21 | Apr. 3, 2014, 3:27 pm email chain between M. Oglesby to C. Musgrove, subject: another 1.0 million |
| 155 | | 7/15/21 | 7/15/21 | Apr. 10, 2014 email from Carter-Smith to R. Cardozo, subject: GSA – KaiserKane Brochure, with attachment |
| 156 | | 8/10/21 | 8/10/21 | Apr. 11, 2014 email chain among C. Musgrove, M. Whittaker, and M. Follmar, subject: KK/WC/IB $2.2 and $1 Mil |
| 157 | | 7/13/21 | 7/13/21 | Apr. 14, 2014, 3:21 pm email chain among M. Whittaker, C. Lawrence, and M. Oglesby, subject: FW: Governance Services Invoice, attachment: "Governance Services 02-26-14 Inv.#2014-019.pdf" |
| 158 | | 8/10/21 | 8/10/21 | Apr. 14, 2014, 3:11 pm email from M. Whittaker to M. Oglesby forwarding email from M. Follmar, subject: Governance Services Invoice, attachment: "Governance Services 02-26-14 Inv. #2014-019.pdf" |
| 159 | | 7/13/21 | 7/13/21 | Apr. 14, 2014 check from KaiserKane to Governance for $100,000 |
| 160 | | 7/13/21 | 7/13/21 | Apr. 21, 2014 email chain between M. Oglesby and C. Musgrove, subject: Fwd: $$$ |
| 161 | | 7/13/21 | 7/13/21 | Apr. 24, 2014, 1:34 pm email chain among M. Oglesby, M. Whittaker, and C. Musgrove, subject: interest payment on loan for the Rudnick Job |
| 162 | | 7/13/21 | 7/13/21 | Apr. 24, 2014, 1:37 pm email from M. Oglesby to C. Musgrove and M. Whittaker, subject: Can I send this to JT??? |
| 163 | | 7/13/21 | 7/13/21 | Apr. 24, 2014, 3:00 pm email from M. Oglesby to C. Musgrove, forwarding email chain, subject: money for KK |
| 164 | | 7/13/21 | 7/13/21 | May 9, 2014 email chain among JT Burnette, M. Follmar, C. Musgrove, and M. Whittaker, subject: money that went to Double Tree purchase |
| 165 | | 7/13/21 | 7/13/21 | Aug. 27, 2014 email chain among M. Whittaker, M. Oglesby, C. Musgrove, and T. Gardner, subject JT $$$, attachment: "KK Projected Unwind 8-27-14.pdf" |
| 166 | | 7/13/21 | 7/13/21 | Aug. 27, 2014, 2:01 pm email from M. Oglesby to C. Musgrove, subject JT $$$ |
| 168 | | 7/13/21 | 7/13/21 | Sept. 29, 2014 email from M. Whittaker to JT Burnette, cc: C. Musgrove re: Unwind, attachment: "KK Projected Unwind 9- 26-14 vs.pdf" |
| 169 | | 7/13/21 | 7/13/21 | Dec. 1, 2014 email from M. Whittaker to M. Oglesby and T. Gardner, cc: C. Musgrove, subject: KK Box Calculation, attachments: "D - KK Projected Unwind 11-17-14.pdf, A - #% Commission as of 11-17-14 - KaiserKane.pdf" |
| 170 | | 8/9/21 | 8/9/21 | Apr. 7, 2016 text messages between JT Burnette and UCE 4180 |
| 171 | | 7/22/21 | 7/22/21 | Oct. 11, 2016 text messages between JT Burnette and UCE 4180 |
| 172 | | 7/15/21 | 7/15/21 | Nov. 16, 2016 check from Southern Pines to Governance for $10,000 |
| 173 | | 7/14/21 | 7/14/21 | Feb. 27, 2014 letter from L. Shelley to S. Maddox re: Form 8B, Conflict Form, and attachment |
| 174 | | 7/15/21 | 7/15/21 | Screen shots of Dec. 2016 - Feb. 2017 text messages between P. Carter-Smith and UCE 5271 |
| 177 | | 7/15/21 | 7/15/21 | Dec. 16, 2016 email from P. Carter-Smith to M. Miller, subject: Consulting Agreement, with attachment |
| 179 | | 7/15/21 | 7/15/21 | Dec. 18, 2016 check from Southern Pines to Governance for $10,000 |
| 180 | | 7/15/21 | 7/15/21 | Jan. 23, 2017 check from Southern Pines to Governance for $10,000 |

| 186 | | 7/22/21 | 7/22/21 | Text messages among JT Burnette, Bass, and UCE 5271 between Feb. 18, 2017 and Feb. 19, 2017 |
|---|---|---|---|---|
| 187 | | 7/15/21 | 7/15/21 | Feb. 22, 2017 check from Southern Pines to Governance for $10,000 |
| 201 | | 7/26/21 | 7/26/21 | Texts between JT Burnette and S. Maddox |
| 203 | | 7/20/21 | 7/20/21 | Text messages between JT Burnette and UCE 5271 between Aug. 15, 2015 and Dec. 29, 2016 |
| 204 | | 7/21/21 | 7/21/21 | Oct. 27, 2016 to Apr. 18, 2017 text message chain among JT Burnette, UC Sweets, and UC Miller |
| 220 | | 7/13/21 | 7/13/21 | KaiserKane corporate records |
| 293 | | 7/15/21 | 7/15/21 | Plea Agreement – Paige Carter-Smith |
| 294 | | 7/15/21 | 7/15/21 | Plea Supplement – Paige Carter-Smith |
| 295 | | 7/15/21 | 7/15/21 | Paige Carter-Smith Notes |
| 298 | | 7/26/21 | 7/26/21 | Plea Agreement – Scott Maddox |
| 299 | | 7/26/21 | 7/26/21 | Plea Supplement – Scott Maddox |
| 325 | | 7/15/21 | 7/15/21 | C. Simon text messages |
| 326 | | 7/15/21 | 7/15/21 | Sept. 3, 2013 email chain among C. Simon, JT Burnette, and C. Kittrell |
| 327 | | 7/15/21 | 7/15/21 | Oct. 7, 2013 email chain between C. Simon and JT Burnette, subject: Doubletree |
| 328 | | 7/15/21 | 7/15/21 | Oct. 11, 2013 email from C. Simon to M. O'Brien, subject: Doubletree Tallahassee |
| 331 | | 7/15/21 | 7/15/21 | Feb. 26, 2013 email from W. Townson to P. Carter-Smith, subject: Option Extension |
| 332 | | 7/15/21 | 7/15/21 | May 24, 2013 email from P. Carter-Smith to W. Townson, subject: Floridan HIS |
| 333 | | 7/14/21 | 7/14/21 | May 30, 2013 email from P. Carter-Smith to W. Townson, cc: G. Yordon, no subject |
| 335 | | 7/14/21 | 7/14/21 | Sept. 20, 2013 email form G. Yordon to W. Townson, subject: Recent events |
| 336 | | 7/14/21 | 7/14/21 | Sept. 20, 2013 email from W. Townson to R. Manning and others, subject: Floridan Phase 2 Request for Quasi-Judicial Hearing |
| 337 | | 7/14/21 | 7/14/21 | Sept. 23, 2013 email from G. Yordon to W. Townson, cc: P. Carter-Smith, subject Events of the day |
| 339 | | 7/14/21 | 7/14/21 | Sept. 24, 2013 email from W. Townson to G. Yordon and P. Carter-Smith, subject: McKibbon |
| 340 | | 7/14/21 | 7/14/21 | Sept. 24, 2013 email from G. Yordon to W. Townson and N. Linnan, subject: Jackson Exposes Maddox Conflict of Interest with McKibbon Hotel Group |
| 341 | | 7/14/21 | 7/14/21 | Sept. 24, 2013 email from W. Townson to G. Yordon and N. Linnan, subject: Jackson Exposes Maddox Conflict of Interest with McKibbon Hotel Group |
| 347 | | 7/14/21 | 7/14/21 | Feb. 12, 2014 email from G. Yordon to W. Townson and H. Martin, subject: Andrew - Kim - Gil |
| 348 | | 7/14/21 | 7/14/21 | Feb. 12, 2014 email from G. Yordon to W. Townson, H. Martin, and J. McKibbon, subject: Andrew - Kim - Gil |
| 351 | | 7/20/21 | 7/20/21 | Excerpt of Sept. 20, 2016 recording of JT Burnette, UC Miller, UC Sweets, and UC Butler (NE-25) |
| 352 | | 7/20/21 | 7/20/21 | Transcript of excerpt of Sept. 20, 2016 recording of JT Burnette, UC Miller, UC Sweets, and UC Butler (NE-25) |
| 354 | | 8/10/21 | 8/10/21 | Excerpt of Sep. 21, 2016 recording of J.T. Burnette, UC Miller, UC Sweets, and UC Butler (NE-24) [start at 0:02:03] |

| 355 | | 8/10/21 | 8/10/21 | Transcript of excerpt of Sep. 21, 2016 recording of J.T. Burnette, UC Miller, UC Sweets, and UC Butler (NE-24) |
|---|---|---|---|---|
| 357 | | 7/20/21 | 7/20/21 | Excerpt of Nov. 11, 2016 recording of S. Maddox, P. Carter-Smith, UC Miller, UC Sweets, and UC Butler (NE-38) [end at 0:10:06] |
| 358 | | 7/20/21 | 7/20/21 | Transcript of excerpt of Nov. 11, 2016 recording of S. Maddox, P. Carter-Smith, UC Miller, UC Sweets, and UC Butler (NE-38) |
| 368 | | 7/13/21 | 7/13/21 | Sept. 5, 2012 email from JT Burnette to C. Musgrove, cc: C. Kittrell, subject: KK June statements |
| 371 | | 7/13/21 | 7/13/21 | Nov. 19, 2012 email from S. Williams to C. Musgrove, subject: FW: |
| 377 | | 7/13/21 | 7/13/21 | Dec. 17, 2012 email from C. Kittrell to C. Musgrove, subject: Final Closing Statement |
| 382 | | 7/13/21 | 7/13/21 | Dec. 21, 2012 email from C. Musgrove to JT Burnette and C. Kittrell, subject: money flow |
| 389 | | 7/15/21 | 7/15/21 | Nov. 12, 2013 emails between K. Rivers and JT Burnette, subject: Fwd. Washington Org.xlsx |
| 392 | | 7/15/21 | 7/15/21 | Sept. 9, 2013 email chain between C. Kittrell and C. Simon, subject: Progress Made on the Hampton |
| 394 | | 7/15/21 | 7/15/21 | Sept. 11, 2013 email chain among C. Kittrell, C. Simon, JT Burnette, K. Rivers, D. Theriaque, and others, subject: Floridan--File Challenge to U-PUD Amendment? |
| 395 | | 7/15/21 | 7/15/21 | Sept. 17, 2013 email chain among C. Simon, JT Burnette, C. Kittrell, subject: Doubletree--FILING DEADLINE IS TOMORROW (9/18) |
| 396 | | 7/15/21 | 7/15/21 | Sept. 18, 2013 email from C. Simon to M. O'Brien, subject: DoubleTree -FILING DEADLINE IS TOMORROW (9/18) |
| 405 | | 7/14/21 | 7/14/21 | Apr. 25, 2013 email from G. Yordon to K. Lilly, subject: Deposits for or from The Zachary Group |
| 406 | | 7/14/21 | 7/14/21 | Sept. 2013 text messages among G. Yordon, P. Carter-Smith, and S. Maddox |
| 407 | | 7/14/21 | 7/14/21 | Sept. 20, 2013 text message chain among G. Yordon, P. Carter-Smith, and G. Yordon, subject: Alcock story |
| 410 | | 8/9/21 | 8/9/21 | Text messages between JT Burnette and UC Sweets |
| | | | | |
| | | | | |
| | | | | |
| | 4 | 7/27/21 | 7/27/21 | 2013-04-24 COT Commission Summary |
| | 6 | 7/14/21 | 7/14/21 | 2013-04-24 COT Meeting 00_39_36 to 00_59_49.pdf Transcript |
| | 7 | 7/27/21 | 7/27/21 | 2013-04-24 COT Meeting 00_39_36 to 00_59_49.mp4 |
| | 14 | 7/27/21 | 7/27/21 | 2013-07-26 Hotel Duval PSA |
| | 15 | 8/10/21 | 8/10/21 | 2013-08-06 Chad Kittrell email to Charles Gardner |
| | 16 | 7/27/21 | 7/27/21 | 2013-08-12 Rick McGraw email to JT Burnette |
| | 18 | 7/27/21 | 7/27/21 | 2013-08-20-26 Chad Kittrell and Charles Simon emails |
| | 19 | 7/27/21 | 7/27/21 | 2013-08-21 Hunter + Harp Holdings Letter of Intent |
| | 20 | 7/15/21 | 7/15/21 | 2013-09-03 Chad Kittrell email to Charles Simon |
| | 21 | 7/15/21 | 7/15/21 | 2013-09-04 Chad Kittrell email to Charles Simon |

| | | | |
|---|---|---|---|
| 22 | 7/27/21 | 7/27/21 | 2013-09-04 Charles Simon email to Chad Kittrell |
| 25 | 7/27/21 | 7/27/21 | 2013-09-09 Chad Kittrell email to Charles Simon |
| 27 | 7/27/21 | 7/27/21 | 2013-09-19 Petition for Quasi-Judicial Proceedings |
| 30 | 7/15/21 | 7/15/21 | 2013-09-11 Chad Kittrell email to Charles Simon |
| 34 | 7/14/21 | 7/14/21 | 2013-09-11 COT Meeting 00_23_22 to 00_26_40.pdf Transcript |
| 35 | 7/27/21 | 7/27/21 | 2013-09-11 COT Meeting 00_23_22 to 00_26_40.mp4 |
| 36 | 7/14/21 | 7/14/21 | 2013-09-11 COT Meeting 00_35_10 to 00_36_47.pdf Transcript |
| 37 | 7/27/21 | 7/27/21 | 2013-09-11 COT Meeting 00_35_10 to 00_36_47.mp4 |
| 38 | 7/15/21 | 7/15/21 | 2013-09-12 Chad Kittrell email to Charles Simon |
| 41 | 7/15/21 | 7/15/21 | 2013-09-17 Emails between Chad Kittrell, JT Burnette, and Charles Simon |
| 42 | 7/27/21 | 7/27/21 | 2013-09-18 Chad Kittrell email to Charles Simon |
| 43 | 7/27/21 | 7/27/21 | 2013-09-18 Charles Simon text message to JT Burnette |
| 44 | 7/27/21 | 7/27/21 | 2013-09-18 Charles Simon email to Michael O'Brien |
| 45 | 7/15/21 | 7/15/21 | 2013-09-18 Charles Simon email to Michael O'Brien |
| 46 | 7/27/21 | 7/27/21 | 2013-09-18 Hunter + Harp Holdings Letter of Intent |
| 47 | 7/27/21 | 7/27/21 | 2013-09-18 Kim Rivers email to David Theriaque |
| 48 | 7/27/21 | 7/27/21 | 2013-09-19 Chad Kittrell email to Charles Simon |
| 50 | 7/27/21 | 7/27/21 | 2013-09-20 VancoreJones Proposal |
| 59 | 7/14/21 | 7/14/21 | 2013-10-23 COT Meeting 01_12_37 to 01_13_44.pdf Transcript (file 3) |
| 60 | 8/9/21 | 8/9/21 | 2013-10-23 COT Meeting 01_12_37 to 01_13_44.mp4 (file 3) |
| 63 | 7/27/21 | 7/27/21 | 2013-10-31 Hotel Duval Deed |
| 66 | 7/27/21 | 7/27/21 | 2013-11-12 Emails between Burnette and Chad Kittrell |
| 68 | 7/27/21 | 7/27/21 | 2013-11-25 Kim Rivers email to Charles Simon |
| 69 | 7/20/21 | 7/20/21 | 2013-11-26 Carter-Smith Note re: GSA regions |
| 72 | 7/15/21 | 7/15/21 | 2013-12-03 Emails between JT Burnette and Charles Simon |
| 74 | 7/15/21 | 7/15/21 | 2013-12-05 Kim Rivers email to Charles Simon |
| 75 | 7/27/21 | 7/27/21 | 2013-12-08 JT email to Michael A. Byrne |
| 76 | 7/20/21 | 7/20/21 | Paige Carter-Smith Notes |
| 82 | 7/15/21 | 7/15/21 | 2013-12-23 Emails between Charles Simon and JT Burnette |
| 83 | 7/15/21 | 7/15/21 | 2013-12-31 Emails between Charles Simon and JT Burnette |
| 86 | 7/27/21 | 7/27/21 | 2014-01-06 Michael Byrne email to Barry Lapides |
| 87 | 7/27/21 | 7/27/21 | 2014-01-06 DT-Contract of Sale and Purchase |
| 88 | 7/27/21 | 7/21/21 | 2014-01-07 Emails between Charles Simon and JT Burnette |

| | | | |
|---|---|---|---|
| 90 | 7/13/21 | 7/13/21 | 2014-01-08 JT Burette email to Paige Carter-Smith |
| 91 | 7/13/21 | 7/13/21 | 2014-01-08 Paige Carter-Smith email to JT Burnette |
| 94 | 7/20/21 | 7/20/21 | 2014-01-09 Paige Carter-Smith email to Trey Gardner |
| 95 | 7/20/21 | 7/20/21 | 2014-01-09 Trey Gardner email to Paige Carter-Smith |
| 96 | 7/13/21 | 7/13/21 | 2014-01-10 Trey Gardner email to Paige Carter-Smith |
| 97 | 7/13/21 | 7/13/21 | 2014-01-13 Melissa Oglesby email to JT Burnette, Charles Musgrove, Frank Whitley, and Trey Gardner |
| 101 | 7/27/21 | 7/27/21 | 2014-01-24 JT Burnette email to Charles Simon |
| 107 | 7/27/21 | 7/27/21 | 2014-02-05 JT Burnette email to Charles Simon |
| 109 | 7/15/21 | 7/15/21 | 2014-02-05 First Amendment to Contract of Sale and Purchase |
| 112 | 7/14/21 | 7/14/21 | 2014-02-10 Correspondence from Roxanne Manning to the Downtown Redevelopment Commission |
| 113 | 7/15/21 | 7/15/21 | 2014-02-11 Correspondence from Barry Lapides to Michael O'Brien |
| 121 | 7/27/21 | 7/27/21 | 2014-02-12 COT Meeting 01_17_08 to 01_17_33.pdf Transcript |
| 122 | 8/9/21 | 8/9/21 | 2014-02-12 COT Meeting 01_17_08 to 01_17_33.mp4 |
| 125 | 7/27/21 | 7/27/21 | 2014-02-11 Michael Byrne email to Charles Simon |
| 127 | 7/27/21 | 7/27/21 | 2014-02-12 Outgoing Wire Detail |
| 131 | 7/20/21 | 7/20/21 | 2014-02-16 Paige Carter-Smith email to Trey Gardner |
| 132 | 7/13/21 | 7/13/21 | 2014-02-17 Melissa Oglesby email to Trey Gardner |
| 139 | 7/13/21 | 7/13/21 | 2014-03-07 Casey Lawrence email to Melissa Oglesby and Trey Gardner |
| 142 | 7/20/21 | 7/20/21 | 2014-03-10 Paige Carter-Smith email to Reggie Cardozo |
| 143 | 7/15/21 | 7/15/21 | 2014-03-11 Reinstatement of and Second Amendment to Contract of Sale and Purchase |
| 145 | 7/13/21 | 7/13/21 | 2014-03-18 Paul Keller email to Melissa Oglesby |
| 150 | 7/27/21 | 7/27/21 | 2014-03-31 BB&T Wire Transfer Operations |
| 151 | 7/27/21 | 7/27/21 | 2014-04-01 Opelika Closing Statement |
| 152 | 7/27/21 | 7/27/21 | 2014-04-01 Melissa Oglesby email to JT Burnette, Charles Musgrove, and Melissa Whittaker |
| 153 | 7/13/21 | 7/13/21 | 2014-04-01 Melissa Oglesby email to Charles Musgrove |
| 154 | 7/27/21 | 7/27/21 | 2014-04-03 Bill of Sale and Assignment |
| 155 | 7/27/21 | 7/27/21 | 2014-04-03 Special Warranty Deed |
| 156 | 7/20/21 | 7/20/21 | 2014-04-10 Paige Carter-Smith email to Reggie Cardozo |
| 159 | 7/13/21 | 7/13/21 | 2014-04-14 Melissa Whittaker email to Casey Lawrence |
| 171 | 7/15/21 | 7/15/21 | 2006-01-11 Fallschase Settlement Agreement AIG COT |
| 199 | 7/15/21 | 7/15/21 | 2016-12-16 Carter-Smith email to Miller w/Consulting Agreement |
| 204 | 7/21/21 | 7/21/21 | (E-3) 1907160 Enhanced Q1 DOJ42 0002 0_19_30-0_20_05.pdf Transcript |

| | 205 | 7/21/21 | 7/21/21 | (E-3) 1907160 Enhanced Q1 DOJ42 0002 0_19_30-0_20_05.wav |
|---|---|---|---|---|
| | 214 | 7/23/21 8/9/21 | 7/23/21 8/9/21 | (E-8) 1907160 Enhanced Q1 DOJ49 0002 1_53_15-2_13_30_1.pdf Transcript |
| | 215 | 7/23/21 8/9/21 | 7/23/21 8/9/21 | (E-8) 1907160 Enhanced Q1 DOJ49 0002 1_53_15-2_13_30.wav |
| | 226 | 7/21/21 | 7/21/21 | (E-17) 1907160 Enhanced Q1 DOJ50 0002 0_08_01-0_09_55.pdf Transcript |
| | 227 | 7/21/21 | 7/21/21 | (E-17) 1907160 Enhanced Q1 DOJ50 0002 0_08_01-0_09_55.wav |
| | 228 | 7/21/21 | 7/21/21 | (E-18) 1907160 Enhanced Q1 DOJ50 0002 0-17_35-0_20_50.pdf Transcript |
| | 229 | 7/21/21 | 7/21/21 | (E-18) 1907160 Enhanced Q1 DOJ50 0002 0_17_35-0_20_50.wav |
| | 230 | 8/9/21 | 8/9/21 | (E-19) 1907160 Enhanced Q1 DOJ51 0003 0_05_43-0-53_50.pdf Transcript |
| | 231 | 8/9/21 | 8/9/21 | (E-19) 1907160 Enhanced Q1 DOJ51 0003 0_05_43-0_53_50.wav |
| | 232 | 8/9/21 | 8/9/21 | (E-22) 1907160 Enhanced Q1 DOJ13 0001 1_49_50-1_53_30.pdf Transcript |
| | 233 | 8/9/21 | 8/9/21 | (E-22) 1907160 Enhanced Q1 DOJ13 0001 1_49_50-1_53_30.wav |
| | 241 | 7/21/21 | 7/21/21 | (1) DOJ-22 File 0001 00_00_00 to End.pdf Transcript |
| | 242 | 7/21/21 | 7/21/21 | (1) DOJ-22 File 0001 00_00_00 to End.wav |
| | 243 | 7/21/21 | 7/21/21 | (2) DOJ-24 File 0001 0_57_20 to 1_21_15.pdf Transcript |
| | 244 | 7/21/21 | 7/21/21 | (2) DOJ-24 File 0001 0_57_20 to 1_21_15.wav |
| | 245 | 7/27/21 | 7/27/21 | (3.1) DOJ-25 File Out_doyleone9124807707_01-06-2016_090522AM 00_00_00 to End.pdf Transcript |
| | 246 | 7/27/21 | 7/27/21 | (3.1) DOJ-25 File Out_doyleone9124807707_01-06-2016_090522AM 00_00_00 to End.wav |
| | 247 | 7/27/21 | 7/27/21 | (3.2) DOJ-25 File Out_doyleone9124807707_01-06-2016_051309PM 00_00_00 to End.pdf Transcript |
| | 248 | 7/27/21 | 7/27/21 | (3.2) DOJ-25 File Out_doyleone9124807707_01-06-2016_051309PM 00_00_00 to End.wav |
| | 249 | 7/21/21 | 7/21/21 | (4) DOJ-27 File Out_doyleone9124807707_01-20-2016_063958PM 00_00_00 to End.pdf Transcript |
| | 250 | 7/21/21 | 7/21/21 | (4) DOJ-27 File Out_doyleone9124807707_01-20-2016_063958PM 00_00_00 to End.wav |
| | 255 | 7/21/21 | 7/21/21 | (5.3) DOJ-28 File 0001 01_19_45 to 01_27_39.pdf Transcript |
| | 256 | 7/21/21 | 7/21/21 | (5.3) DOJ-28 File 0001 01_19_45 to 01_27_38.wav |
| | 257 | 7/23/21 | 7/23/21 | (6) DOJ-30 File 0001 1_22_45 to 1_27_35.pdf Transcript |
| | 258 | 7/23/21 | 7/23/21 | (6) DOJ-30 File 0001 1_22_45 to 1_27_35.wav |
| | 259 | 7/23/21 | 7/23/21 | (8) DOJ-30 File 0001 3_11_22 to 3_11_45.pdf Transcript |
| | 260 | 7/23/21 | 7/23/21 | (8) DOJ-30 File 0001 3_11_22 to 3_11_45.wav |
| | 261 | 8/9/21 | 8/9/21 | (9) DOJ-30 File 0001 3_22_05 to 3_22_55.pdf Transcript |
| | 262 | 8/9/21 | 8/9/21 | (9) DOJ-30 File 0001 3_22_05 to 3_22_55.wav |
| | 263 | 7/23/21 | 7/23/21 | (10) DOJ-30 File 0001 3_42_00 to 3_47_00.pdf Transcript |

| | 264 | 7/23/21 | 7/23/21 | (10) DOJ-30 File 0001 3_42_00 to 3_47_00.wav |
|---|---|---|---|---|
| | 265 | 7/21/21 | 7/21/21 | (11) DOJ-31 File 02-23-2016_110905AM 0_00_00 to 0_07_00.pdf Transcript |
| | 266 | 7/21/21 | 7/21/21 | (11) DOJ-31 File 02-23-2016_110905AM 0_00_00 to 0_07_00.wav |
| | 267 | 7/23/21 | 7/23/21 | (12) DOJ-63 File 194B-JK-6185973_TEL_3-14-16.001.pdf Transcript |
| | 268 | 7/23/21 | 7/23/21 | (12) 194B-JK-6185973_TEL_3-14-16.001.wav |
| | 279 | 7/21/21 | 7/21/21 | (24) DOJ-38 File 0003 00_00_00 to 00_23_30.pdf Transcript |
| | 280 | 7/21/21 | 7/21/21 | (24) DOJ-38 File 0003 00_00_00 to 00_23_30.wav |
| | 281 | 7/21/21 | 7/21/21 | (25) DOJ-36 File 0001 01_22_30 to 01_39_00.pdf Transcript |
| | 282 | 7/21/21 | 7/21/21 | (25) DOJ-36 File 0001 01_22_30 to 01_39_00.wav |
| | 291 | 7/21/21 | 7/21/21 | (34.1) DOJ-47 File 0020 00_28_12 to 00_32_17.pdf Transcript |
| | 292 | 7/21/21 | 7/21/21 | (34.1) DOJ 47 File 0020 00_28_12 to 00_32_17.wav |
| | 301 | 7/23/21 | 7/23/21 | (41) DOJ-45 File 0002 02_29_10 to 02_30_50.pdf Transcript |
| | 302 | 7/23/21 | 7/23/21 | (41) DOJ-45 File 0002 02_29_10 to 02_30_50.wav |
| | 305 | 7/21/21 | 7/21/21 | (46) DOJ-53 File 0001 01_25_10 to 01_25_50.pdf Transcript |
| | 306 | 7/21/21 | 7/21/21 | (46) DOJ-53 File 0001 01_25_10 to 01_25_50.wav |
| | 307 | 7/21/21 | 7/21/21 | (47) DOJ-53 File 0001 02_09_24 to 02_13_00.pdf Transcript |
| | 308 | 7/21/21 | 7/21/21 | (47) DOJ-53 File 0001 02_09_24 to 02_13_00.wav |
| | 311 | 7/23/21 | 7/23/21 | (49) DOJ-53 File 0002 00_17_59 to 00_18_48.pdf Transcript |
| | 312 | 7/23/21 | 7/23/21 | (49) DOJ-53 File 0002 00_17_59 to 00_18_48.wav |
| | 315 | 7/23/21 | 7/23/21 | (52) DOJ-54 File 0002 00_39_15 to 00_40_45.pdf Transcript |
| | 316 | 7/23/21 | 7/23/21 | (52) DOJ-54 File 0002 00_39_15 to 00_40_35.wav |
| | 317 | 7/21/21 | 7/21/21 | (53) DOJ-54 File 0002 02_52_22 to 02_52_45.pdf Transcript |
| | 318 | 7/21/21 | 7/21/21 | (53) DOJ-54 File 0002 02_52_22 to 02_52_45.wav |
| | 333 | 8/9/21 | 8/9/21 | (63) DOJ-14 File 0006 00_42_20 to 00_47_01.pdf Transcript |
| | 334 | 8/9/21 | 8/9/21 | (63) DOJ-14 File 0006 00_42_30 to 00_47_01.wav |
| | 337 | 7/22/21 | 7/22/21 | (65) DOJ-5 File 0001 00_51_20 to 00_59_32.pdf Transcript |
| | 338 | 7/22/21 | 7/22/21 | (65) DOJ-5 File 0001 00_51_20 to 00_59_32.wav |
| | 339 | 7/22/21 | 7/22/21 | (66) DOJ-5 File 0001 01_23_02 to 01_27_36.pdf Transcript |
| | 340 | 7/22/21 | 7/22/21 | (66) DOJ-5 File 0001 01_23_02 to 01_27_36.wav |
| | 344 | 7/23/21 | 7/23/21 | (68) DOJ-34 File 0002 00_44_37 to 00_45_10.pdf Transcript |
| | 345 | 7/23/21 | 7/23/21 | (68) DOJ-34 File 0002 00_44_37 to 00_45_10.wav |
| | 346 | 7/23/21 | 7/23/21 | (69) DOJ-34 File 0002 02_20_05 to 02_21_50.pdf Transcript |
| | 347 | 7/23/21 | 7/23/21 | (69) DOJ-34 File 0002 02_20_05 to 02_21_50.wav |

| | 348 | 7/21/21 | 7/21/21 | (70) DOJ-34 File 0002 02_28_16 to 02_29_35.pdf Transcript |
|---|---|---|---|---|
| | 349 | 7/21/21 | 7/21/21 | (70) DOJ-34 File 0002 02_28_16 to 02_29_35.wav |
| | 350 | 8/10/21 | 8/10/21 | (71) DOJ-40 File 0001 00_12_00 to 00_18_09.pdf Transcript |
| | 351 | 8/10/21 | 8/10/21 | (71) DOJ-40 File 0001 00_12_00 to 00_18_09.wav |
| | 352 | 8/10/21 | 8/10/21 | (72) DOJ-40 File 0001 00_28_08 to 00_31_54.pdf Transcript |
| | 353 | 8/10/21 | 8/10/21 | (72) DOJ-40 File 0001 00_28_08 to 00_31_54.wav |
| | 358 | 7/23/21 | 7/23/21 | (75) DOJ-40 File 001 02_24_20 to 02_36_43.pdf Transcript |
| | 359 | 7/23/21 | 7/23/21 | (75) DOJ-40 File 0001 02_24_20 to 02_36_43.wav |
| | 364 | 7/22/21 | 7/22/21 | (78) DOJ-13 0001 00_58_12 to 01_00_34.pdf Transcript |
| | 365 | 7/22/21 | 7/22/21 | (78) DOJ-13 0001 00_58_12 to 01_00_34.wav |
| | 366 | 7/22/21 | 7/22/21 | (79) DOJ-13 0001 01_16_51 to 01_36_52.pdf Transcript |
| | 367 | 7/22/21 | 7/22/21 | (79) DOJ-13 0001 01_16_51 to 01_36_52.wav |
| | 370 | 7/22/21 | 7/22/21 | (81) DOJ-15 0001 00_40_28 to 00_52_45.pdf Transcript |
| | 371 | 7/22/21 | 7/22/21 | (81) DOJ-15 0001 00_40_28 to 00_52_45.wav |
| | 372 | 7/22/21 | 7/22/21 | (82) DOJ-15 0001 00_55_15 to 01_05_11.pdf Transcript |
| | 373 | 7/22/21 | 7/22/21 | (82) DOJ-15 0001 00_55_15 to 01_05_11.wav |
| | 374 | 7/22/21 | 7/22/21 | (83) DOJ-15 0001 01_31_34 to 01_33_34.pdf Transcript |
| | 375 | 7/22/21 | 7/22/21 | (83) DOJ-15 0001 01_31_34 to 01_33_34.wav |
| | 376 | 7/22/21 | 7/22/21 | (84) DOJ-15 File 0001 01_36_50 to 01_38_00.pdf Transcript |
| | 377 | 7/22/21 | 7/22/21 | (84) DOJ-15 File 0001 01_36_50 to 01_38_00.wav |
| | 378 | 7/22/21 | 7/22/21 | (85) DOJ-57 0003 00_07_47 to 00_10_53.pdf Transcript |
| | 379 | 7/22/21 | 7/22/21 | (85) DOJ-57 0003 00_07_47 to 00_10_53.wav |
| | 380 | 7/23/21 | 7/23/21 | (86) DOJ-57 0003 00_30_12 to 00_30_40.pdf Transcript |
| | 381 | 7/23/21 | 7/23/21 | (86) DOJ-57 0003 00_30_12 to 00_30_40.wav |
| | 384 | 7/15/21 | 7/15/21 | (88) DOJ-57 0003 01_01_25 to 01_03_00.pdf Transcript |
| | 385 | 8/9/21 | 8/9/21 | (88) DOJ-57 0003 01_01_25 to 01_03_00.wav |
| | 386 | 7/15/21 | 7/15/21 | (89) DOJ-57 0003 01_28_51 to 01_37_26.pdf Transcript |
| | 387 | 8/9/21 | 8/9/21 | (89) DOJ-57 0003 01_28_51 to 01_37_26.wav |
| | 388 | 7/21/21 | 7/21/21 | 2015-11-18 Burnette emails Will Butler and Miller |
| | 389 | 8/9/21 | 8/9/21 | 2016-01-20 Sweets email to Burnette |
| | 392 | 7/23/21 | 7/23/21 | Burnette and Sweets text chain |
| | 397 | 8/9/21 | 8/9/21 | 2017-01-19 Burnette and Sweets text message |
| | 407 | 8/9/21 | 8/9/21 | 2017-04-04 Joint City-County Meeting 01_02_50 to 01_09_10.pdf Transcript |

| 408 | 8/9/21 | 8/9/21 | 2017-04-04 Joint City-County Meeting 01_02_50 to 01_09_10.mp4 |
|---|---|---|---|
| 411 | 8/9/21 | 8/9/21 | 2017-04-04 Joint City-County Meeting 01_09_38 to 01_17_45.pdf Transcript (file 3) |
| 412 | 8/9/21 | 8/9/21 | 2017-04-04 Joint City-County Meeting 01_09_38 to 01_17_45.mp4 (file 3) |
| 434 | 7/20/21 | 7/20/21 | Doc 208 - Partial Release of Notice of Lis Pendens as to 209 W Georgia St only |
| 435 | 7/20/21 | 7/20/21 | Doc 207 - Release of Notice of Lis Pendens as to 208 W Carolina St |
| 436 | 7/20/21 | 7/20/21 | Doc 206 - Release of Notice of Lis Pendens as to 502 N Adams St |
| 440 | 7/20/21 | 7/20/21 | 2019-12-19 Carter-Smith Letter re: Release of Lis Pendens |
| 625 | 7/27/21 | 7/27/21 | LED - Calls and Texts JT Burnette.xlsx |
| 625A | 8/10/21 | 8/10/21 | Summary of calls and texts between JT Burnette and Maddox |
| 625B | 7/15/21 | 7/15/21 | Summary of calls and texts between JT Burnette and Carter-Smith |
| 625C | 8/10/21 | 8/10/21 | Summary of calls and texts between JT Burnette and UCEs |
| 625D | 8/10/21 | 8/10/21 | Summary of calls and texts between JT Burnette and Musgrove |
| 625E | 7/13/21 | 7/13/21 | Summary of calls and texts between JT Burnette and Oglesby |
| 625F | 8/10/21 | 8/10/21 | Summary of calls and texts between JT Burnette and Whittaker |
| 625G | 8/10/21 | 8/10/21 | Summary of calls and texts between JT Burnette and McKibbon |
| 625H | 8/10/21 | 8/10/21 | Summary of calls and texts between Carter-Smith and Townson |
| 625I | 7/26/21 | 7/26/21 | Summary of calls and texts between Townson and Maddox |
| 625J | 7/20/21 | 7/20/21 | Summary of calls and texts between Gardner and Carter-Smith |
| 625K | 8/10/21 | 8/10/21 | Summary of calls and texts between Carter-Smith and Maddox |
| 625L | 8/10/21 | 8/10/21 | Summary of calls and texts between Carter-Smith and Yordon |
| 625M | 7/26/21 | 7/26/21 | Summary of calls and texts between Carter-Smith and Cardozo |
| 625N | 8/10/21 | 8/10/21 | Summary of calls and texts between Maddox and Yordon |
| 625O | 8/10/21 | 8/10/21 | Summary of calls and texts between Maddox and Cardozo |
| 645 | 7/26/21 | 7/26/21 | 2017-02-22 City Meeting Summary |
| 647 | 8/9/21 | 8/9/21 | 2016-08-03 Manausa article re: TLH Housing Supply |
| 664 | 7/27/21 | 7/27/21 | Burnette and Simon Text Chain |
| 668 | 7/14/21 | 7/14/21 | 2014-02-12 Emails between Wes Townson and Gary Yordon (MHG 19) |
| 673 | 7/14/21 | 7/14/21 | 2014-02-04 Emails between Gary Yordon and John McKibbon (MHG 70) |
| 678 | 7/14/21 | 7/14/21 | 2013-12-16 Email from John McKibbon to Wes Townson (MHG 181) |
| 685 | 7/14/21 | 7/14/21 | 2013-10-23 Email from Rick McCraw to Cassandra Jackson, Roxanne Manning, and Michael Parker (MHG 359) |
| 690 | 7/14/21 | 7/14/21 | 2013-09-24 Email from Wes Townson to Gary Yordon Cocing Paige Carter-Smith (MHG 469) |
| 696 | 7/14/21 | 7/14/21 | 2013-09-23 Email from Gary Yordon to Wes Townson Cocing Paige Carter-Smith (MHG 592) |

| | | | |
|---|---|---|---|
| 704 | 7/20/21 | 7/20/21 | 2013-05-24 Emails between Paige Carter-Smith and Wes Townson (MHG 1041) |
| 705 | 7/20/21 | 7/20/21 | 2013-04-22 Emails between Paige Carter-Smith and Wes Townson (MHG 1046) |
| 706 | 7/20/21 | 7/20/21 | 2013-04-11 Emails from Wes Townson to Terry Daniel Ccing Paige Carter-Smith (MHG 1047) |
| 708 | 7/20/21 | 7/20/21 | 2013-03-18 Email from Wes Townson to Paige Carter-Smith (MHG 1052) |
| 710 | 7/20/21 | 7/20/21 | 2013-03-12 Correspondence from Wes Townson to Michael Parker and Rick McCraw (MHG 1056) |
| 711 | 7/20/21 | 7/20/21 | 2013-03-12 Email from Wes Townson to Paige Carter-Smith (MHG 1057) |
| 729 | 7/14/21 | 7/14/21 | 2014-06-14 Emails between Paige Carter-Smith and Wes Townson (MHG 1436) |
| 733 | 7/23/21 | 7/23/21 | (E-28) 1907160 Q1 DOJ51 0001 01_03_19 to 01_03_41.pdf Transcript |
| 734 | 7/23/21 | 7/23/21 | (E-28) 1907160 Enhanced Q1 DOJ51 0001 01_03_19 to 01_03_41.wav |
| 750 | 8/9/21 | 8/9/21 | (92) DOJ-5 0004 00_17_15 to 00_21_08.pdf Transcript |
| 751 | 8/9/21 | 8/9/21 | (92) DOJ-5 0004 00_17_15 to 00_21_08.wav |
| 753 | 7/21/21 | 7/21/21 | (E-29) 1907160 Enhanced Q1 DOJ32 0001 00_40_40 to 00_42_07.pdf Transcript |
| 754 | 7/21/21 | 7/21/21 | 1907160 Q1 DOJ32 File 0001 00_40_40 to 00_42_07.wav |
| 755 | 7/21/21 | 7/21/21 | (E-29) 1907160 Enhanced Q1 DOJ32 0001 00_40_40 to 00_42_07.wav |
| 759 | 7/21/21 | 7/21/21 | (93) DOJ-5 File 0004 00_02_10 to 00_04_03.pdf Transcript |
| 760 | 7/21/21 | 7/21/21 | (93) DOJ-5 File 0004 00_02_10 to 00_04_03.wav |
| 765 | 7/27/21 | 7/27/21 | 2016-01-14 Burnette email to Sweets re: First Green Bank |
| 769 | 7/20/21 | 7/20/21 | Governance Website.1 |
| 785 | 7/27/21 | 7/27/21 | 2008-02-04 Emails between C. Kittrell and D. Hughs |
| 792 | 7/23/21 | 7/23/21 | (94) DOJ-40 File 0001 02_03_25 to 02_06_09 Transcript |
| 793 | 7/23/21 | 7/23/21 | (94) DOJ-40 File 0001 02_03_25 to 02_06_09.wav |
| 807 | 7/27/21 | 7/27/21 | 2014-02-11 Termination Notice Doubletree Tallahassee |
| 808 | 7/27/21 | 7/27/21 | 2014-02-11 #2 Termination Notice Doubletree Tallahassee |
| 837-a | 8/11/21 | 8/11/21 | Imagine Tallahassee FaceBook Posts |
| 838 | 7/23/21 | 7/23/21 | (97) DOJ-6 File 0002 00_18_15 to 00_18_25 Transcript |
| 839 | 7/23/21 | 7/23/21 | (97) DOJ-6 File 0002 00_18_15 to 00_18_25 wav |
| 840 | 7/23/21 | 7/23/21 | (98) DOJ-6 File 0002 00_22_15 to 00_22_23 Transcript |
| 841 | 7/23/21 | 7/23/21 | (98) DOJ-6 File 0002 00_22_15 to 00_22_23 wav |
| 842 | 8/10/21 | 8/10/21 | (99) DOJ-6 File 0002 00_24_18 to 00_25_15 Transcript |
| 843 | 8/10/21 | 8/10/21 | (99) DOJ-6 File 0002 00_24_18 to 00_25_15 wav |
| 846 | 7/23/21 | 7/23/21 | (101) DOJ-6 File 0002 00_38_06 to 00_40_58 Transcript |
| 847 | 7/23/21 | 7/23/21 | (101) DOJ-6 File 0002 00_38_06 to 00_40_58 wav |

| | | | | |
|---|---|---|---|---|
| | 848 | 7/23/21 | 7/23/21 | (102) DOJ-6 File 0002 00_43_14 to 00_44_32 Transcript |
| | 849 | 7/23/21 | 7/23/21 | (102) DOJ-6 File 0002 00_43_14 to 00_44_32 wav |
| | 852 | 7/23/21 | 7/23/21 | (104) DOJ-40 File 0001 00_08_22 to 00_08_57 Transcript |
| | 853 | 7/23/21 | 7/23/21 | (104) DOJ-40 File 0001 00_08_22 to 00_08_57 wav |
| | 854 | 7/27/21 | 7/27/21 | 2012-08-28 JT Calendar: Meeting at Ed's Office |
| | 864 | 7/15/21 | 7/15/21 | Fully Executed LOI Between H&H and InvestCorp |
| | 868 | 7/15/21 | 7/15/21 | 2013-07-22 Emails between JT Burnette and Charles Simon |
| | 870 | 7/27/21 | 7/27/21 | 2013-10-04 Invite to Paige meeting at Maddox Office |
| | 871 | 7/27/21 | 7/27/21 | 2013-10-11 Page Calendar Entry |
| | 873 | 8/10/21 | 8/10/21 | 2012-08-22 Schulte Hospitality Group LOI |
| | 929 | 7/14/21 | 7/14/21 | 2013-05-22 Transcript TLH Commission Meeting 3:02:40-3:06:57 |
| | 930 | 7/14/21 | 7/14/21 | 2013-05-22 1907160 Q16 (VTS_01_3.VOB) 13_00-17_14.mp4 |
| | 935 | 7/23/21 | 7/23/21 | (105) DOJ-40 File 0001 00_06_16 to 01_08_42.pdf |
| | 936 | 7/23/21 | 7/23/21 | (105) DOJ-40 File 0001 01_06_16 to 01_08_42.wav |
| | 952 | 7/15/21 | 7/15/21 | 2013-06-19 Yordon, Carter-Smith, Maddox, Townson email chain re Agreement |
| | 953 | 7/20/21 | 7/20/21 | 2014-06-20 Carter-Smith Yordon email chain re Thoughts |
| | 954 | 7/20/21 | 7/20/21 | 2014-04-24 Yordon and Maddox texts |
| | 973 | 7/14/21 | 7/14/21 | 2014-04-18 Yordon and Maddox texts |