*United States v. Burnette*, 18-CR-0076

Government's Exhibit 4

Transcript of Government's Exhibit 2

July 21, 2016

GOVERNMENT
EXHIBIT

**4**

Gov. Ex. 4

UC SWEETS:          What's up brother?  Good man, big week for you coming up.

BURNETTE:           Oh Jesus, I'll tell you, really the hard work is done now.

UC SWEETS:          Yeah.

BURNETTE:           We had a . . . we had a little scare that we thought that Surterra was . . . we got our processing and dispensing approval and they put one over on us and tried to get ahead of us and do a press release and actually the only they got was their processing and they didn't get approval they just got it inspected.

UC SWEETS:          Right. Who was that? That tried to do that?

BURNETTE:           Surterra.

UC SWEETS:          Oh ok.

BURNETTE:           So you know it's always been a close race between who's number one, who's number two, between us and them . . .

UC SWEETS:          Yeah.

BURNETTE:           . . . so, they were kind of assholes, because we actually had the first harvest in Florida, and the department of health asked us not to do a press release associated with the first harvest because people that needed medicine would then think it was available.

UC SWEETS:          Yep.

BURNETTE:           Um . . . well, what did Surterra do? They have a harvest a week after our first harvest and they do a big ass press release about Florida's first harvest.

UC SWEETS:          Ohhh.

BURNETTE:           So, you know, the Stanley Cup was the race to see who opened the dispensary first.

UC SWEETS:          Yeah.

BURNETTE:           And and they're thirty days behind us.

UC SWEETS:          Good man, good, you got the corner on the market [laughs].

BURNETTE:           So, our goal is to try to get three thousand patients between now and the time they open.

UC SWEETS:          Yeah.

BURNETTE:     Uhm, you know, we're actually gonna deliver state-wide so we set up a network and we're gonna basically just go ahead and deliver so we can deliver to every address in the state of Florida. . . . put pressure on all the doctors, patients, to get going now.

UC SWEETS:    Yeah. Dude, that's exciting, exciting times for you. I'm excited for you man, that's awesome

BURNETTE:     Been a long road. Well, tell me what I can help you with

UC SWEETS:    Well, I've just got a couple of quick questions for you and it's not . . . uh, it's not cannabis related, it's actually. . . Mike uh . . . Mike'll be in town next week, you know from Southern Pines, working on uh some of his development stuff and you know, I know we mostly talked about uh cannabis when we've been together but,

BURNETTE:     Right

UC SWEETS:    . . . but you know I'm heavily . . . heavily invested in Southern Pines uh to the tune of about ten million and I want to see him succeed, um, and it's tied a bit of my capital you know doing that, but but uhm . . . I wanted to talk to you just real quickly about. . . the first thing is the CRA, so uh you know the piece of property that he's looking at, right?

BURNETTE:     Yeah.

UC SWEETS:    It's that, uh . . . Joan's

BURNETTE:     I believe I know where it is .

UC SWEETS:    Yeah, it's Joan's property down there on . . .

BURNETTE:     I believe I know where it is.

UC SWEETS:    Yeah it's that Joan's property.

BURNETTE:     Off Palmer.

UC SWEETS:    Yeah, Palmer and Monroe, down in there. So, they're expanding the CRA, um, but the first question, you know that I have is, you know, and I'm talking to Mike, he's talking about . . . part of it is gonna be included in this CRA and he's met with a bunch of city and county folks to try and get that expanded and included and it looks like that's gonna be happening, but if I recall right, when you and I were first talking and you were talking about some of the development stuff, you were talking about, you know, CRA monies to the tune of half a million, a million dollars and he's talking about fifty thousand dollars.

BURNETTE:      So, so, let me explain CRA money to you okay. There's two different programs part of the CRA.

UC SWEETS:     Ok.

BURNETTE:      So, one is the facade program where they give you fifty thousand dollars to enhance the facade of an existing building.

UC SWEETS:     Yep.

BURNETTE:      And then there is let's call it the tax increment financing portion of CRA, what happens is, let's say you have a piece of property that's on tax roll today for a million dollars, ok? And you pay twenty thousand dollars worth of tax, property tax on that million-dollar value today.

UC SWEETS:     K.

BURNETTE:      Just to make the math easy, fifty percent of that goes to the city and county, and fifty percent of that goes to the school board.

UC SWEETS:     Ok.

BURNETTE:      Ok so, the school board does not play in this game whatsoever, so, we're only talking about the city and county related to the CRA, and that means that they get . . . uhm ten thousand dollars between the city and county associated with your twenty thousand dollars' worth of property tax.

UC SWEETS:     Ok.

BURNETTE:      Ok so you're following me so far?

UC SWEETS:     Yep.

BURNETTE:      So, right now, today, you know, 2016, city and county get ten thousand dollars' worth of revenue off this piece of property. What the city and county said is that . . . and this is what the CRA means, really, is that this is the current watermark of this property and as the watermark goes up, ok, they will then recontribute the money above the watermark back to the CRA, so that's how the CRA is funded, alright?

UC SWEETS:     Ok.

BURNETTE:      So, now, just giving you an example, and this will use easy math numbers, so, currently the value is a million, alright? And you raise the property value to eleven million dollars, ok? With your project

UC SWEETS:     Yep.

BURNETTE:          K, and you increase the property tax two hundred thousand dollars, and that's two percent of ten million, ok? So, now the property tax is two hundred and twenty thousand dollars a year, alright? So, of that, now the city, which was receiving ten thousand dollars, city and county were receiving ten thousand dollars in a year, now they're receiving a hundred and ten thousand dollars a year in property tax, now keep in mind, you're paying this property tax by the way.

UC SWEETS:          Right.

BURNETTE:          And you're paying, you know, another hundred and ten thousand dollars to the school board, who isn't giving you any of back, ok? So, what the CRA says is that, look, we have twenty years left on the CRA, ok? So we're gonna receive a hundred, an extra hundred thousand dollars a year for twenty years, we're gonna receive two million dollars' worth of additional tax dollars because of this project and what they effectively do, is do a discounted cash flow at ten percent ok, they want to earn ten percent on their money and they do that discounted cash flow and that's the determination of how much money they give you.

UC SWEETS:          Ok.

BURNETTE:          So, if it's now . . . so they get two million over time, but they need a ten percent return, that probably nets a million dollars today, ok?

UC SWEETS:          Ok.

BURNETTE:          So, probably net somewhere between five to ten percent of your project cost.

UC SWEETS:          Ok, which is around forty million at the moment, ok, alright, so. . . ok that kind of explains that, which leads me . . . so . . . is that an automatic? Are the CRA numbers automatic?

BURNETTE:          No, they're not automatic, that's just a threshold that they will go to.

UC SWEETS:          Ok, because one of the . . . [BURNETTE: UI] go ahead, did I lose you?

BURNETTE:          Yeah no, I'm still here, so forty million, keep in mind, you know, they could give you maybe four million bucks.

UC SWEETS:          Yeah, or they could give us . . . we're only gonna give them, you know, five hundred thousand.

BURNETTE:          Absolutely.

UC SWEETS:          Now, who votes on that?

Gov. Ex. 4

BURNETTE:        Five city commissioners.

UC SWEETS:       Ok.

BURNETTE:        And four county commissioners.

UC SWEETS:       Ok, so, we've met with a bunch of them, and a bunch of them are on board but the one name that I don't know that Mike has met with . . . um . . . was a name that you mentioned a long time ago: Maddox.

BURNETTE:        Scott Maddox.

UC SWEETS:       And he's a guy, that, um, that Mike is saying . . . his research is done . . . is, uh, . . . I would say somewhat temperamental sometimes in doling out these, uh, larger amounts of money.

BURNETTE:        Scott Maddox is very transactional one, and number two is, he is probably the most powerful member on the CRA.

UC SWEETS:       Ok, and you're hooked into him?

BURNETTE:        Very close friends with Scott.

UC SWEETS:       Perfect.

BURNETTE:        Um, Scott will not be friends with Andrew or with Adam Corey because . . .

UC SWEETS:       [laughs]

BURNETTE:        . . . because Scott is not good friends with Andrew Gillum.

UC SWEETS:       Got it, so you see that predicament? You see why I'm calling you? Now that, we've kind of figured some of this stuff out. You see why I'm calling you? [laughs] Uhm . . .

BURNETTE:        Mike, the problem is . . . I can't tell you the question to ask me . . .

UC SWEETS:       Yep.

BURNETTE:        But, you're not asking me the right question.

UC SWEETS:       I gotch you. I know you're swamped, I know you're swamped with trying to get things open right now, but how about we do a business meeting maybe in uh, maybe like in a few weeks, into August, somewhere outside of Tallahassee, and maybe you can get, uh, Mr. Maddox to attend along with you.

BURNETTE:        Well, let's forget about Maddox, 'cause Maddox isn't the right question.

UC SWEETS:        Ok.

BURNETTE:         The right question is Mike, why this fucking parcel?

UC SWEETS:        Hmm.  Ok.  Well, that's a good question that Mike has to answer.

BURNETTE:         Ok, look, I'm not . . . I'm not . . . look, I would not know you without Mike.

UC SWEETS:        Right, right.

BURNETTE:         I have a very high level of respect for that relationship, right?

UC SWEETS:        Sure.

BURNETTE:         But I think there's some fundamental basics that have been missed with the valuation of the actual parcel.

UC SWEETS:        Ok, hmm.  Hmm.

BURNETTE:         I don't know how to tell you this, but if somebody gave me the parcel, I wouldn't do what you guys are doing.

UC SWEETS:        Really?

BURNETTE:         If you fuck [inaudible] . . . let me rephrase it, Mike, if you gave it to me and wrote me a check for five million dollars, I wouldn't fucking do it.

UC SWEETS:        Wow.  Alright.

BURNETTE:         Now let me be the boss, ok, and because I think you've been helpful to me, I'm trying to be helpful, please don't get me crucified in the process.

UC SWEETS:        No, I'm with you, that's why I'm calling you, kind of back channel sort of thing, uh.

BURNETTE:         So, if you could buy a parcel that was waterfront property, ok?  And that number . . .  that piece of property has a value of x, ok? I'm just gonna call it a million dollars.

UC SWEETS:        Yep.

BURNETTE:         And the waterfront is gonna get developed first, right?

UC SWEETS:        Yep.

BURNETTE:         You know the waterfront develops and then everything behind the waterfront develops.

UC SWEETS:        Yep.

Gov. Ex. 4

| | |
|---|---|
| BURNETTE: | Well, you're about five blocks off the waterfront, ok? |
| UC SWEETS: | Yeah. |
| BURNETTE: | It's not like there's the waterfront, you're on the beach, then there's a road and you're that road. |
| UC SWEETS: | [laughs] |
| BURNETTE: | You're five blocks off the water. |
| UC SWEETS: | I like the way you're painting me a picture. |
| BURNETTE: | You're five blocks off the fucking water even. |
| UC SWEETS: | Yeah  Yep. |
| BURNETTE: | Ok? So now, the city and county, the CRA, let me rephrase it, they own the fucking waterfront, |
| UC SWEETS: | Right. |
| BURNETTE: | . . . and the waterfront is the old jail building and everything that is right there on Cascades park. |
| UC SWEETS: | Ok. |
| BURNETTE: | Ok?  Now, they effectively are about to give that property away for fucking zero, ok? |
| UC SWEETS: | Hmm. |
| BURNETTE: | Because what's gonna happen is this: they're gonna have a developer pay three million dollars for it, ok this is left hand, right hand, so they're gonna write a check, developer, for three million dollars to go into the CRA, and then, over here on the right hand, it's the left hand doing that, the right hand, which is has five million dollars' worth of bed tax dollars in it, they're gonna give them about three million dollars of that bed tax dollar to go back into the project, ok? |
| UC SWEETS: | Right. |
| BURNETTE: | So, the net they're paying for the property on the water, fucking front and center, is zero. |
| UC SWEETS: | Right. |

BURNETTE:        Ok. Now, they're gonna go build a forty to eighty million dollar project on this waterfront, ok? Now, their land basis is zero and now you're six blocks back off the water, what the hell is gonna rent?

UC SWEETS:       Right.

BURNETTE:        The waterfront.

UC SWEETS:       Uh huh.

BURNETTE:        And by the way, their basis is gonna be cheaper than yours because you're actually gonna pay something for the land.

UC SWEETS:       Right.  Well presumably, he is, I mean, I think there's some negotiation on that part of it, I think part of the reason he's looking at that is 'cause he's getting a sweetheart deal on it, but I hear what you're saying, it's not on the waterfront but . . .

BURNETTE:        Hold on. How is it a sweetheart deal? Is he getting paid more than . . . is he paying more than zer . . . paying less than zero?

UC SWEETS:       Yeah. No, I hear you [laughs] Yeah that's, I hear you, um, but we don't have that left hand, right hand, uh you know, situation, you know, we're outsiders coming in

BURNETTE:        If you wanted to develop these properties, the city owns another piece of property, ok? Which is over there by the Edison, you know where the Edison is?

UC SWEETS:       Oh yeah.

BURNETTE:        So, the city owns like five acres literally just south of the Edison, ok? Now if you had a choice to go spend forty million dollars, would you spend on that five acres right there on the park next to Edison? Which by the way we could just about get for free, ok? Maybe we pay five, six hundred grand, or, should we go spend forty million dollars fucking five blocks off the water?

UC SWEETS:       I'm with you, so who controls that piece of land? What's it take to get that kinda piece of land?

BURNETTE:        So, when we meet in person, we can have some discussions related to that parcel.

UC SWEETS:       Boom!  That's what I'm talking about right there, ok, I know Mike's in town next week, I'm not gonna be able to be there, I wish I could, I'd love to see you open that thing, um, let's get together here early part of August, um . . . . middle of August, something like that and . . .   let's do it outside of

|            | Tallahassee, where we can have . . .  maybe we go to Nashville or something and have some fun and we can talk about some of this stuff. |
|------------|---|
| BURNETTE:  | So, let me ask you this, is Mike coming by himself? |
| UC SWEETS: | Um, I . . . I think Brian was coming, and I think Brian was coming because he was trying to . . . he's trying to do something with this Jackie Ponce, um, which is another question, you know, probably a conversation for a different day, but uhm . . . |
| BURNETTE:  | There's nothing gonna happen with Jackie Pons until after the election |
| UC SWEETS: | Ok. So, he's uh . . . |
| BURNETTE:  | You can tell Brian, he makes as many trip as he wants down here.  He needs to make an election contribution to Jackie Pons. |
| UC SWEETS: | Right |
| BURNETTE:  | He needs to say: "Hello, I'm here to support you, and I want to have a conversation with you after you win this election." |
| UC SWEETS: | Ok, perfect. |
| BURNETTE:  | And that's how that conversation needs to go down. |
| UC SWEETS: | Ok, I'll give him that advice, so . . . |
| BURNETTE:  | What I'm gonna try to do for you, ok? |
| UC SWEETS: | Sure. |
| BURNETTE:  | When Mike is in town, I'm gonna try to get Mike off, just the two of us, ok? And I'm gonna try to work with getting Mike on the right path. |
| UC SWEETS: | Ok. |
| BURNETTE:  | Uhm, Mike, let me just say it: Joan Fregly is a lady that he is working with? |
| UC SWEETS: | Yep. |
| BURNETTE:  | Ok, to buy this parcel. Joan Fregly . . . and look, I understand ALL the dynamics, she's dating a guy in South Florida, she wants to get out of Tallahassee, but you are not gonna get a fucking deal from Joan Fregly. |
| UC SWEETS: | Ok. |
| BURNETTE:  | Ok? |

Gov. Ex. 4

UC SWEETS:      Yep.

BURNETTE:       I mean, if you took all of Joan Fregly's shit all together, every bit of it, she thinks it's worth thirty million dollars, that shits worth about ten million. The problem is ten million dollars is not enough money for her to fly off into the sunset.

UC SWEETS:      Yeah.

BURNETTE:       So, she's not gonna fly off into the sunset.

UC SWEETS:      Ok, so you think that it's a flawed . . . it's a flawed situation from the get go.

BURNETTE:       I mean, I think ya'll are freaking trying to defy gravity, is what I think you're trying to do.

UC SWEETS:      Well, hey, this ain't my area of expertise. I'm just I'm just a guy that's . . . I'm trying to talk to the people that I think know what they're talking about, and you know . . .  just so you understand, I'll talk to Mike.  Mike doesn't necessarily know that I'm calling you, I mean, he knows that we, we talk but um, you know, and I know that he's . . .  I don't know, I guess, I wanna say hooked into Adam Corey and that's fine and dandy, um . . .  but, I also just want to be careful there that that . . .  he may he may be able to use Adam and make some progress in some areas, but I also realize where things actually happen, does that make sense?  So, that's why I'm calling you, um, you know . . .

BURNETTE:       First of all, let me . . . Mike, Adam's in it for Adam, ok?

UC SWEETS:      Yep, I know that.

BURNETTE:       I don't want anything from you.

UC SWEETS:      Right.

BURNETTE:       I mean, I don't I'm not asking you to pay me, I'm not asking you . . . I don't . . . there is no advantage in me seeing you lose money.

UC SWEETS:      Right [laughs] there's no advantage for me in that either brother [laughs].

BURNETTE:       Right, but there's . . . I'm not, I mean, Adam Corey, he wants you to pay him whether you make money or lose money.

UC SWEETS:      Right, I hear you . . .

BURNETTE:       Right.

UC SWEETS:      . . . yeah, I know I got your drift on that

BURNETTE:        And look, you gotta remember, Tallahassee is still a town from the South whether you like it or not, and I mean, I hate to say it but Adam Corey is gay.

UC SWEETS:       Yeah, yeah,

BURNETTE:        And . . .

UC SWEETS:       Right.

BURNETTE:        Whether you like it or not, I mean, I love gay people but . . .

UC SWEETS:       No, I realize it, it doesn't probably fly as well in the . . . in the south as it does probably in say, LA or you know, New York, so . . . I'm tracking with you on that, I'm tracking with you on that, so . . .

BURNETTE:        You're a long way from Hollywood, let me just say that.

UC SWEETS:       Yea, I know you are gonna . . . I know you're gonna be busy next week, I don't know if you'll have a chance to hook up with Mike or not, I'll reach out to him and say hey just touch base with you and if you are free that's great but you know, none of this is happening fast, you know, that's one thing about Mike, is he's patient and he's, he's . . . you know, he's coming in right now and trying to talk to the right people, that's why I ask about like this Maddox character 'cause you're trying to talk to the people ahead of time that can make the things happen we want when we're ready to pull the trigger, or when he's ready to pull the trigger, um, everything's lined up, and everything is paid and accounted for and all we gotta do is just count the votes and do that kind of thing, so umm . . .

BURNETTE:        Mike, I can tell you this: the best thing we can do is work together, and go develop the parcel besides Cascades Park.

UC SWEETS:       Ok. Alright.

BURNETTE:        Ok.

UC SWEETS:       Let me . . .

BURNETTE:        I mean . . .

UC SWEETS:       . . . let me put that in there.

BURNETTE:        Put it this way, if I'm willing to put my money in with you, not you pay me something [laughs] right, it's not a bad idea.

UC SWEETS:     Yeah [laughs] if you're willing to throw in, then it's probably a good idea, 'cause you seem to be pretty smart with it, uh . . . with those investments, so . . .

BURNETTE:     I mean, I hate to say it, I actually told you guys a place that there was a million dollars laying on the ground.

UC SWEETS:     Yeah, I think you told that to Mike, but I mean . . . you know I'm . . . I'm . . . again, this ain't my wheelhouse so you know, I don't really . . . I mean, shit, you had to explain the CRA to me, you know 'cause I just remember you saying "hey I got a whole bunch of money out of this" and you know, and Mike's talking about different amounts of money and I'm thinking well, shit, how . . . how did J.T. get a shitload of money and you're not talking near that kind of money, so . . . but I don't like having these conversations on the phone either. I like to do them in person. You know, I like to . . .

BURNETTE:     I'm with ya.

UC SWEETS:     . . . sit over a beer and have a . . .

BURNETTE:     So, let's . . . I'll try to talk to Mike, talk to him and we'll get together after that.

UC SWEETS:     Yeah, I'll, I'll tell him to reach out for you.  If you're too busy next week, don't fucking worry about it, it's no big deal, uh, but we'll get together soon after that and uh . . . you know outside . . . outside of Tallahassee and we'll uh . . . and then we can have some open conversation about some stuff

BURNETTE:     Sounds good.

UC SWEETS:     Alright my friend, well good luck next week.

BURNETTE:     Bye Mike. Alright, talk to you soon.

UC SWEETS:     Alright see you, bye.

UC SWEETS:     Ok that concludes the . . . telephone call from JT Burnette. It is the 21st day of July 2016, the call ended at approximately . . .

[END OF RECORDING]

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 10

Transcript of Government's Exhibit 6

September 21, 2016

GOVERNMENT
EXHIBIT

**10**

BURNETTE:      You can piss developers off if you overflag a market.  Right?  So, effectively let's say you take Tallahassee.  Let's just say you're in the Marriott family, right?  Well, the Marriott customer base represents let's just call it 100,000 room stays.  Let's just pick a number.  Well, every time you stay in a hotel, they get their market share of the 100,000.  Plus, they get some percentage of the rest of the market.  Of course, what Marriott wants is they want that percentage of the rest of the market.

UC SWEETS:     Right.

BURNETTE:      But it's at the sacrifice of all of their developers . . .

UC SWEETS:     Yeah.

BURNETTE:      . . . on their $100,000 core business.

UC SWEETS:     Yeah.

BURNETTE:      And now you can see how they Starwood and Marriott will become effectively one rewards system.  And then you can see it so the way it's always ranked, it's always been Marriott, Hilton one or two.  Okay?  Starwood's always been number three.  Well, if you're a Marriott developer and Marriott let's just say you consider it to be number one this year.  Effectively, what happened is, is the winner is the Starwood developer.  Right?  Because now he's getting access to that big Marriott user group.

UC SWEETS:     Yeah.

U/M:            Uh-huh.

BURNETTE:      Now, if you're a Marriott, let's just say you're a Courtyard and there's an A-Loft in your market.  It's really going to piss you off.  So I think there's going to be I mean, they've got a tiger by the tail.  That's what they've got.  I mean, you know, we'll see if they can how they're going to play it together.  But Marriott definitely needs something edgy because they damn sure don't have anything for the millennial group.

UC SWEETS:     No, uh-uh.

BURNETTE:      So I think it was a foregone conclusion they were going to pay what they had to pay for the acquisition.

UC SWEETS:     Yeah.  But they don't but they rarely shutter hotels, right?  I mean, hotels are rarely shuttered until they get really old?

| | |
|---|---|
| BURNETTE: | Yeah. And usually what they do is, is that so there are what are called prototypical flags, and there are what are called mod or reno flags. So like in Indigo, for example, you can renovate a hotel into an Indigo. |
| UC SWEETS: | Okay. |
| BURNETTE: | But like, for example, Holiday Inn or Hampton Inn, right? That's a prototypical build. They don't want you retrofitting a product into a Hampton Inn. I mean, they'll do it in like a market they can't get into, downtown New Orleans, New York. |
| UC SWEETS: | Right. Okay. |
| BURNETTE: | But, you know, they want, effectively, brand standard across the industry. So it gets tricky. But they most of these hotel franchises are only 10-year franchises. |
| UC BUTLER: | Are what? |
| BURNETTE: | Only 10-year franchises. So they have the option of non-renewing at the 10-year. |
| UC SWEETS: | Yeah, but then they just fall out to a non-name brand hotel. |
| BURNETTE: | Or somebody's got a retro flag. So let's say you're with Marriott. Well, InterContinental's got a retro brand that they'll take you under. |
| UC SWEETS: | Yeah. |
| BURNETTE: | So there's the threat, right, that when they deflag you, that they lose that competition into the market or they lose that product into the market somewhere. It's going to get somebody's going to pick it up. |
| UC SWEETS: | Uh-huh. |
| BURNETTE: | I mean, it will become a Baymont or Choice property or somebody is going to take it. I mean . . |
| UC SWEETS: | Uh-huh. |
| BURNETTE: | . . . you can get a flag on a turd. It's just, where do you get a turd flag? But . . . |
| UC SWEETS: | Uh-huh. Let's talk Tallahassee. So I just really - [UI] you and I had a phone conversation. And I really just you know, you said you had mentioned this city property. |
| BURNETTE: | Uh-huh. |

Gov. Ex. 10

UC SWEETS:   And you said you didn't really want to talk about it on the phone.  And I wanted Mike to understand how what we had talked about and then also just kind of like have Mike kind of give you his overview of what we are doing because I knew we talked about the fact that that uh . . .

BURNETTE:   One particular parcel.

UC SWEETS:   . . . the one parcel isn't necessarily oceanfront property . . .

BURNETTE:   Right.

UC SWEETS:   Umm, which obviously gives me some concern, but then, you know, I'm not trying to get into his business.

BURNETTE:   Right.

UC SWEETS:   But at the same time, I wanna do I do wanna protect a significant investment, just make sure that it's it's the right one.  And, you know, Mike's the expert.  And we're outsiders in Tallahassee.

BURNETTE:   Right.

UC SWEETS:    And you're clearly not.

BURNETTE:   That's right.

UC SWEETS:   You know, I've just seen you talk about a lot of these things that you've accomplished, and they ain't going to be accomplished by an outsider.

BURNETTE:   Yeah.  That's tough.

UC SWEETS:   So I kind of want you to figure out for us and I know there's that whole thing about, you know, Adam Adam Corey being as a consultant and us paying him, Mike paying him, really, but I also want to figure out, you know, where do you fit into the scheme of things for us?

BURNETTE:   So I really think there's I think there's two core issues to have a conversation about.  So there so Scott Maddox and I have a very deep relationship.

UC SWEETS:   Now, he's the county guy?  County.

BURNETTE:   He's the city commissioner. Okay.

UC SWEETS:   City commissioner.  Okay.

BURNETTE:   Scott Maddox is, you know, arguably, probably the most sophisticated politician of all the city and county players period.

4

UC SWEETS:        Okay.

BURNETTE:         Okay?  Scott Maddox was the one the originally got Andrew Gillum elected.
                  Alright?  So if you if you - so, the way it works in Florida is there is what's
                  called the sunshine law.  Okay?  Now, what that means is all three of us are
                  city commissioners, that we can't sit around and talk to each other.  Okay?
                  But the city manager can have a conversation with all of us.

UC SWEETS:        Uh-huh.

BURNETTE:         Okay?  So

UC BUTLER:        Collectively?

BURNETTE:         No.

UC BUTLER:        Independently?

BURNETTE:         Have a conversation with you, a conversation with you, and a conversation
                  with you.

UC BUTLER:        We can't do it all in the same room?

BURNETTE:         You can't do it in the same room.  So now . . .

UC BUTLER:        And he can't either?  He can.

BURNETTE:         He can't do it with you all in the same room unless it's a publicly noticed
                  meeting.

UC BUTLER:        Okay.

BURNETTE:         Okay?

UC SWEETS:        Yep.

BURNETTE:         So you can't hash out a problem behind closed doors.  You can only hash
                  out that problem in front of the public.

UC SWEETS:        Right.

BURNETTE:         So, effectively, what happens in this process is, is that city and county
                  managers really become gods . . .

UC SWEETS:        Uh-huh.

BURNETTE:         . . . because reality is they set their own agenda and convince all of us who
                  can't talk to each other what they want to do.

Gov. Ex. 10

UC BUTLER:          Right.  Okay.

BURNETTE:           So Scott Maddox was very smart in knowing that the way that Scott has control of the city for so long is that Anita, the city manager Scott got Anita the job, and she which she had for almost 20 years.  Okay?  So I literally will tell you the deal.  I was a newcomer to Tallahassee.  I had no idea what I was getting myself into, probably would have never done it had I known what I was getting into, but it helped me understand the political landscape in Tallahassee.

UC SWEETS:          Uh-huh.

BURNETTE:           This was probably 10-12 years ago.  So the Phipps in Tallahassee, which were, you know, Phipps Mall in Atlanta, Dennis Boyle ran the Phipps family thing, effectively, for Tallahassee.  Okay?  I mean, these are talking about the most powerful people in Tallahassee.  Have you guys have been to the private FBO, so you guys just flew into the general avia-- not you, just in the main terminal.  But okay.  There was . . . there's one FBO on the field, which is now called Million Air.  It used to be called Flightline.

UC SWEETS:          Uh-huh.

BURNETTE:           Okay?  And, effectively, they have the exclusive right for fuel on the field.  So if you bought gas, you had to buy it from them.  They could charge you whatever the hell they wanted to.  Okay?  Well, they had set this high standard that you had to have five developed acres on the field to be able to build another FBO.  Okay?  Well, we had acquired a small parcel on the field.  And when FedEx relocated, we took the FedEx parcel and pieced it with this, and we had five acres to build a second FBO on the field.  So, you know, I was kind of into aviation, had just gotten into it, thought it would be fun to do.  I really had no idea that I was stepping into a fucking hornet's nest because, effectively, Dennis Boyle, the guy who ran the Phipps family thing, they own the FBO.

UC SWEETS:          Right.

BURNETTE:           Okay?  So here it is, you know, young kid, you know, against powerhouse Tallahassee.

UC SWEETS:          Uh-huh.

BURNETTE:           So Scott and I had worked on some stuff before.  Scott never really got along with Dennis.  Okay?  And I went to Scott.  And I said, "Scott, you know, what do we need to do?"  I mean, right?  It's an easy political argument, right?  Why should there be a monopoly for fuel on the field?  Right?  I mean, it's a simple political statement.  Umm, of course, I didn't know there's a reason why there's a but what happened was, effectively, Scott we beat 'em.  I mean, I literally went to Scott's house.  Anita was

there.  We negotiated out the whole deal about how it went down.  And we and we beat 'em.  I mean to tell you it was a lot of political capital.  There was a lot of bloodshed.  But we won.  The reason we won is, is that because Scott hired Anita, Anita's loyalty was to Scott . . .

UC SWEETS:          Sure.

BURNETTE:          . . . over the other four commissioners didn't really mean shit.

U/M:          Yeah.

BURNETTE:          They were all come and go, you know.  At the end of the day, the city manager just waits your ass out.

UC SWEETS:          Uh-huh.

BURNETTE:          Right?

UC MILLER:          Right.

BURNETTE:          Because you are only going to be there so long.  You know, they stood up your shit.

UC SWEETS:          But he's been there for . . .

BURNETTE:          Scott?  Well, see, at the time, Scott wasn't even on the commission.

UC SWEETS:          Oh.

BURNETTE:          Okay?  But he still had Anita

UC SWEETS:          Got it.

BURNETTE:          The city manager right?     to do whatever the hell Scott wanted her to do . . .

UC SWEETS:          Okay.

BURNETTE:          . . . because she'd have never got the job . . .

UC SWEETS:          Yeah.

BURNETTE:          . . . as a black lady in Tallahassee.

UC SWEETS:          How did he get her the job?

BURNETTE:          He was the mayor at the time.

UC SWEETS:          Okay.  He was the mayor?

Gov. Ex. 10

| | |
|---|---|
| BURNETTE: | Yes. |
| UC SWEETS: | Got it.  Okay. |
| BURNETTE: | And then once he went out, he's the one that got Andrew in. |
| UC SWEETS: | Okay. |
| U/M: | Right, right, right. |
| BURNETTE: | Okay? |
| U/M: | Okay.  That makes sense. |
| BURNETTE: | So there are some whole issues about all of that stuff but neither here nor there.  So here's what Scott did recently.  So, of course, Anita was black.  Okay?  Rick Fernandez was more or less the chosen child to be the city manager after Anita left.  Of course, Andrew, which is black, and Curtis, the last person they wanted in the world was Rick Fernandez.  Okay?  So what Scott does is, is they're all trying to push out and going out for this search and all this stuff to go try to find somebody.  Effectively, they wanted another African American as the city manager.  Well, they go talk about all that plan.  And Scott just made a motion that "I say right now that Rick Fernandez is city manager in waiting." |
| UC BUTLER: | He does. |
| U/M: | Okay. |
| BURNETTE: | He actually gets the other 2 it's a 3:2 vote that Rick Fernandez is, effectively, the city manager.  Okay?  Well, who the hell do you think Rick Fernandez is loyal to? |
| UC SWEETS: | Right. |
| U/M: | Yeah. |
| BURNETTE: | Right.  He's loyal to Scott Maddox.  Scott Maddox knew right? Because he was planning on leaving the commission seat at the time and running for school board against Jackie . . . |
| U/M: | Yeah. |
| BURNETTE: | . . . because Jackie wasn't supposed to run okay?  That he knew his legacy and him being able to control the city, even with beyond the commission, was to make sure that Rick Fernandez knew that Rick Fernandez got the job because of Scott Maddox. |
| UC SWEETS: | Right. |

BURNETTE:           Right?  And Rick knows that.  Okay?  So the most powerful person there is Rick Fernandez.  Right?  And Rick is beholden to Scott.

UC SWEETS:       Got it.

BURNETTE:           Okay?  So, Scott and I have always worked deals together because at the end of the day, Scott can always wrangle the commission kind of in his direction.  I mean, he's really the one that provides the leadership for Nancy and Gil Ziffer.  Right?  Usually he can get them to go whatever direction he wants.  And that leaves Andrew and Curtis on an island, so a 3:2 vote.  They're fucked.  So Scott and I they're Cascades Park.  There's the area of which where the Edison is I think you guys are familiar with.  If you're looking out the front door of the Edison, the city owns like four or five acres over there.  Okay?  Then there's the other side of the park, which is north, but I'm sure you probably don't have your orientation that well of the park.  It's opposite of the Edison.

UC SWEETS:       Out the back door.

BURNETTE:           Like if you're looking out of the back door across the park over there.  So two things were effectively negotiated.  Okay?  One is, is that the part looking out the back door, the effectively, North American Property would get that.  I wouldn't compete against North American Property on that piece.  In exchange, I would get the parcel at the front door of the Edison.

UC SWEETS:       Okay.

BURNETTE:           Okay?  Effectively, the problem is I don't have time or resources to do anything with it.  Right?  But it's at my choice to do something with it if I'm effectively the chosen child to do something with it if I want to do something with it.  I don't have time or resources to do something.  If it's something you guys want to do, I'm happy to partner I guess with and get that done.  And I can deliver all the political components we need to deliver.  I will tell you that it's gonna be a shit storm.  Right?  And it's actually better for an outside person to do it than an inside person.  Right?

UC SWEETS:       Uh-huh.

BURNETTE:           Basically, point at Mike and say, "Bad developer in Savannah."  Right?  "The devil himself."   And then on the other side, here I am really straightening out everything behind the scenes, and it's not a gun pointed at me locally.

UC MILLER:         Yeah.

BURNETTE:           So the other part of that negotiation was what really was the mathematical piece.  Remember that parcel that I got I kept telling you guys to take a look at and buy?

Gov. Ex. 10

U/M:                  Yes.

BURNETTE:       Okay.  Well, FAMU Way is extending out from where it is to Monroe
                      Street.  Okay?  And that piece of property is one-fourth of the right-of-way
                      for FAMU Way.  Okay?  Well, they've got seven and a half million dollars
                      set aside to buy the right-of-way for FAMU Way.  So just round it to $8
                      million.  They're going to pay $2 million dollars.  Okay?  I bought the
                      property for 900.  I knew that the $2 million dollars was sitting there to buy

UC SWEETS:      See, that's the knowledge that you have

BURNETTE:       Right.

UC SWEETS:      From

BURNETTE:       Right.

UC SWEETS:      your connections, from your relationships.

BURNETTE:       So

UC SWEETS:      Most people don't know about it.

BURNETTE:       Right. So, effectively, what you see happened is, effectively, they paid me
                      dollars and the scolded child or the chosen child on the other parcel to not
                      mess with North American over here on this other side.

UC SWEETS:      Okay.  What was the purpose for that?  Like

BURNETTE:       Umm, so, look, it would have been a tough decision for everybody if North
                      American and I got in a head-to-head battle.  Politically, who would win?

UC SWEETS:      To fight over that piece of

BURNETTE:       Right.

UC SWEETS:      North American is a local?

BURNETTE:       No, they're not local, but they've done about $150 million worth of work in
                      Tallahassee.

UC SWEETS:      Okay.

BURNETTE:       Umm, you know, they've done a lot of good work.  Umm. I've

UC SWEETS:      So they have some political clout?

BURNETTE:       They have some political clout.  Umm, we could have won, quite frankly,
                      umm, but I like the compromise better because, again, I really didn't have

the time and resources.  And North American Property is about to build a $50 million project there.  I don't know that I'm comfortable at that investment at that location at that level.  Umm, I kind of like the projects. You know, they're going to basically     they're going to go do all of the groundbreaking work, and then you get to ride their coattails with the other parcel.  So I kind of like that play better.  Umm, but if that's something you guys want to do, I'm happy to take a look at it.  I mean, you know

UC SWEETS:      Well, what would you envision being there?

BURNETTE:       I think probably some brownstones or something goes there.

UC SWEETS :     Like multi?

BURNETTE:       Multifamily.

UC SWEETS:      Multifamily?

BURNETTE:       So probably a for-sale product, not a for-rent product.  Now, one thing that Scott and I did do was we knew that we were already looking at this parcel over there that the city had, and we put them over there to put for-rent restrictions on the piece that they are developing.  So they've got to develop for-rent property.

UC BUTLER:      North American does?

BURNETTE:       They can't develop for-sale property right?  For a couple of reasons.  One is, is Scott Maddox owns another parcel down in midtown that he doesn't want them building property competing against him over there either.

UC SWEETS:      Right.

BURNETTE:       So, you know, that's an option.  That's something on the table.  Umm. The uh and then the, the Fregly piece is just my experience with Joan Fregly is she's just unreasonable.  I think Mike's had better experience with her than I have.  But, I mean, she, she has a bunch of shit.  You know what I mean? And you've got to basically figure out I mean, you can buy shit as long as you buy it at the right price, and you can make money doing it.  But, you know, the question is, can you get her to a reasonable number or not?

UC SWEETS:      Right, kind of what we discussed, you know, what is a reasonable number? But like when I when you and I were talking about that piece, as opposed to like when Mike and I were talking about it, that's just a

BURNETTE:       That's just one piece of a big puzzle.

UC SWEETS:      (Inaudible) big picture.  Yeah.

UC SWEETS:        You know?  And so that's just what I wanted to make sure, is that because, I mean, if there's enough money to build on both properties . . .

BURNETTE:         Right.

UC SWEETS:        . . . or to collect all of those properties and then to build both the city prop- the city across from the Edison . . .

BURNETTE:         Right.

UC SWEETS:        . . . and then the Monroe properties right? Monroe, is it?

U/M:              Yeah (inaudible).

(Overlapping voices.)

BURNETTE:         Well, there's properties all over, right?  You know, there's I mean, there's probably what? A total of parcel count of probably north of 20 parcels.

UC MILLER:        Yeah.

BURNETTE:         You know, I mean, it's spread out all over.  I mean, Fregly would build anything and everything.

UC SWEETS:        Well, what about like so the on the city property, what's the I mean, there's got to be some drawbacks to it.  There's got to be there's zoning issues or there's . . .

BURNETTE:         Well, it's . . .

UC SWEETS:        . . . school district issues or . . .

BURNETTE:         The biggest issue is the neighborhood.

UC SWEETS:        Okay.

BURNETTE:         I mean, it's gonna-- but here's the thing.  They're going to damn near give you the property to make some concession for that neighborhood.  So the big outstanding issue is when they built the amphitheater at Cascades Park . . .

UC SWEETS:        Uh-huh.

BURNETTE:         . . . they built it facing the damn neighborhood.

UC SWEETS:        Yeah.

BURNETTE:         Okay?  And there was this whole big compromise for them to build a sound wall on that property to stop the sound attenuation into the neighborhood.

|  |  |
|---|---|
|  | Okay?  Well look, everybody who wants to now move near that, they love the fact that the amphitheater is there.  They're not it's the old codgers. |
| UC SWEETS: | Right. |
| BURNETTE: | In 10 years, all those fucking people die off anyways [UI]. |
| UC SWEETS: | Right, exactly. |
| BURNETTE: | Okay?  But there's some pressure now on the city because they have now said, "We are not going to build this wall."  And what we want to do is, is we want to look at a master plan development that uses buildings to accomplish the same thing" right? |
| UC SWEETS: | Uh-huh. |
| BURNETTE: | Which is smart.  It's what they ought to do, not build a damn 10-foot, 12-foot wall, which doesn't do a great job attenuating the sound anyway. |
| UC SWEETS: | Right.  Instead, build a three-story brownstone and . . . |
| BURNETTE: | Right.  So, you know, the city it's different than CRA.  The other parcels working with North American Property has got the CRA.  This is just a city-owned parcel, which they got a lot there's a lot more flexibility because, you know, instead of the CRA is a nine-person board.  City is a five-person board, a hell of a lot easier to navigate that than it is to navigate the other. |
| UC SWEETS: | Well, especially if you've got Maddox in your pocket, that's |
| BURNETTE: | Yeah. |
| UC SWEETS: | And the city manager. |
| BURNETTE: | Correct. |
| UC SWEETS: | It's a done deal. |
| BURNETTE: | It's . . . |
| UC SWEETS: | Yeah. |
| BURNETTE: | . . . pretty much a done deal. |
| UC SWEETS: | So I'll kind of hit you in the mouth with this question.  I mean, you and Scott Maddox go way back, but what is I mean, I think you probably picked up on the way that I've done business and the way so how do we, how do we make that happen? |
| BURNETTE: | In the end of the day, I will make that happen with Scott. |

| | |
|---|---|
| UC SWEETS: | But how?  I mean, is it a financial piece?  Is it a . . . |
| BURNETTE: | So, here's the simple deal.  So you structure it in a simple real estate formula right?  Where it's you know, there's capital put in.  Let's just call it $10 million.  Let's just pick a number.  You know, there is a 6 percent return paid on that 10 percent.  And, effectively, there's a 20 after the pref is paid right?   Everybody gets paid their return first.  And then we get I get like 20 percent of the deal above and beyond the pref, right?  So I don't again, I don't want to do anything other than deliver the politics to it.  I don't want to be involved in designing.  I don't want to be involved in building.  I don't want to be I don't want to be a fucking developer.  I want to have the political responsibility to deliver what I need to deliver right? And get 20 percent for that.  And I will take care of Scott. |
| UC BUTLER: | From that 20 percent? |
| BURNETTE: |  Correct. |
| UC SWEETS: | And, and - okay.  Well, I mean, that's because that's I mean, when it comes right down to it, that's the dirty politics of . . . |
| BURNETTE: | Yeah. |
| UC SWEETS: | . . . getting things done.  And that's so in here's my opinion of Adam Corey.  Adam Corey is--I mean, he's well-known within the community.  He knows a lot of powerful people.  People seem to like him, you know, despite his peculiarities.  But I'm not seeing the . . . |
| BURNETTE: | Sucks dick. |
| UC SWEETS: | I'm not . . . |
| UC BUTLER: | What did you say? |
| BURNETTE: | I said he sucks dick. |
| UC SWEETS: | But I'm not . . . |
| UC BUTLER: | Peculiarity, you say sucks dick. |
| UC SWEETS: | But I'm not seeing him being able to deliver any of those kinds of and that's how maybe he does.  I don't know, but I haven't seen it.  I mean, I haven't had that conversation with him. |
| UC BUTLER: | I have had that conversation directly with him. |
| UC SWEETS: | Okay. |
| UC BUTLER: | And yet we still sit. |

14

UC SWEETS:        Right.

BURNETTE:         So Adam is Adam is look, Adam's simple.  Adam has the mayor.  Okay?

UC BUTLER:        Yeah.

BURNETTE:         That's about the depth.

UC BUTLER:        But that's not a power he's not a powerful mayor.

BURNETTE:         No, no.  It's

UC BUTLER:        Each of each has one vote, right?

BURNETTE:         But what he is right?  Adam is a piece of the puzzle that you need when you're one vote short.

UC BUTLER:        Yeah. Right. Yeah, yeah.

BURNETTE:         It doesn't happen with us because we have the same relationship with the mayor.  I mean, look, I haven't sucked the mayor's dick.  Adam probably has.  So he obviously has a better relationship with the mayor at that level.

UC SWEETS:        Well, you say that you haven't.

BURNETTE:         Who knows?

UC SWEETS:        No.  So but So wait a minute.  The mayor's on the council.  He's one of five.

BURNETTE:         Yes, yes.

BURNETTE:         But he all he is, he is just one of five votes.

UC SWEETS:        Right.

BURNETTE:         His vote is the same as everybody else's.

UC SWEETS:        So he's called the mayor, but that's a figure that's a ceremonial position.

BURNETTE:         The only power the mayor has is he sets the agenda.

UC SWEETS:        Okay.

UC SWEETS:        And then you get so you get Maddox, and then you've got so there's three other people besides those two.

BURNETTE:         So you've got, you've got Nancy.

Gov. Ex. 10

UC SWEETS:        (Inaudible.)  But you have let's see.

BURNETTE:         Gil Ziffer.

UC SWEETS:        Okay.

BURNETTE:         Okay?  Scott Maddox, Curtis Richardson, and the mayor.

UC SWEETS:        How do those other three fall?  How did they-- how do we proceed?

BURNETTE:         Nancy and Gil are going to fall.

UC SWEETS:        For Scott?

BURNETTE:          For Scott.

UC SWEETS:        Okay.  So they're . . .

UC SWEETS:        Out of, out of, out of . . .

BURNETTE:         We are--let's see.  I mean, you can look it up.  I mean, they ran a whole newspaper on it.  We are the largest contributor to any one of those campaigns.  The we are the largest contributor to the mayor's campaign. We are the largest contributor to Nancy's campaign, the largest contributor to Gil's campaign, the largest contributor to Scott's campaign.  And I think we were second largest contributor to Curtis.

UC SWEETS:        Okay.

BURNETTE:         And we didn't overly support Curtis.  We did a last-minute with Curtis because Curtis is a disaster.  You don't ever know where Curtis stands.  So there's . . .

UC SWEETS:        Ok, one guy you can't count on, three that you can.

BURNETTE:         But you . . .

                          (End of recording.)

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 11

Transcript of Gov. Ex. 7

September 21, 2016

GOVERNMENT
EXHIBIT

**11**

Gov. Ex. 11

BURNETTE:         You only need three.

UC SWEETS:        And, and the mayor and Adam Corey could deliver the mayor, if necessary.

UC BUTLER:        But, you don't need it. You got three.

BURNETTE:         You don't need it.  You got three.

UC SWEETS:        I see what you're saying.

BURNETTE:         You've got Scott, Nancy, and -

UC SWEETS:        So are we wasting our time with Adam Corey?

BURNETTE:         So here's the thing.  You have to know what you're trying to accomplish to be able to get somebody to do something.  Okay?  If you want me to shoot somebody over there, way over there on that building, I'm going to have to use the right equipment to shoot the guy over there on the building.  Right?  But if I don't know what I'm shooting at, you can't figure who the right what the right equipment is.

UC SWEETS:        Okay.

BURNETTE:         Right?

UC SWEETS:        I want to know that you can buy the equipment regardless.  I don't care what piece of equipment you need.  I want to know that I can buy the equipment.  Make sense?

BURNETTE:         The equipment is-- you can buy the equipment.

UC SWEETS:        Okay.  That's-- that's what I care about.  I don't care about which of the five

BURNETTE:         Or how you get there.  All you care is that it

UC SWEETS:        Getting there.

BURNETTE:         That you can get there.

UC SWEETS:        You have to have

BURNETTE:         You can get there.

UC SWEETS:        Right.  And what's the cost?  And, again, I don't really even care about the cost.  He cares about the cost . . .

| | |
|---|---|
| BURNETTE: | Let me-- let me rephrase this.  Yes. |
| UC SWEETS: | because he looked at it from a business model standpoint, whatever you call it.  Do you call it public-- go ahead. |
| UC MILLER: | We put it in the market budget. |
| UC SWEETS: | Yeah, market.  So I want to know that it-- I just want to know that it is going to be done because that's how that I know that I can protect my investment. |
| BURNETTE: | So a-as long as you're not doing something stupid right?  I mean, as long as you're not asking somebody to run naked down the street right?  You can get it done.  And you really get it done with two people.  And that's Drew Jones, okay--who has everybody except the mayor, okay--on both city and county commission. |
| UC BUTLER: | And who is this?  Who is Drew Jones? |
| BURNETTE: | So Drew Jones is like completely the opposite of Adam Corey.  Okay? |
| UC BUTLER: | Okay. |
| BURNETTE: | He is . . . |
| UC BUTLER: | So he's a lobbyist? |
| BURNETTE: | He's a lobby-- well, his core function is, is that he is a campaign manager. |
| UC BUTLER: | Okay. |
| BURNETTE: | Okay?  Scott Maddox's campaign was ran by VancoreJones, Nancy Miller's campaign run by VancoreJones, Gil Ziffer's campaign ran by VancoreJones.  Okay? |
| UC BUTLER: | Okay. |
| UC SWEETS: | Starting to see a theme here. |
| U//MALE: | A little bit. |
| UC SWEETS: | Keep going.  (Overlapping voices.) |
| BURNETTE: | Okay.  So those three.  Okay?  Now let's go to the county commission.  Kristin Dozier, campaign ran by VancoreJones; Nick Maddox, VancoreJones; Bryan Desloge, VancoreJones. |

Gov. Ex. 11

| | |
|---|---|
| UC BUTLER: | Okay. |
| BURNETTE: | Who else is in the |
| UC MILLER: | Proctor? |
| BURNETTE: | Proctor, no.  You've got Dailey, ran by VancoreJones.  Okay?  They got five of the county . . . |
| UC BUTLER: | Yeah. |
| BURNETTE: | . . . and three of the city. |
| UC BUTLER: | Yeah, plenty. |
| BURNETTE: | I mean, but here's the thing.  Okay?  VancoreJones doesn't operate like Adam Corey.  Alright?  The thing is this, like if you are running for political office, you want to put your trust in somebody who has your interest first, above anybody else's.  Right?  So, no matter what, any of us, including myself right? It's a   it's a transactional business.  Okay?  But the transaction can't murder them.  Okay?  So the difference is, is this.  Adam Corey would go make a recommendation, let's just say, for Nancy Miller to do something without thinking of the fallout to Nancy for doing it. |
| UC BUTLER: | Uh-huh. |
| BURNETTE: | Drew is much more thoughtful than that, right?  He then he looks at the fallout that could happen to Nancy and figures out how to mitigate that fallout before asking Nancy to do it.  So he looks out for his commissioners, right?  Adam doesn't do that.  Like they don't see Adam as a form of protection or somebody keeping them in office.  Andrew has a relationship with with Adam because Andrew thinks he's untouchable, effectively, right?  So he can have a relationship that's a little more risky or he believes he can have one a little more risky with Adam. |
| UC BUTLER: | So do we fire Adam and hire Drew or can you have them both or do you need both or |
| BURNETTE: | Well, here's the key.  What the hell do you want them to do?  You can't |
| UC SWEETS: | Yeah. |
| BURNETTE: | You can't answer the question until what you know what you want to do.  Right?  Don't buy don't buy access that you don't know that you need. |

4

| | |
|---|---|
| UC BUTLER: | Well, mine's mine's cut and clear, right?  I know what I want.  I want the school district.  I want the prisons.  I want the hospital.  That's what I want.  That's what I I mean, mine's very clear.  That's what I want. |
| BURNETTE: | So the the hospital if anybody tells you they can deliver that, they're full of shit. |
| UC BUTLER: | Okay. |
| BURNETTE: | Okay? |
| UC BUTLER: | Even a regional hospital? |
| BURNETTE: | So the only person in town that could have delivered Capital Regional was Sean Pittman. |
| UC BUTLER: | Okay. |
| BURNETTE: | Okay?  HCA still . . . |
| UC BUTLER: | That's right here, by the way. |
| BURNETTE: | . . . at a corporate level still is going to provide that governance.  I think you're going to struggle.  I don't know that they'll really have the authority to do that at the local level. |
| UC BUTLER: | Right. |
| BURNETTE: | But HCA just cut their whole lobbying budget back.  And they let Sean go recently. |
| UC BUTLER: | Okay. |
| BURNETTE: | So Sean still has a relationship there.  I just don't think anybody . . . |
| UC BUTLER: | Alright.  Well, so fuck the hospital.  The school districts? |
| BURNETTE: | Okay.  So the school district is . . . |
| UC BUTLER: | Jackie. |
| BURNETTE: | . . . is Jackie. |
| UC BUTLER: | You said if I give him cocaine, I'm in. |
| UC SWEETS: | I got that. |

BURNETTE:          Yeah.  (Pause.)

BURNETTE:          So there's a shakeup there in facilities that's happening right now.  Okay?  The guy . . .

UC BUTLER:         Per Jackie?

BURNETTE:          Well, not for Jackie but for facilities in general . . .

UC BUTLER:         Okay.

BURNETTE:          . . . because like you said . . .

UC BUTLER:         No.  Per Jackie.  Is Jackie shaking that up?

BURNETTE:          No.  I think the guy's actually just retiring.

UC BUTLER:         Okay.

BURNETTE:          So it's going to-- you're going to have to figure out-- you've got to let it play out a little bit is all I'm getting at . . .

UC BUTLER:          Yeah.

BURNETTE:          . . . is that none of these decisions are going to be made after-- until after November.

UC BUTLER:         Absolutely, right.

UC SWEETS:         Right.  And, theoretically, Jackie could lose, right?

BURNETTE:          Jackie could lose.  I think that's the only way Jackie's losing is if Jackie gets indicted.

UC SWEETS:         Indicted for what?

BURNETTE:          Well, there's-- I mean, he's under an FBI investigation right?

UC BUTLER:         That's perfect.

BURNETTE:          Over construction manipulation for contracts for contributors.  Okay?  So it's not going to be an easy thing to get done with Jackie because he's under so much scrutiny.

U//MALE:           Yeah.

Gov. Ex. 11

BURNETTE:          Right?

UC SWEETS:         Yeah.

BURNETTE:          I will tell you I do not believe that the school board is for sale.

UC BUTLER:         Right.

BURNETTE:          I don't think that there's somebody that you can just write a check to and buy that access.

UC BUTLER:         Okay.

BURNETTE:          Okay?

UC BUTLER:         See, that shit, that is good to know.

UC SWEETS:          Right.

BURNETTE:          Yeah, but

UC SWEETS:         It's going to save a certain amount of time.

UC BUTLER:         And what yeah.  And I'm very frank.  You know that.  I was just asking.

BURNETTE:          Yeah.

UC BUTLER:         I've asked fucking Adam that.  You know, who am I going to pay to get to where I need?  And he didn't have a fucking clue or he doesn't have an answer or he didn't want to give me an answer.  I don't know.  But that's the bottom line.

BURNETTE:          So, look, I was on a call that actually when we were pulling off and talking so that's actually, that's Halsey Beshears, one of my good friends, actually, the ones that rewrote the cannabis legislation.

U//MALE:           Yeah.

BURNETTE:          And, you know, in medical marijuana, we have the top three lobbying firms all work for us.  Okay?  But we were talking about you know, I mean, here's the way it works.  The House or Senate leadership calls up all the lobbyists, right?  Because what they really want, what the lobbyists need in the state side is they need access to leadership.

U// MALE:          Uh-huh.

7

Gov. Ex. 11

| | |
|---|---|
| BURNETTE: | Okay?  So, you know, they call up and say, "Look."  Let's just call it in that situation, it was Nick Iarossi.  "We need you.  We are having an event.  We need you to deliver $25,000."  Okay?  Well, what in the hell is Nick going to do?  Nick's going to call around and go get one of his clients.  Right?  That ain't going to gain any access.  Right?  It's an accessless . . . |
| UC BUTLER: | Uh-huh. |
| BURNETTE: | $25,000, like a total fucking waste of money.  It gains Nick access, but it doesn't gain you any access. |
| U//MALE: | Right. |
| BURNETTE: | And, you know, Nick made that call for us, "Write a $25,000 check."  And we called Nick out on it and said, "Nick, fuck get somebody to get" let me tell you this.  We're in a fucking we're a startup.  Okay?  We'll write a $25,000 check, but they're coming to our door to pick up the $25,000 check. |
| UC BUTLER: | Right. |
| BURNETTE: | Right? |
| UC BUTLER: | Absolutely. |
| BURNETTE: | This ain't going to be $25,000 blown in with no access, right? |
| UC BUTLER: | Exactly. |
| BURNETTE: | But I what I'm just telling you is, is that Adam Corey is getting those same calls from, you know, Jackie.  He getting the call from Mike Woods.  He's getting the call from all his politicians. |
| UC BUTLER: | Uh-huh. |
| BURNETTE: | And, you know, he looks at his client list and says, "Who's got the greatest appetite to write a check?" and he's calling you. |
| UC BUTLER: | Right. |
| BURNETTE: | Right?  And I just don't-- I don't know who can deliver.  I know the school board.  I know the hospital's out.  I know the school board.  I think the school board's out.  I just think they're under too much scrutiny to do anything crazy over there.  So who else have you got?  You've got the jail. |

Gov. Ex. 11

UC BUTLER:        Prisons, convention center, lighting, parking garages, any old building retrofit HVAC, any Federal building, local buildings, county/city building, anything that they're just buying, anything that's-- anything that needs . . .

BURNETTE:         Right. But, I mean, it's the whole thing is finding (inaudible). I think access starts at $100,000 threshold. Okay? I mean, I just think that's kind of like it's just a number.

UC BUTLER:        Yeah.

BURNETTE:         Right? So it has to be something big enough to justify the $100,000 number.

UC BUTLER:        Absolutely. Absolutely.

BURNETTE:         Right? So that number backs into something. The project's got to be at least a million bucks, right?

UC BUTLER:        Sure, it does.

BURNETTE:         So then it's like, you know, what out there is there a million dollars so the city--   so –

UC BUTLER:        That's kind of like DishTV. I almost give the product away because I'm going to make it in the service, right?

BURNETTE:         Oh, I gotcha.

UC BUTLER:        You know what I mean?

BURNETTE:         Yeah.

UC BUTLER:        A cell phone, I'll give you that.

BURNETTE:         I need a phone.

UC BUTLER:        Yeah. I

BURNETTE:         Right. You're going to pay the $39 . . .

UC BUTLER:        You're going to pay me for the rest you know, forever.

BURNETTE:         . . . so what you really want is the service piece.

UC BUTLER:        Yeah.

BURNETTE:      So the problem you have with energy efficiency related to the city is, is this. So Rick Fernandez came from he was head of utilities, okay--or head of utilities is like the kingdom of the city because of the $600 million budget or whatever the number might be, two-thirds of the budget is utilities.

UC BUTLER:     Uh-huh.

BURNETTE:      So Rick controlled the biggest pot of money.  But Rick . . .

UC BUTLER:     He's now the city manager, right?

BURNETTE:      He's now the city manager.  And a guy named Reese Goad is-- who was his number two at utilities, is now over utilities.

UC BUTLER:     I gotcha.

BURNETTE:      But Rick's . . .

UC BUTLER:     Rick's still got his hand in the pot?

BURNETTE:      He's still got well, it's his baby, right?

UC BUTLER:     Exactly.

BURNETTE:      It's still his child.  And Rick thinks, I mean, I don't know how to say this-- like he knows more than everybody else related to the topic.

UC BUTLER:     Yeah.

BURNETTE:      Right?

UC BUTLER:     Right.  He's the smartest guy in the room.  Just ask him.

BURNETTE:      He

UC SWEETS:     He is, he is, or he thinks he is?

BURNETTE:      He thinks he is related to that topic.

U/M:           Okay.

BURNETTE:      Right?  I mean, it's just like if I'm the city manager but I used to be over the roofing thing, right, I'm going to feel like you can't pull one over on me on the roofing.

UC SWEETS:     Exactly.

Gov. Ex. 11

BURNETTE:          You know what I mean?  Like I'm going to do it myself.  I'm not going to let you do it and profiteer off of me.  Well, you've kind of got that problem with Rick    right?

UC BUTLER:         Yeah.

BURNETTE:          Related to energy efficiency.  Right?  Like . . .

UC BUTLER:         Yeah because he knows it all already.

BURNETTE:          And he's the in his mind, "I'm the energy efficiency guru."

UC SWEETS:         Right.

BURNETTE:          "What do you have that, you know, I don't already know and that I can't do myself?"  Right?

UC BUTLER:         Can he, though, do it himself?  I mean, he's got to go get some product somewhere.

BURNETTE:          At the end of the day, it's this.  This is just a perception, right?

UC BUTLER:         Sure.

BURNETTE:          Governmental people are like controlling the kingdom, right?  They don't want to lose citizens in the kingdom.  They like employees.

UC BUTLER:         Right.

BURNETTE:          And they like them you know, they like them on their payroll and so they can control them . . .

U//MALE:           That's right.

BURNETTE:          . . . versus it being on your payroll where they . . .

UC BUTLER:         . . . feed the peasants just enough to let them like you.

BURNETTE:          Yeah.  So that's a-- that's a very tricky-- it's very tricky with the city because I    so I own-- I don't know, a third of some company called KW Controls.  Okay?  Effectively, they do the same thing you do.

UC BUTLER:         Yeah.

11

Gov. Ex. 11

BURNETTE:        Alright?  Except the guy sucks.  I mean, the guy is a total idiot.  I'll never get my money back.  But I went down this road because I'm like, you know, "Look, I'm going to leverage Scott.  I'm going to go get the city contract.  And I'm going to, you know, at least get it where KW Controls can make a couple of million dollars, I'll get my money back and . . . "

UC BUTLER:       Yeah, yeah.

BURNETTE:        ". . . move on down the road."  But I'll tell you I never, I never saw when Rick became city manager, I never saw how I could do it with the city.

UC BUTLER:       Sure.

BURNETTE:        So I don't I don't have a good answer for you there.

UC BUTLER:       Okay.  That's fine.  I mean, we can

BURNETTE:        The real opportunity, and it's a hard nut to crack, is Department of Corrections.

UC BUTLER:       Yeah.

BURNETTE:        Right?

UC BUTLER:       That is hard to crack.

BURNETTE:        Because they've got 100 institutions . . .

UC BUTLER:       Exactly.

BURNETTE:        . . . that are all hogs.  They all consume the shit out of power.  Right?

UC BUTLER:       Uh-huh.

BURNETTE:        Because, I mean, it's the full lifecycle of 1,000 people per facility, right?

UC BUTLER:       Yeah.

BURNETTE:        But it's a hard nut to crack.  I don't-- I wish I could tell you.  I mean, it surely not Adam going to crack that nut.  You know, it's the Brian Ballards of the world.

UC BUTLER:       Just think on it.  Let's just make it happen.  (Inaudible.)

UC SWEETS:       Alright.  So when we started, you said there was you broke this into two core issues we've got to you know.  So I'm not sure we talked about two

core issues.  You said you started talking about the property and Maddox and how that how that all falls out.  And I have a better understanding now.

BURNETTE:          Right.

UC SWEETS:        I don't really understand how other than you know, when we were talking last night, you said, you know, basically said it's relationships.

BURNETTE:          Right.

UC SWEETS:        But all of them have got to benefit somehow.  I mean, I don't understand where their benefit comes from, but

BURNETTE:          Who's, who are you, who are you trying to . . .

UC SWEETS:        Any of those commissioners or any of those-- the city manager or anybody-- I mean

BURNETTE:          So Nancy is a moral-driven person.  Okay?

UC SWEETS:        Okay.

BURNETTE:          So Nancy is not for sale.  She has to be coerced into a vote.

UC SWEETS:        Okay.

BURNETTE:          Does that make sense like . . .

UC SWEETS:        Yeah.

BURNETTE:          You've got to hit a moral . . .

UC SWEETS:        Yeah.

BURNETTE:          piece with her.

UC SWEETS:        Okay.

BURNETTE:          We're doing this for the south side.  You know, she believes in Cascades Park.  She wants to provide a sound wall for the people.  Right?

UC SWEETS:        Okay.

BURNETTE:          This is a solution.  She is bringing the citizens a solution.

13

Gov. Ex. 11

UC SWEETS:            But sometimes when you're doing these, I see,  I see what you're saying.  It goes against the public opinion.  And for somebody like that, so you just have to couch that argument with her in a way that it's going to be . . .

BURNETTE:            That's exactly right.

UC SWEETS:            Okay.

BURNETTE:            You just have to hit it with her.  She doesn't have to agree that the citizens are right.  She has to agree that the, that the position is right.

UC SWEETS:            Okay.

UC BUTLER:            Yeah.

UC SWEETS:            And that could be spun by what's his name.

UC BUTLER:            Drew.

UC SWEETS:            Drew.

BURNETTE:            Yeah, absolutely.

UC SWEETS:            Okay.

BURNETTE:            So, look, Nancy's big thing so and, look, I'll be honest with you.  It's more Kim than it is me.  Okay?  People fear the wrath of Kim in Tallahassee.

UC SWEETS:            Do they?

BURNETTE:            Absolutely.  I mean, she truly is one of the most powerful political people out there.  Okay?

UC BUTLER:            Your Kim?

UC SWEETS:            Your Kim?

BURNETTE:            My Kim.

UC SWEETS:            That's what I was thinking.

U//MALE:            Yeah, yeah.

UC SWEETS:            Are we talking about the same?  Okay.

BURNETTE:            And here's why.

Gov. Ex. 11

UC SWEETS:          Do you fear her wrath, just out of curiosity?

BURNETTE:           At times, I do.

UC BUTLER:          But as he looks at the phone to make sure it's . . .

(Overlapping voices.)

BURNETTE:           So, look, it's a tough situation.  Like Kim, Kim can be very revengeful.  Okay?  Like if you get on Kim's bad side, she will attack you.

U//MALE:            Okay.

BURNETTE:           Like it's not, for example, Nancy at times will literally call Kim and check her position, check Nancy's position with Kim in fear that if she goes in opposition of Kim, that Kim will fucking fund somebody to run against her and get and get her out of office.

UC SWEETS:          Right.

U//MALE:            Okay.

BURNETTE:           Like they know that if you fuck with her, she will run somebody against you.  And she will fucking spend $100,000 in a heartbeat to get your ass out of your position.

UC SWEETS:          Okay.

BURNETTE:           Okay?  So it's a very powerful tool, right?  Because she doesn't have to have you is the difference.  And they know that.  Right?  So they're very concerned about her taking a position adverse to them.  I mean, it seems crazy.

UC SWEETS:          Okay.  It sort of does because I've never seen it operated like that, but I guess it could happen.  So that explains Nancy, like you come at her . . .

BURNETTE:           And Gil's the same.

UC SWEETS:          . . . from a moral position.

BURNETTE:           Gil's the same deal.

UC SWEETS:          Okay.

BURNETTE:        Right?  Gil's not, I mean, she, she is a powerful weapon when she is aimed at you.

UC SWEETS:       Okay.

BURNETTE:        I mean, it's just not a position you want to find yourself in.

UC SWEETS:       Right.

BURNETTE:        Right?  I mean, it's just not good.  I mean, I don't know how to tell you it's

UC SWEETS:       Okay.

BURNETTE:        It's a very interesting

UC SWEETS:       And it's and then Scott's your buddy?

BURNETTE:        And Scott's my buddy.

UC SWEETS:       And I take it you probably cut him in on some of the . . .

BURNETTE:        Absolutely.

UC SWEETS:       . . . some of your business deals and

BURNETTE:        Well, Scott's . . .

UC SWEETS:       . . . that's how he gets it.

BURNETTE:        Scott's lobbying firm works for us.

UC SWEETS:       Okay.  So you he just gets paid through his lobbying firm, right?

BURNETTE:        He definitely gets paid through the lobbying firm.

UC SWEETS:       Okay.

BURNETTE:        That's right

UC MILLER:       But what's that number look like?  So like one of our projects . . .

BURNETTE:        It depends on what you want to accomplish.

UC MILLER:       Well, so, and I hear what you're saying.  I mean, I get that we've got to get more specific, but for us, a new market for me.  When I when I pitch these deals at like my investor meetings and stuff, like, I've got to, number one,

|  |  |
|---|---|
|  | convince these guys on the new market that we're spending time and money in . . . |
| BURNETTE: | Uh-huh. |
| UC MILLER: | . . . and then on the project.  So for me, I hear what you're saying, like you've got to say, "Okay.  On project A, you want $3 million of CRA dollars."  And that's your goal.  Well, for me, it's more right now is figuring out, what is it even going to take to navigate Tallahassee to dollar-wise or is it that way or is it just purely, you know, going to be a project-by-project thing and you don't know what you're going to get . . . |
| BURNETTE: | It's a project - |
| UC MILLER: | . . . before we spend it . . . |
| BURNETTE: | It's a project-by-project thing.  I-- I just don't, so you have Nancy, right?  You're not going to buy Nancy.  You're really not going to buy Gil either. |
| UC SWEETS: | Yeah. |
| BURNETTE: | Right?  You're only going to convince them on the merits of what you're doing.  Now, keep in mind that Scott or all |
| UC BUTLER: | But Scott convinces them. |
| BURNETTE: | Scott convinced them.  So does Drew. |
| UC BUTLER: |  So that it's fucking relevant. |
| BURNETTE: | Right.  So you can get there with them . . . |
| UC BUTLER: | Yeah. |
| BURNETTE: | . . . as long as it's not like political suicide. |
| UC MILLER: | Yeah, right.  My question is, okay, for let's say it's Scott.  What is that-- and you like we did that one piece where you said, you know, your percentage at the end, you'll take care of Scott. |
| BURNETTE: | Right. |
| UC MILLER: | But for me, factoring that in, when I look at every project I do, what number am I factoring in?  Am I saying this is a . . . |
| BURNETTE: | It's all on how heavy the lift is.  I mean, look, it's . . . |

Gov. Ex. 11

UC MILLER:       So it's not like he's not like a like there's one place that I budget 10 percent because I know it is going to cost me about 10 percent of my total development cost, I'm going to spend making . . .

BURNETTE:       On "marketing cos'" [hand gesture emphasis].

UC MILLER:       . . . sure when something goes when I go in front of a vote, I already know what the votes are.

UC SWEETS:       You [UI].  Yeah.

UC MILLER:       And it's costing me about 10 percent.

BURNETTE:       Yeah.  So . . .

UC MILLER:       Is that a . . .

BURNETTE:       No.  And that's a realistic number.  I mean, here here there's a minimum threshold.  There ain't nothing happening for less than $25,000.  Right?  And you can damn near move a mountain for 100.

UC MILLER:       Yeah.

BURNETTE:       Right?

UC SWEETS:       Per project.  If there's a lift in that project

BURNETTE:       If there's a lift, it's costing you $25,000.

UC SWEETS:       And if it's a heavy lift, it could cost 100.

BURNETTE:       It could cost 100.

UC SWEETS:       Okay.

UC BUTLER:       And how does that go?  If there's lots of (inaudible).

(Overlapping voices.)

BURNETTE:       I mean, look.  Here's the thing, right?  If your request is this, like let's just say, for example, we actually talked about developing Fallschase or something like that . . .

U//MALE:       Uh-huh.

18

Gov. Ex. 11

BURNETTE:         . . . and we go get the county to pay $3 million for a piece of the property, it's gonna cost us 300 grand.  Right?  It's gonna to cost us 10 percent of the gift.

UC BUTLER:        Uh-huh.

BURNETTE:         Right?  But, I mean, it's still effectively right around the number . . .

UC BUTLER:        Right.

BURNETTE:         . . . your formula number.

UC BUTLER:        Yeah.

UC SWEETS:        And that flows how?  That just flows into the you said you write a check for 25,000 or you write a check . . .

BURNETTE:         Well, no.  It's like, for example, I you know, for example, let's just say you are going to get Scott to go find $3 million of blueprint dollars to buy a piece of a deal.  Right?

UC SWEETS:        Uh-huh.

BURNETTE:         You know, you're going to end up paying, you know, call it $10,000 a month the next 3 years for him to lobby for you.

UC SWEETS:        Okay.  I gotcha.

BURNETTE:         Right?  His lobbying terms, he'll lobby for you for $10,000 a month the next 3 years.  So . . .

UC SWEETS:        That's how he structures it?

BURNETTE:         Yeah.

UC SWEETS:        Okay.

BURNETTE:         But every it's . . .

UC SWEETS          Tallahassee is an interesting place.  I'll, I'm going to tell you that.  It's-- it's umm-- it's clearly "good ole boy" network, but it's not like a "good ole boy" network like I've seen in other places, where look, man, you just flat-out know . . .

BURNETTE:         You know what you've got to pay.

19

UC SWEETS:      You know who you've got to pay and how you're going to pay it.

BURNETTE:       Yeah.

UC SWEETS:      I mean, because it there are a lot of little places where you can just . . .

BURNETTE:       Do that.

UC SWEETS:      Yeah.  You can buy a car for a you know, a . . .

BURNETTE:       Right.  "Here's the keys."

UC SWEETS:      Right?  "Here's the keys to the car."  You know?

UC BUTLER:      "Your daughter's going to be a"

UC BUTLER:      "She would look nice in this 4Runner."

UC MILLER:      Or, "Hey, here's" you know, "Your kid just got a scholarship nobody else knew was out there."

BURNETTE:       Out there.  Right.  She happened to enter the special code.

U//MALE:        Yeah.  Yeah.

BURNETTE:       Umm. I don't . . .

UC SWEETS:      So I'm just trying to figure out how that works in Tallahassee . . .

UC MILLER:      Yeah.  That's . . .

UC SWEETS:      . . . because in the places that he's taken us to before, being real honest, I'm struggling with Tallahassee simply because I'm not seeing-- I'm not seeing the-- I'm not   nobody's explaining how the keys to the kingdom are handed out.  Does that make sense?

BURNETTE:       Yeah.  One thing to keep in mind, though, Tallahassee is hungry for growth.  Right?  So in an area that doesn't want growth, let's just say San Francisco, for example . . .

UC SWEETS:      Yeah, yeah, yeah.

BURNETTE:       Right?  You've got to damn buy the keys to the kingdom because they don't want your ass there anyway.  Right?  Tallahassee wants you there.  I mean, it's a fundamental starting point as from a development standpoint.  Right?

|  |  |
|---|---|
| | When you start trying to sell them products, goods, and services, it's a different animal. |
| UC SWEETS: | Okay. |
| BURNETTE: | But from a development standpoint, I will tell you, you're 80 percent there by showing up. |
| UC SWEETS: | Right.  I've expressed my . . . |
| BURNETTE: | I think, I think you may be under the assumption that you're not 80 percent there. |
| UC SWEETS: | Well, no, I . . . 80 percent or 20 percent, my experience with human nature and politicians is they want something.  I don't have a doubt at all that initially, most politicians start out with an altruistic viewpoint.  And then they realize that all of these people that surround them that are developers and all of these people that are making they make all this money.  And they're like, "Where is my piece of the pie?"  And I don't. I don't blame them. |
| BURNETTE: | Let me just tell you this.  Scott Maddox is that guy. |
| UC SWEETS: | Okay. |
| BURNETTE: | What I mean is he wants his piece of pie. |
| UC SWEETS: | Absolutely.  That's what I'm saying.  So he's one guy.  There's, that's what I'm trying to say.  That's the way it works.  That's the way, that's the way business is done everywhere. |
| BURNETTE: | Right. |
| UC SWEETS: | But you've gotta have, and, see, that's okay.  So I'm going to back up.  Adam Corey's not the guy that can tell me that.  You're the guy that's going to tell me that. |
| UC SWEETS: | That's why you . . . |
| UC SWEETS: | That's why you're sitting here today. |
| BURNETTE: | Right.  I love, I love Adam.  I don't . . . Adam is just, unfortunately, is one piece of the puzzle. |
| UC SWEETS: | Sure. |

21

BURNETTE:          Yeah.  He's not . . .

UC BUTLER:         And it sounds like it's a very . . .

UC SWEETS:         And I don't think it's a piece that we can discard at this point.

UC BUTLER:         No.  He's a corner piece.

BURNETTE:          I don't . . .

BURNETTE:          I don't, let me say this.  Adam is insurance, is what Adam is.  Right?  I mean, if you it depends on whether you want to go into a deal that's got a 90 percent probability.  Do you pay the last, do you pay the extra dollars for the last 10 percent?

UC SWEETS:         Right.

BURNETTE:          . . . to know?  And Adam does represent the last 10 percent.

UC SWEETS:         Right.

BURNETTE:          He's not the 90, but he is the last 10.

UC MILLER:         And here's my picture of the way I, from you talking and seeing Tallahassee.  And this is the way I hope it works and we can do it, is I'd rather use Adam and let Adam think the whole time, "Hey, we're trying to get this done" and he's calling Nancy, he is calling the mayor, he is building us support.  Meanwhile, the check's already been written in the back door to Scott Maddox.  And the whole time . . .

BURNETTE:          Yeah.

UC MILLER:         Adam thinks he's fighting for that.

BURNETTE:          Exactly.

UC MILLER:         Everybody's going, "Hey, you're not going to get it."

BURNETTE:          Right.

UC MILLER:         But it's already done.

BURNETTE:          Yeah.  It's extra support.

UC MILLER:         And, see, and . . .

UC BUTLER:          Absolutely.

UC MILLER:          And you're seeing the questions from these guys because you know Mike is a cash-transaction guy, but these guys I pretty much have to guarantee them.  If I say this deal is going to happen, it's gonna happen--And this is just a small piece of some of a couple of my investors are foreign guys.  And they they are the old like if you say, they're going to be like, "Who did you pay?"  And you're like, "Nobody."  They'll be like, "You don't have the fucking deal."

BURNETTE:           The deal done.

UC MILLER:          You know what I mean?  Like

(End of recording.)

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 12

Transcript of Government's Exhibit 8

September 21, 2016

**GOVERNMENT EXHIBIT**

**12**

UC MILLER:        So if that --

UC MILLER:        So that's the big picture, because you say Tallahassee wants growth, but at the same time,

BURNETTE:         Let me

UC MILLER:        if me and you walked in the -- in city hall at the same time and we were competing for that piece, I may think it's a competition, but it's not because you already won.

BURNETTE:         No.  That's right.

UC MILLER:        You know what I mean?  So --

BURNETTE:         No that's right -- yeah.  You're right.  You know what I mean?  I'm not trying to be a dick, but -

(Overlapping voices.)

BURNETTE:         No, you don't have a chance.

UC MILLER:        You need to (inaudible).

BURNETTE:         Right.

U/M:              That's the one.

U/M:              Absolutely.

UC SWEETS:        No.  That's what we're saying.

UC SWEETS:        That's what -- that's what I'm -- that's why you're here, man.

U/M:  Right.      Right.

BURNETTE:         That's what -- here's the thing.  I'm gonna tell you before you go walk in like I'm telling you you ain't got a chance with Jackie.

UC BUTLER:        Right.  Right.

BURNETTE:         Right?  I mean, I'm telling you --

UC BUTLER:        Right.

BURNETTE:         -- you haven't got a chance with Rick, you know.

UC BUTLER:        Right.  Right.

BURNETTE:          You just don't.

U/M:               Did you know about that --

BURNETTE:          And it's --

UC SWEETS:          Did you know about the FBI thing?

UC BUTLER:         No.  How would I know that?

UC SWEETS:         Okay.  Well, that's a good --

UC BUTLER:         I would have fucking liked to have known that.

BURNETTE:          He's under an FBI investigation.

UC BUTLER:         Does Corey know that?

BURNETTE:          Yeah, he knows it.

UC BUTLER:         Does Jackie know that?

BURNETTE:           Google "Jackie Pons FBI," you know.  You know, it's going to come up.
                   I mean, you know, ain't no secret, this shit's been in the newspaper 50
                   times.

UC MILLER:         Okay.

UC MILLER:         Alright?

U/M:               Well, yeah, if --

UC BUTLER:         But I really would have liked to have had a conversation where Corey says,
                   "Listen, lay off him.  Just lay off him right now.  You're not going to" --
                   look, and I've given Adam so many opportunities.  I'll walk away from
                   that business.  I'll fucking walk away from the whole thing and just invest
                   with him --

BURNETTE:          Right.

UC BUTLER:         -- based on that conversation you and I just had.  Well, fuck.  I mean, I've
                   been knowing Adam for what, eight, six, seven, eight months now?  I
                   would have liked to have known that.  Listen, school board's off limits.
                   Let's just focus some more.  I really would have liked to have known that.
                   You know?  Does that make sense?

BURNETTE:          Yeah.

BURNETTE:          Just --

Gov. Ex. 12

| | |
|---|---|
| UC SWEETS: | But you said one time to me, I think, you said, "Look, Adam is -- Adam is in it for Adam." If Adam tells you the school board's off limit, you're not going to pay him. |
| UC BUTLER: | Absolutely. |
| UC SWEETS: | There's no reason to continue to pay him from your aspect. You're paying. |
| BURNETTE: | Why would he tell you that? |
| UC BUTLER: | I don't know, because I'd hit him right in the mouth with things I'd like him to -- I'd like to have the same conversation back. It's a fucking respect issue. I'm going to pay him. We're going to pay him anyway through this shit. He's going to get paid. |
| BURNETTE: | So Adam is just a game show host, man. I don't like -- |
| UC BUTLER: | He is. He is. You are exactly right. No. That's -- that's probably the best illustration I've heard in terms of -- |
| UC SWEETS: | That's pretty right. |
| UC BUTLER: | You're right. He's Pat Sajak. |
| BURNETTE: | Yeah. He -- |
| UC SWEETS: | And so your deal in this is you just want that 20 percent of the city -- |
| BURNETTE: | Look, here's what I want, is I want somebody to make an opportunity something that I'm going to pass up, simple, because I'm going to tell you this. I have no -- I have no time or resources -- |
| UC SWEETS: | Right. |
| BURNETTE: | -- to develop that piece of property. I have the ability to be the one chosen for the property. |
| UC BUTLER: | But it has the potential? |
| BURNETTE: | Yeah. So -- |
| UC BUTLER: | Based on -- I mean, you -- |
| BURNETTE: | Oh, yeah, yeah, yeah. |
| UC BUTLER: | It's a good development? |
| BURNETTE: | Yeah, absolutely. |

4

Gov. Ex. 12

UC BUTLER:        And the Fregly thing --

BURNETTE:         Here's the thing.  I'm gonna tell you I am biased because of my issue with
                  Joan -

UC BUTLER:        Okay.

BURNETTE:         -- related to the Freglys.  I don't think I can give you an unbiased opinion
                  related to Fregly.

UC SWEETS:        Okay.  So, opinion aside, there are some lifts there that have to be made to
                  make that to make that --

BURNETTE:         And that's -- that's rezoning issues with --?

UC MILLER:        Zoning we're probably okay.  The big -- the big question is going to be, is
                  what kind of CRA dollars can we tap into?

BURNETTE:         So here's the thing.  Okay.  I'm going to tell you this.  You're not getting
                  CRA dollars unless you're developing on the south side.

UC SWEETS:        That is the south side.

BURNETTE:         Okay.  I know it is.  Well, I'm just saying there's a lot of parcels there.
                  Okay?

UC SWEETS:        Oh, yeah, yeah, yeah.

BURNETTE:         Okay?

UC SWEETS:        No.  We're just talking about that one.

BURNETTE:         The CRA is a function -- it's a calculation of how much they're going to
                  give you.

UC SWEETS:        Right.

BURNETTE:         Okay?  It's a --

UC SWEETS:        Okay.

BURNETTE:         I mean, you know, the CRA calculation is, where it is on the tax roll today,
                  where is it going to be when you're finished?

UC SWEETS:        Yeah, but --

BURNETTE:         Okay.

| UC SWEETS: | So he and I had this conversation about this and -- because you explained it to me pretty -- pretty -- I have a good understanding now of . . . |
|---|---|
| BURNETTE: | how the CRA works? |
| UC SWEETS: | Yeah. But here's the funny thing.  The valuation if it's a -- is it a $15 million or is it $30 million?  What's the end valuation that they're going to -- you're going to tell them and they're going to give you based on that valuation? |
| BURNETTE: | Let me -- here.  It is actually simpler than that.  They're just going to rebate you based on what it actually is. |
| UC SWEETS: | They're gonna rebate you based on what its potential is. |
| BURNETTE: | Yes.  So they're not going to write you a check up front. |
| UC SWEETS: |  Right. |
| BURNETTE: | They're gonna rebate back to you the tax increment over a certain duration of time. |
| UC SWEETS: | Okay. |
| BURNETTE: | Okay?  So the way the CRA works is -- it's like, for example, tax roll just came out for Tennessee and Monroe.  They're going to send me a check for $50,000.  Okay?  They're just giving me back the tax increment that the CRA received.  Does that make sense? |
| UC SWEETS: | Yeah. |
| BURNETTE: | So it's a very interesting thing because, effectively, what you really want to do is fight like hell to keep the property taxes low. |
| UC SWEETS: | Right. |
| BURNETTE: | Right?  Because here's the difference.  Okay?  The CRA -- I think the total millage is -- just round it to 2 percent, 200 mills.  It's a little off.  Okay?  School board gets about 40 percent of that.  Okay?  So if -- so 80.  So there's only 120 mills.  Okay?  So of the 2 percent, you're getting 1.2 percent of it back.  Alright?  Well, if you don't pay it at all, you save 2 percent because you don't pay the school board.  Right?  The school board isn't giving you a rebate.  But all they're going to do is, is discount your property tax.  All the CRA is effectively going to do is discount your property taxes 60 percent. |
| UC SWEETS: | Okay. |

BURNETTE:          That's the check they're writing you -- okay? -- nothing more, nothing less.

UC SWEETS:         So why did --

BURNETTE:          The negotiation is about how much and how long.

UC SWEETS:         Okay.

BURNETTE:          Okay?  So they could give you the income stream up to 20 years.  Okay?  They could also give it to you five years.  They could give it to you 10 years.

UC SWEETS:         Okay.

BURNETTE:          Alright?  They could give you 100 percent of it, could give you 50 percent of it.

UC SWEETS:         So how do you get 100 -- how do you guarantee 100 percent for 20 years?

BURNETTE:          It -- there's a cost associated with that and about 10 percent of what you're going to get.

UC SWEETS:         Okay.

BURNETTE:          It could be up to 20 percent of what you get.

UC SWEETS:         And how does that get -- how does that cost get distributed?  Where is that cost?

BURNETTE:          So here's the thing.  It depends on where the project is.  Okay?  So here's the thing.  For example, if Curtis supports the project, Andrew is going to support the project.  Okay?

UC SWEETS:         Okay.

BURNETTE:          So there's two votes.  Then all you need is-- is Scott, Nancy, and Gil.  You've gotta pay Scott.

U/M:               Right.

UC SWEETS:         So there's five.

BURNETTE:          There's five.

UC SWEETS:         I thought it was five [UI] --

UC MILLER:         And what about on the county stuff?

7

Gov. Ex. 12

BURNETTE:        It doesn't matter.  You already have five votes.

UC MILLER:       Yeah, I've got five.

UC SWEETS:      If you can -- what's that one guy?

UC MILLER:       Proctor.

BURNETTE:        Yeah.  So -- If Curtis and -- if Curtis, Andrew, and Nick -- okay? -- Nick
                 Maddox on the county - Nick, Maddox on the-

UC MILLER:       County side [UI]

UC SWEETS:      Is that a relationship to Scott Maddox?

UC MILLER:       No.  One's white.  One's black.

U/M:             No.

BURNETTE:        No.  One's white.  One's black.

UC SWEETS:      I'm white.  Whew.

UC BUTLER:       Our Scott is a white.

BURNETTE:        Here's the thing.  If those three support it, nobody's going to stand it down
                 because they're thinking everybody's going to get a race card called on
                 them.

U/M:             Absolutely.

UC SWEETS:      Okay.  So who were those three again?  Scott?

BURNETTE:        Scott --

U/M:             Nick.

BURNETTE:        -- Curtis, and Nick.

UC SWEETS:      Okay.  And if we want insurance, we could buy --

BURNETTE:        You got Andrew.

UC SWEETS:      Well, we could buy Proctor, right?  Proctor, because he's a guy you can
                 write a fucking check to.  I can tell you that right now.

BURNETTE:        Yeah.

UC SWEETS:      I had lunch with that guy.  You can fucking write him a check.

Gov. Ex. 12

| | |
|---|---|
| BURNETTE: | Right. |
| UC SWEETS: | Like I could even just give him a bag full of cash.  That's -- |
| BURNETTE: | No.  I agree with you.  I've never had the -- Proctor's usually on such of an island, he's not even in the formula. |
| UC SWEETS: | Right.  Yeah. |
| BURNETTE: | Right? |
| UC SWEETS: | Yeah.  I didn't -- he's goofy. |
| U/M: | (Inaudible.) |
| BURNETTE: | So it's like I have never politically ever -- ever -- |
| UC SWEETS: | He's a non-issue. |
| UC BUTLER: | He's a non-factor. |
| BURNETTE: | That's right, never - |
| UC SWEETS: | See, I'm looking at it like that's a wild card where you can just guarantee yourself -- |
| BURNETTE: | You can check the box -- |
| UC SWEETS: | Yeah.  I mean -- |
| BURNETTE: | -- and probably pretty cheap. |
| UC SWEETS: | Yeah. |
| BURNETTE: | Yeah. |
| UC BUTLER: | Probably very cheap. |
| BURNETTE: | I would tend to agree with you. |
| UC SWEETS: | Okay. |
| BURNETTE: | I would tend to agree with you. |
| BURNETTE: | I can tell you this, though.  You're -- you're going to be able to collect at least 80 percent of the CRA dollars.  Twenty -- you give 20 percent of the CRA dollars back, and you are guaranteed that you're going to get it.  I mean, I'm just telling you.  It's not -- that's almost -- |

9

UC BUTLER:        Through Scott or through all of us?

BURNETTE:         Well, through all -- put it this way.  Again, it just -- each project will have supporters and non-supporters.

UC BUTLER:        Right.

BURNETTE:         Right?  You don't have to pay the supporters as much as you have to pay the non-supporters.

UC BUTLER:        Exactly.

BURNETTE:         So if I already like it and it already --

UC BUTLER:        So we can pay Curtis, you're saying?

BURNETTE:         Yeah.

UC BUTLER:        And then -- and --

BURNETTE:         Well, here's the thing.  There's --

UC BUTLER:        -- Andrew.

BURNETTE:         In each political decision, there's two functions.  Okay?  There's a cup.  Okay?  And there's political capital.  Right?  In each decision that -- one person gains and one person loses.  Okay?

UC BUTLER:        Yeah.

BURNETTE:         Well, you're -- all it is, is a simple function that you're having to pay to get back to the person who loses.

UC BUTLER:        Right.

BURNETTE:         Somebody -- right? -- by you building the project may be gaining more political capital than paying for anything.

UC BUTLER:        Sure.

BURNETTE:         Right?

UC BUTLER:         Right.

BURNETTE:         So, for example, Curtis . . . if you go straighten out south of the tracks, he's getting enough political capital you don't really have to write him a check.

UC BUTLER:        Yeah.

BURNETTE:        Right?  Now, here's the other thing.  Scott Maddox, Nancy, and Gil --
                 right? -- where are those dollars?  They're -- the white people, who live on
                 the north side of town --

UC BUTLER:       Right.

BURNETTE:        Right?  They're losing political capital because they're taking dollars from
                 these people --

UC BUTLER:       To give back.

BURNETTE:        -- and giving it to these people.

UC SWEETS:       But what -- but with Nancy and Gil, it's a moral issue.  It's the right thing
                 to do.  It's your -- you're helping out those people.  Right?

UC BURNETTE:     That's right.

UC SWEETS:       That's a -- and then that's an easy sell.

BURNETTE:        It's an easy sell because -- let me tell you this -- they are afraid of the race
                 card.  Okay?

UC BUTLER:       Okay.

BURNETTE:        Because the black vote, they can't -- so, for example --

U/M:             That doesn't matter.

BURNETTE:        -- you may have to go down to Bethel AME, Reverend Holmes -- okay? -
                 - who controls 50 percent of the black population.  You may have to go
                 down there on a Sunday and drop a $5,000 check in the offering plate.

U/M:             Yeah.

BURNETTE:        Okay?  You pay some of that through the reverend.

U/M:             Right.

BURNETTE:        Okay?  He's the one that's got the mighty stick.  I mean, I'm sure you guys
                 know this.  Black people are very religious.

UC BUTLER:       Yes.

BURNETTE:        Right?

UC SWEETS:       Amen.

BURNETTE:        And you -- and you get there through the religious channels.

UC SWEETS:       Right.

U/M:       Yes.  That's (inaudible).

BURNETTE:       You're not going to (inaudible).  The -- okay.

UC SWEETS:       I have a better understanding now and more -- I'm more -- I'll tell you I'm more comfortable with this whole thing now, just in this -- just with this conversation, which is why -- this is why I wanted to come up here and, you know, not -- I mean, hanging out is fun, but --

BURNETTE:       I mean, I'm gonna to tell you if you're boxing -- if you're boxing shadows or not boxing shadows.

UC SWEETS:       Right.

BURNETTE:       And --

UC SWEETS:       I think we should just hire Kim and point the gun.

BURNETTE:       If you could hire her.  I'm telling you, man.  It's -- it's -- I would love to say it's me.  It's not.

UC SWEETS:       Did you -- did you know that when you got in bed with her, so to speak?

BURNETTE:       No.  No, I didn't know that.  I really didn't.

UC SWEETS:       I'll be darned.

BURNETTE:       So, look, Kim is -- I mean, she's a political expert.  I mean, she was student body president at Florida State.  Umm, you know, she worked in the House and the Senate when she was going to school.

U/M:       Right.

BURNETTE:       I mean, she knows what the motivators are.  I mean, she singlehandedly -- okay?  I mean, you can google "Imagine Tallahassee."  And she singlehandedly took on the damn county and beat them.  I mean, she backed every fucking one of them down.

UC BUTLER:       Where is she getting her money?

BURNETTE:       Well, from me.

UC BUTLER:       Oh, okay.

BURNETTE:       I mean --

Gov. Ex. 12

| | |
|---|---|
| UC SWEETS: | Okay.  So when you say that she's going to point a gun or Nancy calls her and says, "Do you agree with this?" because she knows that Kim will do everything she can to -- |
| BURNETTE: | Well, if she pisses her off.  I mean, who -- |
| UC SWEETS: | So if she pisses her off, but that's your money that's going to -- |
| BURNETTE: | Yes. |
| UC SWEETS: | So Kim's a -- Kim's the -- you're buying the gun.  Kim's -- |
| UC SWEETS: | Pulling. |
| BURNETTE: | -- pulling the trigger? |
| BURNETTE: | Yeah, right. |
| UC SWEETS: | Okay.  Got it. |
| BURNETTE: | I mean, keep in mind, you know, a standard -- a standard city commission race could be won -- could be bought for 100 grand, 150 easy.  Right? |
| U/M: | Yeah if you can -- however you get that money to them, I mean. |
| BURNETTE: | Just think about -- well, no.  You start a PAC.  Put $150,000, and I could run Mike against her tomorrow, right?  So, for example, Drew Jones is on our -- all -- Drew, who represents all of them -- okay? -- we pay Drew $15,000 a month as a retainer.  Okay?  The reality is this.  Drew would drop their ass if we tell her to run somebody against them.  So they're a lifeline, right?  Because when they run a race, they're paying Drew $25,000.  Right? |
| UC SWEETS: | And you're paying him 15 grand a month? |
| BURNETTE: | A month. |
| UC SWEETS: | Two months, you're out -- |
| BURNETTE: | Out pay their ass.  Drew's dropping their ass like a hot potato.  Right? |
| UC SWEETS: | So when you say, "we're" because you use -- that term "we," "they," you use that a lot.  When you say -- |
| BURNETTE: | Trulieve. |
| UC SWEETS: | -- "We are paying them." |
| BURNETTE: | Trulieve pays. |

13

UC SWEETS:        Trulieve?

BURNETTE:         Trulieve.

UC SWEETS:        Okay.

BURNETTE:         The marijuana, the business, pays VancoreJones $15,000 a month.

UC SWEETS:        Okay.

BURNETTE:         Right?  Because we use them for local lobbying across the State.  So they -- like, I mean, keep in mind, now, these people don't want to run a competitive race.

UC SWEETS:        Right.

BURNETTE:         Right?  They don't want to be in a position --

UC SWEETS:        They don't want to have to campaign.

BURNETTE:         They don't want to campaign.

UC SWEETS:        They just want it handed to them.

BURNETTE:         They -- that's right.

UC SWEETS:        I get it.

BURNETTE:         So not only is it Kim's going to take it away.  You ain't gonna get it handed to you.

UC SWEETS:        Right.

BURNETTE:         You're going to be sweating bullets --

UC SWEETS:        Right.

BURNETTE:         -- election night.

UC SWEETS:        Right.  You're going to have to fight for your political survival.

BURNETTE:         Yeah.  And nobody wants to do that.

UC SWEETS:        Okay.  So, see, that's where the small-town politics comes in.  Like that's what makes Tallahassee so unique in my opinion, that, you know, you don't have those kinds of issues in -- you know, in Phoenix or, you know, in Los Angeles or --

BURNETTE:         You just know what it costs and --

14

UC SWEETS:          Shit.  What's the name of that councilman, 7th -- I fucking -- I sat because I was trying to get -- I sat on the front row of the -- second row -- I take that back -- second row of all this -- at the swearing-in ceremony for this black councilman in L.A.'s 7th District, which is like Compton's, you know.  That district, he stepped down as --

U/M:                (Inaudible.)

UC SWEETS:          -- a state senator and took over as a city councilman for that district.

BURNETTE:           Uh-huh.

UC SWEETS:          And I was invited to his.  I was the only white person.

BURNETTE:           Yeah.

UC SWEETS:          I turned around and looked at it.  I mean, there's like literally -- like it's an auditorium outside in the --

BURNETTE:           And you're the --

UC SWEETS:          I'm the one white guy.  And everybody looked like, "Who's the white guy?"  I'm turning around looking at movie stars, like, you know --

BURNETTE:           Uh-huh.

UC SWEETS:          -- pro athletes --

BURNETTE:           Uh-huh.

UC SWEETS:          -- and movie stars.  They're sitting behind me, you know, and I'm like, "This isn't really a position I want to be in.  This is not -- this is not a low-profile position."

BURNETTE:           Right.

UC SWEETS:          But it's because --

BURNETTE:           You wrote a check.

UC SWEETS:          Yeah.  Well --

BURNETTE:           You paid.  Well, the --

U/M:                The reason (inaudible).

BURNETTE:           (inaudible) cash, right?

UC SWEETS:      Yeah.  And then so that's what -- see, that's what this is like for me.  It's great to say, "Oh, we're going to write a check, fund a PAC."  Right?  And I don't do that very often.

BURNETTE:       Yeah.

UC SWEETS:      I try and figure out an alternative method --

BURNETTE:       Right, to use --

UC SWEETS:      You know, who needs a -- who needs -- everybody can use cash.

BURNETTE:       Right.

UC SWEETS:      I mean, you know, who's willing to take, you know, $25,000 into a -- into their campaign or $10,000 in cash in a bundle --

BURNETTE:       Right.

UC SWEETS:      -- in a McDonald's bag --

BURNETTE:       Right.

UC SWEETS:      -- that they can then pay for --

BURNETTE:       Do whatever they want to do?

UC SWEETS:      Yeah.  I mean, in --

BURNETTE:       They can buy hookers, strippers, whatever they want.

UC SWEETS:      Yeah.  Right.

UC SWEETS:      Not only that.  Think about this.  If you -- if you just -- how often do you use your debit card, your credit card?

BURNETTE:       A lot.

UC SWEETS:      Yeah.  Instead, if you just had cash to pay for --

BURNETTE:       Oh, yeah.

UC SWEETS:      That is money that is not coming out of your account, right?

BURNETTE:       Right.

UC SWEETS:      I mean, that's what I do most of the time, not all of the time --

BURNETTE:       Right.

| | |
|---|---|
| UC SWEETS: | -- because if you do that all of the time, that can -- that can be a flag in and of itself.  Right? |
| BURNETTE: | Right. |
| UC SWEETS: | You know, like I paid for lunch today.  I could have easily just thrown down cash -- |
| BURNETTE: | Cash. |
| UC SWEETS: | -- for lunch today, but, shit, that's a -- |
| BURNETTE: | Right. |
| UC SWEETS: | A lunch is a lunch. |
| UC SWEETS: |  It's a great place to spend, you know, -- |
| BURNETTE: | -- actual real dollars. |
| UC SWEETS: | Real dollars.  So you see what I'm saying?  So sometimes it's about writing a check.  Sometimes it's about giving a black councilman -- |
| U/M: | (inaudible) |
| UC SWEETS: | -- a lot of freedom to do with whatever he wants to do.  Whether -- I don't care whether it's cocaine or whores or whether it's -- |
| BURNETTE: | Yeah.  You don't -- |
| UC SWEETS: | -- you know, lunch at, you know -- |
| BURNETTE: | All you care is, is that the vote is the way you want the vote. |
| UC SWEETS: |  That's all I care about. |
| UC SWEETS: | That's what I'm trying to figure out with Tallahassee.  And that's a -- I'm at a higher comfort level than I was when we came here.  And I've been trying to get to that comfort level with Mike for -- I mean, I trust Mike. |
| BURNETTE: | Uh-huh. |
| UC SWEETS: | I mean, he's not -- he's not failed us yet. |
| BURNETTE: | Right. |
| UC SWEETS: | I'm just having this comfort -- or discomfort because I'm just not understanding the political climate.  And I -- you have delivered that, I think. |

17

BURNETTE:        Yeah.  Well, I mean, I think what's happening is, is that Adam's flashing all of these things in front of you.  He's not flashing answers.

UC BUTLER:        That's right.

UC SWEETS:        That's correct.

UC BUTLER:        That's right.

BURNETTE:        Yeah.  He just --

UC SWEETS:        He's introducing them to a lot of people.  He's introduced me to some people I don't really want to be introduced.  He's -- he's making a lot of introductions.  That's fucking great.  And I can see now how that's going to benefit you -- right? -- because it's going to look like, you know, that's paying off.  And the -- in reality, I just want to know how the job's going to get done.  I want to know who the shovel digger is.

BURNETTE:        Let me tell you this.  The job can get done.  The thing is, is that what do you -- what job do you want done?

UC SWEETS:        I want to know that whatever job I need done is going to get done.  I mean, I know where you're --

BURNETTE:        Yes.

UC SWEETS:        -- you're coming from.  And like you're looking at it job-specific.

BURNETTE:        Yes.

UC SWEETS:        I'm not that way.  I'm like, "Look, man.  I own the guy that owns the shovel."

BURNETTE:        Right.

UC SWEETS:        And whatever hole I need him to dig, he's going to dig.  That's what I'm looking at.  And I realize what you're saying is, is it's political.  I mean, there's political value in some of it.  So some of those might cost more.

BURNETTE:        Right.

UC SWEETS:        You know, there may --

BURNETTE:        As long as you understand that.  Right?  It's -- there just is a cup.

U/M:        Yes.

BURNETTE:        Based on the decision you make is where the political capital falls in the cup.  And dollar signs would fill the rest of the cup.

18

| | |
|---|---|
| UC SWEETS: | Yeah.  I like that.  I like that a lot. |
| BURNETTE: | That's -- |
| UC SWEETS: | Yeah.  You're a smart man, I'm telling you. |
| BURNETTE: | You know, it's -- |
| UC MILLER: | Well, for us, you know, I mean -- you know this -- we got cash.  We -- the deals are everywhere.  So the decision really comes down to, where do you spend your time working on deals?  Like -- |
| BURNETTE: | Right. |
| UC MILLER: | So, for me, I'm not geographically tied to Tallahassee. |
| BURNETTE: | I know all of that. |
| UC MILLER: | I could go to Myrtle Beach.  I could go to Charleston.  I could go -- |
| UC BUTLER: | Which kind is that? |
| UC MILLER: | So, really, it comes down to, is this the area we know we can get done what we want to get done?  And that's the question I have to answer for these guys, is, okay.  We know we're going to have to, you know -- |
| BURNETTE: | Right. |
| UC MILLER: | And that's fine.  You know, 10 percent is usually my number I factor into it anyway.  I mean, I've been as high as 15. |
| BURNETTE: | Right. |
| UC MILLER: | I've been to -- |
| U/M: | (Inaudible.) |
| UC BUTLER: | Alright, I gotta go.  Are you guys comfortable? |
| UC SWEETS: | I'm very comfortable. |
| BURNETTE: | Well, Mike, I mean, one thing -- and, look, I'm not -- I'm not trying to noodle my way in because I really don't give a shit.  But, I mean -- |
| UC SWEETS: | I don't -- |
| BURNETTE: | I have -- I have political capital that I have already paid for that I am interested in monetizing. |

Gov. Ex. 12

UC SWEETS:        Yeah.

BURNETTE:         Does that make sense?

BURNETTE:         Not -- it's already been paid if that makes sense.

UC SWEETS:         Right.

BURNETTE:         I just don't have -- I don't have the resources to do the work.

UC SWEETS:        Sure.

BURNETTE:         Right.  I mean, that's where I'm short.  Like I need -- I need a partner who can do the work to monetize --

UC SWEETS:        Right.

BURNETTE:         -- the political capital that I already have.  Right?  I mean, I know I can get the shit done.  Right?  I mean, for example, like Fallschase, you know, if that's something you want to look at, let's go do it because, look, here's the formula for Fallschase.  Figure out what the hole is.

UC SWEETS:        Yep.

BURNETTE:         Tell me what the hole is, and I'll figure out how to fill the fucking hole.

UC SWEETS:        Right.

BURNETTE:         Right?  I mean, you go in there.  You go do the work.  And you tell me, say, "Look, here is the pro forma.  We're $2 million short on what the number is right now."  Let me take responsibility for going and getting the $2 million.

UC MILLER:        Okay.

BURNETTE:         Right?  I mean, and I'll get the 2 million plus the cost.  It's gonna cost us, so net to us $2 million.  But I -- somebody's gotta tell me what I've got to go get.

UC MILLER:        Yeah.

UC SWEETS:        Right.

BURNETTE:         I can't --

UC MILLER:        You don't have the time to just dive into that.

BURNETTE:         I don't have time to dive in and to figure out what I need to go get.

| | |
|---|---|
| UC MILLER: | I'm happy to do that part.  I mean, that's -- that's what I do.  So I'm not -- I don't have any problem bringing any other person to the side just -- and that's -- |
| UC SWEETS: | It's 40 -- it's 450. |
| UC BUTLER: | Okay. |
| BURNETTE: | So, I mean, let me tell you this.  If you're willing to do the work in Tallahassee, I am -- can guarantee you can get the politics side of it done.  Right? |
| UC MILLER: | Okay. |
| UC SWEETS: | 450, please. |
| UC BUTLER: | Alright.  Ya'll have fun. |
| BURNETTE: | Yep.  (Inaudible.)  Hey. |
| UC BUTLER: | Alright.  See you again, buddy. |
| UC SWEETS: | You're definitely not coming out tonight? |
| UC SWEETS: | Whatever I need to know, let's (inaudible). |
| UC BUTLER: | (Inaudible.)  I don't know.  I'll call you.  But probably not. |
| U/M: | Okay. |
| U/M: | Alright?  Good luck.  See you. |
| U/M: | Thanks.  Appreciate it. |
| U/M: | Appreciate you guys very much. |
| U/M: | (Inaudible) call today.  Let me know next week's schedule. |
| U/M: | Yeah. |
| UC MILLER: | Tuesday would be best for me to fly out there, but just let me know. |
| U/M: | Yeah.  I'll find out later. |
| U/M: | Okay. |
| UC BUTLER: | Alright.  See you guys. |

Gov. Ex. 12

| | |
|---|---|
| UC SWEETS: | Okay.  Hey, you've got political capital clout at the State level as well, right? |
| BURNETTE: | (inaudible) -- so the State is different factions of the State.  Okay?  It all depends on where with the State. |
| UC SWEETS: | Okay. |
| BURNETTE: | Okay?  So, you know, like DMS, I can probably get something done. |
| UC SWEETS: | It's a big -- |
| BURNETTE: | Probably -- an environmental thing, we're probably fucked. |
| UC SWEETS: | Okay. |
| BURNETTE: | I mean |
| UC SWEETS: | That becomes much more of a case-by-case. |
| BURNETTE: | So where I feel like I'm good at with the State is, is that let's just say, for example, they got $150 million for feeding the inmates, right?  You know, you put on there you add the list that it's a green apple with a yellow -- with a yellow flower.  You know what I mean?  Like it's the little tweaks that give you some advantage.  I mean, that's what we did with marijuana, right?  I mean, the momentum was already there.  Then a marijuana bill was already taking direction. |
| UC SWEETS: | Yeah. |
| BURNETTE: | All we did is at the last minute said, "You need to be 30-year nursery." |
| UC SWEETS: | Right. |
| BURNETTE: | "And you need to be divided up regionally.  You need to put up a $5 million bond."  You know? |
| UC SWEETS: | Yeah.  Whose -- and now whose -- who came up with those barriers?  I mean, those are great barriers.  You said at the -- |
| BURNETTE: | Well -- |
| UC SWEETS: | -- momentum was there, but at the last minute, somebody had thought through that process. |
| BURNETTE: | Well, Halsey and I worked through it.  I mean, it was one afternoon.  We basically said how -- |
| UC SWEETS: | But you didn't even know the industry. |

22

BURNETTE:          Well, what does 30-year nursery, what does a $5 million bond, what does any of that shit have to do with the industry?

UC SWEETS:         Well, it has to do with the fact that you had to have some kind of knowledge ahead of time of you needed high barriers of entry.  I mean, people --

BURNETTE:          That doesn't matter by the industry.

UC SWEETS:         Well, yeah.  I mean, it's --

BURNETTE:          You're just creating high barriers of entry.

UC SWEETS:         Yeah.  Okay.

BURNETTE:          You don't have to know the industry to do that.

UC SWEETS:          Yeah, that's true.

BURNETTE:           Look, all we knew is, is that five licensed marijuana in Florida, fucking real valuable.  We didn't have to know anything more than that.  All we knew -- we didn't know how to -- we didn't know how to grow marijuana.  We were in the ship --

UC SWEETS:         Right, right, right.

BURNETTE:          We were in the, how do we get a marijuana license?

UC SWEETS:         Yeah, yeah.

BURNETTE:          Fuck the rest of it.

UC SWEETS:         Yeah.

BURNETTE:          You know, shit, I'd figure that out later.  My experience has been, is you can always find people to do that shit.

UC SWEETS:         Well, you compartmentalized that whole process really well.  I mean, you're just taking one step at a time.  You're dealing with those issues.  And that's -- it's --

BURNETTE:          Yeah.

UC SWEETS:         -- pretty impressive to watch.  I mean, it really is.  I'm impressed.  You know?  You've got your --

BURNETTE:          (Inaudible.)

UC SWEETS:        -- high barriers of entry.  You got that through the legislature.  Then you got your grow.  Then you got your -- you know, I mean, just like one step at a time.  You're dealing with -- with the next problem.

BURNETTE:         Well, if you don't, it will overwhelm you, right?

UC SWEETS:        True.

BURNETTE:         I mean, if you don't kind of --

UC SWEETS:        But, I mean, a lot of people are trying to do this all at once and get it all, you know, there, but you're just like, "Hey, we're going to fix this one and get it to where we need it, get it started."

BURNETTE:         I will tell you this, then, Mike.  I don't -- the reality is, is I can't figure out if we're the stupid ones and everybody else is the smart one or it's the other way around.  One --

UC SWEETS:        Are you talking about those other license holders?

BURNETTE:         Well, they're the license holders.  It's not complicated.  What they're doing is they're doing nothin'.  They're doing the minimum standard.

UC SWEETS:        Right.

BURNETTE:         They're simply taking the position --

(Phone ringing.)

BURNETTE:         -- that I have one of these six licenses, why do I need to do anything else.

UC SWEETS:        Yeah?  Yep.  Yeah.  Is it a bald guy?  Sure.  I can bring that down.  Bye.

UC SWEETS:        Uh, sure, I can bring that down if I can find it.  They won't give him his -- they won't give him the car because --

BURNETTE:         Valet ticket?

UC MILLER:        Yeah.  Alright.  So what's the plan for-

UC SWEETS:        Well, I just think that what we should do is go out and have a good time, celebrate.

BURNETTE:         I think you're -- what time is it now, 3:00?

UC SWEETS:        Yeah, 30.

BURNETTE:         Why don't we regroup at like 7:00 or something?

24

Gov. Ex. 12

UC MILLER:          Okay.  Give enough time?

BURNETTE:           7:30 or something.  I'm going to take a nap.

UC MILLER:          Okay.

BURNETTE:           I'm going to try to catch up on some stuff.  Let's plan on going to dinner at 7:30 or something.  And we'll get --

UC SWEETS:          Works for me.

UC MILLER:          Well, Alright.  Cool.  Cool.

UC SWEETS:           I'll see you in a little bit, bud.

BURNETTE:           Alright.

UC MILLER:           Appreciate it.  Running this down there to him.

UC SWEETS:          Are you leaving?  Are you going back to your room?

UC MILLER:           I'll wait.  I'll wait for you.

(End of recording.)

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 18

Transcript of Government's Exhibit 14

October 2, 2016

GOVERNMENT
EXHIBIT

**18**

MADDOX:            So what else you lookin' at in Tallahassee?

UC MILLER:         So, uh, all of Joan's stuff and then this folder's the piece right over there, uh --

UM:                Is it Class A or B or is cost like, F properties?

UC MILLER:         And then, um, uh --

UM:                You talkin' about the city piece?

UC MILLER:         Yeah.

UM:                Yeah, Class A is like primo

UC MILLER:         Yeah, lookin' at that, uh, and then, uh, JT and I last week we're goin' this afternoon to look at, um, Fallschase.

UM:                [UI]

UC MILLER:         Yeah.

MADDOX:            JT and I are buddies, he's a good guy.

UC MILLER:         Yeah, he -- he told me that so -- we're goin' -- at 3:00 o'clock we're goin' to ride up there to look at that deal so I talked to Eddie Bass earlier this week about status of that, where it is and we're gonna look and see what, what makes sense there, so --

MADDOX:            I represented, uh, Gordon Thames for years and years we did the apartment piece down in Fallschase, just locked that up.

COREY:             I think you met Gordon yesterday, in the box.

UC MILLER:         Oh yea, yea

COREY:             . . . that's the partner you're talking about.

MADDOX:            Multi family. His dad's out of Birmingham . . . and done a shit ton.

COREY:             He's got like 4,000 units or somethin'?

MADDOX:            I mean, he's got a ton.

UC MILLER:         Yeah.

MADDOX:            He's got 'em in Mississippi, Alabama --

COREY:             Yeah basically from here to --

| | |
|---|---|
| MADDOX: | He follows -- he follows casinos a lot. |
| COREY: | Really? |
| MADDOX: | And he'll take family up 'cause his jobs are casinos.  And they're transient so they don't buy houses. |
| UC MILLER: | Right. |
| MADDOX: | So he -- he follows casinos and builds apartments and, and has done that, he's done that in Gulfport and done that all over.  I never thought of it that way but it's true.  It's like yeah, a blackjack dealer, he ain't gonna buy a house. |
| UC MILLER: | Right. |
| MADDOX: | Right?  'Cause he's gonna work for a little while at this one then he's -- the he's gonna go to Vegas and then he's gonna go back here and -- yeah. |
| COREY: | Yeah that's smart. |
| COREY: | So this deal, you think that -- I mean Wayne I guess is gonna present it to you guys -- |
| MADDOX: | I think it's gonna go through.  It's gonna be, uh, basically it's been beat-bushin' it to start with.  'Cause I knew they wanted to build a wall, which I think is stupid as heck. |
| COREY: | Yeah, it's a terrible idea. |
| MADDOX: | And I'm like -- I'm like what a waste of -- you take all that and develop the whole thing, all the way over to (inaudible) and back, I mean it's -- |
| COREY: | It's six acres, right?  You guys want food? |
| WAITER: | You guys ready to order? |
| COREY: | [SC] |
| COREY: | You guys want food? |
| UM: | Yeah. |
| COREY: | Order away.  Scott, I'm gonna make you eat somethin'. |
| MADDOX: | No I gotta go to that utility thing at 1:30, 2:00 but thank you, thing with Tom Brown. |
| COREY: | Oh yeah, yeah, yeah. |

MADDOX:          Yeah.

UM:              We'll order somethin'.

MADDOX:          Want my olives?

UM:              Excuse me?

MADDOX:          Want my olives?

UM:              No I'm ok.

MADDOX:          You like olives?

UC MILLER:       I'm good, thank you.

COREY:           You don't like olives?

MADDOX:          I'm not an olive guy.

UM:              Are all these properties Class A and B?  Or they like --

UC MILLER:       No.

UM:              -- sub, sub properties?

UC MILLER:       Some of 'em are shit, you know?

UM:              Dog shit?

UC MILLER:       Yeah.  But you can make -- you can make money on shit sometimes, yeah.

UM:              Yeah, that's your whole point, right?  'Cause you never wanna buy the biggest house on the block.

UC MILLER:       Right, yeah.

MADDOX:          I tell you what, I know a lotta guys made a lotta money bein' slumlords

UC MILLER:       Right.

MADDOX:          and mini-warehouses and -- yeah.

UM:              That's where it's all at, you get it subsidized by the government too --

MADDOX:          Yeah, yeah.

UM:              Those tax credit properties is where it's at [UI].

UM:              Double-dipping on the government.

4

COREY:          So how do you -- will you do an RFP on that you think or -- okay.  As opposed to -- 'cause I mean some properties you'll take and you'll just put it out to bid and, um --

MADDOX:         It'll be an RFP for a developer.

COREY:          So you'll -- okay so you'll wanna choose as a -- so, so basically you want it developed, alright.

MADDOX:         And I would go in with JT...if it were me

UC MILLER:      Yeah

MADDOX:         That's what I'd do

COREY:          Is that right? He -- is he lookin' at it?  Got it.  I didn't know that.  Okay, did you know that?

UC MILLER:      Yes, Sweets told me that.

COREY:          Okay.

MADDOX:         And I  -- I would think he'd have an edge.

UC MILLER:      Yeah

COREY:          That makes sense.  Hm.

MADDOX:         But I doubt he'd wanna do it himself so --

UC MILLER:      I don't think so.  I think he's --

MADDOX:         But he's got the capacity to do it himself but I don't -- he's -- he'd --

UC MILLER:      He's busy right now.

MADDOX:         -- watch his -- yeah, he's got so much marijuana shit and --

UC MILLER:      Yeah.  Yeah.  Hm.

MADDOX:         So that's what I'd do.

COREY:          Are there a lot of others interested in it?

MADDOX:         I'm sure North American Properties, uh, but, uh, looked at it, um --

UC MILLER:      Dan Gilbertson's interested in it.

COREY:          I know but --

5

UC MILLER:            Which is random.

COREY:            -- but, but he's -- he's interested for somebody else though.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 20

Transcript of Gov. Ex. 16

October 2, 2016

GOVERNMENT
EXHIBIT

**20**

Gov. Ex. 20

UC MILLER:       October 2nd, 2016.  Approximately 3:05 p.m.  Going to meet with J.T. Burnette in Tallahassee, Florida.

BURNETTE:       How's it goin'?

UC MILLER:       What's up, buddy?

BURNETTE:       How's it goin'?  How'd your meeting with Maddox go?

UC MILLER:       Good.  It was, you know?

BURNETTE:       What's that?

UC MILLER:       You know, just a put a face with a name type thing, we didn't really talk about much.  He, I mean, like I said, we -- I was at a game yesterday and Adam introduced me to him and, uh, Adam bein' Adam, oh let's do -- let's do brunch and then can't have a meeting with Adam 'cause he brings fuckin' 12 other people every time --

BURNETTE:       Right.

UC MILLER:       -- you try to sit down with somebody, he's got an entourage of -- you know? So it's like --

BURNETTE:       All his boyfriends, future boyfriends.

UC MILLER:       Yeah, whatever they are, I don't know, I mean there were guys, girls, fuckin' people kept comin' and goin', like what are we doin'?  But anyway, we, we talked with -- mentioned that city piece a little bit and I -- I told him yesterday that -- I said, you know, you and I would discuss it and that's what he said too, he said J.T.'s my guy so --

BURNETTE:       Who Scott?

UC MILLER:       Yeah.  Uh, apparently Dan Gilbertson's tryin' to make a play on that piece with some group of people, I don't know who.

BURNETTE:       Lemme tell you the probability I have -- do you know -- how much juice Dan has?

UC MILLER:       'Bout that much.

BURNETTE:       Well I -- I mean if you can go lower than that, that's what he's got.

2

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 26

Transcript of Government's Exhibit 22

October 5, 2016

GOVERNMENT
EXHIBIT
**26**

Gov. Ex. 26

UC SWEETS:       So, Vancore Jones is...

BURNETTE:        The one with the real juice.

UC SWEETS:       Yeah. They're, so, they are the ones you pay 15,000. Because when I was talking to Maddox about it last night, I said: where do we get this thing going? He said: "$20,000 a month." I said, I said: "Bullshit." I said: "I know J.T., he pays you $15,000 a month." He said, he said: 'Nah, J.T. doesn't pay me anything." I was, like, alright, alright, semantics, whatever. Uh, so. But I think we want to start to get that . . . start filling that cup up. You know, even though . . . because we know there is going to lifts. And I think for us it's better to start doing that now rather than wait, you know it builds good will and all that. Got a little fender bender. Ah, so that's who we would pay, is Vancore Jones?

BURNETTE:        Well, so we pay Vancore Jones light money. Uh, but if you looking at an annex [inaudible] in the city . . .

UC SWEETS:       I am not talking about this piece. I am talking about downtown.

BURNETTE:        Oh, that's all, that's in the city. That's all owned by the city. So, that's all Scott Maddox.

UC SWEETS:       Yeah, but that's, I thought we had to get . . . I thought we were gonna to pay . . .

BURNETTE:        No, right now we don't need anything from the county.

UC SWEETS:       Well, I know, but . . . wait a minute, I'm getting confused here.

BURNETTE:        Vancore Jones is really county.

UC SWEETS:       Oh.

BURNETTE:        They got Nancy Miller.

UC SWEETS:       Ok. Got it.

BURNETTE:        If we need Nancy on the city. The odds are we may or may not need her on the city.

UC SWEETS:       So, how do we . . . how do we fill Maddox's coffers? How do we fill that cup up?

BURNETTE:        So, Maddox has a consulting.

UC SWEETS:       Yeah, but I asked you about that.  Because you told me.  He said . . . I said: "What do you do?" and he said: "I am an attorney and a consultant."  I said: "Perfect. We'll pay your consulting company." He said: "he can't do that."

2

BURNETTE:          Well, we'll work it out, believe me, I'll handle it with Scott. [Phone rings]

UC SWEETS:          Ok.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 27

Transcript of Government's Exhibit 23

October 5, 2016

**GOVERNMENT EXHIBIT**

**27**

Gov. Ex. 27

| | |
|---|---|
| UC SWEETS: | Uh. So, yeah, we gotta definitely . . . I mean, the hardest part for guys like us is, I should say, the hardest part for guys like guys that work hard, is to try to figure out a schedule. |
| BURNETTE: | That works. |
| UC SWEETS: | You know. |
| BURNETTE: | I'm probably good sometime, end of November. |
| UC SWEETS: | Of course, then you got Thanksgiving. You know, you got to be careful about that because, you know. But then, maybe early in December, before the . . . |
| BURNETTE: | Before Christmas. |
| UC SWEETS: | Before the Christmas party season starts, you know. |
| BURNETTE: | Tell Mike he can't bring Judy, that's all. |
| UC SWEETS: | No chicks. |
| BURNETTE: | Maddox would be a good time, though. |
| UC SWEETS: | Will he go? |
| BURNETTE: | He'd probably go with us. |
| UC SWEETS: | Well, check with him. Talk to him. Figure out a location. You know, we got a friend with a boat down in Lauderdale. We can always, you know, fly down to Lauderdale, and go out on the boat for a day or two, or whatever. I mean, we could do that. But if he is from there, you know, I don't . . . |
| BURNETTE: | That's never a good idea. You want to get away. |
| UC SWEETS: | I wouldn't think so. I mean . . . |
| BURNETTE: | So, uhm, so, Mike was pretty positive about that Fallschase site, that other site? |
| UC SWEETS: | I think so. Yeah. |
| BURNETTE: | He's got, he's got to run the numbers.  I have anedoctal information. |
| UC SWEETS: | Right. |

| | |
|---|---|
| UC SWEETS: | Well, now, that he is aware of it, he can look into it. Maddox said something about he has three or four places to tee'd up for you. And his only . . . the only thing we talked like business-wise was, other than him trying to extort 20 out of me, was, instead . . . I am, like: "No! No!" [Laughs] |
| BURNETTE: | You can't knock him for asking. |
| UC SWEETS: | No, you can't knock him for asking.  . . . uh, was, uh, that you gotta be involved. And thus, he's involved. And I said, that's not even a question of it. We're not even worried about that. |
| BURNETTE: | Right |
| UC SWEETS: | I mean, that's, like we wouldn't be here doing this if, you know, it weren't for you, so. |
| BURNETTE: | The relationship (UI) . . .the uh, Maddox, so . . . That deal that we went to today down, by Cascades . . . |
| UC SWEETS: | Yeah. |
| BURNETTE: | There's another deal downtown. That's the old C.K. Steele. It's the old bus stop. What they wanna do is . . . There's a bunch of money. Now a lot of this stuff we are talking about it's like 2020, you know what I mean? |
| UC SWEETS: | Yeah. |
| BURNETTE: | They don't get their money until 2020. |
| UC SWEETS: | Oh, I see what you are saying. So, some of it is future. Well that was one thing I did say was when he said: "oh we got," I think he said, "I got four or five of these projects tee'd up." And the one thing I said was: "Well, we would want to be very careful about that because the last thing we want is to come in . . . outsiders come in, and, all of a sudden, we get all of these juicy deals, and that causes some newspaper reporters to start . . ." |
| U//Female: | Trade you [inaudible]. |
| UC SWEETS: | Thank you. |
| U//Female: | You are welcome. |

| | |
|---|---|
| UC SWEETS: | Some newspaper reporter to start asking questions.  I said, that would be bad for everybody.  Especially you, you know that's.  We don't want to do that. Yeah. |
| BURNETTE: | You're from out of town.  We're here. |
| UC SWEETS: | That's what I meant. Me saying to him: "That would be bad for you." So, we don't want to do that. So, let's just pick a project, one project, and move forward on it, and . . . |
| BURNETTE: | Well, Mike will run the numbers, and I mean, at the end of the day with Fallschase it's just, what's the gap? |
| UC SWEETS: | Right. |
| BURNETTE: | What I mean, it's not the question what works, it's just what number is it. |
| UC SWEETS: | Right. |
| BURNETTE: | And how do we get to that number. |
| UC SWEETS: | Yeah, he'll figure it out. He'll let us know. But I don't know. Honestly, I get the impression, like, he's done the residential stuff, and, like I said, it's not as sexy, it's not as . . . I mean, there's a lot of residential developers out there, right?  I think he'd prefer to be involved in the revitalization of, you know, downtown Tallahassee.  That's gonna sell his next project in . . . |

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 28

Transcript of Government's Exhibit 24

October 5, 2016

GOVERNMENT
EXHIBIT
**28**

UC SWEETS:      That's crazy. I wouldn't have you driving me back down. I appreciate you just taking the timing, showing me around, hanging out for a little bit. So...

BURNETTE:       (UI) let's talk.

UC SWEETS:      We gotta get... we do gotta, seriously, all... Why don't you talk to... why don't you talk to Maddox. And maybe look at some dates. And then, text me with a couple of dates?

BURNETTE:       Here's what I want to do for Maddox. I want to figure out what we wanna do because I want to get Maddox on board and have a conversation with him.

UC SWEETS:       OK, but here's the thing. So, you and I look at things a little bit differently in this regard, right?! You're like, action-reaction. So you wanna know, like, what lift do we need, and can you make the lift.  And I'm like...

BURNETTE:       I already have a relationship.

UC SWEETS:      I get that. And I am looking at it, like: "Hey, we know we're gonna need some lift. So, I'd just as soon start paying into that lift that lift bucket now, right?! And then, when we get to it...

BURNETTE:       We know, we know.  (UI)

UC SWEETS:      The glass is already up here, and the lift is very little. I'd rather do that than, and you know. Man, I've been around this game a long time, brother.

BURNETTE:       (UI) worry about Maddox.

UC SWEETS:      Yeah.

BURNETTE:       He realizes that you've paid him a lift, and somebody else is paying the lift, he'll go get (UI)

UC SWEETS:      Ok, then, I'm cool with that. I'll just pay it all the way.

BURNETTE:       No, what I am saying is this: if you paid it all the way and he hasn't had to make lift yet, he'll go get somebody else to pay him and give them a lift.

UC SWEETS:      Yeah, but that won't happen with you on board.

BURNETTE:       That's true.

UC SWEETS:      Ok, that won't happen with you on board.

2

BURNETTE:          He knows it's a long term relationship.

UC SWEETS:         Yeah. So, while he may not give a shit about a guy like me, other than for the momentary good time, I get that, and the momentary cash, that's another part of your value, which is what you bring to the table....

BURNETTE:          So like, for example, Maddox talked to five marijuana people (UI). Ok. He didn't lift anybody a license, because that's outside the realm of ability.

UC SWEETS:         Right. But that's not gonna happen with you.

BURNETTE:          Well, here's the thing. I wouldn't, I wouldn't take you to the right person if it's not in the realm of ability.

UC SWEETS:         Exactly. So, the way I kind of look at this is, um, [stops midsentence]  I'm trying to think how to . . . yeah, Well, the bottom line is...I mean

BURNETTE:          We'll get one.

UC SWEETS:         You, you're, like... you get 20% of a cut, for nothing more than, like...

BURNETTE:          Making sure the lift's done.

UC SWEETS:         Yeah, I mean... call it sweat equity but it's not even sweat equity.

BURNETTE:          Right

UC SWEETS:         It's, like, literally, connections. I mean, you really don't have to do anything other than sit in that chair and be you.

BURNETTE:          That's right.

UC SWEETS:         And that, And that, that's 20%. I think I heard you talking to Mike about 20%. Right?!

BURNETTE:          Keep in mind, that's after a pref is paid to the investors, alright?

UC SWEETS:         Yeah, but still that's pretty easy money.

BURNETTE:          Yeah, as long as we make it.

UC SWEETS:         Yeah. But even if we don't, it's not "Thank you" it's not off of your skin.

BURNETTE:          That's right.

Gov. Ex. 28

UC SWEETS:        I mean, you don't stand to lose the damn thing. Right?!

BURNETTE:         Yeah.

UC SWEETS:        So, I am the kind of kind of guy that says: "Look, man, I recognize that we've gotta have this, and you,   And it helps that I like you. [loud background noise] that helped a lot because (UI) That's what Nashville was all about. If you hadn't convinced me, I probably would have pulled out of here.

BURNETTE:         That's not happening.

UC SWEETS:        Huh?

BURNETTE:         Out of here.

UC SWEETS:        Yeah. Like, I would have just said: "Mike, this ain't, we're walking away."

BURNETTE:         Right.

UC SWEETS:        But because you're there, and you convinced me, and I'm on board with that, and that's great. And you, you, you built that and you earned it). Now, I'm gonna get a guy like, Maddox. But I'm just not gonna rely on you to do this, and then when he says fuck (UI) I'm gonna be like, I don't think so buddy. Because, I do want him to understand that, you know, while he may have fucked some people in the past, this is not somebody that he wants to fuck over. So, if he's taking this, that's awesome.

BURNETTE:         Right.

UC SWEETS:        But he doesn't want to fuck us over either. Right?! And you'll convey that to him.

BURNETTE:         No that's right.

UC SWEETS:        So, I just, wanna get it started.

BURNETTE:         I mean, remember it's, it's what is referred to as a $200,000 credit.

UC SWEETS:        Yeah.

BURNETTE:         Right. The reality is anybody's unseated for 200 grand.

UC SWEETS:        Yeah. Right. I got carrying some fucking glasses. I'm gotta get some of those glasses in the bottle thing. [background noise]

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 32

Transcript of Government's Exhibit 30

October 4, 2016

GOVERNMENT
EXHIBIT
**32**

(Multiple conversations and background noise.)

| | |
|---|---|
| UC SWEETS: | Who did you call? |
| MADDOX: | What's that? |
| UC SWEETS: | Who did you call? |
| MADDOX: | I called J.T. and Kim.  Neither one answered. |
| UC SWEETS: | Thank God. -- I don't know Kim. I have to be careful because we hired Adam, but J.T. is a smart motherfucker.  Like he is extremely smart. |
| MADDOX: | So Kim, is a good-looking chick.  You would think that she was his pussy, but she's not. |
| UC SWEETS: | Yeah. |
| MADDOX: | No.  She is an M&A lawyer -- |
| UC SWEETS: | Oh, I've heard that. |
| MADDOX: | -- and a real estate agent. |
| UC SWEETS: | Yeah.  Probably the like, like with, like politics here, she'll emasculate you if you don't get on board with her. |
| MADDOX: | A lot of them, I mean not me but a lot of them. |
| UC SWEETS: | Well, not you, but like if she has somebody that doesn't agree with her, she'll emasculate them. |
| MADDOX: | No doubt. |
| UC SWEETS: | And they're very -- she's like, "I've got no pull." |
| MADDOX: | A lot of them. |
| UC SWEETS: | I like that.  I like that a lot. |
| MADDOX: | She's wonderful -- I like her a lot. |
| UC SWEETS: | So, I don't normally talk business when I'm drinking, and maybe you don't either.  But when are we -- we've got to come to some kind of agreement. |
| MADDOX: | I'd be glad to help. |
| UC SWEETS: | Buy that man a drink. I already like you a lot. |

MADDOX:            You, too, brother.

UC SWEETS:         (inaudible).

MADDOX:            You, too, brother.  So when your partner came and talked to me about Myers
                   Park.

UC SWEETS:         Michael?

MADDOX:            That's it.

UC SWEETS:         Yeah.

MADDOX:            (inaudible). I explained to him that he had to have J.T. in the mix.

UC SWEETS:         Well, J.T.'s in the mix.

MADDOX:            I know, but --

UC SWEETS:         J.T. and I already talked about that in Nashville.

MADDOX:            But, but I explained to him --

UC SWEETS:         Okay.

MADDOX:            -- to Michael.  I said, "All right, that's -- that's the deal, it's got to be there."

UC SWEETS:         That's O.K.

MADDOX:            We'll take care of it.  I've set that deal up.  The whole deal from the start I
                   set up specifically for J.T.

UC SWEETS:         O.K. -- Is that all it takes, is just 20 percent, like seriously?

MADDOX:            I mean, I think it would be good product there.

UC SWEETS:         If we ain't here tonight -- I was learning that -- I was kind of asking him off
                   the cuff like --

MADDOX:            We have several here that are teed up, ready for somebody to fucking
                   hammer them --

UC SWEETS:         Okay.

MADDOX:            -- that are there.

UC SWEETS:         So can we hire you as like a consultant?  Like you have a business, right?

MADDOX:            Not me, but I can tell you somebody you can hire, but not me.

3

| | |
|---|---|
| UC SWEETS: | Okay.  Well, whoever.  Like I want to start paying into their coffers now. |
| MADDOX: | Thanks brother, I appreciate it. I can tell you some folks. |
| UC SWEETS: | Okay.  So, now, those folks that we're talking about, I don't know how much -- I don't -- Did J.T. talk to you? -- Can we step outside for a second? |
| MADDOX: | Um-hmm. |
| UC SWEETS: | What has J.T. told you about me? |
| MADDOX: | Nothing. |
| UC SWEETS: | Oh, well then maybe I should be careful about what I say. I have a lot of money, but it's not all -- in the eyes of the Federal Government, it's not always been legally gotten. |
| MADDOX: | I don't trust the Federal Government. |
| UC SWEETS: | Fuck them.  They're out to -- |
| MADDOX: | I just don't trust them. |
| UC SWEETS: | Donald Trump didn't pay a damn -- damn tax dollar. |
| MADDOX: | That motherfucker.  He says it made him smart, said it made him smart.  I am voting for Hillary. |
| UC SWEETS: | Really? |
| MADDOX: | Yeah. |
| UC SWEETS: | You are voting for Hillary? |
| MADDOX: | Fuck yeah. |
| UC SWEETS: | Really? |
| MADDOX: | And I don't like Hillary, but I'm in a swing state, and I don't want that motherfucker to be my president. |
| UC SWEETS: | He's, he's crazy as shit.  Can you imagine some of the stuff that might happen? |
| MADDOX: | Yeah. |
| UC SWEETS: | It might be fun. |
| MADDOX: | Or it might be Hitler in 1939. |

Gov. Ex. 32

| | |
|---|---|
| UC SWEETS: | No. |
| MADDOX: | Or it may be Castro in 1960.  It might be Pot Penh (ph) in Cambodia.  So I'm not going to fucking trust him.  So, even though I'm not there, I'm voting for Hillary. |
| UC SWEETS: | You just wrecked my night. |
| MADDOX: | Sorry, dude. |
| UC SWEETS: | No.  I'm -- |
| MADDOX: | Sorry, dude. |
| UC SWEETS: | I'm not a politician. |
| MADDOX: | But I'm a -- I'm a student of history.  So -- |
| UC SWEETS: | Alright.  I can embrace it, alright. |
| MADDOX: | So Hillary, who I'm not a fan of, is a safe bet, because I knew what Bill was. |
| UC SWEETS: | Yeah. |
| MADDOX: | So I know what Hillary will be.  And I know what the markets will be. And I know what -- I know what banking will be. |
| UC SWEETS: | What's your business?  Like what do you do for a real living? |
| MADDOX: | I'm an attorney.  I'm a consultant. |
| UC SWEETS: | Consultant for what? |
| MADDOX: | Local government. |
| UC SWEETS: | I thought you were in local government. |
| MADDOX: | I am. |
| UC SWEETS: | (laughter) |
| MADDOX: | Is that not alright? |
| UC SWEETS: | What's your -- I don't know.  What's your firm? |
| MADDOX: | My firm is called Maddox Horne, it's me and Mallory Horne, who's passed away, the only person to be speaker of the House and President of the Senate both.  And we're all former government officials in my firm. |

UC SWEETS:      So if I wanted to pay a consulting firm that was Maddox Horne, how would I go about doing that?

MADDOX:         You wouldn't want to do that.  You'd want to pay the consulting firm that I told you so I would not be --

UC SWEETS:      You didn't tell me.

MADDOX:         -- so I would not be conflicted out --

UC SWEETS:      Oh, I gotcha, gotcha --

MADDOX:         -- if you had shit coming up in front of me.

UC SWEETS:      -- gotcha, gotcha, gotcha, gotcha.

MADDOX:         You'd want to hire Governance, Incorporated.

UC SWEETS:      Well, J.T. will tell me that, right?

MADDOX:         J.T. will tell you who it is.

UC SWEETS:      Okay. -- So J.T. and I had this great conversation.

MADDOX:         He's a smart guy.

UC SWEETS:      Dude I love him.

MADDOX:         He gets it right away.

UC SWEETS:      He hasn't told you anything about me?

MADDOX:         No, sir.  I haven't asked him about you.

UC SWEETS:      Kind of hurtful.

MADDOX:         I haven't asked him about you.

UC SWEETS:      Kind of hurtful.

MADDOX:         I haven't asked him about you.

UC SWEETS:      Okay.  Well, you wouldn't know to ask him about me.

MADDOX:         Right.

UC SWEETS:      But ask him who his -- who his godfather is in the -- in the medical marijuana business.  Just ask him.  And if he doesn't say Sweets, I'm going to fuck -- I would like put a bullet in his head.

| | |
|---|---|
| MADDOX: | Holy shit.  He has told me about you, dude. |
| UC SWEETS: | I'll put a bullet in his head. |
| MADDOX: | That -- all right.  So I represented three clients in medical marijuana -- |
| UC SWEETS: | O.K. |
| MADDOX: | -- in Florida.  And I -- and I stayed out of North Florida because of what he was doing.  He has told me about you.  I didn't know it was you. |
| UC SWEETS: | Yeah.  Well, O.K. |
| MADDOX: | That makes a lot more sense. |
| UC SWEETS: | I appreciate that.  I appreciate it. I was like discretion. |
| MADDOX: | I have a -- I had a client in Southwest Florida, and I had a client in Central Florida that I -- I got rid of the Southwest Florida client -- |
| UC SWEETS: | Yep. |
| MADDOX: | -- kept the Central Florida client.  And I had a Northeast Florida client -- |
| UC SWEETS: | Yeah. |
| MADDOX: | -- that I wouldn't allow anybody -- |
| UC SWEETS: | Which one? |
| MADDOX: | Hart Nursery. |
| UC SWEETS: | Yeah. |
| MADDOX: | I had -- I had a Raab in Central Florida who was -- oh, fuck -- it was the nursery that went under -- Springhill -- |
| UC SWEETS: | Yeah. |
| MADDOX: | -- in Central.  And a Hart in Northeast. |
| UC SWEETS: | Okay. |
| MADDOX: | And I stayed out of Northwest out of respect for J.T. |
| UC SWEETS: | Okay.  So, J.T. is poised to become one of the richest men in all of Florida.  He's doing things the right way.  I told him within -- I told him already in everything -- everything that I've told him has come true.  Within 2 years, he'll be worth 100 million.  Well, let me back up.  He won't be worth shit. |

Gov. Ex. 32

Kim Rivers will be worth 100 million.  It's all in her name, right?  100 million -- in five years, as long as the Federal Government doesn't deregulize marijuana everywhere, a billion dollars -- one billion dollars. Right?

MADDOX:          That's all --

UC SWEETS:      We've had a lot of conversations about that.  He doesn't -- I mean, he's starting to grasp what he's sitting on, but he doesn't totally grasp it.  I think he -- I think he knows because he's so smart, but he doesn't -- like it's that whole like -- what he's selling, it can't be traced.

MADDOX:          With J.T., he is all about managing risk all the time.

UC SWEETS:      Yeah.

MADDOX:          He manages risk.  That's what he does.  So he's constantly thinking about what his downside is to manage the risk.  Guys like me and I suspect you are always focused on the upside.  A guy like J.T. is focused on the downside.

UC SWEETS:      I've noticed that about him because I was talking to him about like in general what would all this take -- like what I needed to make what I -- like that whole Mike thing, like the guy -- what do I need to make this happen, like, like that's the upside.  What's the upside?  Like what do I need to make it happen?  He's like -- –piecemeal -- I'm like -- I don't -- he's looking at the downside of every job.

MADDOX:          He's managing risk.  He's managing risk.

UC SWEETS:      He's managing risk.

MADDOX:          All the time.  That's what he is.

UC SWEETS:      We are like two fucking peas in a pod, only you're older and gray and I'm the good-looking, younger.

MADDOX:          That's the deal.  That's the fucking deal.  That's the deal.  That's the deal. So guys like you and I are always on the upside, right?

UC SWEETS:      Well yeah.

MADDOX:          So the glass is half full or it's runneth over.

UC SWEETS:      No.  This glass is -- this glass is almost -- I'm so full I can't even take a drink.

MADDOX:          It runneth over, right?  A guy like him manages risk.

8

Gov. Ex. 32

UC SWEETS:        Speaking of that, Daniel?  Daniel?  Can you get a mule?

U/M:              Yeah, you want one?

UC SWEETS:        Yeah, brother.  And what are you drinking?

MADDOX:           Makers.

UC SWEETS:        A Makers.  Daniel?  Daniel?  A Makers.

U/M:              Makers? (inaudible)

MADDOX:           Two.  Two.

U/M:              Let's go.  I feel weird.

UC SWEETS:        You go.

U/M:              Are you coming?

UC SWEETS:        Yeah.  We'll be there.  We'll be there. God almighty. I'm going to hire him as a body guard.

MADDOX:           He's good.

UC SWEETS:        Only when I go to Mexico.

MADDOX:           Juarez.

UC SWEETS:        (Inaudible.)

MADDOX:           Stay the fuck out of Juarez, dude.  What are you doing?  Stay the fuck out of there.  What is going on?  Why are you fucking going there? I'm telling you don't go --

UC SWEETS:        Seriously, why do you think I go there?

MADDOX:           Yeah I know why you go there.  Just fucking don't.  Stop.

UC SWEETS:        All right.  So -- okay.  Enough of business.  Business is great.  We're going to have a lot of fun together.  We're going to both make a lot of money.  Um, where do we want to go have fun at?  Like seriously -- like you said you go to Miami, but I don't want to go to Miami.

MADDOX:           Costa Rica.

UC SWEETS:        You want to go to Costa Rica?

MADDOX:            The Dominican Republic, Costa Rica -- that's fun for me.  I mean, Miami is fun for me too.

UC SWEETS:        No, no, no, no.  I'll go to Costa Rica.  We'll bring J.T., bring a couple of other -- do you have other -- do you have any super not gay but -- super close buddies?

MADDOX:            Yes.

UC SWEETS:        Yeah?  Who?  Like what's their name?  Like Tom?  Eddie?

MADDOX:            Yes.

MADDOX:            Is that wrong?

UC SWEETS:        Is it a girl?  Is it a midget?

MADDOX:            Is that wrong?

UC SWEETS:        No.  I'll bring --

MADDOX:            Are you judging? Are you fucking judging?

UC SWEETS:        No, I'm not judging.

MADDOX:            Sweets what the fuck.

UC SWEETS:        Give me your schedule.  Like when can we go?  Let's do it.

MADDOX:            I'm in.  I am in.

UC SWEETS:        All right.  I am going to get with J.T.  Like we're going to Costa Rica.

MADDOX:            Costa Rica is a great fucking country.  Have you been?

UC SWEETS:        My friend, I have been to every Spanish speaking country in the world.

MADDOX:            I am, I am from the most Spanish speaking country ever.

UC SWEETS:        Yes, in the world. Miami.

MADDOX:            In the world.

UC SWEETS:        Which is not a part of the United States.

MADDOX:            In the world?

UC SWEETS:        But it's only a short flight.

| | |
|---|---|
| MADDOX: | In the world?  Guess where the (inaudible). |
| UC SWEETS: | It's only a short flight. |
| MADDOX: | (Inaudible.) Can you guess the most Spanish-speaking country in the world? |
| UC SWEETS: | Miami. |
| MADDOX: | Close, pretty close. |
| UC SWEETS: | No.  I'm serious.  It's Miami. |
| MADDOX: | It's not Miami, but you're close.  It's Hialeah. |
| UC SWEETS: | Like fuck. |
| MADDOX: | That's where I'm from. |
| UC SWEETS: | Hialeah.  Yeah. |
| MADDOX: | I'm from Hialeah.  You call the Mayor of Hialeah, and he says, "Whatever the fuck Maddox wants" all the time, we do it all the time. |
| UC SWEETS: | My brother.  Thank you. |
| Unidentified Male: | Here you go. |
| MADDOX: | Thanks, buddy. |
| UC SWEETS: | Yeah.  How I got hooked in with these two gay guys, I don't know, but -- |
| MADDOX: | They're all fluffers. |
| UC SWEETS: | Well, he's a fluffer.  He's -- good guys, though. |
| MADDOX: | They are good guys. |
| UC SWEETS: | They're good guys.  I'm kind of on two fences.  Do you see that? |
| MADDOX: | I do. |
| UC SWEETS: | Well I should say I'm on one fence with two sides, like -- because I've got J.T. and I've got a personal connection with Mike.  Then I've got the business side with Adam. |
| MADDOX: | So these guys are fine.  There's fluff, and there's substance.  J.T. is your substance. |

UC SWEETS:      Yeah.  They're paying.  They're. They are, or we are paying a lot of money to Adam.

MADDOX:         No.  No, you're not.  You're paying him 5 grand a month.  That's not a lot of money.

UC SWEETS:      Well, no, not to me.  It's not any money.

MADDOX:         Or to me either.

UC SWEETS:      I've got 10 grand -- I mean, I've got 10 million invested in this.

MADDOX:         So 5 grand a month ain't shit.

UC SWEETS:      So what's a lot?  What's a good amount?

MADDOX:         To me?

UC SWEETS:      Yeah.

MADDOX:         Or to you?

UC SWEETS:      No --

MADDOX:         To you, it's (inaudible).

UC SWEETS:      -- From me to you. No.  I don't, I don't give a shit.

MADDOX:         Yeah, me too.

UC SWEETS:      What would -- what would I need to pay not you but your -- what would I need to put into that coffers a month to start this ball rolling?

MADDOX:         Twenty.

UC SWEETS:      Twenty a month?

MADDOX:         Yeah.

UC SWEETS:      That's a lot of money.

MADDOX:         No it's not.

UC SWEETS:      I don't know if it's worth it.

MADDOX:         No it's not.

UC SWEETS:      You haven't shown me shit.

12

Gov. Ex. 32

MADDOX:          I never will.

UC SWEETS:       Brother.

MADDOX:          So it went towards --

UC SWEETS:       J.T. only pays you 15 he told me.

MADDOX:          He don't pay me that.

UC SWEETS:       He told me he pays you 15 a month, not you.

MADDOX:          I'm pure as a Baptist in a fucking halo.  I live at the foot of the cross.

UC SWEETS:       It makes things a lot easier if we could just fucking talk.

MADDOX:          I'm talking to you.  I'm talking to you.  This is how we do it in Scottsdale.
                 What the fuck?  What's going on?

UC SWEETS:       You're pure Irish, aren't you?

MADDOX:          Maybe.  Just my liver.  I'm black from the waist down.

UC SWEETS:       We are twin sons from different mothers.

MADDOX:          I think so.

UC SWEETS:       I swear to God.  You're using every line I've ever had.

MADDOX:          I think so.

UC SWEETS:       God almighty.

MADDOX:          So they're great for fluff.  That's fine.  That's no problem.

UC SWEETS:       Okay.  So yeah.  Because I told him you can't -- I already told Mike.  I said,
                 "You're in for a fucking penny a pound.  You can't cut them out because
                 you just poison the well."

MADDOX:          No.  They won't poison the well.  They'll do all right.

UC SWEETS:       No, no, but you can.  I mean, you're in good (inaudible).

MADDOX:          That's right, yeah.  I mean, it's worth to do it.  He's good with the Mayor.

UC SWEETS:       The Mayor don't bring shit.  The Mayor's leaving anyway.  You're going
                 to be the Mayor is what I hear.

MADDOX:          You've been here a minute.

13

UC SWEETS:      No, I've been here like 30 seconds.  I'm fucking -- I know what the -- I know the way the wind blows.

MADDOX:         So the bottom line is J.T. knows how to get the deal done.  But the -- and there's more than that just one deal.  There's two or three deals here that make total sense.

UC SWEETS:      Right.  So I told J.T. this - we're outsiders, right?  I mean, you've got developers here, you've got the Florida people.  We're from out of state.  All of a sudden we fucking come in and take over this town.  People are gonna start like "What the fuck is going on?"  I'm tempted into people like you --like people are going to start to -- that raises heads.

MADDOX:         Sure.

UC SWEETS:      They don't care about -- I mean, I care about that because I don't want -- I don't want attention to be turned to us.  The cost is the cost.  To me, like whether we're going to get one deal done or five deals done --

MADDOX:         It's all fungible.  Amortize it, it's all fungible.  So it makes total cost.  Soft costs make sense if you -- if you factor it into the deal.  I mean, that's what I say.

UC SWEETS:      At the end of the day, at the end of the day, whether it's now or five years from now, we know that things are going to happen.

MADDOX:         Yeah. Now, are you guys merchant capitalists or are you going to hold it?

UC SWEETS:      You guys?  You guys?

MADDOX:         You and my brother from (inaudible).

UC SWEETS:      Hah.  Well, I don't know what Mike does.  I give him money.

MADDOX:         So the question is, do you want to hold or do you want to flip?

UC SWEETS:      My experience with him is he flips it, but I'm not --

MADDOX:         So you --

UC SWEETS:      Whoa, whoa, whoa, whoa.  I'm not a fucking developer.

MADDOX:         Yeah, yeah, I get that.

UC SWEETS:      Right?

MADDOX:         So here's the thing.  Either way it's worth it. So all of this shit right here, from here --

UC SWEETS:          Yeah.

MADDOX:             -- that way, was done by Alan Hooper and --

UC SWEETS:          Oh, yeah.  We looked at buying this shit from Hooper.  This and up there.

MADDOX:             And North American --

UC SWEETS:          Yeah.

MADDOX:             -- Properties, Sean.  I know all of them.  These guys are all merchant capitalists.  They come in.  They do the deal.  They get it -- they get it occupied so they can flip it to a hedge fund.  There's fucking -- there's big money in it.

UC SWEETS:          Well, Hooper didn't want to do that because we offered him big money to buy this, me and Adam, Sinor, and another guy.  I can't think of his name.  And he didn't -- it was a bad deal because he didn't want to relinquish control.  So he had the opportunity to flip it, but he saw the opportunity -- he saw --

MADDOX:             He wanted to build something.

UC SWEETS:          Yeah.

MADDOX:             Yeah.

UC SWEETS:          Otherwise, I'd own all this shit right now, brother.  Well technically I wouldn't, because I'm like J.T., I don't have my name on anything.

MADDOX:             I love it.

UC SWEETS:          Which is like -- which is like -- I'm like -- I told him one time -- I'm like don't you like -- what would happen if you -- if she fucking gets tired of your shit -- like I'm scared to death of her.

MADDOX:             Shoot her.  That's what I'd do.

15

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 36

Transcript of Government's Exhibit 34

October 19, 2016

GOVERNMENT
EXHIBIT
**36**

| | |
|---|---|
| UC SWEETS: | [Radio plays in background] Incoming call from J.T. Burnette [laughter in background]. |
| Radio DJ: | [softly in background] Your state is useless, I'll tell you [UI]. |
| UC SWEETS: | [Clicks tongue] Okay [radio DJ in background] . . . no incoming call from J.T. Burnette [rustling]. |
| | [Radio continues playing in background] |
| | [Telephone call connects] [telephone rings] |
| BURNETTE: | Hey, Mike. How's it going? |
| UC SWEETS: | It's still morning there, right [traffic sounds]? |
| BURNETTE: | Close to it. |
| UC SWEETS: | Well, you said call in the morning. |
| BURNETTE: | We've got a couple minutes of morning. |
| UC SWEETS: | Yeah. |
| BURNETTE: | We had a couple minutes of morning left. |
| UC SWEETS: | Well, perfect - I got a couple minutes, then [laughs]! |
| BURNETTE: | Um, no, uh - you're fine. I've – I've been trying, Maddox and I, have been trying to meet - every time he can meet, I can't, and - vice versa. |
| UC SWEETS: | Okay. |
| BURNETTE: | Uh, but we're trying to get together, and - and kinda coordinate some times. |
| UC SWEETS: | Cool. |
| BURNETTE: | We got a couple issues we need to address. What else is going on? |
| UC SWEETS: | Well, one of the things I was thinking about was - Mike - Mike Miller's birthday is around the first - I think it's the first of December, so I was wondering - maybe - if that weekend would work. We'd go to Vegas that weekend, cele … |
| BURNETTE: | Oh, that'd be a good idea. |

UC SWEETS:      - celebrate his birthday, and - also our new relationship, so, uh - so look at that weekend, if that's a possibility.

BURNETTE:       Okay . . . let me look at the calendar real quick, December -?

UC SWEETS:      It's - I think it's - the first is around a Thursday, so like - maybe like the second, third, fourth - somewhere in there?

BURNETTE:       Okay, I got my calendar right now. I'll, uh . . . I just sent Scott a text, because I'm gonna be downtown today at 4:30 p.m., and see if he can meet, and, uh - I'm gonna go ahead, and just plug that on my calendar, and go and block it out now.

UC SWEETS:      Cool. And then, uh - I talked to, uh - I talked to Mike Miller about, uh - about paying Maddox, and getting that - getting that coffer going, and I told him, uh, "Let's start putting ten grand a month towards that," and so he's gonna be calling you [traffic noise], and facilitating how that will work, so, uh -

BURNETTE:       Okay.

UC SWEETS:      - expect a call from him in the next day, or two, and, uh - he'll get that, uh -

BURNETTE:       [Laughs]

UC SWEETS:      - he'll work through you to get the logistics on how that - how we fill those coffers, so [clicks tongue] - and then the last -

BURNETTE:       So, I put this all in my calendar, uh -

UC SWEETS:      Okay.

BURNETTE:       - so I've got - I've got the second through the fourth -

UC SWEETS:      Perfect.

BURNETTE:       - blocked out, and I'll [speaker's voice gets louder] - I'll work something out with Maddox.

UC SWEETS:      Yeah, and - you know, I told him -

BURNETTE:       I was - lemme ask you this - how is this working with $5,000 that's being paid to Adam Corey? Are you paying that now?

3

| | |
|---|---|
| UC SWEETS: | Yeah, he is - Mike's paying that . . . |
| BURNETTE: | Okay. |
| UC SWEETS: | I think he writes a check to him every month for - you know, he - but he just writes it to, to - his, uh . . . |
| BURNETTE: | Bank |
| UC SWEETS: | Yeah, he - you know, it's a little - it's a little less complicated with . . . |
| BURNETTE: | Right, but lemme ask you this, though - that's being paid by you and Brian? |
| UC SWEETS: | Well, Southern Pines is paying it. I mean, that's just - |
| BURNETTE: | But I'm saying - who's paying - who's paying - who's putting the money in Southern Pines to pay him, I guess? |
| UC SWEETS: | Well, I mean - I'm - I'm the majority investor; Brian's an investor, and then there's a couple other guys who that have money in Southern Pines. |
| BURNETTE: | Oh, I gotcha. I gotcha; it's just - |
| UC SWEETS: | Yeah, so, I mean - |
| BURNETTE: | It's just everybody's a pro rata share of contribution. |
| UC SWEETS: | Yeah, yeah - I mean, it's not like - |
| BURNETTE: | Okay. |
| UC SWEETS: | I mean, well - you know, depending on how - |
| BURNETTE: | I got it; I understand. |
| UC SWEETS: | I - if they want cash - if they'll accept cash, then I work [laughs] - I work on that deal, you know? Because I'll tell Mike [Burnette laughs] - you know, I'll - I'll bring him a bag of cash, but most - you know, most people want it, uh - a check from the company, or whatever. |
| BURNETTE: | Checks, right. |
| UC SWEETS: | At least, Adam Corey does. I'll - |
| BURNETTE: | Okay. |

4

Gov. Ex. 36

| | |
|---|---|
| UC SWEETS: | If Maddox wants - if Maddox . . . |
| BURNETTE: | Right? |
| UC SWEETS: | - take ten - ten - ten grand on the side, in cash - I'll be more than happy to provide that, uh - you know [Burnette laughs] That was the next thing - I'm flying in, um - so I'm coming in for that Clemson game - to go to Old School, and then go to the Clemson game for those - using those, uh, tickets that - that Mike bought, so - |
| BURNETTE: | Uh-huh. |
| UC SWEETS: | - so [sighs], um - I'm flying to - |
| BURNETTE: | That's not this weekend, but next, right? |
| UC SWEETS | - that's - yeah, that's Halloween weekend. So I've got, um - I've got something in, uh, Arizona I gotta - I gotta do on Friday morning, so I'm gonna fly out to Atlanta on Friday evening . . . , to spend the night, and then I'll have, uh - I'll have that NetJets pick me up, and fly me down to Tallahassee on Saturday morning. Are you - you gonna be around that Saturday morning? Would you be able to come pick me up? |
| BURNETTE: | Yeah. |
| UC SWEETS: | Okay. |
| BURNETTE: | Yeah - I can do that. |
| UC SWEETS: | I should like - |
| BURNETTE: | So you did it - you did do the deal with NetJets? |
| UC SWEETS: | - yeah, so that was the next cool thing I was gonna do is, um - when we go to Vegas, uh - I will have - I will have, uh, the plane pick, uh - I'll have - I'll have Miller fly to Nashville, meet up with Brian. I'll have the plane go to Nashville - pick them up - fly down Tallahassee - |
| BURNETTE: | Uh-huh. |
| UC SWEETS: | - pick the two of you guys up, and fly y'all out to Vegas, and I'll just meet you in Vegas, I'll just drive my - my Audi up. It's - you know, it's only four-hour drive, so - |
| BURNETTE: | Right, because you - |

Gov. Ex. 36

UC SWEETS:        - I'll just drive up, and meet y'all there, but that'd be a - that'd be a fun, then you guys could just fly back commercial, or whatever, but, uh -

BURNETTE:        - yeah, that's right - and you use the - have you used it yet, or have you -?

UC SWEETS:        - no, that's gonna - that's gonna be my inaugural - that's why I'm like - you know, I probably could've just gone straight from Phoenix to - from Tallahassee, or driven in, but I thought, "Ah, shit, this'd be a good opportunity to - take a little jump on it - see how it - see if - you know, see if it's worth it!"

BURNETTE:        Right - yeah no doubt.

UC SWEETS:        So that'll be fun, so -

BURNETTE:        Good deal.

UC SWEETS:        - yeah, so I'll fly in on that Saturday morning. I'll probably - probably make it, and get in around 9:00, or - 9:00 or 10:00, and we can go grab some breakfast, or whatever, and - and, uh - I - cuz I don't think I got anything going in - with that, uh - with that game, until like, 3:00, so I got some time, but, uh -

BURNETTE:        Have you spoken to - okay, well, I'll be happy to do that. Have you spoken to Mike at all, about an update on his conversation with Eddie Bass related to that property? I need to - probably - need to give him a call.

UC SWEETS:        - uh, no, uh - that - that's the engineer guy, right?

BURNETTE:        Yeah.

UC SWEETS:        Yeah, I talked to him about it, uh - I knew that he was getting ready to go there to meet with him, uh - but I haven't talked to him since - about that.

BURNETTE:        Okay, I'll touch base with Mike.

UC SWEETS        Yeah.

BURNETTE:        See where here he's, uh - where's he's at in that process. Yeah.

UC SWEETS:        Okay, I'll give him a call, uh - I'll give him a call here shortly - just tell him to reach out to you, because, uh - I know that, you know - I told him, "Make sure that he figures out," you know - the money part of it, because - you know. So we'll get..

BURNETTE:        Yeah.

6

UC SWEETS:        He's got a couple conversations for you.

BURNETTE:        Well, the greatest thing - I mean, ideally, what we do is, we buy that thing, where it makes sense, and then everything else we get is kind of a consideration - or a concession is kinda - you know, gravy on that deal.

UC SWEETS:        Right, right. I think that's what - that was the purpose of him meeting with Bass, right - was to figure out the numbers?

BURNETTE:        Right - yeah, let's get - what's the economic - what's the - what are the economics support, you know - and let's - try to go in with that purchase price, and then - you know, we'll kinda - hopefully, everything else we do is - is just gravy.

UC SWEETS:        Okay. Alright, well, that sounds good, so, uh - yeah, I'll be back down there in a week, or a week-and-a-half, I guess - and, uh, we'll get together, and, uh - yeah, talk -

BURNETTE:        Alright.

UC SWEETS:        - talk to your buddy about that weekend in December. I mean, if he can't do it that weekend, then we'll figure out a different one, but, uh - that looks like it might work, you know. It's right after Thanksgiving, so -

BURNETTE:        Okay.

UC SWEETS:        - uh, yeah - cool, man. Alright, brother -

BURNETTE:        Alright, I'll talk to you soon, Mike. Talk to you soon; take care.

UC SWEETS:        Bye.

[Beep] [rustling] [radio turns back on]

UC SWEETS:        Okay . . . that concludes that, uh, call. That was an incoming call that was missed from J.T. Burnette, and - and then an outgoing call immediately there following to - J.T. Burnette. The time is now 8:49 a.m., uh - on the 19th. It's UCE-4180 on Operation Capital Currency.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 40

Transcript of Government's Exhibit 38

October 24, 2016

**GOVERNMENT
EXHIBIT**

**40**

[music plays in the background]

BURNETTE:        Mike!

UC MILLER:       What's happening man?

BURNETTE:        Not much, sorry for the phone tag, brother.

UC MILLER:       That's alright buddy, I know how it is, things getting crazy. What's going on with you?

BURNETTE:        Not much, I'm actually up here in the middle of nowhere, looking at a hotel.

UC MILLER:       Middle of nowhere, middle of nowhere where?

BURNETTE:        Iowa.

UC MILLER:       What the hell are you doing in Iowa?

BURNETTE:        Looking at this hotel, there's no chance I'm doing this deal but . . .

UC MILLER:       [laughs] Don't you love those trips?

BURNETTE:        Yeah, but you gotta turn over the leaf, you know?

UC MILLER:       That's right man, you never know, you never know. Speaking of deals, I'm gonna meet with Eddie Bass Thursday at 12:30, so . . . um, I'm gonna sit down with him and look at the Fallschase deals, so . . .

BURNETTE:        [UI] girl run any numbers at all?

UC MILLER:       Do what?

BURNETTE:        Have you had your girl run any numbers?

UC MILLER:       I haven't yet, 'cause I haven't even sat down with him to see kind of what uh . . . [SC] yeah get his layout, kind of his . . . you know what he's thinking as far as density goes and what sections, and all that kind of stuff and then start kind of putting numbers together, so . . .

BURNETTE:        Sweets is coming into town too this weekend, right?

UC MILLER:       He will be there Saturday morning, so . . . Brian will be there Thursday . . . . sometime Thursday afternoon so me and him will both be around Thursday and then Friday, and then Sweets is coming in Saturday and then we'll all be there through the weekend, so

BURNETTE:        [UI]

UC MILLER:       Do what?

BURNETTE:        So, is Brian going to meet with Jackie Pons?

UC MILLER:       [laughs] Brian is just coming in to hang out for the weekend, I think, so he just wanted to go to the football game and . . . hang out, so nothing . . . nothing big for him, I don't think, other than he knew we were both coming, Sweets and I were going to make it to town  so he figured he'd make the trip too

BURNETTE:        Sounds like a plan [UI] I'm supposed to go out of town, but I'm staying with you guys coming.

UC MILLER:       Cool. Sounds good man. Hey, Sweets had told me . . . you know the whole deal that he worked out with Maddox and stuff and the only thing I was going to ask you was . . . um, so my understanding is . . . you know Sweets gets a little confused with how stuff's going where, and he told me it was going to Governance, is that right?

BURNETTE:        Yeah, we'll discuss that a little more when you guys get into town. I actually had a meeting with Maddox and, uh, and talked to him a little bit about it, um, you know, I, I will tell you that, you know, I think that's a good plan to start, I think you got a little runway to do it, I mean, and I guess the big question I got is, I mean, I assume you guys are fairly certain you're going to do a deal in Tallahassee.

UC MILLER:       Yeah, I think, well for me . . . yes, I mean, I wouldn't have spent as much time there. I think at this point, we're gonna get something, uh, going there, and so . . . and that was part of it, is it gonna be more of a deal by deal basis or I'm happy to you know, budget it as this is a monthly expense but I don't want . . . you know, I want to make sure that it's for Maddox and not for another lobbyist, you know what I mean? So . . .

BURNETTE:        Yeah, no, no, definitely for Ma . . . the only . . . I mean, so . . . it's definitely for Maddox, there's nobody else in Governance other than Paige, which is Maddox effectively, indirectly. Um, but I just, you know I just hate to see you guys spend money and not know exactly what you're doing but you know, I'd probably take a little different approach but I, I fully support what you guys are doing. As long as you know you're going to do a deal in Tallahassee, that's what matters, I mean, it's money well spent if you're gonna do a deal here .

UC MILLER:       Right, yeah, I guess my only question was just logistically of how . . . the best way to get it through Governance, whether it was . . . I'm happy to do it, I mean we paid Adam Corey in cash, basically the deal I did with him: "hey I don't want you to register anywhere as a lobbyist for me, I want it

in cash right now until we get to the point where you got to because of . . . you know, the circumstances present themselves that you gotta kind of register or whatever, then we switch to a check or something" so . . .

BURNETTE:      Right.

UC MILLER:     I don't know if he wants cash or would rather have a check or . . .

BURNETTE:      I will talk to Maddox. I will tell you kind of Maddox's position. I mean, I'll just be transparent with you, he's like, look, you know . . . I just don't want to deal with anybody I don't know.

UC MILLER:     Sure.

BURNETTE:      So, I mean, again, I don't wanna be the middle man on the money.

UC MILLER:     Right.

BURNETTE:      You know Maddox doesn't . . . he wants to keep his conversations narrowed to one person.

UC MILLER:     Gotcha, ok.

BURNETTE:      Uh, that's his only concern whatsoever, um, but Maddox will be there, um, when he's needed. That's, that's not gonna be an issue, it's just . . . you know . . . I know Sweets wanted him to come out to Vegas and that stuff and he's like look, I just, you know Maddox's comment was "I got enough friends" you know?

UC MILLER:     Yeah.

BURNETTE:      I'd rather work with the friends I have, you know?

UC MILLER:     Ok, yeah.

BURNETTE:      So, I mean, I don't want Mike . . . or you guys to take it the wrong way. I don't think that's the intention, I just think the intention is that, you know . . . he doesn't know, right? So he wants to work with somebody he knows, nothing more nothing less.

UC MILLER:     I get it, yeah.

BURNETTE:      Um. So, we'll discuss this some more. I had a conversation with him, though, I kind of knew that was the plan, I kind of laid that ground work, and Governance is the answer. I just want to have a discussion with him about you know, how he wants to receive those funds, call it "into Governance"

UC MILLER:     Ok.

4

Gov. Ex. 40

BURNETTE:         But we'll have that worked out by the end of the weekend.

UC MILLER:        Ok cool, no worries man.

BURNETTE:         You're coming in Friday or you're coming in Saturday?

UC MILLER:        I'm coming in Thursday.  I'm meeting with Eddie Bass on Thursday and then I'll be there through Sunday or Monday.  I hadn't really figured out whether I'm flying out of . . . I think, uh, Brian may be flying out of Panama City, so I don't know if I'm going with them Sunday night to Panama City and flying out Monday or just staying in Tallahassee, so . . ..

BURNETTE:         Ok, I gotta run to Louisiana on Friday but I'll be back Friday night late.

UC MILLER:        Ok. We'll be around man . . . Do what?

BURNETTE:         It's an eight o'clock game, right?

UC MILLER:        Yeah, yeah.

BURNETTE:         Alright well, I will definitely see you guys on Saturday.

UC MILLER:        Cool, sounds good buddy.

BURNETTE:         Thanks, Mike .

UC MILLER:        Alright, man, catch you later J.T. See ya'.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 44

Transcript of Government's Exhibit 42

October 29, 2016

GOVERNMENT
EXHIBIT

44

UC SWEETS:        Have you talked to Mike at all? He was meeting with that guy -

BURNETTE:         He talked with Eddie Bass - actually, it's funny. I was actually in the bank line. I never go to the bank. But I was in the bank line in the teller line and Eddie Bass was right beside me and I yelled over and talked to Eddie, you know, yelling from window to window for about ten minutes yesterday.

UC SWEETS:        Okay.

BURNETTE:         And, uh, he said they had a real good conversation.

UC SWEETS:        Okay.

BURNETTE:         We'll talk a little bit more about it. So, I just want - here's the only thing I wanna warn you about, Mike - look, this is new territory for me to do this. Like, normally I - I - I approach - I understand what the issue is and figure out how to solve the problem.

UC SWEETS:        Oh, I know. I could tell that about you. I said you're a - you are a - a, you know, a mission-problem-oriented guy.

BURNETTE:         Yeah, like whatever the problem is, we'll figure a solution.

UC SWEETS:        Right.

BURNETTE:         Um, look, I'm not saying it's a bad idea by any means, but . . .

UC SWEETS:        What are we talking about, exactly?

BURNETTE:         About Maddox.

UC SWEETS:        Oh, okay.

BURNETTE:         Okay? So, I don't - did Mike tell you - I had a conversation with Maddox.

UC SWEETS:        He said you just talked, but we didn't go into any detail on the phone.

BURNETTE:         So, effectively, Scott's like, "Look, here's the deal." He's like, "Look, I think these guys are great guys," but he's like, "Look, I don't want anymore friends," you know what I mean? He's like, "I don't want to deal with anymore people, you know what I mean?"

UC SWEETS:        Right.

BURNETTE:         He's like, "I want to deal with you."

Gov. Ex. 44

UC SWEETS:          Okay.

BURNETTE:           And, you know, he's like look, "You tell me what you need and I'll -" You know, "And you know, like I always will, I'll get it done."

UC SWEETS:          So, is he not wanting - does he not want paid?

BURNETTE:           No, no, he does. He wants to get paid.

UC SWEETS:          Okay.

BURNETTE:           So, we worked that out. Uh, Mike and I talked about that and run that through Governance.

UC SWEETS:          Okay.

BURNETTE:           And I still gotta talk to Scott about how he wants to exactly do that. But here - here - this is what I'm getting at, right? This is definitely a pre-emptive approach you're taking.

UC SWEETS:          Absolutely.

BURNETTE:           All right. I just wanna make sure you understand that that's what it is.

UC SWEETS:          Yeah, yeah, yeah. And there's no guarantees with that, right?

BURNETTE:           That's right.

UC SWEETS:          I mean, that - that's the way it is, but that's kind of the way we've always done business. I should say that's like -

BURNETTE:           And again, not saying anything's wrong with it.

UC SWEETS:          No, no, no. It's a different strategy than you're used to. I - I get that completely, but I mean, it's kind of go in, win friends - well, he don't want no friends, but win friends, win family --

BURNETTE:           Put it this way, you're winning, you're winning the friends.

UC SWEETS:          Win the community and then - and then you know when the time comes for the ask -

BURNETTE:           It's there.

3

| | |
|---|---|
| UC SWEETS: | It's there. You don't have to worry about, "Oh, shit, now we got - what hoops do we gotta jump through?" You're successful that way. I think we're kind of successful at doing it this way. Um - |
| BURNETTE: | Look, surely - |
| UC SWEETS: | Probably because we're - |
| BURNETTE: | Surely both of them are gonna work. |
| UC SWEETS: | Sure. So, I just want to get out in front of it and I'm pushing him to do that. So, if that's - if that's being handled, I mean, we don't need that. Um - |
| BURNETTE: | Well, it's - I already told Maddox that we were gonna work through it. I said, "Look, you know, I know it -" |
| UC SWEETS: | So, when you say he - you don't want no more friends, I mean, does that mean he just wants to like disassociate with us? |
| BURNETTE: | Well, all he wants to do is he just wants to have one point of contact. |
| UC SWEETS: | Well, that's you anyway. That would be you anyway. I thought that was kind of our point. |
| BURNETTE: | Well, for example, you know, he just doesn't - he doesn't want to have conversations, inappropriate conversations with anybody but me. |
| UC SWEETS: | Absolutely. |
| BURNETTE: | Does that make sense? |
| UC SWEETS: | That's smart - that's a smart way to do things, right? |
| BURNETTE: | Yeah. He's like - look, I - |
| UC SWEETS: | I mean, as long as we know that when - when you're saying, "Hey, you know, he . . " When you're saying, "Hey, he says this," we know that he said that . . . |
| BURNETTE: | Yeah. |
| UC SWEETS: | That's fine by us. I mean, that's - you know, did Mike talk to you all about these investors, the other investors? |
| BURNETTE: | No. |

4

| | |
|---|---|
| UC SWEETS: | Well, so, it's - I'm the primary. Brian's got money in it. There's a couple others, two or three other guys that have money in this and they have to be sold on it, too. So, one of the things that I was thinking about doing was - |
| BURNETTE: | Being sold on the Maddox piece? |
| UC SWEETS: | Being sold on the whole like - going to Tallahassee. |
| BURNETTE: | Tallahassee. |
| UC SWEETS: | Part of that is just saying that, "Hey, look, we have an inside track." So, typically, what happens is you would do an investors meeting and have some local politician come around and address the group. Kind of, it doesn't even have to be Vegas. |
| BURNETTE: | Well, I can get Maddox to do that. |
| UC SWEETS: | Okay. |
| BURNETTE: | Yeah. |
| UC SWEETS: | Well, I was honestly - I was thinking, shit, we can just roll all this shit up into one and be done with it. - |
| BURNETTE: | In Vegas. |
| UC SWEETS: | If he's available. I mean, did you talk to him about his schedule? |
| BURNETTE: | So, he's like, "Look, if you want - he's like look, I don't want to go have a weird thing in Vegas, but here's what - if you want me to actually do something in Vegas, let me know." |
| UC SWEETS: | Well, that's what I was thinking, like, that gives him a purpose for being there, right? |
| BURNETTE: | Yeah. That makes sense. |
| UC SWEETS: | Okay. Well, if we can do it that way, then, you know, uh, I mean, does he have any objection to me like flying you guys out there? |
| BURNETTE: | No. |

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 49

Transcript of Government's Exhibit 46

December 2, 2016

GOVERNMENT
EXHIBIT
**049**

| | |
|---|---|
| UC SWEETS: | The family is worth 1.5 billion, uh and the other guy has, this endowment guy, got a lot of personal wealth, but he's probably worth --not worth --the endowment - |
| BURNETTE: | He controls - |
| UC SWEETS: | Hundreds -- He does 'em in hundred-million-dollar blocks.  So seven, eight hundred million, I don't know. |
| U/I MALE | So he's made his - |
| UC SWEETS: | Uh, yeah, the big money. So, I love good guys to know. |
| U/I MALE: | (Inaudible) for Mike for raising the money for Tallahassee. I don't care. Like, I have personal growth. |
| BURNETTE: | Scott, hear this. |
| MADDOX: | Okay. |
| UC SWEETS: | So I have personal wealth, Brian has some personal wealth and corporate wealth, right, ) these guys have, like, so most of these guys have been introduced --through Brian. |
| BURNETTE: | Right. |
| BURNETTE: | These two guys. |
| UC SWEETS: | I mean, come on. Like, what does this guy bring to the table? |
| UC SWEETS: | Fucking, not a goddamn thing. |
| UC SWEETS: | Bunch, more trouble than he's worth. Cost me $18,000 a day or whatever. |
| U/I MALE: | Whatever. |
| MADDOX: | I like his scruffy ass self. I like him. |
| UC SWEETS: | What's not to like? |
| MADDOX: | I like him. |
| UC SWEETS: | But these guys, they have hundreds of millions of dollars. They don't - |
| BURNETTE: | Uh-huh. |
| UC SWEETS: | I'll be real honest. They don't give a shit about Tallahassee. I ain't – Mike -- |
| MADDOX: | I'm trying to figure out whether you guys are all FBI agents, Hollywood actors, or fucking --I mean, seriously, it's so I'm there. (inaudible). |
| MADDOX: | Ha, so that's right. You can be anything above to me. |

| | |
|---|---|
| UC SWEETS: | Speak into my mic. No, no, so the issue about this is, they have the --these two guys literally have the wealth behind them. |
| BURNETTE: | So, I mean, Mike was talking about raising $30 million. |
| UC SWEETS: | They can - |
| UC SWEETS: | Jack, he can bring a hundred million dollars to the table, if he says this is where we are investing. |
| UC SWEETS: | So they don't give a shit about Tallahassee. They don't - |
| MADDOX: | So why am I here? |
| UC SWEETS: | Do you want to know why your here? |
| MADDOX: | Why am I here? |
| UC SWEETS: | They need to know that the --Mike has the political clout to get done what we want done. They don't care about investing in Tallahassee. They don't care about the whole, like --you being here, Councilman Scott Maddox, like, okay, we're going to get done whatever needs to get done. I don't know shit about development, like, but he's a good dude. Like, how can you not like him, right? |
| BURNETTE: | No, you gotta love him. |
| UC SWEETS: | He's not as savvy as you or me. You've pointed out some of the flaws, but he's made money. |
| BURNETTE: | Right. |
| UC SWEETS: | He's gonna get better. You gotta invest in the youth of America. |
| MADDOX: | In Tallahassee all you have to do is play by the rules. |
| BURNETTE: | Right. |
| MADDOX: | And put things what you want to do. |
| UC SWEETS: | But - |
| MADDOX: | I mean, I'll sell it for you, that's all you gotta do. |
| UC SWEETS: | You don't have to sell it. You know, like literally, I don't even want you to sell it. I just want you to be here. |
| MADDOX: | You got --we are a great community. |
| UC SWEETS: | Yeah, I know that. I mean - |
| MADDOX: | Everything that you're looking at - |

3

| | |
|---|---|
| UC SWEETS: | Blah, blah, blah. |
| MADDOX: | It's already zoned for - |
| UC SWEETS: | You know, there's not a fucking city in America that doesn't promote like that. |
| MADDOX: | Yeah, but we are the best. How do you not know that? How do you not know that? |
| BURNETTE: | Scott's got the biggest dick of any city commissioner. |
| MADDOX: | Thank you. |
| MADDOX: | I told him in Spanish. |
| UC SWEETS: | Think about this for one second. So (Inaudible) it doesn't matter what city in America you go to, you say, we want to invest in your city. |
| BURNETTE: | It's the same shit. (Inaudible.) |
| UC SWEETS: | They don't care about that. I don't care about that. Like, I want to know that we're going to be able to get things done. I met him. Coincidently, I met him, like, every city has roadblocks. |
| MADDOX: | So, here's the deal with our city. Our city has very particular rules, on what needs to be done in zoning and everything else, but J.T. knows those, and he knows how to traverse them. |
| UC SWEETS: | Perfect. |
| MADDOX: | It will be fine. I mean, he knows, all he does, he follows the rules, he does it, no problem. And he -we would like --we'd love to have the investment. |
| BURNETTE: | You know what, you know what's important to the city of Tallahassee is knowing that you're not going to fuck them. |
| BURNETTE: | Really. |
| BURNETTE: | It's a --I mean, it's not just a monetary thing. |
| MADDOX: | You wanna do things that are good for the city. |
| UC SWEETS: | No, like the guys that are coming here, they don't care about fucking Tallahassee, whether or not --they care about - |
| BURNETTE: | All they care is, if Mike can get done the things that need to get done. |
| UC SWEETS: | And they're going to get a return on their investment and they're - |
| UC SWEETS: | Like, the one guy I know (inaudible). |
| MADDOX: | As long as you're bringing something of quality for the city. That's their - |

UC SWEETS:      Oh, yeah, yeah, yeah (inaudible).

MADDOX:         Oh, no, no, no. I know that. So as a politician. I am very adept at being able to drink your whiskey, eat your steak, ogle your women, and vote against you.

UC SWEETS:      Ha, ha, ha. Yeah, we don't want that.

MADDOX:         And I'll do that every single time, you know,  if it's bad for Tallahassee. But if they bring something that's good for Tallahassee, we want them and we can make it happen.

BURNETTE:       I mean, Mike, as much value as anything, I know what is going to get through and isn't going to get through, right?

UC SWEETS:      Yeah, 'cause we're gonna give you 20 percent.

BURNETTE:       If we go float a turd out there -

BURNETTE:       I'm going to tell you it ain't gonna matter.

UC SWEETS:      I'm not interested in turds like yeah.

UC SWEETS:      The bottom line is, we call this an investment meeting, but it's not.

BURNETTE:       Right.

UC SWEETS:      It's the chance for them to meet you guys because you're now a partner, right?

BURNETTE:       Right.

UC SWEETS:      And they're meeting him, knowing that he can help in the situation, and I get all of the whole politician thing, I get it. There ain't no politician in the world going to come out (inaudible). But at the end of the day, all we care about is making a and say), and I know, him and I have different (inaudible).

U/I MALE:       Yeah, that's huge.

UC SWEETS:      It's like you and I have different lang --or different --you're very analytical, and very compartmentalized and I'm not like --

BURNETTE:       They want to know you've got a good relationship.

UC SWEETS:      That's all I care about, I can make things happen, right? Like, we meet here last night, I asked the general manager, because I wanted to make sure things happen.

BURNETTE:       Right.

| | |
|---|---|
| UC SWEETS: | Now they haven't happened the way I expected it to happen and I'm not happy about it, right? And I already let him know. I already got an apology, like, "I'm so sorry," like, that's how I do business, relationship-based. |
| BURNETTE: | Right. |
| UC SWEETS: | I can't (inaudible) super uncomfortable. I don't care. |
| UC SWEETS: | You'll come to like (Inaudible.) |
| BURNETTE: | Right. I've grown to love ya. |
| UC SWEETS: | You should. I fucking helped you out. |
| BURNETTE: | Right. |
| UC SWEETS: | I wish I was you right now. I wish I had -- had your foresight. I didn't have it. You did. |

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 50

Transcript of Government's Exhibit 47

December 3, 2016

GOVERNMENT
EXHIBIT
**50**

| | |
|---|---|
| UC SWEETS: | Hey, buddy. What's up? |
| BURNETTE: | (Inaudible) You looked straight at me like four times. |
| UC SWEETS: | I didn't see this little booth space, so -save me. Oh, man, this has been chaos. Did you get a massage? |
| BURNETTE: | Yeah, I did. |
| BURNETTE: | I though he went with you. |
| BURNETTE: | He was going back when I walked in. |
| UC SWEETS: | In the steam room? |
| BURNETTE: | Yeah. No, I didn't go to the steam room. I --I was like struggling to get there in time for a massage. |
| UC SWEETS: | Oh, okay. |
| BURNETTE: | I tell you what, though |
| UC SWEETS: | I got a little run on the treadmill, and then I tried that steam room, and, oh, my gosh, I feel so much better. |
| BURNETTE: | So much better? That shit doesn't stay, though. |
| UC SWEETS: | Yeah. Well, my --how long was your massage? |
| BURNETTE: | An hour. |
| UC SWEETS: | Oh, wow. |
| BURNETTE: | Fifty minutes. |
| THE WAITER: | How are you, sir? |
| UC SWEETS: | Hi. Yeah, could I get a Michelob Ultra, please? |
| THE WAITER: | Are you going to go with water? |
| BURNETTE: | Just still water. |
| UC SWEETS: | Are you? |
| BURNETTE: | Unless you've got an i.v. |
| UC SWEETS: | That's funny. It was fun last night. |
| BURNETTE: | Oh, yeah. |
| UC SWEETS: | It was just long. |
| BURNETTE: | It was long. |

| | |
|---|---|
| BURNETTE: | What time did we leave? I left like --it was like 4:15 or something. |
| UC SWEETS: | Yeah. Yeah. Yeah. And then I --did you wake up early? |
| BURNETTE: | I woke up at 6 a.m. |
| UC SWEETS: | 6 a.m. here? So you got a couple of hours. Did you take a nap at all? |
| BURNETTE: | I took another nap, yeah. |
| UC SWEETS: | Okay. I did --I probably slept till --I probably got four hours of sleep, and then - |
| BURNETTE: | When you didn't call for lunch, I was like thank god. |
| UC SWEETS: | I didn't --oh, yeah. I wasn't going to do that. No. The --ah. Is Maddox coming down? |
| BURNETTE: | Yeah. |
| UC SWEETS: | So, like, this is a --it's a done deal. |
| BURNETTE: | Uh-huh. |
| UC SWEETS: | Mike's --Mike's already talked with him  today. |
| BURNETTE: | Uh-huh. |
| UC SWEETS: | So they're on board. It's a done deal. |
| BURNETTE: | What was their comment when he talked to them today? |
| UC SWEETS: | Good. I mean, I guess, I mean, I didn't talk to them, so - |
| BURNETTE: | But Mike - |
| UC SWEETS: | Yeah, yeah. He said they're --they're supporting it. So I guess you talked to them at length. |
| BURNETTE: | I talked to them I think for 30, 40 minutes last night. |
| UC SWEETS: | Okay. |
| BURNETTE: | And, I mean, they were asking the right questions. |
| UC SWEETS: | Okay. About the --about three projects. |
| BURNETTE: | About three projects. |
| UC SWEETS: | Well, and the third --the third I guess the third project is that the Fregly stuff? |
| BURNETTE: | That's the Fregly stuff. |
| UC SWEETS: | Which is at the bottom of the list at this point. |

| | |
|---|---|
| BURNETTE: | Right. And, you know, I think that's what I told them. I said, look, you know, I think Fregly's tough; I think Fallschase from an economic standpoint is a home run. |
| UC SWEETS: | Right. |
| BURNETTE: | Right? According to what Mike told me, he ran the numbers and the numbers are better than he thought they would be. |
| UC SWEETS: | Yup. |
| BURNETTE: | Right? Which I anticipated that that would be --let's put it this way. It's the diversified piece that handles if there is any kind of shortfall on anything else. |
| UC SWEETS: | Yeah. |
| BURNETTE: | Right? And then I think you do the piece behind the Edison. |
| UC SWEETS: | Right. What was your, what was your timeline for --I know we had talked about that before, but you had said something about a timeline of a year. |
| BURNETTE: | Sooner rather than later on Fallschase. |
| UC SWEETS: | Okay. I thought --okay. So Fallschase would be the first priority. |
| BURNETTE: | I mean, it's --so, technically, you kinda wanna --if that's going to be a solo project, I think Mike - |
| UC SWEETS: | Well, I thought we talked about - |
| BURNETTE: | A year or two. |
| UC SWEETS: | You said a year. |
| BURNETTE: | At least a year. |
| UC SWEETS: | Okay. |
| BURNETTE: | I --I would say a year to 18 months. |
| UC SWEETS: | And that has something to do with - |
| BURNETTE: | So what I would --if it were me, okay? |
| UC SWEETS: | Okay. |
| BURNETTE: | I would want to know - |
| UC SWEETS: | Well, it is you. |
| BURNETTE: | Yeah, well, I would --one, I'm the driver - |
| UC SWEETS: | Okay. |

| | |
|---|---|
| BURNETTE: | --in that situation, because which I think we are. Number two is let's see what happens and what shape has taken on the other side of the park, right? If I could sit here and look and see what you're going to do, and it only costs me 12 months, I'm going to see what you're going to do. |
| UC SWEETS: | Right. |
| BURNETTE: | Right? Because here's the thing, that ball is already in motion. It's not like you would stop that machine. |
| UC SWEETS: | What do you mean by in motion? |
| BURNETTE: | What I mean is they're going to definitely develop the parcel across the -- on the other side of the park. |
| UC SWEETS: | Okay. |
| BURNETTE: | Right? See what that mix looks like. What you don't want to have is a competing projects five years in, right? If you take a step left, take a step right, right, what you don't want to do is you take a step left, and I take a step left; right? |
| UC SWEETS: | Okay. |
| BURNETTE: | That's the way I see it. |
| UC SWEETS: | Okay. So - |
| BURNETTE: | But I mean, I would be --I mean, look, Fallschase I will be making --I'd be making fast moves; I mean, I'd be trying to close in four or five months. |
| UC SWEETS: | Okay. I don't think that's impossible to do. I mean, I think that's highly doable. So, he's going to have to devote a little more time to it probably, starting after Christmas. |
| BURNETTE: | Right, commit to it. |
| UC SWEETS: | Yeah. |
| BURNETTE: | Well, now that he's --I mean, now that he's run the numbers, it is worth committing to. |
| UC SWEETS: | Right. I think there's still a couple of pieces --a couple of questions that are outstanding questions in my conversations with him. |
| BURNETTE: | With Mike? |
| UC SWEETS: | Yeah. The first - |
| BURNETTE: | All related to Fallschase. |

Gov. Ex. 50

| | |
|---|---|
| UC SWEETS: | Yeah. So, that's why I wanted to have Maddox here for, I want, one, tell him, hey, he doesn't have to pitch anything. This isn't - |
| BURNETTE: | Right. |
| UC SWEETS: | They don't give a shit about this whole chamber of commerce thing. |
| BURNETTE: | Right. |
| UC SWEETS: | But the second thing is, like, it has to be annexed into the city. |
| BURNETTE: | It doesn't have to be, but it can be. |
| UC SWEETS: | It should be, right? |
| BURNETTE: | I believe that it should be. |
| UC SWEETS: | Well, Mike says that his numbers show that would be better if - |
| BURNETTE: | Better if it's annexed - |
| UC SWEETS: | --it's annexed into the city. Thank you. |
| THE WAITER: | Anything else I can get for you at the moment? |
| UC SWEETS: | No. |
| THE WAITER: | Do you want to leave it open or close it out? |
| UC SWEETS: | Yeah, just leave it open for a minute. Leave that open. I'll pay cash when we're done. |
| THE WAITER: | Okay. I'll ring it up whenever you're ready then. |
| UC SWEETS: | Okay. So, and the second part to that is the waterfront. |
| BURNETTE: | What's different? |
| UC SWEETS: | Well, the city needs to buy that, according to Mike. |
| BURNETTE: | The city --so it's the city, the county, and the Blueprint tax dollars, but the key is this. In that scenario --the dollars are already set aside more or less to buy it.  Okay?  So there's already (inaudible).  You just want to make sure that you could develop it or you could sell it. You really have two options. You can take a fork in the road but it's not one that you have to get ahead of yourself, right? |
| UC SWEETS: | Right. |
| BURNETTE: | You know, I'd go figure out what I exactly needed to see what the demand looks like a little bit, then determine how much is needed. I don't think I would go get ahead of myself. |

| | |
|---|---|
| UC SWEETS: | Right. But annexing by the city is important. |
| BURNETTE: | Oh, yeah. That's a done deal. That's like a checkbox. |
| UC SWEETS: | Well, and you say that, but how do we know that? I mean, how does that process work? Like, does Maddox go to Fernandez and say - |
| BURNETTE: | Here's the thing about that, I can get that done without even talking to Rick. |
| UC SWEETS: | Well, how does --how does it work? |
| BURNETTE: | You go to basically growth management. You go in there and annex it. Look, here's the thing, here's what happens when you annex with the city, you pay more taxes. |
| UC SWEETS: | Right. |
| BURNETTE: | They're going to take whatever you give them. |
| UC SWEETS: | Okay. |
| BURNETTE: | Because you're agreeing to pay more tax; in addition to that, you would seek the utility rebates and that kind of stuff, so there no (inaudible). So you're not going to have an issue there. |
| UC SWEETS: | Okay. So the other question that has arisen from these guys is, since we're friends, I'll be brutally honest. |
| BURNETTE: | Yeah. |
| UC SWEETS: | But they are saying why do we need --why do we need J.T., why do we need Maddox? I mean, 20 percent what's their value to this? |
| BURNETTE: | Right. I think, keep in mind it's not 20 percent, it's 20 percent after the PREFF. |
| UC SWEETS: | Yeah, yeah, yeah. |
| BURNETTE: | Which is really only about six or seven percent. |
| UC SWEETS: | Okay. |
| BURNETTE: | Um, You basically need to push it through across the finish line, make sure it gets permitted the way you want it to get permitted. So you know how these things go, right? |
| UC SWEETS: | Right. |
| BURNETTE: | Always take this risk and you always need something to happen, and you've got to make those things happen. |

Gov. Ex. 50

| | |
|---|---|
| UC SWEETS: | Right. So we're trying to --the reason I'm here, honestly, is because just like --just like you're kinda the go-between between for Maddox and them. |
| BURNETTE: | Right. |
| UC SWEETS: | I'm kinda your counterpart on the - |
| BURNETTE: | --on the other side. |
| UC SWEETS: | --on the other side. |
| BURNETTE: | Between Mike and - |
| UC SWEETS: | Because Mike --I told Mike --I told Mike, you're not coming down here. The last thing I want to do is ask hard questions to Maddox, and then he has to --maybe he gets called into court or something, and he has this –the question gets posed, did you ever have conversations with this developer? |
| BURNETTE: | Right. |
| UC SWEETS: | And the answer to that would be no. |
| BURNETTE: | Right. |
| UC SWEETS: | You know, so - |
| BURNETTE: | I think the way it needs to be posed --I mean, here's the way to ask Maddox the question the right way,  because this is really what it is, you know, Maddox, do you believe that the development of Fallschase is an enhancement to the city of Tallahassee and a need of the city of Tallahassee, right? And he's gonna say yes. |
| UC SWEETS: | Okay. |
| BURNETTE: | Um, do you think that it's important for the city to play a role in it, doing what is necessary to make that successfully happen? |
| UC SWEETS: | Okay. |
| BURNETTE: | Right? The answer is yes, because really, right, it's all about the city of Tallahassee. |
| UC SWEETS: | Right. |
| BURNETTE: | It's all about improving the city of Tallahassee. |
| UC SWEETS: | Okay. So --but I gotta go back to the question that --'cause when we talked about this before, you  said, hey, look, we'll have no problems with the city, we'll  have no problems pushing it across the finish line. How do we insure that? How do we go to these guys and say, you don't have to worry --I mean, him coming out here was a big deal. That's very helpful. He |

8

|                |                                                                                                                                                                                                                                                                                                                  |
| -------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|                | doesn't have to talk to them, but I gotta know so that I can explain it to them. You've been doing business there a long time.                                                                                                                                                                                     |
| BURNETTE:      | Yeah.                                                                                                                                                                                                                                                                                                             |
| UC SWEETS:     | You guys have been buddies a long time. But how do I explain to them that this is how we're going to push it across the finish line? It's the last piece of the puzzle.                                                                                                                                            |
| BURNETTE:      | It's just economics. It's nothing more than economics. Okay?                                                                                                                                                                                                                                                      |
| UC SWEETS:     | But economics get derailed all the time. Projects -                                                                                                                                                                                                                                                               |
| BURNETTE:      | But here's the thing, that's only because somebody is against you.                                                                                                                                                                                                                                                |
| UC SWEETS:     | Okay. So if --if, for example -                                                                                                                                                                                                                                                                                   |
| BURNETTE:      | People only do things that are negative to themselves to help someone else.                                                                                                                                                                                                                                       |
| UC SWEETS:     | Right.                                                                                                                                                                                                                                                                                                            |
| BURNETTE:      | Right? Do you agree with that?                                                                                                                                                                                                                                                                                    |
| UC SWEETS:     | For the most part.                                                                                                                                                                                                                                                                                                |
| BURNETTE:      | Well, let me give you an example. You're going to deliver a car for Point A to Point B, okay? And the guy over there needs the car, okay? He's willing to pay you to deliver the car, okay? That transaction is going to take place, unless, okay, that guy's friend over there, right, by you delivering that guy the car, somehow hurts his friend. |
| UC SWEETS:     | Okay.                                                                                                                                                                                                                                                                                                             |
| BURNETTE:      | And then it stops. Okay? We have a process related to Fallschase, but all the economics make sense for both the city and the developer.                                                                                                                                                                           |
| UC SWEETS:     | Right. So I'll tell you the twist in that.                                                                                                                                                                                                                                                                        |
| BURNETTE:      | Okay.                                                                                                                                                                                                                                                                                                             |
| UC SWEETS:     | So one of the people that Mike's been dealing with a lot is this Proctor, right? He's a county guy.                                                                                                                                                                                                               |
| BURNETTE:      | He's a county, right.                                                                                                                                                                                                                                                                                             |
| UC SWEETS:     | And -                                                                                                                                                                                                                                                                                                             |
| BURNETTE:      | Which he'll be out of it as soon as it's annexed in the city.                                                                                                                                                                                                                                                     |
| UC SWEETS:     | Yes. However, if we move forward on Fallschurch, and we don't move forward on the south side development -                                                                                                                                                                                                        |

BURNETTE:          Uh-huh.

UC SWEETS:        --Proctor.

BURNETTE:          He's not going to do anything. Proctor is an island. He is a nobody.

UC SWEETS:        Okay.

BURNETTE:          He is a vote of one.

UC SWEETS:        But that's --but that's what I'm explaining, when you talk about that, it's not necessarily just, hey, you're going to hurt this --the recipient of the car's friend.

BURNETTE:          Right.

UC SWEETS:        You're also, the guy that may be getting the dollars, this guy is not getting those dollars, because the dollars have been spent over here. So, I'm looking at -

BURNETTE:          That's not necessarily the case.

UC SWEETS:        Okay.

BURNETTE:          We have a piece of property. Okay? You're currently paying, let's just say, a million dollars for the property tax on that piece of property.

UC SWEETS:        Okay.

BURNETTE:                   We're going to develop that property, and once we finish developing it, it's going to generate $4 million worth of property taxes, okay?

UC SWEETS:        Yeah.

BURNETTE:  All we're talking about is them giving us back a percentage of what we're creating.

UC SWEETS:        Okay.

BURNETTE:          We're not asking to say, oh, go over here

UC SWEETS:        Right. You're talking about the C

BURNETTE:          Well, not just the CRA. I'm just talking about that's the overall global economics of the project.

UC SWEETS:        But, but projects like this stall all the time, all the time. Somebody doesn't like the way it's happening. For example, I'll give you an example right now, on the Myers Park --and, again, I'm not the details guy, right?

BURNETTE:          Let me just tell you, Myers Park is a fight.

Gov. Ex. 50

UC SWEETS:        Okay.

BURNETTE:         I'm not going to tell you Myers Park is not a fight.

UC SWEETS:        Okay, and, and --

BURNETTE:         I'm not here to tell that Proctor is going to like Myers Park.

UC SWEETS:        Okay. So let's talk about Myers Park. The first part of that is buying the property. How do we buy the property without having to go through the bid process or the -

BURNETTE:         You're not going to get around that.

UC SWEETS:        Okay. Then how do we make sure that ours is going to come to the top and be the seed -

BURNETTE:         Because we're going to have conversations with them, right? We'll have those conversations with them, but we're actually going to develop what they want.

 UC SWEETS:       Who's they?

BURNETTE:         The city.

UC SWEETS:        But when you say the city, who's they in the city?

BURNETTE:         The five commissioners.

UC SWEETS:        Okay.

BURNETTE:         Right? That's it. I mean -

UC SWEETS:        Does --does he have to exclude himself from voting on something like that?

BURNETTE:         Um. It all depends on how big his involvement is, okay?

UC SWEETS:        But is his involvement, like, known public, I mean, is it a hidden -

BURNETTE:         Scott is a (inaudible) right? The problem is this, if Scott goes against (inaudible).

UC SWEETS:        Right.

BURNETTE:         Does that make sense?

UC SWEETS:        Yeah.

BURNETTE:         Keep in mind, and we talked about this (inaudible) property, there's a lot -- there are multiple people that are going to want to pursue that, right? But there's going to be political capital that's going to be deployed for it to go one direction or the other.

| | |
|---|---|
| UC SWEETS: | Okay. |
| BURNETTE: | And, look, I'll tell you, on the Myers Park thing, it's the only development that makes sense. |
| UC SWEETS: | But you know like the old people's group across the way is going to fight it. They're going to fight it. |
| BURNETTE: | But they lose every time. It goes out - |
| UC SWEETS: | There's always a first time to win, you know, and - |
| BURNETTE: | Let me tell you this. It's not with the commission that's there. |
| UC SWEETS: | Okay. |
| BURNETTE: | The commission that's there now is a pro urban growth commission. |
| UC SWEETS: | Okay. |
| BURNETTE: | They want to see a progressive --look, they were going to build a wall. |
| UC SWEETS: | Right. |
| BURNETTE: | They knew exactly the risk they were taking when they decided not to build a wall but to develop it. |
| UC SWEETS: | Okay. |
| BURNETTE: | They didn't change the direction, did they? |
| UC SWEETS: | Well, no. Well, sort of. |
| BURNETTE: | The only person that changed direction, the only person that voted for that was Curtis Richardson. |
| UC SWEETS: | Okay. |
| BURNETTE: | Okay. So you had a 4-to-1 vote. |
| UC SWEETS: | Okay. |
| BURNETTE: | Nancy Miller is sick of their shit. Andrew Gillum, sick of their shit. |
| UC SWEETS: | Right. |
| BURNETTE: | Gil Ziffer, sick of their shit. |
| UC SWEETS: | Well, does Gillum have a vote? |
| BURNETTE: | Yes, he does. |
| UC SWEETS: | I thought he was --I thought he sets the agenda. |
| BURNETTE: | He sets the agenda and has a vote. |

12

Gov. Ex. 50

UC SWEETS:      Okay. That piece is already taken care of by Mike. So Mike and Brian have taken care of the Andrew Gillum piece. So they've got that -

BURNETTE:       Then they are going to be on the agenda.

UC SWEETS:      Okay. They're going to be on the agenda.

BURNETTE:       Andrew can be against you and never put you on the agenda.

UC SWEETS:      Right.

BURNETTE:       That's the risk of Andrew.

UC SWEETS:      Yeah.

BURNETTE:       Right?

UC SWEETS:      So that was one thing that were --it was important for them to wrap up.

BURNETTE:       Yeah.

UC SWEETS:      Like, make sure that we can control what the agenda is.

BURNETTE:       Right.

UC SWEETS:      That's done, as I understand it.

BURNETTE:       That --it was done before it was done, because reality is Andrew is so excited about urban development -

UC SWEETS:      Right.

BURNETTE:       --it's already done.

UC SWEETS:      Right.

BURNETTE:       It's like, this is what he lives for.

UC SWEETS:      Right.

BURNETTE:       Right? I mean -

UC SWEETS:      I know.

BURNETTE:       You know.

UC SWEETS:      You're --you're very optimistic. I mean, I know that you've been there, and you know these things, and you know the players, and you're power broker there, but from an outsider's standpoint, I'm just saying, I've seen -- and, again, I'm not the detailed kinda guy, but I've seen -

BURNETTE:       Mike, let me ask you this.

UC SWEETS:      --projects get delayed.

13

Gov. Ex. 50

| | |
|---|---|
| BURNETTE: | If it does stall out, who gives a shit. What do you lose? |
| UC SWEETS: | Because to make the money, and the time and effort that we've placed into Tallahassee in those --in those projects. |
| BURNETTE: | But, again, the reality is this. It's a simple project which you've been given that's economically viable and pays for all of that anyway. |
| UC SWEETS: | Right, meaning Fallschurch. |
| BURNETTE: | Fallschase. |
| UC SWEETS: | Fallschase, yeah. |
| BURNETTE: | I mean, there's your core business and then there's your ancillary business, okay? Ancillary business is you only do is --it's outside your core. |
| UC SWEETS: | Right. |
| BURNETTE: | It's not what you focus 80 percent of your time on. |
| UC SWEETS: | Right. |
| BURNETTE: | It's what you spend 20 percent of your time on, and if it's a home run, you win; if it's not, you don't -you take the ball and walk. And that's the way I see (inaudible). |
| UC SWEETS: | Okay. |
| BURNETTE: | 'Cause I'm going to tell you this, I'm not telling you that I'm not going to recommend not doing it. |
| UC SWEETS: | Right. |
| BURNETTE: | I'm going to tell you right now, if I sit there and I see - |
| UC SWEETS: | We've talked at length about that, that one, and I  think that's why it's just the bottom of the pile right now. I get that. |
| BURNETTE: | I mean, Fallschase is a no-brainer to do it, right? |
| UC SWEETS: | Right. |
| BURNETTE: | The economics work. Scott, Scott, Scott. |
| UC SWEETS: | Counselor, have you recovered? |
| MADDOX: | Fuck, all I remember is eating chicken wings. |
| BURNETTE: | At the strip club. |
| MADDOX: | And they were the best wings I've ever eaten in my life. |

14

Gov. Ex. 50

| | |
|---|---|
| UC SWEETS: | Right. It's amazing what you can eat at 4:00 in the morning that tastes pretty good. |
| MADDOX: | They were fantastic. |
| UC SWEETS: | Yeah. So, did you sleep all morning? |
| MADDOX: | Woke up about nine. |
| UC SWEETS: | Yeah. |
| MADDOX: | But I (inaudible) fucking took a nap. I called and laid into (inaudible). |
| BURNETTE: | To what I got. |
| MADDOX: | Good for you. |
| BURNETTE: | I told Sweets (inaudible). |
| UC SWEETS: | Went down to the steam room and poured out  some of the uh, some of the poison here. |
| MADDOX: | That's smart. |
| UC SWEETS: | Yeah. |
| BURNETTE: | I tell you what, I was thinking about that i.v. bar this morning. |
| MADDOX: | Were you? |
| UC SWEETS: | Have you done that? |
| BURNETTE: | I've never done it. |
| UC SWEETS: | They say that it works. That say that an i.v. will, you know, rehydrate you. I drank a big bottle of water. That was one of the things that I think saved me, but - |
| UC SWEETS: | It was lack of food. |
| MADDOX: | We went to (inaudible) some type of (inaudible) the whole time. One of his buddies is EMT out of Broward County, and he's fucking keep doing -- he's watched him shoot this i.v. |
| BURNETTE: | Really? |
| MADDOX: | I don't like needles. I wouldn't do it. I'm scared of them. |
| UC SWEETS: | I don't like needles. That's why I don't have  any ink. I do not like needles. Too much fucking – |
| UC SWEETS: | That's the one thing I can't stand. |
| UC SWEETS: | Yeah. |

15

MADDOX:            I'm not crazy about snakes.

UC SWEETS:         Yeah.

MADDOX:            But (inaudible). Anyway.

MADDOX:            Yeah, snakes and needles, that's fine.

MADDOX:            They can have, but I (inaudible).

UC SWEETS:         I don't like snakes, needles, or wasps, or like --and I think it's because they sting and it's just like a needle, right? So I don't --those are my three.

MADDOX:            Stay away from 'em.

UC SWEETS:         Yeah, although we don't have as many wasps like you guys do, because we don't have the humidity y'all have. You have bees.

MADDOX:            Wasps, really you have to like attack them, I mean, they'll fly all around and not bite you, but bees will bite you. Really, yellow jackets, oh, yeah. Yellow jackets live in the ground and -

UC SWEETS:         Right.

MADDOX:            So if you're mowing or something, they come out and get at you. Wasps will be like gnats or something.

BURNETTE:          Yellow jackets, I've been on many a tractor where they can --they swarm.

MADDOX:            Swarm.

BURNETTE:          Yeah.

UC SWEETS:         That just makes me shiver even thinking about it.

BURNETTE:          The guy, the guy in the spa is like, man, you ought to go that i.v. bar, or whatever.

BURNETTE:          I don't --(inaudible) I'm not going to do that.

MADDOX:            I'd rather have a hangover.

UC SWEETS:         The other thing you can do is like the oxygen thing that -

THE WAITER:        Do you want anything to eat?

MADDOX:            Can I get a giant glass of water?

BURNETTE:          Me, too, please.

THE WAITER:        Another water.

UC SWEETS:         And one more.

| | |
|---|---|
| THE WAITER: | Another water. |
| MADDOX: | I didn't eat anything, Pringles in the room. |
| UC SWEETS: | You didn't eat lunch or nothing? |
| MADDOX: | No. At about 2:30 I walked in the casino, and  (inaudible). |
| BURNETTE: | Asked about the (inaudible). |
| MADDOX: | Yeah (inaudible). |
| UC SWEETS: | Really? |
| BURNETTE: | I mean, I hear it's similar to those Red Bulls. |
| UC SWEETS: | Yeah. Well, that's probably true, there's so much sugar in that. |
| BURNETTE: | I was having sugar free or whatever. |
| UC SWEETS: | Oh, you were? Well, that's good. That's the problem with - |
| MADDOX: | Did you see the other guys? |
| UC SWEETS: | Yeah. Oh, yeah. They're all upstairs. I mean, like all I wanted to do is meet with you guys briefly beforehand and tell ya - |
| MADDOX: | Oh, yeah. |
| UC SWEETS: | --hey, look, it's a done deal. I was telling J.T. The other two guys, they're on board. You don't have to sell anything. It's sold. I mean, so we were just talking about the different projects that we're, you know,  ranking them, and he had a good conversation with Ravi and Jack last night about which projects in which order, and  Mike's run the numbers and - |
| BURNETTE: | Fallschase. |
| MADDOX: | Yeah, that'd be great. |
| UC SWEETS: | And that's what --you know, so we were just basically talking about a need to be annexed by the city. I mean, that's one thing that makes the numbers work. |
| BURNETTE: | You can get that approved, I mean, that's a fairly simple process. |
| MADDOX: | And that's the only problem. I represented -actually before, I was in office and left and came back, in  between I represented AIG Baker on the Concurrency Agreement and the original deal with the first Fallschase. |
| BURNETTE: | So, Mike, the value of Fallschase one is that there is already a Concurrency Agreement in place. |
| UC SWEETS: | Gotcha. |

Gov. Ex. 50

| MADDOX: | (Inaudible) that was a big number, and it's not a (inaudible). |
|---|---|
| MADDOX: | You've been up to (inaudible). |
| UC SWEETS: | Nah. |
| MADDOX: | (Inaudible) you could cut off both of my arms for what (inaudible). (Laughter.) |
| MADDOX: | Concurrency is in Florida there's a law (inaudible) that says, each individual counties, 67 counties in Florida, each county or each city passes it, concurrency ordinance, and the ordinance says basically, before a development can occur you have to pay for the infrastructure to support the development. |
| UC SWEETS: | Okay. |
| MADDOX: | So it would be very- |
| UC SWEETS: | Yeah, yeah. |
| MADDOX: | Storm water, schools, right? |
| UC SWEETS: | You have to put that money in up front? |
| MADDOX: | Yeah. Usually, you have to pay it up front to do that. So what J.T. is saying is that the Concurrency Agreement I worked on years ago is already done, it's already there, I mean it's done for Fallschase. |
| UC SWEETS: | So the legal work is done. He's just gotta pay the fees. |
| MADDOX: | No, you don't have to pay the fee. It's already paid. |
| BURNETTE: | It's already paid. |
| UC SWEETS: | Oh, I see. |
| BURNETTE: | Mike, understand, AIG, basically,  (inaudible) Fallschase that we're - |
| UC SWEETS: | Yeah. |
| BURNETTE: | --talking 6 or 8 million dollars, they paid $40 million for it. Okay? 40 million. |
| UC SWEETS: | Um. |
| MADDOX: | They paid me a hundred grand to get that agreement, and I got it, and they had to have it, they had like six to eight. |
| UC SWEETS: | Right. |
| MADDOX: | And Lamar paid 50 and (inaudible) paid another 50 to get it done. |

| | |
|---|---|
| BURNETTE: | I think, Mike --one of the questions that Mike had earlier, what is the risk, what are the hold-up risk,  I mean, it's already been permitted as a PUD, right, concurrency already in place, housing allocations are already  in place, storm water is simple, because I don't think you have to have storm water storage out there. It's all flowing down into the lake. You know, it's literally, it's teed up. |
| MADDOX: | Yeah, you have issues that are what --what you want to do with the lake bottom. |
| BURNETTE: | Right. How much they want to --well, here's the thing, right, (inaudible), the money is there to do something like that, and (inaudible) but at the end of the day, you can get in there, it's not like a decision - |
| MADDOX: | The development stands on its own I would imagine. |
| BURNETTE: | Right. |
| MADDOX: | I don't know the numbers, but with everything  you just said, I can't imagine it not running on its own. |
| BURNETTE: | Right. |
| MADDOX: | (Inaudible) because the rest is icing on the cake. |
| BURNETTE: | I mean, you're talking about whether you want to sell it or actually develop it, too, right? |
| UC SWEETS: | Well, he talked about that. I mean, again, I don't know all of the details, but he's talked about selling off a parcel, a parcel going into like high density - |
| BURNETTE: | Preservation. |
| UC SWEETS: | Yeah, and then, you know, whatever. So he's looking at a whole different slew of things, but --I think that's the numbers. Are there any hurdles, like, that have to be overcome? |
| MADDOX: | Just the normal development hurdles, the entitlement on that property and what it could be zone for. |
| UC SWEETS: | Right. |
| MADDOX: | That's already been done. Then there's your entitlement phase, another hurdle would be storm water and things like that, where the infrastructure goes. I imagine that they did that. So you're looking at site process, that can cost money. I can tell you, Gordon --Gordon did multifamily there, he made all kinda money (inaudible). |
| BURNETTE: | There's room down the road for another multifamily site there. |

MADDOX:           Yes.

UC SWEETS:        But -

BURNETTE:         And, by the way -

UC SWEETS:        I'll take my tab. I'll just pay, I'll just pay cash. Do you have any idea what it might be roughly?

THE WAITER:       12 something, but let me do the -

UC SWEETS:        Okay. 12 something.

BURNETTE:         He's (inaudible).

BURNETTE:         Yeah. He had a long list.

MADDOX:           He paid a helluva lot for, uh, the multifamily.

BURNETTE:         What happened to that (inaudible)?

MADDOX:           He hired a (inaudible).

UC SWEETS:        Thank you.

MADDOX:           Thomas and all that, and (inaudible) there was a --I tried to remember how much owed, but it was substantially more than Fallschase.

BURNETTE:         Than what he paid.

UC SWEETS:        So why did AIG -

MADDOX:           13,000.

UC SWEETS:        Why did AIG leave --leave that -

MADDOX:           The market crash.

UC SWEETS:        Oh, they owned it before.

BURNETTE:         They were a victim of 2006.

UC SWEETS:        Oh, okay.

BURNETTE:         Remember, literally, like when the national AIG got taken over by the government.

UC SWEETS:        Okay. So that was part of it.

BURNETTE:         Alex Baker, his partner --his financial partner was AIG. Once they left, it was all over.

UC SWEETS:        So then the next piece we're looking at is Myers Park, and, I mean, the biggest piece there is, I guess as we talked, just -

20

| | |
|---|---|
| BURNETTE: | Are you sure it makes sense? |
| UC SWEETS: | We'll make sure it makes sense, but I think we want to buy the parcel of land sooner rather than later and hold on to it. |
| BURNETTE: | Why would you --why would you want to own something until you have a final plan? |
| UC SWEETS: | We can always sell it. But you're telling me the plan is – |
| BURNETTE: | You could sell it for less than it's worth. |
| UC SWEETS: | Yeah. You always run that risk, but - |
| BURNETTE: | So why run the risk if you don't have to? You have a partner who's willing to basically hold it till you're ready to do what you're going to do. |
| UC SWEETS: | And you're sure that's going to happen. Well, the city owns it. |
| BURNETTE: | Right. That's why I say, you've got a partner, the city, that's going to land bank it until (inaudible). |
| MADDOX: | The city gives you RFP, you answer the RFP, and, you know, put your best foot forward on that, I don't see, I think you'll have literally people step forward, because they'll start doing due diligence and think you're a good person to do it. So just like --I mean, just (inaudible) on the other side. |
| BURNETTE: | Right. |
| MADDOX: | So if you (inaudible) development sets something up. |
| BURNETTE: | We're in. |
| MADDOX: | You're in. The city owns the property. You can spare your brother the construction cost, carrying costs, and all you'd have is construction (inaudible). |
| UC SWEETS: | I forget. Why do we need to sit on it for 12 or 18 months? |
| BURNETTE: | You want to see what shakes out of the RFP they put out. |
| UC SWEETS: | Oh, the North America. |
| BURNETTE: | Yeah. |
| UC SWEETS: | And that's the piece across the way. |
| MADDOX: | But you also want (inaudible). |
| BURNETTE: | Well, I just want to see how the North American thing shakes out, because I mean it's a direct competitor, right. |

MADDOX:         Right.

BURNETTE:       It's like a -

UC SWEETS:      Right.

BURNETTE:       If they took a step left, you take a step right. Don't take two steps left. I mean, why go build a competing product, build something that's different that's not competing with them.

MADDOX:         Hey, it's a really great piece of property, it's a unique opportunity because the city was going to build a wall there.

UC SWEETS:      Yeah.

MADDOX:         Blueprint was going to build a wall.

UC SWEETS:      Right.

MADDOX:         Instead you can build something that is more than a -

UC SWEETS:      So the other two things that I think that have come up with regards to that are, obviously, one was the old people's group or the old -

U/I MALE:       The old farts.

UC SWEETS:      Yeah.

BURNETTE:       Unsolicited, I mean, basically what I told Michael was the commission, or at least four of the commissioners are tired of Myers Park.

MADDOX:         I cannot speak for anyone other them me, but - (Laughter.)

MADDOX:         I'm so fucking tired of those people, and I told them. I went into Cabo's the other day, and Mike was giving me hell about it. And I said, Mike, (inaudible). He says, look, man, you do the right thing, you are going to have 500 people that are going to be in your corner, I said you (inaudible) that shit. I said, if you gave them one million dollars and a blow job, still they --I remember when Cascades Park was an EPA super fund site, and they wanted us to do something about it, and I pushed for the Cascades Park.

BURNETTE:       And not a hitch.

MADDOX:         Not a hitch. I said, so --I said, so here's my offer, okay, I'm making this to everyone. I will take any home in Myers Park, and I will buy it for 1997 appraised value, I don't care, I'll buy the entire neighborhood.

BURNETTE:       Right.

MADDOX:         Because they have all tripled in value.

BURNETTE:          Because of the park.

MADDOX:            Because of the park.

UC SWEETS:         And what about the schools, that's in the crappy school district.

BURNETTE:          Rickards. (Inaudible).

MADDOX:            You might not have anyone with kids.

MADDOX:            I think you're going to have retail, brownstones, people that want urban living. I'm guessing, you know, we don't know yet, when the RFP comes out, you'll know, kinda what we are looking. But I'm guessing it would be brownstones, retail, mix use, and with -

UC SWEETS:         Well, that would make sense, height --in place of the barrier, the wall, right?

MADDOX:            Yeah. High density, and it's all –

BURNETTE:           It's got to accomplish the same thing as the wall.

MADDOX:            That's what those people want.

MADDOX:            It solves the noise problem (inaudible).

BURNETTE:          Let's just say North American develops something, and you realize that it's not worth shit, it's worth nothing. I'm not saying it is, I'm just saying, North American does something that you can't compete with. Now you've got a piece of property you can't develop.

MADDOX:            The other point is, if you buy it, you have to solve the noise.

BURNETTE:          Yeah.

MADDOX:            So you're going to have a clause in the deed that would require development of a certain type by a certain time.

UC SWEETS:         Okay, so how, who --who decides when that piece of property goes up for sale?

MADDOX:            There will be an RFP.

BURNETTE:          The commission has to approve the RFP.

UC SWEETS:         Yeah, but wait, somebody --somebody says, hey, now is the time to put this park, and there's some ordinance that -

BURNETTE:          Or somebody says now is not the time.

UC SWEETS:         Somebody, who's that person?

BURNETTE:          The commission.

Gov. Ex. 50

UC SWEETS:          But within the commission, there's five people.

MADDOX:             It's -

UC SWEETS:          Is it the city manager, is it --who decides -

MADDOX:             Right now the planning department has brought forward a proof that a proposal for us to look at the concept of rather than do the wall developing the property. We've got some preliminary challenges to go through, it has (inaudible) in-house (inaudible). The next steps I would imagine would be staff would run it by, get commission approval to do a request for proposal, and that gives you (inaudible) mix use, that can be -

BURNETTE:           Right, right, (inaudible) either way.

MADDOX:             There's not -

BURNETTE:           They usually say, Scott could say, you know, look let's see how the North American property shakes out, prior to go out to RFP so we make sure that we provide a product over there that's not competing with the North American product.

MADDOX:             Or you can do an RFQ and then leave it open, select your developer, and then leave it open as to what the product is, and because -

BURNETTE:           That is not a bad deal.

MADDOX:             I mean, again, our interest is one, block the noise, and then the two having something that is successful.

UC SWEETS:          So you can throttle it until the time it's appropriate for us to move on it.

MADDOX:             I think that's a natural thing to happen anyway.

UC SWEETS:          Okay.

MADDOX:             The staff, the commission, everybody would want that to happen naturally, especially since I don't know that we have the bandwidth to do two RFP proposals, I mean,  you've got one being done by the CRA.

BURNETTE:           Right.

MADDOX:             But it's basically the same staff.

UC SWEETS:          Right.

MADDOX:             So, if it makes sense -

BURNETTE:           You want to see what that's going to be before you go to the other. The city does, too.

MADDOX:             That's right. We all want that.

| | |
|---|---|
| BURNETTE: | Here's the thing, the one thing, the difference between private business and the city, their headline risks are exponentially different, okay? The city can't take headline risk that a private company can, okay? They want a successful project. |
| UC SWEETS: | Right. |
| BURNETTE: | Right. And they're partnering with the right people to do "the right thing," to make sure that they have a successful project. |
| UC SWEETS: | Yup. |
| BURNETTE: | Right? Because failure for them is a headline. |
| UC SWEETS: | Bad headlines. |
| BURNETTE: | What's that? |
| UC SWEETS: | Bad headlines. |
| BURNETTE: | Yeah. |
| MADDOX: | And nobody wants an outhouse right next to your $40 million project. |
| BURNETTE: | Right. |
| MADDOX: | So, I mean, it's my opinion, and this is just one person, but I would rather select a team, select a developer, much like you do a "C.M. deal," construction management, go ahead and get the right people, and then once you hire them, you have the ability to develop it, you work out whatever that is, cost plus, whatever the deal is, once that's done, then you start looking for uses and what it's going to be. I like that better than running an RFP and say, hey, people come back and tell us what you think we ought to put there. |
| UC SWEETS: | Right. |
| UC SWEETS: | Okay. Well, let's go up there and enjoy some cocktails. And you've got your entertainment coming? |
| MADDOX: | That's a last (inaudible). Let me tell you, that's the one picture I'm allowed. |
| BURNETTE: | What? |
| MADDOX: | That's the one picture I've allowed, I'm sending it to my wife and kids. |
| UC SWEETS: | Probably have to meet them down here. |
| MADDOX: | I'm excited for Tallahassee. I think you're going to enjoy it. |
| UC SWEETS: | Every ever chamber of commerce member says that. Everybody says that in every city you go to, I mean - |

| | |
|---|---|
| MADDOX: | Sure. |
| UC SWEETS: | That's what I was telling you last night, it's always the greatest city, there's always --I mean, everybody, you know, any good politician preaches their city. That's to be expected. That's what you're supposed to do. |
| MADDOX: | But I think you will be successful. |
| UC SWEETS: | And then we have a third deal, too, but that's one on the back burner. Well, there is a time clock on it, but - |
| BURNETTE: | What's the time clock, I thought two years? |
| UC SWEETS: | Nah. He's got a --he's got a year about --I think the document was signed sometime in the spring that formally gave him the year to – |
| BURNETTE: | To start. |
| UC SWEETS: | --to evaluate. |
| BURNETTE: | So it happened in March --sometime around March. |
| UC SWEETS: | Yeah, I think so. So I think he --I mean, there was - |
| BURNETTE: | So it's not like --I mean, look, there really isn't a time clock, because she ain't going to do anything else. |
| UC SWEETS: | Right. |
| BURNETTE: | And she doesn't have all of the (inaudible) permit anyway. |
| UC SWEETS: | Right, probably true. But he doesn't --he just --they gave them a year to evaluate the property without --like a right of first refusal. |
| BURNETTE: | Where is his evaluation at? |
| UC SWEETS: | I don't know. I mean, I know he's looked at --I mean, obviously, the biggest piece is the - |
| BURNETTE: | Fallschase. |
| UC SWEETS: | Yeah. No, no, no. The biggest --the most interesting to him is South Monroe. |
| BURNETTE: | The biggest issue is South Monroe? |
| UC SWEETS: | No. Like, the most attractive piece of her parcels is South Monroe. That's South Monroe - |
| MADDOX: | Where the warehouse, you're talking about (inaudible). |
| UC SWEETS: | Yeah, like there's a --I think there's a - |

26

Gov. Ex. 50

BURNETTE:        Out by the airport? That's too far away.

UC SWEETS:       Well, my understanding was -

MADDOX:          It's already been approved, too. What's the redevelopment outside the (inaudible).

BURNETTE:        I don't get it.

UC SWEETS:       I thought they were working --I thought he was working to get the development area expanded and the CRA expanded.

BURNETTE:        But that (inaudible).

MADDOX:          Can't expand the CRA.

UC SWEETS:       He's explained it at length to me me.

MADDOX:          So, the only thing that CRA helps you do is capture your improvement on tax dollars with tax increment financing to provide you the one thing you don't need. Cash. It doesn't really necessarily make the yield better. You can make --I mean -

BURNETTE:        It changes the economics slightly.

MADDOX:          Slightly, but it doesn't turn --if the deal isn't there -

UC SWEETS:       Yeah.

MADDOX:          --it can't make a deal that doesn't make sense make sense. It can take the marginal deals -

UC SWEETS:       Right.

MADDOX:          --and make them profitable. That's all.

BURNETTE:        It's a small gap fill, is what it is.

UC SWEETS:       But I thought this --I thought that was what this was, was like -

BURNETTE:        I'm going to tell you right now, if this -this  is the beach.

UC SWEETS:       I know, we talked about. We don't need this analogy.

BURNETTE:        This shit is over here.

UC SWEETS:       I mean, beach front property and four blocks off of the beach.

BURNETTE:        You're off the beach, man. People --I mean, you don't --one thing I've learned is, you don't build a hotel that's not on the beach in a beach area.

MADDOX:          Before I'd do the south side, I'd buy Fallschase.

BURNETTE:        It's a lot more money.

MADDOX:         I mean, because, first of all, you've got more  problems on the south side. Second of all, I mean, like socioeconomic problems, it's downhill, you've got flooding problems, but development is naturally --that should be the last place to develop. I'm sorry. The last place to develop in Tallahassee is southwest, okay, as far as the urban core going south itself is going be hard to make the list. Like, that's our hardest core census tracts in the city. It's going to be hard to make it work.

UC SWEETS:      But it is moving that way. It's moving that way pretty quickly.

BURNETTE:       But the --I got the property that's too close --two blocks closer to this.

UC SWEETS:      Yeah, I know.

BURNETTE:       You'll be fighting me -

UC SWEETS:      Right.

BURNETTE:       --because I'm going to be fighting you for those dollars for that area. The difference is that, the good news on my piece is it's tied to the right-of-way for FAMU Way.

BURNETTE:       Right.

MADDOX:         And then you walk right into the park. (inaudible) going south of that.

BURNETTE:       Right.

MADDOX:         I just don't see it being a mixed use. The reason I said Frenchtown is, if you're FSU, Mid Town, the boarder –

UC SWEETS:      Right.

MADDOX:         So it's natural to develop.

BURNETTE:       It's a displaced population.

MADDOX:         That's right.

UC SWEETS:      And I think that's why it's at the bottom of the --I mean, that's why I don't think he's really worked too hard doing an analysis of it.

BURNETTE:       He doesn't have anything really invested in  it, so -

UC SWEETS:      There is no investment in it. Time.

BURNETTE:       Yeah.

UC SWEETS:      Time and research.

BURNETTE:       Right. Commitment to Tallahassee.

UC SWEETS:      All right. And where we at?

Gov. Ex. 50

| | |
|---|---|
| BURNETTE: | She is trying to park. So if you guys want to go up, I'll be happy to wait for her. |
| MADDOX: | She is trying to park. |
| UC SWEETS: | Yeah, I'm going up. |
| MADDOX: | I'm going up with you, dude. Okay. |
| UC SWEETS: | She should've just valet'd it, and (inaudible). |
| BURNETTE: | (Inaudible) valet. |
| MADDOX: | When you come for J.T.'s thing, where are you staying. |
| UC SWEETS: | Yeah. I think it's a reservation at Aloft. |
| MADDOX: | I got a furnished condo you are welcome to. |
| UC SWEETS: | Okay. Thank you. |
| MADDOX: | Yes, sir. |
| UC SWEETS: | One of the reasons why Mike isn't here, Mike is a good guy, he understands, he can talk all over the place. |
| MADDOX: | Yeah, yeah. |
| UC SWEETS: | I told him he couldn't come down to this 'cause for one thing I don't want him, like, where we had – |
| MADDOX: | Where we headed? |
| UC SWEETS: | We're going to 46. I don't --(inaudible). |
| ELEVATOR: | 29th floor. Going up. |
| UC SWEETS: | I cracked my phone at some point last night. |
| ELEVATOR: | Going up. |
| MADDOX: | You have a cover on it, right? |
| UC SWEETS: | Yeah, but it still cracked. I must have hit it hard or something. |
| ELEVATOR: | 42nd floor. Going up. |
| UC SWEETS: | That was fucking (inaudible) last night. |
| MADDOX: | I was like, man. |
| MADDOX: | Yeah. |
| UC SWEETS: | Do you remember that? |

Gov. Ex. 50

| | |
|---|---|
| MADDOX: | Vaguely. |
| UC SWEETS: | Because you got ours (inaudible). |
| MADDOX: | Yeah, I got out at the wrong property, I was like, I'm going to bed. |
| UC SWEETS: | Yeah. |
| MADDOX: | When I stepped --congratulations --when I stepped in the lobby and was like, wait a minute. |
| U/I FEMALE: | Thank you. |
| MADDOX: | (Inaudible.) |
| UC SWEETS: | So what I was going to say, I told Mike not to come down, he can talk numbers with J.T., but the last thing I want is for you to, basically, at some point in time later in your life something goes favorable in our direction, and somebody says basically did you ever have private conversation with that developer? |
| MADDOX: | Yeah, right. |
| UC SWEETS: | Now you haven't. |
| MADDOX: | Right. But I mean, I just do everything - |
| UC SWEETS: | I know. |
| MADDOX: | --so by the book, it'll be fine. It'll be - |
| UC SWEETS: | But, we're good, you've been doing things by the book, you still got dragged into court, right? |
| MADDOX: | That's true. |
| UC SWEETS: | I mean, that stuff happens. |
| UC SWEETS: | Hi. |
| U/UC: | Hi. |
| UC SWEETS: | Looks good. Is that a "sch-medium"? |
| U/UC: | What's up, buddy? Good day? |
| MADDOX: | Holy shit. All I remember was eating chicken wings at 4 a.m. |
| U/UC: | Did you guys really eat chicken wings? |
| MADDOX: | All I know is -- (inaudible). |

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 54

Transcript of Government's Exhibit 52

December 3, 2016

GOVERNMENT
EXHIBIT

**54**

BURNETTE:        . . . bought it --

MADDOX:          Yeah.

BURNETTE:        -- and nobody would ever go there.

MADDOX:          So I mean that was the thing, yeah.

UC GUPTA:        So, how do you two know each other?

MADDOX:          Prison.

UC GUPTA:        That I have no doubt.  After, after tonight --

BURNETTE:        I tell you what and he took it for nine years.

MADDOX:          Damn right.

UC GUPTA:        You were on the top bunk and he was on the low bunk?

BURNETTE:        I only had to give him a blow job once.

UC GUPTA:        Once and then it was over. All right.  So nine years of that --

MADDOX:          Oh by the way, that blow job was worth the nine years.

UC GUPTA:        Yeah. -- That was serious.

MADDOX:          We met when he was a young man.

BURNETTE:        That's right. We were building that FBO.

MADDOX:          We were in an airport deal and --

BURNETTE:        Scott and I got in a real --

MADDOX:          This was a shit, shit, shit deal.

BURNETTE:        Shit show. A shit show is what it was.

MADDOX:          Horrible.

UC GUPTA:        How many years ago?

BURNETTE:        We were just talking about that.

MADDOX:          Yeah, eight years ago?

BURNETTE:        Ten or 12.

2

Gov. Ex. 54

MADDOX:          Yeah.

UC GUPTA:        Okay.

MADDOX:          And then all of a sudden -- I didn't know who you were.

BURNETTE:        Yeah.

MADDOX:          You were showing up --

BURNETTE:        I was new in Tallahassee.

MADDOX:          -- but you were -- he was making sense.  And he was like, okay so what we're trying to do --

UC SWEETS:       He was making sense?

MADDOX:          Yeah and he was --

UC GUPTA:        I like that.

MADDOX:          He was helping.  And I'm like, fuck yes, man, whoever you are.  Come and get in here.

UC GUPTA:        Yeah.

                    (Overlapping speakers.)

BURNETTE:        Because the partner that I had is a shit show.

UC GUPTA:        Not by choice?

BURNETTE:        It was uh, Steve Leoni.

MADDOX:          Steve Leoni.

BURNETTE:        I'd, I'd never done anything with Steven.  Steven's a good friend of mine. He is my neighbor.  I'd never done any business dealings with him.

UC GUPTA:        Well, note to self -- you probably never want to do business with your neighbor, right?

MADDOX:          But he is --

BURNETTE:        He's scorched earth.

MADDOX:          -- he, he litigates everything.  He doesn't pay anything.  He doesn't --

UC GUPTA:        One of those guys.

3

Gov. Ex. 54

| | |
|---|---|
| MADDOX: | He's like the Tallahassee Donald Trump.  The business model of I'm not going to pay you -- I'm going to -- |
| UC INVESTOR: | Take advantage of you. |
| MADDOX: | -- so we get -- when we get done with this deal, this is a horrible deal, where I had to fight it through the city commission. |
| UC GUPTA: | And what are you at the time? |
| MADDOX: | I, I, I was representing them.  I was out of office -- |
| UC GUPTA: | Okay.  You were -- you were a gun for hire. |
| BURNETTE: | Yes. |
| MADDOX: | We get all the way through this deal and we fight at a 3 - 2 vote. We get the damn thing done. I tell you. |
| BURNETTE: | This is when Scott's leg is fucked up. |
| MADDOX: | Yeah, I got, I got -- |
| UC GUPTA: | So you're -- you're in the old ah -- |
| MADDOX: | I was getting in a fight with a guy who -- |
| UC GUPTA: | -- Tampa cast. |
| MADDOX: | -- who we took the deal from. |
| BURNETTE: | It was like, truly, it was really old-school -- |
| MADDOX: | Old Tallahassee. |
| BURNETTE: | -- old Tallahassee money versus -- |
| MADDOX: | And we beat them. |
| BURNETTE: | -- and, man, they went ape shit. |
| MADDOX: | So the next day, after we get it all done, I go to Steve's office, which is now right next door to mine, and I'm sitting there and I say, and he looks at me and he says -- and I'd known him since he came to town, trying to build custom homes, and saved his ass a whole bunch of times. |
| UC GUPTA: | Yes. |

(Waiter speaks.)

4

UC GUPTA:            Ah Michael

MADDOX:              Thanks Mike.  Las Vegas' finest.  Las Vegas' finest.

UC SWEETS:           Oh, I thought you said tap water.

MADDOX:              That's what it is.

UC GUPTA:            That's what it will be.  Colorado River water.

MADDOX:              You get uh, I don't want any with bubbles in it for me.

UC SWEETS:           Yeah, I'm good with that too.

UC GUPTA:            Gives him gas and (inaudible) and reminds him of short people.

MADDOX:              So we get to the end of this deal and I'm sitting in his office and, and --

UC GUPTA:            His office or -- the other guy, yeah.  Steven, your neighbor, yeah.

MADDOX:              And he says -- and, I mean, it's just been a horrible, long process, and I said, "Well, you know, it's finally done now."  And this other guy looks at me and he says, "You know, I just don't know if I'm going to do the deal.  I don't know if I'm going to do it."  And I'm thinking to myself, you've got to be kidding me, all this political capital over this and you're not going to do this deal.

UC GUPTA:            Yeah.

BURNETTE:            I mean, you're talking about a commission meeting where hundreds of people showed up.

UC GUPTA:            Yeah.

MADDOX:              And so I said, "You know what, Steve, do what you want to do. Pay my fee and whatever you're going to do you're going to do."  And he said "Well, if I don't do the deal I'm not going to pay you."  And I sat there for a second, and I tried to count to 10 in my head, and I said --

UC GUPTA:            Like your mother taught you.

MADDOX:              -- I said, "These are the things that are going to happen in rapid succession. So the first thing is I'm going back to City Hall and I'm going to fuck your deal up.  The second thing is, I'm going to fuck up the next 10 deals that I discern are yours, just so you know it's me.  The third thing is, I'm going to come back to this office and I'm going to punch you right in the fucking head."  And then I got up, turned around, and walked out.  By the time I got to my office he called, because he must have called you panicking.

BURNETTE:          Yeah, he did.

MADDOX:            And you're like, "They're bringing you a check right now. You don't need to worry about it." And I was like --

BURNETTE:          I'm like Steve what the fuck are you thinking -- what are you thinking? This is Steve's like M.O.

UC GUPTA:          So this is your first little --

MADDOX:            First time we met.

UC GUPTA:          Sounds like you handled it very well. I'm impressed. Good.

BURNETTE:          I did one business deal with Steven, which was this one, and never did another one.

UC GUPTA:          That was the last deal?

MADDOX:            With that guy. No he and I have done several.

UC GUPTA:          No with him, never, yeah. But Steven is no longer --

MADDOX:            He's a handshake guy --

UC GUPTA:          Yeah.

MADDOX:            -- and that's what I like.

UC GUPTA:          Yeah. No, I -- that's why we're all sitting around this table. Interesting.

BURNETTE:          He lives like four or five doors down from me.

MADDOX:            He's psychologically --

BURNETTE:          I was new to town and I didn't know better and I did this deal with Steven. But it's just scorched earth --

MADDOX:            And he's a nice guy.

UC GUPTA:          Actually know what you're eating, right? Hey. You're ordering the wine, right?

UC DEWITT:         No, no, no. You grab a bottle, I'll grab a bottle.

UC GUPTA:          All right. Perfect.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 58

Transcript of Government's Exhibit 56

December 6, 2016

GOVERNMENT
EXHIBIT

**58**

BURNETTE:          Hey, Mike, can you hear me?

UC SWEETS:         Yeah, I can hear ya? good. What's goin' on buddy?

BURNETTE:          I just wanna give you a call, ya' know, I just wanna make sure that you kinda have a very clear understanding of Tallahassee, ok?

UC SWEETS:         Of Tallahassee?

BURNETTE:          So, yeah.

UC SWEETS:         [Laughs]

BURNETTE:          So, ya' know, I just don't, I don't want you to think that you can effectively pay these people and get a, vote.

UC SWEETS:         Right.

BURNETTE:          Like, right, like, it is reputation based. It's, I mean, like when they put out that RFP, like, we still have to win, if that makes sense.  Like, I mean, we will have credibility, because of the reputation that we have, but, like, for example, with Maddox, see, I have seen this happen before. You turn around, ya' know, an outsider, and you turn around, you pay Maddox, or what? or not pay Maddox, let's say you pay Paige to lobby, ok?

UC SWEETS:         Yeah.

BURNETTE:          Well, what'll happen, come time to vote, Scott will just recuse himself, and won't vote.

UC SWEETS:         Ok.

BURNETTE:          Now, the odds are, we're gonna win anyway, right? I mean, because we already got the reputation, we already have all of those things, um, ya' know Scott can provide some good direction, um, ya' know. I just, I just don't want you to think that you can write a check and get what you want.

UC SWEETS          Well?

BURNETTE:          Cause, I just don't want an . . . let me say this: I'm not so sure. Look, I have never done it before, so I'm not sayin' you can't do it, I'm just sayin' I don't, I . . . it's just not been my experience.

UC SWEETS:         Well, you haven't needed to do that, obviously. And, and I get that, and . . .

BURNETTE:          Right.

UC SWEETS:         I understand that, and that's why we value your opinion. We value your insider knowledge of Tallahassee. Our experience in other places . . .

BURNETTE:          Now, if you're talkin' about Atlanta, I would have nothin' to offer.

UC SWEETS:         Yeah.

BURNETTE:          Right, I mean . . .

UC SWEETS:         Right.

BURNETTE:          Ya' know, but I tell ya nothin' literally nothin' . . . but here's what I also can tell you is: it's like the Government can't make, like, they can't totally defy gravity.

UC SWEETS:         No.

BURNETTE:          . . . if that makes any sense. Like . . .

UC SWEETS:         Absolutely.

BURNETTE:          . . . they can help somethin' work, but like, they can't make shit shine.  Like . . .

UC SWEETS:          Correct.

BURNETTE:          It's like, for example, like, the Fregly property: I don't give a damn how hard you beat your head against that wall, Government is never gonna participate in a level that's ever gonna make that thing make sense.

UC SWEETS:         And I think we've come to kinda realize . . .

BURNETTE:          [UI]

UC SWEETS:         . . . that that's, that's one of the reasons why it's not going to be a profitable turn of events. I think, I think Mike has come to that realization. Ya' know, some of that's based on conversations with you. Uh, one of the things that, ya' know, I talked to Mike briefly about was, ya' know, I heard Maddox say it's never gonna go south of this, this one particular line, and I don't remember what that line was, but . . .

BURNETTE:           Right.

3

Gov. Ex. 58

UC SWEETS:            . . . this is south of that line, so those are good pieces of advice. Um, those are good things that . . .

BURNETTE:             Right.

UC SWEETS:            . . . that we hear. And, and, that's the thing about being? when you're not a home-grown developer, when you're a developer that comes in from other places or whether you're a company . . .

BURNETTE:              Right.

UC SWEETS:            . . . or a green energy, or whatever the case may be, um, that's comin' in from other places, um, you gotta? it takes a lot of time. And so, you, ya' know, you and I've talked a little bit about this. Ya' know, and you were like, "I don't understand the way you guys do business."  Well, when you come in as an outsider, it takes us time to establish relationships that you've had for years. So . . .

BURNETTE:             Right.

UC SWEETS:             . . . we . . .

BURNETTE:              No, I, I agree with you.

UC SWEETS:            So, and then you have to find out, "Hey listen, who, who's gonna be?" and it always comes down to this, it always comes down to whether it's city staff people or whether it's the politicians, the mayor, whatever, if, if they like ya and they're on your side and you help contribute to their campaigns or whatever the case may be, they're gonna throw up . . .

BURNETTE:             Right.

UC SWEETS:            . . . fewer road blocks and they'll be willing to help you. And I don't say that anybody's takin' money to buy votes; that's not really what we're after.

BURNETTE:              Right.

UC SWEETS:            Now, if I'll be real honest, J.T., if somebody says, "Hey, you wanna give me ten-, fifty-thousand dollars, and I'll vote for ya," I'm in. I'm like, "Fuck it."

BURNETTE:             Right.

UC SWEETS:            Like, why would I?

BURNETTE:             I don't care, right? [UI]

UC SWEETS:          Why would I fight that, right?

BURNETTE:            Right, right.

UC SWEETS:          If I thought that I could buy a piece of property without having to go through the normal prac changes, and that has happened time and time again, I'll tell you this: they find a may to . . .

BURNETTE:            Right.

UC SWEETS:          . . . a way to make it work, I'm gonna do that. But, if the normal process . . .

BURNETTE:            Right.

UC SWEETS:          . . . is what it is, then I'm just lookin' to say, "Hey look man, it there's no roadblocks, or if there are roadblocks, if you can gently move them aside, that's cool." So, a lot of time it's just . . .

BURNETTE:            Right.

UC SWEETS:          . . . building those relationships that you have established. So that's it, I just, I mean?

BURNETTE:            Here's, here's just the way I . . . here's the way I would approach it, Mike. I would get the Fallschase deal, that, quite frankly, the economics make sense with or without the Government. I mean, and what I would say is we'll get the annex.  It's just a foregone conclusion, because the math works.  I mean . . .

UC SWEETS:          Yeah.

BURNETTE:            And the relationships are there, right? Then you're established in the community, right? And that gives us much better positioning to move on, like, the Edison piece.

UC SWEETS:          Right.

BURNETTE:            Um, ya' know, I just, I just know?

UC SWEETS:          I'm tracking? with ya.

BURNETTE:            [UI] Look, I'm telling ya, I'm still scared? I'm still scared of the Edison piece, ok?

Gov. Ex. 58

UC SWEETS:          Ok.

BURNETTE:          Mike, look, I'll be happy to contribute a million bucks to participate on the financial side related to Fallschase, because I know the economics of it work, right?   Besides, with or without the Government, I know the Government's gonna be there for us, because we have something they want, meaning, they don't want all of that bleak area developed, and those people are gonna raise hell, and they wanna buy it, and they already have money set aside to buy it. So, that's really just . . . it's just negotiating somethin' somebody already wants.

UC SWEETS:          Perfect.

BURNETTE:          Right?

UC SWEETS:          Yup. That's perfect.

BURNETTE:          So, that's kinda where Fallschase is, ya' know, but you get in a community, and then they realize that it's real, ya' know, and then they don't mind kinda taking another step forward.

UC SWEETS:          Yup, no, I'm with ya' on that. I get all that.

BURNETTE:           Um, so … I just, I just wanted to share it with ya. I, ya' know, thought ya did, I just wanna make sure you, ya' know, know, look, there's always risk in everything, ya' know, there's?

UC SWEETS:          Right. I don't give a damn...

BURNETTE:           Ya' know, I don't…

UC SWEETS:          . . . about the Government, whether they're involved or not. My experience has just been, in whatever it is, Government's a fucking roadblock. I mean, uh, and, and?

BURNETTE:           And, you're right, now? [UI]

UC SWEETS:           They're never, they're never there to help, right?

BURNETTE:          In Tall-, In Tallahassee, look, there is no doubt that the way they see the community is, is they help the people who are helping the community move forward.

UC SWEETS:          Yeah.

6

BURNETTE:     Right, I mean, if? But it has to be? It can't just be, I don't know how to explain it, so it can't just be financial. Like, they have to know that you have a truly vest- because Nancy Miller, and Gil Ziffer if you'd call Nancy Miller up with a, with a million-dollar check, ok, and you're not changing her view about what she believes is right or what she believes is wrong.

UC SWEETS:    Yup.

BURNETTE:     Ya' know, and Gil's not far off of that.

UC SWEETS:    Right.

BURNETTE:     Right? You know, and what Scott'll do is, and you gotta somewhat be careful of Scott, is, if Scott'll sell you that he's gonna make somethin' happen, that's already gonna happen.

UC SWEETS:    Well you kind of explained it to me before, and you did a great job of it, and when you're talkin' about, like, you were talkin' about, like, the island. So, like, with the city, there's five of 'em, and you were talkin' about how . . .

BURNETTE:      Right.

UC SWEETS:    . . . how the, the lady and Gil, they, they follow Maddox, because he'll sell 'em on the right reasons, right? I don't care if Maddox votes . .

BURNETTE:      Right.

UC SWEETS:    . . . or not. If he'll lead them in the . . .

BURNETTE:      Right.

UC SWEETS:    . . . right direction, and I don't care if he recuses himself.  If he's going to lead them in the direction that's beneficial to us, whether or not he was going there, I don't care about that either.  If he takes money and . . .

BURNETTE:      Right.

UC SWEETS:    . . . leads them in the direction, I don't? Lot of people would be like, Well? Ya' know they just can't wrap their head around it.

BURNETTE:     [UI]

UC SWEETS:    To me, that's just good business. But, if he leads them in the direction, and then, and then there's - so there'd be three against one, that's fine by me. I don't care, we don't, like you said, you don't care about having all the votes, you just need enough votes to win, so?

Gov. Ex. 58

BURNETTE:        Yeah, and let me tell ya, so, it's a business of counting to three.

UC SWEETS:       It's a business of counting to three, and and we know if there's one going in another direction and if Maddox says, Hey, I gotta sit out this, 'cause ya' know, I'm fine with that too, 'cause it still makes it three to one. So, at the end of the day?

BURNETTE:        And keep in mind, Mike, it's like more? it, I mean? the thing is, that like, you control multiple parcels to be able to horse trade and negotiate on a much broader scale than one particular project, right?

UC SWEETS:       Yeah.

BURNETTE:        So, like, me having the South Monroe Project, right?  It's a horse trade with Curtis, to say, ya' know, Curtis doesn't want to give these damn, ya' know, granola hippies over there in, in Buck Lake what the hell they want. But he's willing to do that, if he can get something he wants on South Monroe.

UC SWEETS:       Yeah. Well, I

BURNETTE:        [UI] so

UC SWEETS:       . . . hear ya' on that too, and that's, that's one of the things that I was having a little bit of a tough time the other night when the just the three of us were sittin' there because my argument has always been, Yeah, but if you're, if you're- you can- not everybody's goin' in the same direction. And if you hitch your horse, or your wagon to a horse, that's goin' north and the other guy, he really wants to go west, he may, he may block you just because he doesn't want . . .

BURNETTE:         Right.

UC SWEETS:       . . . you goin' north. He doesn't give a shit; he really doesn't care if you don't go west, but he ain't gonna let you go north. Just because. And, and?

BURNETTE:         Yeah, that's right.

UC SWEETS:       I will tell ya' this: there are some, some of your, some of your people there, like that one guy on the city, city commission, he's, he, he's gonna block you just 'cause it don't fit his, his way of doin' things. And that, uh . .

BURNETTE:        You talkin' about Curtis?

UC SWEETS:       Uh, the guy that votes against, right?

BURNETTE:          Curtis.

UC SWEETS:          Curtis.

BURNETTE:          Yeah.

UC SWEETS:          And then you have, in the . . .

BURNETTE:          You're talkin' about Proctor, you're talkin' about Proctor on the county commission.

UC SWEETS:          And then you, and then, well, and then you have, well, no, I was talking about the city commission. You have Curtis, it's Curtis.

BURNETTE:           You're talkin' about Curtis.

UC SWEETS:           And then, and then you got Proctor out there on the county commission.

BURNETTE:           Let me say this: we were a big supporter, we were a big supporter of Curtis. Um, we have yet to have a situation, at least Kim and I have yet to have a situation, that we have not been able to get Curtis there.

UC SWEETS:           Right.

BURNETTE:          Um,  look, there's always the first. Um, you know, but Curtis, again, and when I, and when I use the word "transactional," I don't necessarily mean dollars, I mean that it's a horse trade.  Meaning that, Curtis, look, here's the deal, ok? We'll On this thing in Myers Park, ok? This is a three-dimensional chess match not a two-dimensional chess match, here, right?  Let this go on Myers Park; drop it, ok?   Let's get a unanimous vote, and then for consideration for that, we'll do what you want over here on FAMU Way and Monroe. You work. We need the extra vote, so it's unanimous and clean. You support buyin' the right-of-way easement on that property, and we'll build you X.  Right?  We're gonna need CRA dollars and we'll need your support.  We'll put a bench. We'll put a statue of Curtis Richardson at the corner of FAMU and Monroe.

UC SWEETS:          Yup.

BURNETTE:          You know what I mean?

UC SWEETS:          Yup.

BURNETTE:          Um

UC SWEETS:          And, so what . .

BURNETTE:         So, you know.

UC SWEETS:        . . . you're basically talking about is, is why, when you and I've had these discussions about, "Hey you don't need to pay anybody anything 'cause you've already built up that collateral."  See, that's what you're talking about, 'cause you understand [UI]

BURNETTE:          Collateral you cannot buy, right?

UC SWEETS:         Eh, you can, you can buy it, but . . .

BURNETTE:          And look, I think . . .

UC SWEETS:         . . . we don't need to . . .

BURNETTE:          Yeah, that's right [UI].

UC SWEETS:        . . . because we have you.  Let me, let me-- Step back from this for one second. Take a look at this situation . . .

BURNETTE:          Sure.

UC SWEETS:        . . . if you weren't involved in it.  Take a look at the, the, take a look at what we would [UI] be tryin' to accomplish here, if you weren't involved in this, if you weren't a part of this team, tryin' to do what we're doin'.  What would you give our chances of success?

BURNETTE:         Well, I guess, here's the problem: I could never imagine that somebody would try to do it without somebody like me.

UC SWEETS:        Huh. It happens all the time.

BURNETTE:         Mike, I just can't . . .

UC SWEETS:        Yeah, you can't imagine?

BURNETTE:          Because, and look . . .

UC SWEETS:        Cause that's the only way you know of doin' business. And see, that's 'cause  you're only . . .

BURNETTE:          I'm not kiddin', Mike, I'll admit, I'm naive, I [UI] . . .

10

UC SWEETS:       No, you're not naive, what, what, but what you are is, you've, you've enjoyed great success operating in your own backyard, and you have never needed to venture out into other backyards. But when you do?

BURNETTE:        That's true.

UC SWEETS:       Then you have to start and you're gonna . . . I'll, I'll be real honest with you, as soon as you start, if somebody is gonna operate on your behalf and they're gonna start going and meeting with, uh, when you start talking about dispensaries in these other cities, you, your, my way of doin' business is gonna, you're suddenly gonna be like, "Shit, Mike knew what he was talking about, because, It's a fucking lot easier . . .

BURNETTE:         Right.

UC SWEETS:       . . . to pay a guy, a, a staff member to make a recommendation on a zoning change, uh, than it is to try and come in and, and win popular support."

BURNETTE:         And, convince them, right.

UC SWEETS:       . . . to do that. And if you can put some . . .

BURNETTE:         No, you're right.

UC SWEETS:       . . . money in a guy's pocket, and he'll make a suggestion, or you get the, or you can meet the, the city councilman or the whatever it is, the mayor or the manager or whatever, and you can put some money in their pocket, and they vote the way you want, even if it's against the city recommendation, I tell you what.

BURNETTE:         Right.

UC SWEETS:       And you're gonna come across that in the damn near future, you'll see that my way of business works, so don't, don't discount it.

BURNETTE:         Now, now, let me say this, [UI] . . .

UC SWEETS:       . . . just keep it, keep it in the back of your mind, and when you're ready, you call me, and I'll come help ya'.

BURNETTE:        I mean, don't, don't let me think I'm knockin' it, I'm not sayin' I'm just sayin' that, in this particular situation?

UC SWEETS:       A'ight.

BURNETTE:          With, with Nan- I mean, with Nancy and Gil and even Rick, I just don't I, I mean Look, there's always a number that works, right. A big number, ya' know?

UC SWEETS:          Yup, Yup.

BURNETTE:          But, put it this way, I think the number is so big, the project doesn't work anymore.

UC SWEETS:          Ok, yeah.

BURNETTE:          Does that make sense?

UC SWEETS:          No. So, so that. No. That's, that's always a factor. It's always a factor. So, if you, if that number's gonna be so big.  Well, lot of times you don't ever get to talkin' about that number, uh, so, I hear ya' loud and clear. I'm not too worried about this, that, the, the conversation. I mean, we'll just move forward, and, uh, ya' know, if, if a time comes that?

BURNETTE:          And what matters to me, Mike, is? Is that you guys come to Tallahassee and make money.

UC SWEETS:          Yeah.

BURNETTE:          Right, I mean, at the end of the day, you know, that to me is the end goal.

UC SWEETS:          Yeah, and that's, that's our goal.

BURNETTE:           Ya' know, hey look, if your goal is somethin' different than that,  ya' know, I don't understand it.

UC SWEETS:           Our goal was to make money? Right, our goal is to make money. That's why, at the end of the day, we didn't need to, ya' know, we? [UI] our investors' meeting. We don't give a shit about the, about how great Tallahassee is to live and the community . . .

BURNETTE:           Yeah, I . . . Yea, I get it. [UI]

UC SWEETS:          . . . and blah, blah, blah, blah, who gives a shit about that? I mean, I don't live in Tallahassee. I, it probably be a nice place for me.

BURNETTE:          [UI]

UC SWEETS:          . . . to live and raise kids, right? But I don't live there 'cause I've chosen?

BURNETTE:           Right.

Gov. Ex. 58

UC SWEETS:          . . . to live elsewhere. I'm there for one purpose, and . . .

BURNETTE:            Right.

UC SWEETS:          . . . that purpose is to exploit the economy to put dollars in my pocket.

BURNETTE:            Well, ya' know. The great thing is here is, is both of those opportunities are available, to do something good for the community working with Government, because they will assist, in that extra piece to make? they'll pay for that piece that makes it great for the community but also is a huge value add to your project.

UC SWEETS:          Right. Yeah, I'm on-, I'm onboard with ya' . . .

BURNETTE:            All right.

UC SWEETS:          . . . so, we're trackin'.

BURNETTE:            Ok. All right, Mike. Well, I appreciate it. I had a great time, uh.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 63

Transcript of Government Exhibit 60

January 9, 2017

GOVERNMENT
EXHIBIT
**63**

| | |
|---|---|
| BURNETTE: | What I'm saying here is this, here's what I'm telling you, I am telling you, in Tallahassee, by paying people, you can eventually put yourself out of a vote. My concern is is this, my concern is, is that, look, I don't, Scott Maddox, surely, here's the deal, if you pay Scott Maddox, Scott aint gonna vote. |
| UC SWEETS: | Okay. |
| BURNETTE: | Okay? What I'm telling you is, is you gotta be careful who you pay. |
| UC SWEETS: | Right. |
| BURNETTE: | Okay? Because what I want to happen is I want Scott to vote, alright? If you go pay Scott, you run the risk of losing his vote. Let me tell you what, look, I know Scott well enough . . . |
| UC SWEETS: | Not losing it, but just him abstaining from it. |
| BURNETTE: | Yeah! Here's what, here's what, here's what I can tell you, I know Scott well enough. Here's what I believe 'll happen, okay? I believe that Scott will take your money, okay? And come the day of the vote, he's gonna say he's got a conflict, and he ain't gonna vote. Now, he will go talk to Rick Fernandez and, you know, things that effectively don't require a vote and require just pushing Rick, he'll get that done. And, he will, for sure. My call to you was, look, just be careful. |
| UC SWEETS: | Well, that's not what you said in the call. |
| BURNETTE: | What did I say? |
| UC SWEETS: | You said, "Hey, look, this is an economically-viable deal." Any. |
| BURNETTE: | I did! |
| UC SWEETS: | "Anybody would do it." My first thought on that was why wouldn't anybody do it? Right? Okay, so if it's such a great deal, why hasn't anybody else jumped on it? Why haven't they run the numbers? Why haven't they done it? So, but the second point is, you said, "Hey, look if you pay Maddox or you pay whoever, I don't care who, Maddox is irrelevant to me, right? It's, It's a vote." I pay for votes. |
| BURNETTE: | Right. |
| UC SWEETS: | So, whether I pay or not pay, if I don't need to pay, then why would I pay? Because . . . do you see where I'm coming from? Like . . . |

BURNETTE:        [UI] why would you, why would you pay for the city to make more money? [UI]

UC MILLER:       Here's my experience is when I don't, I get surprised. I did a deal in Myrtle Beach. I did a deal in Myrtle Beach. It made fucking perfect sense. The city should've done it every day four times on Sunday. What I didn't count on, is one of the city councilmembers' family members is a fucking real estate guy . . .

BURNETTE:        Competitor

UC MILLER:       He fucked me. He drove it into the ground. Tabled it three times in a row, three months in a row and all my investors were looking at me like I gotta a dick coming out of my forehead the next time I come asking them for money. You know? Like, "You're an idiot! You said we had this," and I did. I like, "This is too easy! It makes too much sense! The numbers are there! Why would the city not do this?" And it, it's., you know, it came down to . . . and that's what worries me in Tallahassee.

Jose:            Another Tito and soda?

UC MILLER:       Please.

Jose:            Gentlemen, how is everything so far?

UC MILLER:       Good.

UC SWEETS:       Always good brother.

Jose:            Wonderful.

UC SWEETS:       You always come through!

Jose:            Appreciate it.  Enjoy your meal.

BURNETTE:        Here's what I'm telling you.

UC SWEETS:       Yeah, as soon as you see it drop down?

Jose:            Okay.

UC SWEETS:       Have a bite of that. You've got to have a bite of that.

UC SWEETS:       Seriously!

BURNETTE:        I am literally saying, right? I, I will put in money pari-passu with your money. Right? The only way I would do that is, one it could get done (UI)

Gov. Ex. 63

| | |
|---|---|
| UC SWEETS: | Well, that makes a compelling argument. I'll give you that. |
| BURNETTE: | Yeah! I'll write a check for a million bucks for Fallschase. As long as we agree on the numbers. |
| UC SWEETS: | Right. |
| BURNETTE: | That we're going in on that. |
| UC MILLER: | (UI) |
| BURNETTE: | Yeah, and you may agree. You may say the number is $7 million dollars, and I say it's 6. I'm not going in at your 7, but I'll go in at my 6. |
| UC SWEETS: | But I already heard you say 7. |
| BURNETTE: | No, but I don't know it's that number. I've got to see the math. |
| UC SWEETS: | Oh, I see. I see what you're saying. |
| BURNETTE: | I'm just using . . . |
| UC SWEETS: | I thought you just kinda ran the numbers yourself, so . . . |
| BURNETTE: | Look, at this point, like, I'm like you. I know that Fallschase is the next deal in Tallahassee. |
| UC MILLER: | Yep. |
| BURNETTE: | I have not run the numbers like Mike has. |
| UC SWEETS: | Okay. |
| BURNETTE: | Okay? I am at a high level of saying there is no doubt in my mind this shit's gonna get absorbed at 50 lots a year, right? As long as the numbers say 50 lots a year, okay, and here's the number to support it. Now, in addition to that, I know that I can go get the city and county to buy this shit if I want. |
| UC SWEETS: | So how do you know that? Just because it's economically-viable? |
| BURNETTE: | These people are my goddamn friends! It's like how the fuck do I know you're going to pick me up at the airport! |
| UC SWEETS: | Yeah, but wait a minute! So, that's, well, you've got a great, see, that's what I'm trying to get at! |
| BURNETTE: | These are my goddamn friends! Scott Maddox . . . |

4

Gov. Ex. 63

UC SWEETS:          You're finally talking my language, my buddy!

BURNETTE:           Scott Maddox is not just a business relationship, he's my friend!

UC SWEETS:          Yeah!

BURNETTE:           Nancy Miller, okay, she, look, she understands, right? Here's what they understand, that helping J.T. gets them to propel the city the way they wanna get it propelled The things that they want to have happen, right? When Nancy's daughter goes over there at KCCI and comes up with some fucking hairbrained idea to put some fucking I Heart Tallahassee sign, she knows that J.T., when nobody else will write a $20,000 dollar check to support her daughter to build this goddamn art thing that ain't worth a fuck

UC SWEETS:          Okay.

BURNETTE:           Alright? Gil Ziffer. Okay? I mean, he's fucking, he's all world symphony or world performing arts center or whatever the fuck goes on that day. Okay? And Gil can't call anybody else because everybody else thinks it's a fucking hairbrained idea. Gil can call J.T., right? And J.T. will help him with his fucking ball and make Gil look like a hero.

UC SWEETS:          Okay.

BURNETTE:           So, it's a professional, transactional, friendship, partner.

UC SWEETS:          That's the kind of leverage that I've been looking for.

BURNETTE:           And. And by the way (UI)) . . . if you're fucking with the wrong side of Kim Rivers, it's like punching somebody in the fucking . . . it's like punching a gorilla! That motherfucker will beat you down! That fucker might rip your arm off!

UC SWEETS:          Maddox did say that to me one time, he said: "The only person in Tallahassee that I'm scared of is Kim Rivers."

BURNETTE:           Yeah!

UC SWEETS:          So.

BURNETTE:           That bitch is ruthless now.

UC MILLER:          Hahaha

BURNETTE:           I'm telling you!

| | |
|---|---|
| UC SWEETS: | So, give me one example, give me one example of something that you've done in Tallahassee which went against, like, kind of the common interests but you made happen because . . . |
| BURNETTE: | Tennessee and Monroe. |
| UC SWEETS: | . . . of your friendships. |
| BURNETTE: | Walgreens. Tennessee and Monroe. |
| UC SWEETS: | Yep. |
| BURNETTE: | I got the city to put in a million and a half dollars. |
| UC SWEETS: | How did you do that? Leverage your friendships? |
| BURNETTE: | Yeah! |
| UC SWEETS: | Okay. And why? Was it not economically-viable? |
| BURNETTE: | No! |
| UC SWEETS: | Okay. |
| BURNETTE: | Who was building speculative office space, in Tallahassee, who was building speculative office space anywhere in the god damn country in 2009? |
| UC SWEETS: | Okay. |
| BURNETTE: | Nobody! People were fucking scared for their lives! |
| UC SWEETS: | That's for sure. |
| BURNETTE: | Look, here's the other thing about Fallschase . . . Steve Ghazvini? Ok.. He's a Middle Easterner, okay. I mean I'm not trying to be racist, I'm just going to say look, Steve Ghazvini is not the most loved person in Tallahassee, alright? Look, you know, they've just got their own way of doing business. |
| UC SWEETS: | Yeah? |
| BURNETTE: | So, there's this whole other community, like, people don't want to work with Steve, like imagine, like Steve owned all the lot inventory, okay? And you've got to go (UI) to access a lot. Your competitor! Do you remember the community coffee store in Louisiana? |
| UC SWEETS: | No. |

6

| | |
|---|---|
| BURNETTE: | Community coffee was like the coffee in Louisiana, okay? They sold coffee to everybody. But then they thought they were Starbucks, and they started open . . . oh, a better scenario is Pepsi - Coca Cola, okay? You don't walk in to McDonald's, you don't walk into any of those stores and see Pepsi on the fountain. You know why? Because they own fucking Taco Bell! |
| UC SWEETS: | Yeah! |
| BURNETTE: | Pizza Hut! |
| UC SWEETS: | Taco . . . |
| BURNETTE: | Taco Bell, Pizza Hut, KFC! |
| UC SWEETS: | Yeah, they call it . . . |
| BURNETTE: | Baskin Robbins! |
| UC SWEETS: | KenTacoHut! |
| BURNETTE: | Okay. That's Steve Ghazvini in Tallahassee |
| UC SWEETS: | Okay. |
| BURNETTE: | All the other homebuilders are going to support going away from Steve! And that's Fallschase! Look, Mike knows how to run analysis better than I do. There ain't no damn lots in Tallahassee, Florida. If you take 10 years prior to 2006, prior to the recession, there was 1,200 houses a year sold in Tallahassee, 1,200 new permits a year in Tallahassee, Florida. There's currently 560. Okay? There is a pent-up demand! |
| UC SWEETS: | Yeah. |
| BURNETTE: | The houses are aging out in Tallahassee. It's old shit! |
| UC SWEETS: | Yeah! |
| BURNETTE: | People want new product. And, in addition to that, that whole area around Fallschase is building up. Theater, it's like, it's better than where Steve's at. |
| UC SWEETS: | So what's your part in the deal? |
| BURNETTE: | What? |
| UC SWEETS: | Because at one point, we were talking about, well, again, you know, me, if I'm overstepping (SC) |
| UC Miller: | I'll jump in. |

| | |
|---|---|
| UC SWEETS: | What's your part in this deal? Because when we first started talking, you were like, I want 20%, I'll take care of the deal. |
| BURNETTE: | Here's the deal. I'll take 20%. I'll take care of all that stuff, and I'll put in a million dollars pari-passu with you! |
| UC SWEETS: | Wait a minute, 20% and take care of what stuff? |
| BURNETTE: | Now, what I'm saying is this, we pay a pref to the investors, right? Okay, I'm an investor. Just like you're an investor. I put in a million dollars, and you put in whatever the balance is. Okay? We get a 10% return on that money before anybody gets anything. So, we have made a 10% return on money before any of what's called a promote, okay? |
| UC SWEETS: | Yeah |
| BURNETTE: | After that, I'm only taking 20% of the promote. |
| UC SWEETS: | But that's out of his pocket? |
| BURNETTE: | Mike and I. So, Mike and I are development partners! |
| UC Miller: | Yeah. Okay. And what do you, and you're doing what for that? |
| BURNETTE: | I will work with Mike, get all, I mean I don't wanna be running day to day operations. I mean, if you want me to run day to day operations, I'll take 80 and I'll split the 20 with you. We can take it the other way! But, you know, I will basically, whatever you, whatever we need, let me know, and I mean from a high level. If we need a vote, if we need Rick Fernandez here, we need this, that, and there, I'll handle that. |
| UC SWEETS: | We need the mayor to set an agenda . . . |
| BURNETTE: | Yes. |
| UC SWEETS: | We need a vote . . . |
| BURNETTE: | I'll handle all of that. |
| UC MILLER: | So, the big piece that I need, for me, I mean, the million dollars, that's great, I'm, like, but that's not the gap I need to fill in this equation. It's the, so, at this . . . |
| BURNETTE: | That is a proof to you . . . |
| UC MILLER: | I understand, and I appreciate it. No, I get it. I get it. And that's your, I've got skin in the game, and I'm willing to go with it. |

BURNETTE:          Yeah, I'm in there with you.

UC SWEETS:         I like that! I like that!

UC MILLER:         So, here's, honestly, here's the piece I need. I think I have the in now that I can get whatever we're doing, I can get the mayor and the mayor's office to set it on the agenda however we need it to be set. I just need . . . right. You have Rick Fernandez.  No, Rick.

BURNETTE:          Scott Maddox has Rick Fernandez.

UC MILLER:         But, well, that's what I'm saying, like, I just need from Scott and whoever's side of the house to go hey look, here's what we need, Andrew, here's how we need Andrew to say this needs to be presented, and I can get Andrew to probably do that, at this point, I think? So, I just don't have the access for the other conversation of, hey, if it's presented this way, then we can get it through like this, you know? And Fallschase is one of the big pieces, but it's not the only piece, you know?

BURNETTE:          (UI)) can negotiate out whatever hits the agenda.

UC MILLER:         Right.

BURNETTE:          (UI) will always be there. The agenda will only be the way we want it to be.

UC SWEETS:         Okay, so, you paying, are you sending checks to Maddox, right now?

BURNETTE:          Say what?

UC SWEETS:         Are you sending the checks to Maddox?

UC MILLER:         Yeah. Sending what you told me to send.

BURNETTE:          Let me tell you this, don't stop that. Here's, wait hold on, listen to me [UI] You just send the checks to Paige.

UC MILLER:         Ok, yeah, well Governance.

BURNETTE:          It'll get done. Scott'll get it run through Rick Fernandez.  Scott won't vote, but the three votes will be there without Scott. You'll have one person vote against you, Curtis. It'll be a 3-1 vote.

UC SWEETS:         But, okay, so, let me ask you this, what are you sending him ten grand?

UC SWEETS:         Why send him ten grand?

BURNETTE:          (SC) Adam Corey, let me be very clear with you [UI]  Scott Maddox can kill you  Adam can't, Scott can.

| | |
|---|---|
| BURNETTE: | Yeah!  I'm gonna get on some Mike Sweets here! |
| UC SWEETS: | Yeah? I'm fine with that! |
| BURNETTE: | Let me tell you this, Scott Maddox is god damn mafia. If you think he isn't, shame on you! What I'm saying is this, you've got Andrew. You've got Nancy, like Scott's leading all this fucking (SC). |
| UC SWEETS: | [UI] Well at this point we've put him in a paycheck. |
| BURNETTE: | Yeah. |
| UC SWEETS: | We can't take him out. |
| BURNETTE: | You can't take him out. |
| UC SWEETS: | Because he'll fuck us. |
| BURNETTE: | You can take Adam out, |
| UC SWEETS: | I mean he'll be, he'll be upset. |
| BURNETTE: | Yeah, yeah, yeah. You fucked on that one. |
| UC SWEETS: | That, my friend, is exactly what I wanted to hear! That is what I'm looking for. So, we open the door, my bad, we opened the door. I told him to send the money, and now we can't close that door. |
| BURNETTE: | You can't close that one! |
| UC SWEETS: | He'll fuck us just out of spite! |
| BURNETTE: | That's right. Absolutely. |
| UC SWEETS: | Even if you're involved in the deal. |
| BURNETTE: | And let me just tell you this . . . |
| UC SWEETS: | Even if you're involved in the deal? |
| BURNETTE: | And it'll be fucking served cold, too! Ha! That motherfucker will be on an ice plate! Now, let me tell you this, I'm not, you don't have to worry about him fucking me because I'm not getting into the deal! I can assure you! Rest 100% fucking for sure I'm not getting into the deal if you tell me that's the deal. |
| UC SWEETS: | Okay! |
| BURNETTE: | Because . . . |

10

Gov. Ex. 63

UC SWEETS:          You know me well enough by now to know how I operate! Right?

BURNETTE:           I'm gonna tell this, if you want to burn your house down, so fucking be it!
                    Because I don't want my house burning down with yours! Right?

UC SWEETS:          Okay. Okay!

BURNETTE:           I mean!

UC SWEETS:          He is a total politician!

BURNETTE:           Why the fuck would anybody else take a thirty-five thousand dollar a year
                    job?

UC SWEETS:          He's got a couple of houses and a condo, at least!

BURNETTE:           (UI)) . . .thirty-five thousand dollar a year job.

UC SWEETS:          Is that what it pays? Yeah, but he's got Governance so as long. So, it's kind
                    of a, I guess a technical question. As long as this shit doesn't touch
                    Governance, Governance has gotta be raking it in.  Right?

BURNETTE:           Governance is owned by Paige, not by Scott.

UC SWEETS:          Yeah, but --

BURNETTE:           But Scott is fucking Paige.

UC SWEETS:          He's fucking her fucking her?

BURNETTE:           Yeah, right.

UC SWEETS:          Like giving high hard wood kind of fucking her?

BURNETTE:           I mean I don't know how hard it is.  You'll have to ask that stripper!
                    Hahaha!

11

Gov. Ex. 64

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 64

Transcript of Government's Exhibit 61

January 9, 2017

1

GOVERNMENT
EXHIBIT

**64**

Gov. Ex. 64

UC SWEETS:       So, what's Maddox view? What's his deal?

BURNETTE:        Maddox is, you done stepped in it to where you need to pay Paige . . . $10,000 a month, and it's all going to be okay. He isn't going to vote, but he's going to make sure that the votes are enough.

UC SWEETS:       Okay.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 68

Transcript of Government's Exhibit 66

January 10, 2017

GOVERNMENT
EXHIBIT

**68**

Gov. Ex. 68

UC SWEETS:        So Mike's gonna work on, so, basically to recap what we talked about last night, Mike's gonna - he's gonna work up the numbers for ya . . .

BURNETTE:        Okay.

UC SWEETS:        . . . so that he can write, so that you can see the numbers and then make a decision on what's the workable number you can make, right?

BURNETTE:        Right.

UC SWEETS:        Now, we don't, we don't wanna cut Adam Corey off at the knees - uh - even though he can't really help us. Well, we certainly don't wanna cut Maddox off at the knees because he can really hurt us.

BURNETTE:        He can hurt us

UC SWEETS:        [Laughs]

BURNETTE:        He can hurt you.

UC SWEETS:        So- Maddox - keep Maddox on the payroll.

BURNETTE:        Yeah.

UC SWEETS:        We'll cut Adam Corey in half

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 74

Transcript of Government's Exhibit 70

March 13, 2017

GOVERNMENT
EXHIBIT

**74**

| | |
|---|---|
| BURNETTE: | Right.  So here's what I'm interested in doing.  I'll go in pro rata with everybody, equity partner just like we are.  If it becomes clear that there is some value-added proposition that I can perform on, not like, I get paid if I perform on it.  Does that make sense? |
| UC MILLER: | Mm-hmm. |
| BURNETTE: | I don't want to get paid -- basically what I'm doing is I'm making an investment as an equity partner, just like everybody else, to possibly create an opportunity to cash-in on some of the political capital that I already have - |
| UC MILLER: | Sure. |
| BURNETTE: | Right?  If there -- if that opportunity doesn't occur, I'm just like everybody else.  If it occurs, we have a conversation about what's the value of that before it's ever done. |
| UC MILLER: | Right. |
| BURNETTE: | And we work out compensation for that if it's successful, okay?  If it's not successful, then it doesn't matter. |
| UC MILLER: | Right.  I think that's more than fair to do it that way. |
| BURNETTE: | I don't -- I don't -- I'm not -- I don't like to get paid unless I create value— right? |
| UC MILLER: | (inaudible). |
| BURNETTE: | I don't want to get paid and it be an unknown.  I want it to be very clear the value of this is X, Y, and Z.  If I get there, I get there and I get paid.  If I don't, I won't. |
| UC MILLER: | Yeah.  So how do -- and I guess we -- we'll take that on a case-by -- because originally when we talked, it was -- your calculation on that before we talked about the million-dollar equity side of it was basically a 20 percent -- |
| BURNETTE: | Twenty percent. |
| UC MILLER: | -- on the profit, and you would handle the projects out of that. |
| BURNETTE: | Yeah, so - |
| UC MILLER: | And part of that would -- |
| BURNETTE: | But here's the thing, and I said this before, you may not need me.  I don't want to deploy my political capital if it's not needed. |

UC MILLER:          Sure, yeah.

BURNETTE:           I don't -- I'm not gonna go tell you that, hey, look I want you to give me twenty percent of this deal when the reality is it may already happen for you.

UC MILLER:          Right.

BURNETTE:           I just don't operate that way.

UC MILLER:          Got 'cha, yeah.

BURNETTE:           And I will tell you, my preference would be is I put in like everybody else and I win like everybody else, and it's not needed--

UC MILLER:          Right.

BURNETTE:           --Right? If I think there is an area that we'll maximize, but if not we won't.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 75

Transcript of Government's Exhibit 71

March 13, 2017

GOVERNMENT
EXHIBIT

**75**

Gov. Ex. 75

BURNETTE:   Let me say this, and I -- by the way, I'm completely okay with this, alright? I would continue to pay Paige the ten thousand dollars, and I think that will save you from having to use me a lot.  And I think that'll come cheaper than I will.

UC MILLER:   Okay.

BURNETTE:   Okay.  I-I think you can get further -- I know this, like, shit sounds like it's counterintuitive, okay, but I would really -- I only want to deploy the capital if it's really worth it and needs to be, meaning if you can buy the solution cheaper, you're not gonna hurt my feelings.

UC MILLER:   Right.

BURNETTE:   Especially if I'm an investor, right?

UC MILLER:   Sure.

BURNETTE:   So --

UC BUTLER:   But what's that put us with in terms of [UI] -- these are conversations ya'll had without me.

BURNETTE:   Sure.

UC BUTLER:   I'm just a dumbass trying to figure this out.

BURNETTE:   Sure.

UC BUTLER:   But, what's that put us in terms of political capital?  If we pay in, do we have access to him? Does he change votes? I mean, how-how does that work?  Does he, does he alter? Does he vote at all?

BURNETTE:   Really what you're buying is the no vote.

UC BUTLER:   The no - so he doesn't vote at all.

BURNETTE:   No, he doesn't vote against you.

UC BUTLER:   Okay.  So [UI] vote yes.

BURNETTE:   Well, it could be an abstained vote, too, at times.  So, it could be the -- Put it this way.  I mean, let me just say -- I'm gonna tell you.  It is what it is. The problem is if you started something, if you stop it, it's going to kill you.

UC BUTLER:   Okay.

BURNETTE:   Had you never started it --

2

UC BUTLER:      We'd been better off.

BURNETTE:       You'd been better off, and I would've told you not to do it, okay?

UC BUTLER:      Okay.

BURNETTE:       But the problem is this.  It's like -- it's like once that, once that girl's pregnant--

UC BUTLER:      You can't unpregnate her.

BURNETTE:       You got a baby, you know what I mean?

UC BUTLER:      So you think if we stop paying, that'll piss him off more and he'll vote against it.

BURNETTE:       Yes.

UC BUTLER:      Yes?

BURNETTE:       Yes.

U/M:            Hi, guys.  I am done for the day, so I'm leaving, and I'm transferring you guys over to Trevor right there, and he'll be your server.

BURNETTE:       Are you asking us to close out now?

U/M:            No.  No.  I'm just telling you guys -- I'm just letting you guys know that --

(Cross talking.)

UC MILLER:      -- if you'd like us to close out, we can.  If you'd like it.

U/M:            That's okay.  You guys are good.  I'm just letting you know --

(Cross talking.)

UC MILLER:      Okay.  Okay.  Thanks, buddy.

U/M:            No problem.

UC MILLER:      Yes, so -- I mean --

BURNETTE:       Let me tell you, it's gonna get you -- it's gonna get you -- you are not gonna go have a meeting with Scott and Scott sit here and tell you "Hey, you pay me $10,000 a month and I'll get this done."  There ain't not, there ain't a chance in hell that that -

UC BUTLER:      Nor should it.  I get that.  I get that.

BURNETTE: Umm. What I can tell you is, is that Paige has access to Scott, and he listens to Paige.

UC BUTLER: I get that

BURNETTE: I mean, I don't -

UC UC MILLER: Right. What I'm trying to -- here's kind of where --

BURNETTE: I wouldn't - I'm gonna tell you this, though. I wouldn't pay until I put it under contract, until I knew I was going to be a buyer.  I wouldn't -

UC MILLER: You wouldn't keep paying Scott?

BURNETTE: I would not keep paying Scott.

UC MILLER: But you just said if we stop.

BURNETTE: Yeah, but he may not do this deal. I mean, understand --

UC MILLER: Right, so --

BURNETTE: You shouldn't do it until you're pregnant either.

UC MILLER: Right.

BURNETTE: He ain't gonna fuck you.  Put it this way.  As long as it starts back -- put it this way.  If there's a gap, that ain't going to, like, change the dynamic.

UC MILLER: As long as he's assured it's gonna start again.

BURNETTE: Well, you're -- he doesn't -- you don't need to assure him until you need him assured.

UC MILLER: Right.

BURNETTE: Right?

UC BUTLER: Not that that matters.

UC MILLER: Well, I mean, I guess that -- and   that --

BURNETTE: Now let's just say you're in Nashville, okay?

UC MILLER: Say what?

BURNETTE: You're in Nashville.  I'm coming up there and looking at putting a tower in downtown Nashville that's about 50 feet higher than they want it to be, okay?

Gov. Ex. 75

| | |
|---|---|
| UC MILLER: | Yep. |
| BURNETTE: | Well, I go under contract to buy the property to do this. Well, I'm still doing my analysis, right? I mean, I got my engineer working, and he may come in and say, hey, there's a foundation here, and this shit this soil's bad man, you can't do this. Well, I want to make sure I can do it and I'm gonna do it before I start talking about paying you to make sure I'm covered. |
| UC MILLER: | Right. Right. |
| BURNETTE: | What I don't want to do is, is before I know I'm really gonna do it, bring you into the fold, because, by the way, you know how this shit goes. It gets delayed six months on ya', you know, and that's $60,000. |
| UC BUTLER: | But, the result is we are paying him now. So at this point, either -- |
| BURNETTE: | Is Mike still paying? Are you still paying? |
| UC MILLER: | I was told to start writing checks. I started writing checks, so -- |
| BURNETTE: | And you haven't stopped. |
| UC MILLER: | No, every month. |
| BURNETTE: | Then I wouldn't stop. I see, for some reason -- I could be wrong -- I was under the impression that you wrote two checks and hadn't written anymore. You've been continuing to write the checks. Don't stop. Take that back what I said. |
| UC BUTLER: | Because it will reverse the effect. |
| BURNETTE: | It will reverse the effect. |
| (Cross talking.) | |
| UC MILLER: | But here's what I'm -- what I'm trying to figure out, that I don't want to get caught in the same situation I just got caught in. So when I pitched my guys, hey, Tallahassee, new market, three projects on the table. |
| BURNETTE: | Right. |
| UC MILLER: | Three: Fallschase, Myers Park, and then Joan's, stuff |
| BURNETTE: | Right. |
| UC MILLER: | Yeah, main piece being South Monroe. |

5

UC MILLER:          Well, now I look like a jackass on fucking Myers Park to those guys because Ravi's got a girl that basically -- once I tell him I'm in a market, she tracks everything that hits the news and everything.

BURNETTE:           Right. What the hell.

UC MILLER:          So he calls me and goes, hey, what the fuck just happened.  I was like, I didn't even know it was going in front of the city council.  It got zero votes for a brick light.  So, you know, basically he's like -- he's looking at me going, dude --

BURNETTE:           What's going on?

UC MILLER:          -- who's calling you?  Who's telling you what time it is?  Who's telling you what the temperature is there, like?  And I was, like, I thought we were there.  Clearly I'm -- so I don't want to get --

BURNETTE:           Don't take this the wrong way. I think you got lucky that died.  I mean, look, I understand they're gonna believe in things from the get-go, um.   I, I understand where you're going.

UC MILLER:          But I'm -- but I'm not saying I would ever -- it's like Fallschase.  We may never -- we may figure out something and never do the deal, but the bad thing is if I go to these guys -- my guys and go, hey, here's why we didn't do the deal, it's different than me going, hey, I went to city council and they voted down the annex.

BURNETTE:           That's not gonna happen.

UC MILLER:          But I'm just -- I'm just using that an example.

UC BUTLER:          But it did happen on that deal and I think that's where it's embarrassing for us.

BURNETTE:           Right.

UC MILLER:          Right, so --

BURNETTE:           Well, I don't think -- well, let me say this.  There was never a dog in that fight really.  What I'm saying is they never out for an RFP.

UC BUTLER:          Yeah.

BURNETTE:           They never did anything.  You were never under contract.

UC MILLER:          Sure.

BURNETTE:          You were never -- I mean, there was really -- it was only a discussion piece to be kicked down the road.  And let me tell you this.  I wouldn't tell you that the idea is a hundred percent dead now, okay?  I'm not saying -

UC MILLER:         Yeah, but it's like that analogy we talked about in Nashville where you got to fill that cup up.

BURNETTE:          Yeah.

UC MILLER:         That mother fucker is like down here, and you went from a cup to, like, a pitcher that you're gonna have to fill up, you know?  So --

BURNETTE:          Yeah, no. There's no doubt. I don't - just, man, I don't know [UI]

UC MILLER:         So basically, that, all I'm saying is, like, I guess I don't know where I -- like, if I need -- if I've got a question that really is for Scott, am I -- am I calling Paige?  Am I calling you?

BURNETTE:          [UI] call Paige, or call me.  Call me.

UC MILLER:         Okay.  I mean, that's --

BURNETTE:          Absolutely call me -

UC MILLER:         Okay.  That's, that's what I'm trying to figure out is --

BURNETTE:          But let me -- let me be very clear.

U/M:               Just as, like, Fletcher I told you, I'll be your new guy (inaudible).

(Laughter.)

(Cross talking.)

UC MILLER:         You're definitely better looking.

U/M:               Yep.  Thank you very much.  I try.

BURNETTE:          What's his name?

UC BUTLER:         I think it's Joseph, but he goes by Fletcher.

BURNETTE:          Fletcher.

(Cross talking.)

UC MILLER:         Is that his real name or is that,   like --

UC BUTLER:         From my understanding --

7

(Cross talking.)

(Laughter.)

U/M:                   He's a -- he's a big gamer, so I think it's like an underground cyber, yeah.

BURNETTE:              Oh, I got you.

U/M:                   Yeah, and he might be --

UC MILLER:             Oh.

U/M:                   He might be richer than all of us put together, like --

UC BUTLER:             Is he a big gamer?

U/M:                   Yeah, he said --

(Cross talking.)

UC MILLER:             (Inaudible.)

UC BUTLER:             He's like the complete opposite.

(Laughter.)

BURNETTE:              But I will tell you this, it's like, it's, like, you're interested in the things you're invested in, right?

UC MILLER:             Sure.

BURNETTE:              (Inaudible) shit.  Like, I'll help you.  I mean, I'll do everything on Fallschase.  It's hard for me to go do something with, like, that shit by the park.  I mean, to be honest with you, first off, one I'm not invested at all. Number two, I don't believe in it.

UC MILLER:             Right.

BURNETTE:              Like, it's bad -- and I'm not saying I'm right, you're wrong, or you're -- I mean, I don't even know.

UC MILLER:             Mm-hmm.

BURNETTE:              All I know is, like, it's just hard for me to give a shit, you know what I mean?

UC MILLER:             I got you.  I appreciate that.

BURNETTE: It's just hard for me to -- I mean, not -- forget about political capital, for me to spend my time on it.

UC MILLER: Yeah.  So I guess the question from those guys is then, like, and maybe I -- maybe wrongfully so.  My vision of the $10,000 to Paige was whatever we're doing.  It wasn't as much singular in Fallschase potentially happening.  It was -- so --

BURNETTE: I think you're foolish to think that.  I think you need to -- I think you need to say that is the cost for this project.  You decide to do something else, you have gained credibility to access. I don't think that's gonna get you where --

UC MILLER: Okay.

BURNETTE: I mean, my experience is that you're just better to deal with things transactionally anyway, right?

UC MILLER: Sure.

BURNETTE: It's like --

UC MILLER: I agree with that, but I didn't -- again, I wasn't in the inner workings of that conversation.

BURNETTE: Yeah.

UC MILLER: So that was just kind of -- and, again, it's a little bit of a -- like you said a minute ago, we had a conversation with three people, and everybody had a different answer --

BURNETTE: Answer.

UC MILLER: -- as to what the conversation was, so it kind of plays the same way, so.

BURNETTE: I mean, like -- it's like --

UC MILLER: And, I mean, a little bit of that may be, you know, again, I wish Mike could've made it today, you know, and, you know, maybe that's just -- maybe him, Scott sit down or you, him, and Scott sit down and -- just to make sure that they're on the same page, because I -- what I'm telling Mike, and he's, like, nah, that's not my understanding.  And I'm like, well, your understanding may be -- again, y'all may have, you know --

UC BUTLER: And then, you know, my dumbass comes in, like, hold on.  Hey, you're going to get access, you know. [UI] that's just the use of [UI]. I just wanna be clear--

BURNETTE:          Let me tell you this.  I just don't -- and I want to be -- I just want to be clear.  Like, I don't -- I do not think -- I don't care if you paid Scott $50,000 a month.  You're not gonna get him to do something stupid, you know what I mean?

UC BUTLER:         Absolutely.

UC MILLER:         Absolutely.

BURNETTE:          Like what -- all you're going to get Scott to do, the number one thing -- the odds are Scott is gonna vote for what you wanna do anyway, okay?  The difference is is that Scott's not gonna advocate for you to get the other people to vote for you, okay?  Scott has the ability to lead the Commission.

UC MILLER:         Right.

BURNETTE:          He is the only one up there, okay, that has the ability to lead the Commission, all right?

UC MILLER:         Yeah.

BURNETTE:          And what you are buying is not a guaranteed vote.  I mean, Scott is pro-development, okay?  Now, he's also a revengeful mother fucker.  He is revengeful.  I don't want to mislead you.

UC BUTLER:         i.e., don't stop paying him.

(Laughter.)

UC BUTLER:         It would be at our disadvantage.

BURNETTE:          Well, I mean, let me tell you this.  You can feed a dog for a year, okay?  If you stop feeding that dog and that bitch gets hungry --

UC MILLER:         -- gets pissed off --

BURNETTE:          -- he might bite your fucking hand.

UC MILLER:         Yeah. That's a good analogy.

BURNETTE:          You know what I mean?

UC MILLER:         I got you.

BURNETTE:          All right.  That's all I'm saying.

UC MILLER:         All right.

BURNETTE:          And the problem is had you not fed the dog --

10

UC MILLER:          To begin with.

BURNETTE:           -- the dog probably would've never bit your hand off, okay?

UC BUTLER:          Right.  And that was apparently a deal stuck -- struck between Mike and Scott, I'm assuming.

BURNETTE:           I think they had a conversation, wherever, and I -- yes, okay.  Again, I think here's the deal.

UC BUTLER:          Does he -- does he know that you know? He knows that you know.

BURNETTE:           Yes, he knows that I know.

UC MILLER:          Thank you, buddy.  Appreciate it.

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 76

Transcript of Government's Exhibit 72

March 13, 2017

GOVERNMENT
EXHIBIT

**76**

| | |
|---|---|
| UC MILLER: | So what is -- I guess this may be a conversation for Mike to have, too.  Like, but in your opinion, with the -- with the Scott thing, if this is a six-year deal, once we get approvals are we stopping the payments or are we stopping -- |
| BURNETTE: | I think it's -- I think you can stop as soon as you have everything you know you need. Be very clear.  Everything you know that you need.  I think also -- I think there's a [UI] spot you can cut it back to half, too. |
| UC MILLER: | Right. |
| BURNETTE: | I don't -- |
| UC MILLER: | Yeah. |
| BURNETTE: | I think you can -- once the heavy lifting is over, I think you can go - |
| UC BUTLER: | He doesn't look at that as a -- |
| BURNETTE: | No.  So, I mean, just think about it, right?  Let's just use the dog for a minute, here.  The dog has a choice, okay?  The dog has -- was able to go find his own food.  He was feeding himself.  He becomes reliant on you, okay.  If you cut the dog -- if you wean the dog off, the dog won't bite you.  You cut the dog off completely, he'll bite you, but he'll start by filling in that gap, you know.  You just -- you gotta slowly bring the frog to a boil. |
| UC MILLER: | Yeah. |
| BURNETTE: | Not throw the frog in boiling water, so.  You know, I think the thing is is that I think you'd be sensible, too, and realize, like, what he did. Like, there's one thing if you got a commission that's 5-0 anyway. |
| UC MILLER: | Mm-hmm. |
| BURNETTE: | If you're fucked -- you know, if you were one-four and he got you, that's a different value then.  You have to assess how deep the hole you're in. |
| UC MILLER: | Right. |
| BURNETTE: | Use a different lawyer based on how big a hole you're in, right?  Pay a different rate based on how big a hole you're in. |
| UC MILLER: | Sure. |
| UC BUTLER: | Right. |
| BURNETTE: | I just think you gotta be fair.  If you look at it that way, then again - you're writing a check for a million dollars I mean(inaudible). I would protect myself, you know? |

UC MILLER:          Sure.

BURNETTE:           I mean, from the fundamental standpoint of -- Scott and I have been through hell and back together.  I just don't think Scott -- he just isn't going to do anything to hurt you guys, you know?  So, I mean, look, he'll want me to fight for him, too, right?

UC BUTLER:          Well, I mean, it makes a lot of sense, so if he knows that you're invested in this as well –

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 86

Transcript of Government's Exhibit 85

May 24, 2017

1

GOVERNMENT
EXHIBIT

**86**

SA DOYLE:            This is Special Agent Josh Doyle on Wednesday, the 24th of May.  It is approximately five till 8:00 a.m.  Uh, we'll be approaching J.T. Burnette at his residence, 3919 West Millers Bridge Drive.

(Exited vehicle.)

SA DOYLE:            – He's in the house?

(Knock on the door.)

SA HURLEY:          (Inaudible), bro.

(Knock on the door.)

RIVERS:              Hi.

SA HURLEY:          Hey.

SA DOYLE:            Hey.

RIVERS:              Are y'all expecting -- are y'all in a meeting?

SA DOYLE:            No.  We're here to talk to J.T.

SA HURLEY:          You guys -- you got a meeting?

RIVERS:              Yeah, with J.T.?

SA DOYLE:            Yeah.

RIVERS:              Do you have a scheduled time with him?

SA DOYLE:            No, we don't.

RIVERS:              Okay.  Talk to him about what?

SA DOYLE:            Well, I mean, it's a personal issue.

RIVERS:              Uh-uh.

SA DOYLE:            My name is Josh.  I'm from the FBI.

RIVERS:              Okay.  Hey, Josh.  I'm Kim.  We know each other.

SA DOYLE:            Yeah, yeah. Good to see you.

SA DOYLE:            This is Evan

2

SA HURLEY:        (Inaudible)

RIVERS:           Yeah, okay.

SA DOYLE:         You all right?

RIVERS:           Yeah, I'm good.  I'm good.  How are you?

SA DOYLE:         Doing well.

RIVERS:           You're, like, freaking me out.

SA DOYLE:         I don't mean to do that.

RIVERS:           Yeah, yeah, yeah.

SA DOYLE:         I just have some questions.  Is he around?

RIVERS:           Yeah. Hang on.  J.T., Josh and somebody from the FBI are here to see you.

BURNETTE:         Hello.

SA DOYLE:         Hey, how it's going, man?

BURNETTE:         Good.

SA DOYLE:         Good.  Hey, I'm Josh.

BURNETTE:         Hey, Josh.  J.T.

SA DOYLE:         This is Evan.

BURNETTE:         Evan.

SA HURLEY:        What's up, man?  Evan.

BURNETTE:         J.T.  How you doing?

SA HURLEY:        Good to meet you, J.T.

SA DOYLE:         I just have a couple questions.  Do you have a couple minutes we can talk to you?

BURNETTE:         Sure.

SA DOYLE:         Okay.  I don't -- you look -- I uh

BURNETTE:         What's it -- what's it related to?

3

Gov. Ex. 86

| | |
|---|---|
| SA DOYLE: | Well, it's related to a guy named Michael Sweets.  Do you know him? |
| BURNETTE: | Uh --Yes, I do know him. |
| SA DOYLE: | Do you? You kind of paused for a minute. |
| BURNETTE: | Well, he's kind of an odd guy. |
| SA DOYLE: | He is.  So we've been looking at him, uh, for a little bit.  He's, um, suspected – he's a - he's a drug dealer and suspected of, of, of running coke.  He has some -- an extensive network down in Mexico. |
| BURNETTE: | Do you guys want to come in? |
| SA HURLEY: | If you don't mind. |
| SA DOYLE: | Yeah, I'd appreciate it. |
| BURNETTE: | Yeah. |

(Entered home.)

| | |
|---|---|
| BURNETTE: | I'm going to make a peanut butter sandwich if you don't mind |
| SA DOYLE: | Yeah.  No, no, I appreciate that |

(Laughter.)

| | |
|---|---|
| RIVERS: | (Inaudible.) |
| SA DOYLE: | I appreciate it. Um -- |
| RIVERS: | Do you want some water? |
| SA DOYLE: | No, thank you.  I appreciate it. |
| SA HURLEY: | (Inaudible)_ |
| SA DOYLE: | So we know -- we know he's had some sort of contact in Tallahassee, and we're trying to figure out what he's doing here.  And uh so, again, we just want to see how do you know him?  How did you meet him? |
| BURNETTE: | So, um -- Mike is an interesting guy.  Um, all I know is is Mike is friends with a developer. |
| SA DOYLE: | Okay. |
| BURNETTE: | I don't know anything about Mike's business -- |

4

SA DOYLE:        Okay.

BURNETTE:        -- or anything about --

SA DOYLE:        I know he's in, like, the -- he says it's medical marijuana and he has some of that, but, but it's all being financed through illegal, not medical, but illegal drug money.

BURNETTE:        Yeah.  He -- I mean, he told me that he was involved in medical marijuana, like, in Arizona or something.

SA DOYLE:        Okay.

BURNETTE:        Yeah.

SA DOYLE:        Does he -- why was he coming to Tallahassee?  Was he involved with a developer?  Were they looking to do something here?

BURNETTE:        Yeah, they were looking at buying -- they were looking at doing some development work here.

SA DOYLE:        Okay.  Do you know what they were looking at?

BURNETTE:        Um (sigh), the Fregly portfolio.

SA DOYLE:        Freg -- What is that?  Is that a land?

BURNETTE:        So I've never met Joan Fregly.

SA DOYLE:        Okay.

BURNETTE:        Um--but Joan has – her her husband died in a plane crash.

SA DOYLE:        Okay.

BURNETTE:        I mean, literally like ran into a mountain.

SA DOYLE:        Okay.

BURNETTE:        An F-16 filming a movie.

SA DOYLE:        Oh.

BURNETTE:        I mean, he had had met her when she was, like -- I mean, she was a cashier at the grocery store.

SA DOYLE:        Okay.

5

BURNETTE:          And, I mean, they'd been married forever.

SA DOYLE:          Okay.

BURNETTE:          But she's ended up with, like, this hodgepodge of property all over Tallahassee.  I mean, there's like no rhyme or reason to it, to be honest with you.

SA DOYLE:          Okay.

BURNETTE:          And they were going to buy this whole portfolio and then try to, like, rezone a lot of the stuff.

SA DOYLE:          Okay.

BURNETTE:          And --

SA DOYLE:          What was your involvement?  How did you -- or were you involved?

BURNETTE:          So -- I never did anything with them.

SA DOYLE:          Okay.

BURNETTE:          Um, so they were trying to -- they wanted -- I mean, when you develop stuff, right, everything is kind of local, so you want some local partner who knows what's going on.

SA DOYLE:          Okay.  Okay.  Yeah..

BURNETTE:          Um, I, quite frankly, told them, I said, this is all shit, and I it doesn't matter, you   know --

SA DOYLE:          Yeah.

BURNETTE:          It doesn't matter if you rezone shit, it's still shit.

SA DOYLE:          Right.

BURNETTE:          Right?

SA DOYLE:          Yeah.

BURNETTE:          Um --

SA DOYLE:          That's a -- I don't know anything about that world.  It's a different world from what I do.

BURNETTE:          Yeah, um-- but that's -- I mean, obviously Kim is involved in medical

|                  |                                                                                                                                                                                                                                                                                                                                                                             |
|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                  | marijuana.                                                                                                                                                                                                                                                                                                                                                                   |
| SA DOYLE:        | Right.                                                                                                                                                                                                                                                                                                                                                                       |
| BURNETTE:        | She is the CEO of Trulieve.                                                                                                                                                                                                                                                                                                                                                  |
| SA DOYLE:        | Right.                                                                                                                                                                                                                                                                                                                                                                       |
| BURNETTE:        | And --                                                                                                                                                                                                                                                                                                                                                                       |
| SA HURLEY:       | That's the hat, right?                                                                                                                                                                                                                                                                                                                                                       |
| BURNETTE:        | What's that?                                                                                                                                                                                                                                                                                                                                                                 |
| SA HURLEY:       | The hat, right?                                                                                                                                                                                                                                                                                                                                                              |
| BURNETTE:        | Yes. (Inaudible)                                                                                                                                                                                                                                                                                                                                                             |
| SA HURLEY:       | Okay.   (Inaudible)                                                                                                                                                                                                                                                                                                                                                          |
| BURNETTE:        | Um, so, you know, Mike and I talked about medical marijuana --                                                                                                                                                                                                                                                                                                               |
| SA DOYLE:        | Okay.                                                                                                                                                                                                                                                                                                                                                                        |
| BURNETTE:        | -- but that's -- and he didn't -- to be honest with you, he didn't seem to know a whole lot about it.                                                                                                                                                                                                                                                                        |
| SA DOYLE:        | Okay.                                                                                                                                                                                                                                                                                                                                                                        |
| BURNETTE:        | He had, you know, some partner or something that was --                                                                                                                                                                                                                                                                                                                      |
| SA DOYLE:        | Okay.                                                                                                                                                                                                                                                                                                                                                                        |
| BURNETTE:        | -- who ran all this stuff, but --                                                                                                                                                                                                                                                                                                                                            |
| SA DOYLE:        | One of the things we're looking at, too, is -- I guess he's, he's, he has been doing or attempting to do some of the development stuff and through the medical marijuana stuff, some of the buildouts.  And I don't know how that works and distribution or whatever.  One of the things that's been alleged that we're looking at in different areas around the country is that he's -- again, I'm just going to throw it out there, I don't know how to tell you this |
| BURNETTE:        | Sure.                                                                                                                                                                                                                                                                                                                                                                        |
| SA DOYLE:        | He's paying off officials to try to get -- I don't know what the hell it is, zoning or, or -- I don't know what he -- you know, for some official acts.  Did he interact with any local officials here in town?                                                                                                                                                               |

7

BURNETTE:          So I never had -- so all he would do is he hired lobbyists.

SA DOYLE:          Okay.

BURNETTE:          So they work with lobbyists in Tallahassee --

SA DOYLE:          Who did he -- did he -- oh, he did?  Who did he hire?

BURNETTE:          I -- let me say this.  I don't know who they ever wrote a check to.

SA DOYLE:          Okay.

BURNETTE:          I made recommendations. Um --

SA DOYLE:          Okay.  Who did you recommend?

BURNETTE:          I recommended, uh, Paige Carter-Smith -- and -- that was it.

SA DOYLE:          Okay.  Who, is she with a firm or with?

BURNETTE:          She --

SA DOYLE:          Is she on her own?

BURNETTE:          --used to be with -- I don't know even know the name of the firm.

SA DOYLE:          Okay.

BURNETTE:          Um, but, like, I mean, I hate to say it.  Like, they didn't know, like, who the right -- I mean -- like, they hired, like, Adam Corey, okay?

SA HURLEY:         They did hire Adam Corey?

SA DOYLE:          Oh, he's been in the paper with um -- excuse me -- with um --

BURNETTE:          With the Edison.

SA DOYLE:          That restaurant, yeah.

BURNETTE:          So, you know, Adam is a lobbyist.  I don't -- I mean, he's not like the best lobbyist in the world.

                            (Laughter.)

BURNETTE:          Um, so, I mean, they just -- they didn't really seem to know what they were doing.

SA DOYLE:          Okay.  Do you know did they retain anybody?

| | |
|---|---|
| BURNETTE: | I do not know who who they retained. |
| SA DOYLE: | Do you know did they meet with any -- |
| BURNETTE: | All I know is is that they work with Adam Corey. |
| SA DOYLE: | Okay.  Do you know if they met with any public officials here in town? |
| BURNETTE: | Uh, I do know they met with Scott Maddox. |
| SA DOYLE: | On the City Commission? |
| BURNETTE: | On the City Commission. |
| SA DOYLE: | Okay. |
| BURNETTE: | Um, but that's the only person -- |
| SA DOYLE: | How did -- did Corey get them in with Maddox? |
| BURNETTE: | Uh, I introduced -- well, Corey introduced them to Maddox -- |
| SA DOYLE: | Okay. |
| BURNETTE: | -- and I introduced them to Maddox, but I don't -- they had said they had met with other people through Adam Corey, and that's all I know. |
| SA DOYLE: | Okay.  Okay. |
| SA HURLEY: | Sorry.  Corey introduced them to Maddox and you did as well? |
| BURNETTE: | I was told that Maddox, they -- that they were introduced to Maddox. |
| SA HURLEY: | Okay. |
| SA DOYLE: | Do you know the content of their conversa-- what did they want from Maddox or what did -- |
| BURNETTE: | I don't know the answer to that. |
| SA DOYLE: | Do you know did they pay Maddox? |
| BURNETTE: | No.  Well, let me say this.  I don't know who they paid.  I never saw them pay anybody. |
| SA DOYLE: | Did they -- do you know if they gave him any gifts, and by that I mean money, tangible property, trips, anything like that to any public officials? |

BURNETTE:         Uh, the only trip we went on, we went on -- we went -- we did go on a
                  Vegas trip with them one time.

SA DOYLE:         "Them," with Sweets and Maddox?

BURNETTE:         Sweets, Maddox, a guy named Mike  -- I don't even know his last name --
                  and another guy named Brian, and I don't know Brian's last name.

SA DOYLE:         Okay.  Okay.

SA HURLEY:        Sweets, Maddox, Brian and another Mike you said?

BURNETTE:         Another guy named Mike.

SA DOYLE:         This is a gorgeous house by the way.

BURNETTE:         Oh, thank you.

SA HURLEY:        Okay.  Let me ask you this, too.  So you said that Kim had met these guys
                  as well or she had not?

BURNETTE:         Kim had only -- the only time Kim ever met them was we were at a party
                  one time --

SA HURLEY:        Okay.

BURNETTE:         -- and she met them for maybe a matter of five or 10 minutes.

SA DOYLE:         Okay.

**STATE OF FLORIDA,**

**COUNTY OF LEON,**

I, James O. Cooke, IV, City Treasurer-Clerk of the City of Tallahassee, Florida, hereby certify

that the enclosed document constitutes a true and correct copy of the City Commissioner

Oath of Office signed by Scott Maddox on November 19, 2012 as the same appears on file

among the records of my Office.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the official

seal of the City of Tallahassee, Florida, this 14th day of June, 2019, A.D.



James O. Cooke, IV
City Treasurer-Clerk

**GOVERNMENT
EXHIBIT
88**

## OATH OF THE OFFICE OF CITY COMMISSIONER

CITY OF TALLAHASSEE

STATE OF FLORIDA

COUNTY OF LEON

I do solemnly swear that I will support, protect and defend the Constitution and Government of the United States, the State of Florida, and the City of Tallahassee; that I am duly qualified to hold office, under the Constitution of the State of Florida; and that I will well and faithfully perform the duties of the Office of City Commissioner on which I am about to enter, so help me God.

_____
SCOTT MADDOX

Sworn to and subscribed before me this
19th day of November, A.D., 2012.

_____
James R. English
City Attorney

_____
James O. Cooke, IV
City Treasurer-Clerk

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, ___James O. Cooke, IV___ , am the custodian of records or am otherwise
(Name)

qualified to authenticate the records of ___the City of Tallahassee___ I have provided
(Company or Business)

the following records to the United States for the case of ___United States vs. Burnette___ ,

Case No. ___4:18cr76___ .

List of records provided:

___City Commission meeting summary 4/24/13___

___City Commission agenda item 13.04 for 4/24/13___

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

___James O. Cooke, IV___

___City Treasurer-Clerk___

___300 S. Adams St. Box A31___

___Tallahassee, FL 32301___



___James O. Cooke___
Name and Signature

___12/20/2019___
Date

GOVERNMENT
EXHIBIT
89

DOJ-1232908



## SUMMARY

### April 24, 2013

The City Commission met in regular session at 4:05 pm in the City Hall Commission Chambers with Commissioners Marks, Miller, Ziffer, Gillum, and Maddox present. Also present were City Manager Thompson, City Attorney Shelley, and City Treasurer-Clerk Cooke. The following action was taken:

### MOMENT OF SILENCE

Mayor Marks requested a moment of silence for the victims of the Boston Marathon bombing on April 15, 2013 and victims of the explosion of West Fertilizer Co. fertilizer plant located in the town of West, Texas on April 17, 2013.

### AGENDA MODIFICATIONS

There were no agenda modifications.

### PRESENTATIONS

**Item 5.01 -** Presentation of the American Planning Association's National Planning Excellence Award for Transportation to StarMetro for the Nova2010 Route Decentralization Project. *(Brought forward by Commissioner Miller)*

Commissioner Miller presented the American Planning Association's National Planning Excellences award to Mr. Ivan Maldonado, Director, StarMetro, along with staff.

Mr. Maldonado expressed his appreciation and the accepted the award with thanks.

Mayor Marks recognized Mr. Ivan Maldonado as the new Director of StarMetro.

### CITIZENS INPUT ON AGENDA ITEMS

There were no speakers.

### CONSENT

**Items 9.01 – 9.03 –** Voted 5-0 to approve staff's recommendation presented on Consent Agenda Items 9.01 through 9.03 taking the following action:

**Item 9.01 -** Appointed Citizens to the Tallahassee Housing Authority. *(Recommended by the Mayor's Office)*

Board members, Ms. Chuvala Snell-Brown and Ms. Jeanne Kimball recently resigned and staff recommended the appointments of Ms. Iranetta Williams to replace Ms. Chuvala Snell-Brown and Mr. Darryl Jones to replace Ms. Jeanne Kimball. Their terms will expire in April 2017.

DOJ-1232910

**Item 9.02** – Appointed a citizen to the Downtown Improvement Authority. *(Recommended by the Mayor's Office)*

Downtown Improvement Authority member Mr. Richard McAllister recently resigned in November, 2012 and staff has recommended the appointment of Ms. Patsy Pagan to complete of the unexpired portion of Mr. McAllister's term, which expires in June, 2014. At the conclusion of this partial term, Ms. Pagan is eligible to be reappointed.

**Item 9.03 -** Approved the minutes of the specified meetings. *(Recommended by the Treasurer-Clerk)*

> January 28, 2011 – Special Meeting (Annual Retreat)
> July 11, 2011 – Second Budget Workshop
> August 31, 2011 – Regular Meeting
> September 7, 2011 – Regular Meeting
> September 21, 2011 – Regular Meeting
> October 12, 2011 – Regular Meeting
> October 26, 2011 – Regular Meeting
> November 9, 2011 – Regular Meeting
> November 22, 2011 – Regular Meeting
> December 2, 2011 – Special Meeting
> December 7, 2011 – Regular Meeting
> December 14, 2011 – Regular Meeting

## INTRODUCTION OF ORDINANCES

**Item 12.01 -** Introduced Ordinance No. 13-O-17, Adopting Comprehensive Plan Amendments, Cycle 2013-1. Staff's recommendation was to introduce the ordinance and to set the public hearing for 6pm on May 28, 2013 at the Joint City/County Comprehensive Plan Public Hearing in the County Commission Chambers in the Leon County Courthouse. *(Recommended by Legal)*

City Attorney Shelley read the title of the ordinance into the record.

On April 9, 2013, the City Commission and Leon County Board of County Commissioners, acting jointly, approved 7 map amendments and 2 text amendments to the Tallahassee-Leon County 2030 Comprehensive Plan for transmittal to the Florida Department of Community Affairs (DCA) as follows:

| Amendment | Plan Element Amended |
|-----------|---------------------|
| PCM130101 | Future Land Use Map |
| PCM130102 | Future Land Use Map |
| PCM130104 | Future Land Use Map |
| PCM130105 | Future Land Use Map |
| PCM130106 | Future Land Use Map |
| PCM130107 | Future Land Use Map |
| PCM130108 | Future Land Use Map |
| PCT130109 | Conservation Element |
| PCT130110 | Glossary |

DOJ-1232911

The public hearing date was set as stated herein.

## POLICY FORMATION AND DIRECTION

**Item 13.01-** Voted 5-0 to approve the joint City-County agreement with the Oasis Center for Women and Girls, Inc. for administrative support to the Tallahassee-Leon County Commission on the Status of Women and Girls and approved the following appointments to said Commission:

| Appointer | Appointee | Term Expires |
|---|---|---|
| Mayor Marks | Jessica Lowe Minor | 4/31/2014 |
| Commissioner Miller | Mildred R. Hall | 4/31/2015 |
| Commissioner Gillum | Julie Moreno | 4/31/2014 |
| Commissioner Maddox | Paige Carter Smith | 4/31/2015 |
| Commissioner Ziffer | Gail Stansberry Ziffer | 4/31/2015 |
| City Commission | Jennifer Kilinski | 4/31/2015 |
| City Commission | Nina Ashenafi Richardson | 4/31/2015 |

Commissioner Gillum noted that he recommended Ms. Elisa Crowell for one of the remaining positions on the Commission.

Commissioner Miller introduced Ms. Robin Thompson, Chair of the Commission on the Status of Women and Girls, and Ms. Haley Cutler, Executive Director, Oasis Center.

Commissioner Maddox departed the meeting at 4:35 p.m. and did not return.

**Item 13.02 –** Was the presentation on the Change for Change program. *(Presented by the City Manager's Office)*

At the request of the Quality of Life Target Issue Committee, the City recently launched a public awareness campaign, in partnership with the community, to increase participation in the Change for Change program. This initiative allows city utility customers to make a monthly donation on their utility bill to help address homelessness. It was noted that there are more than 550 homeless children in Tallahassee and the campaign focuses on the needs of families and children, with a goal of doubling the number of participants in the Change for Change program and doubling the amount of annual contributions.

Ms. Michelle Bono, Assistant to the City Manager, presented a video and answered the Commission's questions relative to this item.

Ms. Bono introduced Ms. Carrie Poole, newly-hired Public Information Specialist, Communications Department.

This items was for informational purposes only, no action was required.

**Item 13.03 –** Voted 4-0 (Commissioner Maddox absent) to approve the 2030 Master Sewer Plan amendment to include additional unsewered areas in unincorporated area as requested by the Leon County Board of County Commissioners. *(Recommended by Underground Utilities)*

DOJ-1232912

This action is in response to Leon County's Board of County Commissioners (BOCC) approval of the Master Plan contingent upon the City amending the plan to include the following additional unsewered areas: Northwest Leon County (Talquin water area), the Avondale Subdivision, and the Plantation Estates Subdivision. These areas are located in unincorporated Leon County and were not included in the original Master Plan approved by the City Commission. The BOCC contingent approval indicated the City would utilize the information and cost estimates prepared by Leon County staff as the basis for the amendment to the plan. The City will amend its 2030 Master Sewer Plan by including the BOCC's analysis as an addendum to the original document.

Mr. Blas Gomez, Director, Water Resources Engineering, Underground Utilities, was available to answer questions relative to this item, but was not called to speak.

**Item 13.04** – Voted 4-0 (Commissioner Maddox absent) to authorize the City Manager to execute a 2-year extension to the option agreement with McKibbon Hotel Group subject to the terms and conditions as detailed below. *(Recommended by Economic & Community Development)*

On March 26, 2008 the City Commission approved a 3-year option agreement for sale and purchase with the McKibbon Hotel Group Inc. (MHG) to purchase the .63 acre parcel on the southwest corner of the intersection of Tennessee and Monroe Streets. The agreement allowed MHG to purchase the parcel for $1,303,448 and MHG paid a $130,345 deposit which could be applied toward the purchase price of said property. On April 27, 2011 the City Commission granted a 2-year extension of the agreement, expiring on April 30, 2013. MHG requested a second 2-year extension of the agreement to extend the deadline to April 30, 2015. The developer has indicated that Downtown real estate conditions do not support the original development concept for the parcel which was a 90,000 square-foot Class A office building. MHG is requesting additional time to explore alternative development options such as a second hotel on the subject parcel. Any change in land use for this parcel will require an amendment to the Urban Planned Unit Development (UPUD) which was approved in 2006. Staff supported the 2-year extension request with the proviso that milestones be included in the agreement which will require the developer demonstrate that they are actively pursuing the necessary development approvals during the extension period.

Mr. Michael Parker, Director, Economic & Community Development, answered the Commission's questions relative to this item.

Commissioner Gillum inquired about the modified criteria and also inquired if there were any additional monetary payments expected to the City for the continued reservation of the land.

Mr. Parker reviewed the following modification to the terms and conditions:

- The $130,345 deposit may be applied towards the purchase price of the property if MHG meets the terms of the Option Agreement, However, if the MHG does not meet the Option Agreement terms, including the performance milestones, the deposit will be retained by the City;
- MHG will continue to lease the surface parking on parcel A during the term of the option agreement, with lease payments being remitted to the City; and
- The option agreement will contain milestones which will require MHG to:

DOJ-1232913

- ○ If there is a revision to the proposed use and/or design on the parcel which requires an amendment to the UPUD, then MHG must file for said amendment within 90 days of the execution of the option agreement extension;
- ○ All construction plans for the project must be completed and submitted to the City within 270 days of the execution of the option agreement extension; and
- ○ A Development Agreement for the construction of the parking garage must be executed between MHG and the Community Redevelopment Agency (CRA) within 270 days of the execution of the option agreement extension.

A lengthy discussion ensued.

**Item 13.05 –** Voted 4-0 (Commissioner Maddox absent) to approve the 2012 Transit Development Plan Minor Update, which will allow the City's transit system to continue to provide service to the community and offset the use of City funds. *(Recommended by StarMetro)*

The City of Tallahassee's Transit Development Plan (TDP) has been updated to reflect recent accomplishments and progress on new projects for the next 5 years.  The TDP was adopted on May 11, 2011, and is required to be updated each year in order to continue to receive State operating funding assistance.  Staff continues to maintain tasks completed since the TDP was adopted and initiates and/or completes the remaining tasks listed under the recommendations section of the plan.  Approval of the 2013 Transit Development Plan Minor Update not only provides direction of development for the transit system; it is also required by the Florida Department of Transportation (FDOT) in order to receive the estimated $1,193,982 in FY2014 FDOT Block Grant funds.  The assistance given by FDOT is one of the larger amounts of reoccurring annual funding sources, which helps offset the use of local tax dollars and enables the City to continue to provide vital transit services to the community.

Mr. Brian Waterman, Transportation Manager, StarMetro, presented a PowerPoint presentation regarding the minor changes to the City's transit system and answered the Commission's questions relative to this agenda item.

## RETIREMENT OF PROCUREMENT DIRECTOR

Mr. Raoul Lavin, Director, Management & Administration, recognized Ms. Cathy Davis, Procurement Director, who is retiring after 25 years of service to the City of Tallahassee.

## UNAGENDAED BUSINESS/SPEAKERS

Dr. Erwin Jackson, 1341 Jackson Bluff Road, appeared before the Commission to continue his allegations against Mayor Marks. Dr. Jackson presented a letter that he received from the Florida Bar Association notifying him that a formal investigation has been opened by the Bar in regards to his complaints relative to Mayor Marks.

Dr. Ed Holifield, 4032 Long Leaf Court, appeared before the Commission in regards to a Baby Friendly initiative with a focus on breast feeding.

Mayor Marks suggested that this topic be referred to the Commission on the Status of Women and Girls for consideration.

DOJ-1232914

## CITY COMMISSION INFORMATION AND SHARING OF IDEAS

Commissioner Ziffer shared with the Commission that he, along with his wife, will be the Emcees for the *HOPE Community* fundraiser in an effort to raise awareness of the Change for Change program. Commissioner Ziffer encouraged the public to attend the event.

Commissioner Gillum inquired about the availability of building inspections during weekend to allow roofing contractors to work over the weekend and to obtain inspections without having to wait until Monday. Mr. Jay Townsend, Assistant City Manager, noted that contractors can currently call in advance to schedule an inspector to conduct a weekend inspection and ACM Townsend noted that there was a fee associated with after-hours requests of this nature.

Mayor Marks expressed concern with persons who use leaf blowers or other equipment who dispose of leaves or other yard waste materials into the street and or storm drains. Mayor Marks expressed that such conduct was detrimental to the stormwater system and facilities.

Commissioner Ziffer thanked City Treasurer-Clerk Cooke, City Attorney Shelley, Assistant City Manager Townsend, and Asst. City Attorney Louis Norvell, and others for calling into WFSU public radio to make contributions to support said service. The Commissioners noted they were at FSU to answer phone calls and to participate in the telethon to raise funds for said organization.

Commissioner Miller announced the next Community Budget Town Hall Meeting would be held on Thursday, April 25, 2013 at Good Shepard Catholic Church located at 4665 Thomasville Road from 6- 7:30pm.

Commissioner Miller also commented about the completion of number of City projects including the opening of Franklin Boulevard, Mahan Drive, and the Phase II of Gaines Street.

## ADJOURNMENT

There being no further business to discuss, the meeting adjourned at 5:29pm.

*JAMES O. COOKE, IV*
City Treasurer-Clerk

DOJ-1232915

STATE OF FLORIDA,

COUNTY OF LEON,

I, James O. Cooke, IV, City Treasurer-Clerk of the City of Tallahassee, Florida, hereby

certify that the enclosed constitutes a true and correct copy of the April 24, 2013 Tallahassee

City Commission Meeting Summary as the same appears on file among records of the City of

Tallahassee.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the official seal

of the City of Tallahassee, Florida, this 11th day of February, 2021, A.D.



_____
James O. Cooke, IV
City Treasurer-Clerk

**GOVERNMENT EXHIBIT 91(a)**

## SUMMARY

## April 24, 2013

The City Commission met in regular session at 4:05 pm in the City Hall Commission Chambers with Commissioners Marks, Miller, Ziffer, Gillum, and Maddox present. Also present were City Manager Thompson, City Attorney Shelley, and City Treasurer-Clerk Cooke. The following action was taken:

## MOMENT OF SILENCE

Mayor Marks requested a moment of silence for the victims of the Boston Marathon bombing on April 15, 2013 and victims of the explosion of West Fertilizer Co. fertilizer plant located in the town of West, Texas on April 17, 2013.

## AGENDA MODIFICATIONS

There were no agenda modifications.

## PRESENTATIONS

**Item 5.01 -** Presentation of the American Planning Association's National Planning Excellence Award for Transportation to StarMetro for the Nova2010 Route Decentralization Project. *(Brought forward by Commissioner Miller)*

Commissioner Miller presented the American Planning Association's National Planning Excellences award to Mr. Ivan Maldonado, Director, StarMetro, along with staff.

Mr. Maldonado expressed his appreciation and the accepted the award with thanks.

Mayor Marks recognized Mr. Ivan Maldonado as the new Director of StarMetro.

## CITIZENS INPUT ON AGENDA ITEMS

There were no speakers.

## CONSENT

**Items 9.01 – 9.03 –** Voted 5-0 to approve staff's recommendation presented on Consent Agenda Items 9.01 through 9.03 taking the following action:

> **Item 9.01 -** Appointed Citizens to the Tallahassee Housing Authority. *(Recommended by the Mayor's Office)*
>
> Board members, Ms. Chuvala Snell-Brown and Ms. Jeanne Kimball recently resigned and staff recommended the appointments of Ms. Iranetta Williams to replace Ms. Chuvala Snell-Brown and Mr. Darryl Jones to replace Ms. Jeanne Kimball. Their terms will expire in April 2017.

DOJ_0001249421

**Item 9.02** – Appointed a citizen to the Downtown Improvement Authority. *(Recommended by the Mayor's Office)*

Downtown Improvement Authority member Mr. Richard McAllister recently resigned in November, 2012 and staff has recommended the appointment of Ms. Patsy Pagan to complete of the unexpired portion of Mr. McAllister's term, which expires in June, 2014.  At the conclusion of this partial term, Ms. Pagan is eligible to be reappointed.

**Item 9.03** - Approved the minutes of the specified meetings.  *(Recommended by the Treasurer-Clerk)*

> January 28, 2011 – Special Meeting (Annual Retreat)
> July 11, 2011 – Second Budget Workshop
> August 31, 2011 – Regular Meeting
> September 7, 2011 – Regular Meeting
> September 21, 2011 – Regular Meeting
> October 12, 2011 – Regular Meeting
> October 26, 2011 – Regular Meeting
> November 9, 2011 – Regular Meeting
> November 22, 2011 – Regular Meeting
> December 2, 2011 – Special Meeting
> December 7, 2011 – Regular Meeting
> December 14, 2011 – Regular Meeting

## INTRODUCTION OF ORDINANCES

**Item 12.01** - Introduced Ordinance No. 13-O-17, Adopting Comprehensive Plan Amendments, Cycle 2013-1. Staff's recommendation was to introduce the ordinance and to set the public hearing for 6pm on May 28, 2013 at the Joint City/County Comprehensive Plan Public Hearing in the County Commission Chambers in the Leon County Courthouse.   *(Recommended by Legal)*

City Attorney Shelley read the title of the ordinance into the record.

On April 9, 2013, the City Commission and Leon County Board of County Commissioners, acting jointly, approved 7 map amendments and 2 text amendments to the Tallahassee-Leon County 2030 Comprehensive Plan for transmittal to the Florida Department of Community Affairs (DCA) as follows:

| Amendment | Plan Element Amended |
|-----------|---------------------|
| PCM130101 | Future Land Use Map |
| PCM130102 | Future Land Use Map |
| PCM130104 | Future Land Use Map |
| PCM130105 | Future Land Use Map |
| PCM130106 | Future Land Use Map |
| PCM130107 | Future Land Use Map |
| PCM130108 | Future Land Use Map |
| PCT130109 | Conservation Element |
| PCT130110 | Glossary |

DOJ_0001249422

The public hearing date was set as stated herein.

## POLICY FORMATION AND DIRECTION

**Item 13.01-** Voted 5-0 to approve the joint City-County agreement with the Oasis Center for Women and Girls, Inc. for administrative support to the Tallahassee-Leon County Commission on the Status of Women and Girls and approved the following appointments to said Commission:

| Appointer | Appointee | Term Expires |
|-----------|-----------|--------------|
| Mayor Marks | Jessica Lowe Minor | 4/31/2014 |
| Commissioner Miller | Mildred R. Hall | 4/31/2015 |
| Commissioner Gillum | Julie Moreno | 4/31/2014 |
| Commissioner Maddox | Paige Carter Smith | 4/31/2015 |
| Commissioner Ziffer | Gail Stansberry Ziffer | 4/31/2015 |
| City Commission | Jennifer Kilinski | 4/31/2014 |
| City Commission | Nina Ashenafi Richardson | 4/31/2015 |

Commissioner Gillum noted that he recommended Ms. Elisa Crowell for one of the remaining positions on the Commission.

Commissioner Miller introduced Ms. Robin Thompson, Chair of the Commission on the Status of Women and Girls, and Ms. Haley Cutler, Executive Director, Oasis Center.

Commissioner Maddox departed the meeting at 4:35 p.m. and did not return.

**Item 13.02 –** Was the presentation on the Change for Change program. *(Presented by the City Manager's Office)*

At the request of the Quality of Life Target Issue Committee, the City recently launched a public awareness campaign, in partnership with the community, to increase participation in the Change for Change program.  This initiative allows city utility customers to make a monthly donation on their utility bill to help address homelessness.  It was noted that there are more than 550 homeless children in Tallahassee and the campaign focuses on the needs of families and children, with a goal of doubling the number of participants in the Change for Change program and doubling the amount of annual contributions.

Ms. Michelle Bono, Assistant to the City Manager, presented a video and answered the Commission's questions relative to this item.

Ms. Bono introduced Ms. Carrie Poole, newly-hired Public Information Specialist, Communications Department.

This items was for informational purposes only, no action was required.

**Item 13.03 –** Voted 4-0 (Commissioner Maddox absent) to approve the 2030 Master Sewer Plan amendment to include additional unsewered areas in unincorporated area as requested by the Leon County Board of County Commissioners.  *(Recommended by Underground Utilities)*

DOJ_0001249423

This action is in response to Leon County's Board of County Commissioners (BOCC) approval of the Master Plan contingent upon the City amending the plan to include the following additional unsewered areas: Northwest Leon County (Talquin water area), the Avondale Subdivision, and the Plantation Estates Subdivision. These areas are located in unincorporated Leon County and were not included in the original Master Plan approved by the City Commission. The BOCC contingent approval indicated the City would utilize the information and cost estimates prepared by Leon County staff as the basis for the amendment to the plan. The City will amend its 2030 Master Sewer Plan by including the BOCC's analysis as an addendum to the original document.

Mr. Blas Gomez, Director, Water Resources Engineering, Underground Utilities, was available to answer questions relative to this item, but was not called to speak.

**Item 13.04 –** Voted 4-0 (Commissioner Maddox absent) to authorize the City Manager to execute a 2-year extension to the option agreement with McKibbon Hotel Group subject to the terms and conditions as detailed below. *(Recommended by Economic & Community Development)*

On March 26, 2008 the City Commission approved a 3-year option agreement for sale and purchase with the McKibbon Hotel Group Inc. (MHG) to purchase the .63 acre parcel on the southwest corner of the intersection of Tennessee and Monroe Streets. The agreement allowed MHG to purchase the parcel for $1,303,448 and MHG paid a $130,345 deposit which could be applied toward the purchase price of said property. On April 27, 2011 the City Commission granted a 2-year extension of the agreement, expiring on April 30, 2013. MHG requested a second 2-year extension of the agreement to extend the deadline to April 30, 2015. The developer has indicated that Downtown real estate conditions do not support the original development concept for the parcel which was a 90,000 square-foot Class A office building. MHG is requesting additional time to explore alternative development options such as a second hotel on the subject parcel. Any change in land use for this parcel will require an amendment to the Urban Planned Unit Development (UPUD) which was approved in 2006. Staff supported the 2-year extension request with the proviso that milestones be included in the agreement which will require the developer demonstrate that they are actively pursuing the necessary development approvals during the extension period.

Mr. Michael Parker, Director, Economic & Community Development, answered the Commission's questions relative to this item.

Commissioner Gillum inquired about the modified criteria and also inquired if there were any additional monetary payments expected to the City for the continued reservation of the land.

Mr. Parker reviewed the following modification to the terms and conditions:

- The $130,345 deposit may be applied towards the purchase price of the property if MHG meets the terms of the Option Agreement, However, if the MHG does not meet the Option Agreement terms, including the performance milestones, the deposit will be retained by the City;
- MHG will continue to lease the surface parking on parcel A during the term of the option agreement, with lease payments being remitted to the City; and
- The option agreement will contain milestones which will require MHG to:

DOJ_0001249424

- o If there is a revision to the proposed use and/or design on the parcel which requires an amendment to the UPUD, then MHG must file for said amendment within 90 days of the execution of the option agreement extension;
- o All construction plans for the project must be completed and submitted to the City within 270 days of the execution of the option agreement extension; and
- o A Development Agreement for the construction of the parking garage must be executed between MHG and the Community Redevelopment Agency (CRA) within 270 days of the execution of the option agreement extension.

A lengthy discussion ensued.

**Item 13.05 –** Voted 4-0 (Commissioner Maddox absent) to approve the 2012 Transit Development Plan Minor Update, which will allow the City's transit system to continue to provide service to the community and offset the use of City funds. *(Recommended by StarMetro)*

The City of Tallahassee's Transit Development Plan (TDP) has been updated to reflect recent accomplishments and progress on new projects for the next 5 years. The TDP was adopted on May 11, 2011, and is required to be updated each year in order to continue to receive State operating funding assistance. Staff continues to maintain tasks completed since the TDP was adopted and initiates and/or completes the remaining tasks listed under the recommendations section of the plan. Approval of the 2013 Transit Development Plan Minor Update not only provides direction of development for the transit system; it is also required by the Florida Department of Transportation (FDOT) in order to receive the estimated $1,193,982 in FY2014 FDOT Block Grant funds. The assistance given by FDOT is one of the larger amounts of reoccurring annual funding sources, which helps offset the use of local tax dollars and enables the City to continue to provide vital transit services to the community.

Mr. Brian Waterman, Transportation Manager, StarMetro, presented a PowerPoint presentation regarding the minor changes to the City's transit system and answered the Commission's questions relative to this agenda item.

## RETIREMENT OF PROCUREMENT DIRECTOR

Mr. Raoul Lavin, Director, Management & Administration, recognized Ms. Cathy Davis, Procurement Director, who is retiring after 25 years of service to the City of Tallahassee.

## UNAGENDAED BUSINESS/SPEAKERS

Dr. Erwin Jackson, 1341 Jackson Bluff Road, appeared before the Commission to continue his allegations against Mayor Marks. Dr. Jackson presented a letter that he received from the Florida Bar Association notifying him that a formal investigation has been opened by the Bar in regards to his complaints relative to Mayor Marks.

Dr. Ed Holifield, 4032 Long Leaf Court, appeared before the Commission in regards to a Baby Friendly initiative with a focus on breast feeding.

Mayor Marks suggested that this topic be referred to the Commission on the Status of Women and Girls for consideration.

DOJ_0001249425

## CITY COMMISSION INFORMATION AND SHARING OF IDEAS

Commissioner Ziffer shared with the Commission that he, along with his wife, will be the Emcees for the *HOPE Community* fundraiser in an effort to raise awareness of the Change for Change program.  Commissioner Ziffer encouraged the public to attend the event.

Commissioner Gillum inquired about the availability of building inspections during weekend to allow roofing contractors to work over the weekend and to obtain inspections without having to wait until Monday.  Mr. Jay Townsend, Assistant City Manager, noted that contractors can currently call in advance to schedule an inspector to conduct a weekend inspection and ACM Townsend noted that there was a fee associated with after-hours requests of this nature.

Mayor Marks expressed concern with persons who use leaf blowers or other equipment who dispose of leaves or other yard waste materials into the street and or storm drains.  Mayor Marks expressed that such conduct was detrimental to the stormwater system and facilities.

Commissioner Ziffer thanked City Treasurer-Clerk Cooke, City Attorney Shelley, Assistant City Manager Townsend, and Asst. City Attorney Louis Norvell, and others for calling into WFSU public radio to make contributions to support said service.  The Commissioners noted they were at FSU to answer phone calls and to participate in the telethon to raise funds for said organization.

Commissioner Miller announced the next Community Budget Town Hall Meeting would be held on Thursday, April 25, 2013 at Good Shepard Catholic Church located at 4665 Thomasville Road from 6- 7:30pm.

Commissioner Miller also commented about the completion of number of City projects including the opening of Franklin Boulevard, Mahan Drive, and the Phase II of Gaines Street.

## ADJOUNMENT

There being no further business to discuss, the meeting adjourned at 5:29pm.

*JAMES O. COOKE, IV*
City Treasurer-Clerk

DOJ_0001249426

## REGULAR MEETING

**Tallahassee, Florida**
**April 24, 2013**

The City Commission met in regular session on April 24, 2013, in the City Hall Commission Chambers, with Commissioners Marks, Miller, Ziffer, Gillum, and Maddox present. Also present were City Manager Thompson, City Attorney Shelley, and City Treasurer-Clerk Cooke.

Mayor Marks called the meeting to order at 4:05pm.

## MOMENT OF SILENCE

Mayor Marks requested a moment of silence for the victims of the Boston Marathon bombing on April 15, 2013 and victims of the explosion of the West Fertilizer Co. fertilizer plant located in the town of West, Texas on April 17, 2013.

City Manager Thompson offered the invocation and City Treasurer-Clerk Cooke led in the Pledge of Allegiance.

## AGENDA MODIFICATIONS

There were no agenda modifications.

## PRESENTATIONS

## AMERICAN PLANNING ASSOCIATION'S NATIONAL PLANNING EXCELLENCE AWARD FOR TRANSPORTATION

**Item 5.01** was the presentation of the American Planning Association's National Planning Excellence Award for Transportation to StarMetro for the Nova2010 Route Decentralization Project. *(Brought forward by Commissioner Miller)*

Commissioner Miller was joined at the podium by Mr. Ivan Maldonado, Director, StarMetro; Mr. Brian Waterman, Transit Planning Manager; and other StarMetro staff. Commissioner Miller noted that she attended the American Planning Association's National Planning Conference in Chicago, Illinois on April 16, 2013 at which StarMetro was selected to receive the American Planning Association's National Planning Excellence Award for the Nova2010 Route Decentralization Project. Commissioner Miller noted that only one award for each category is awarded each year to a local, regional, or state transportation project that exemplifies good planning in transportation.

Commissioner Miller presented the award to Director Maldonado, Mr. Waterman, and StarMetro staff and she commended the department for its hard work.

Mr. Maldonado expressed his appreciation and the accepted the award with thanks.

DOJ_0001249427

Mayor Marks commended the StarMetro staff and recognized Mr. Ivan Maldonado as the newly-appointed Director of StarMetro, replacing former director Ron Garrison.

## CITIZENS INPUT ON AGENDA ITEMS

Mayor Marks inquired if anyone desired to address the Commission in regards to items on the published agenda, and no one appeared.  There were no speakers.

## ANNOUNCEMENTS

Commissioner Maddox announced that due to travel to Miami, Florida for a board meeting he would depart early from the meeting.

## CONSENT

Commissioner Ziffer **moved to approve staff's recommendation presented in Items 9.01 – 9.03 of the Consent Agenda.**  Commissioner Miller seconded the motion and **the vote was unanimous in favor thereof, taking the following action:**

**Item 9.01 -** Appointed Ms. Iranetta Williams and Mr. Darryl Jones to the Tallahassee Housing Authority; terms to expire in April, 2017.  *(Recommended by the Mayor's Office)*

Ms. Williams replaces Ms. Chuvala Snell-Brown and Mr. Jones replaces Ms. Jeanne Kimball, who both recently resigned.

**Item 9.02 –** Appointed Ms. Patsy Pagan to the Downtown Improvement Authority to complete of the unexpired portion of the term of Mr. Richard McAllister who resigned in November, 2012.  *(Recommended by the Mayor's Office)*

Ms. Pagan's term will expire in June, 2014.  At the conclusion of this partial term, Ms. Pagan will be eligible for reappointment.

**Item 9.03 -** Approved the minutes of the specified meetings.  *(Recommended by the Treasurer-Clerk)*

> January 28, 2011 – Special Meeting (Annual Retreat)
> July 11, 2011 – Second Budget Workshop
> August 31, 2011 – Regular Meeting
> September 7, 2011 – Regular Meeting
> September 21, 2011 – Regular Meeting
> October 12, 2011 – Regular Meeting
> October 26, 2011 – Regular Meeting
> November 9, 2011 – Regular Meeting
> November 22, 2011 – Regular Meeting
> December 2, 2011 – Special Meeting (FSU Student Gov't)
> December 7, 2011 – Regular Meeting
> December 14, 2011 – Regular Meeting

DOJ_0001249428

## INTRODUCTION OF ORDINANCES

### ORDINANCE NO. 13-O-17

**AN ORDINANCE OF THE CITY OF TALLAHASSEE ADOPTING  AMENDMENTS TO THE 2030 TALLAHASSEE/LEON COUNTY  COMPREHENSIVE PLAN; PROVIDING FOR SEVERABILITY AND  CONFLICTS; AND PROVIDING AN EFFECTIVE DATE.**

**Item 12.01** was the introduction of Ordinance No. 13-O-17, Adopting Comprehensive Plan Amendments, Cycle 2013-1. Staff's recommendation was to introduce the ordinance and to set the public hearing for 6pm on May 28, 2013 at the Joint City/County Comprehensive Plan Public Hearing in the County Commission Chambers in the Leon County Courthouse. *(Recommended by the Legal Office)*

City Attorney Shelley read the title of the ordinance into the record.

On April 9, 2013, the City Commission and Leon County Board of County Commissioners, acting jointly, approved 7 map amendments and 2 text amendments to the Tallahassee-Leon County 2030 Comprehensive Plan for transmittal to the Florida Department of Community Affairs (DCA) as follows:

| Amendment | Plan Element Amended |
|---|---|
| PCM130101 | Future Land Use Map |
| PCM130102 | Future Land Use Map |
| PCM130104 | Future Land Use Map |
| PCM130105 | Future Land Use Map |
| PCM130106 | Future Land Use Map |
| PCM130107 | Future Land Use Map |
| PCM130108 | Future Land Use Map |
| PCT130109 | Conservation Element |
| PCT130110 | Glossary |

Mayor Marks introduced Ordinance No. 13-O-17 and set the public hearing date as stated herein.

## POLICY FORMATION AND DIRECTION

### OASIS CENTER FOR WOMEN AND GIRLS, INC.

**Item 13.01** was a discussion of the Joint City/County Agreement with the Oasis Center for Women and Girls, Inc. for administrative support to the Tallahassee-Leon County Commission on the Status of Women and Girls and consideration of appointments to the Committee. *(Brought forward by the City Manager's Office)*

City Manager Thompson noted that on September 14, 2010, Leon County created the Leon County Commission on the Status of Women and Girls. The Committee recently

DOJ_0001249429

approached the City with a request that the City of Tallahassee join with Leon County and the Oasis Center to create the Joint Tallahassee-Leon County Commission on the Status of Women and Girls (Committee). As such, the City Commission approved funding in the amount of $20,000 to support the Committee at its February 13, 2013 meeting.

The City Commissioners previously notified the City Manager of their individual appointments and asked the City Manager to recommend two appointees for the two remaining seats that help ensure age and racial diversity.

Commissioner Gillum **moved to approve the joint City-County agreement with the Oasis Center for Women and Girls, Inc. for administrative support to the Tallahassee-Leon County Commission on the Status of Women and Girls and approved the following appointments to said Commission:**

| Appointer | Appointee | Term Expires |
|---|---|---|
| Mayor Marks | Jessica Lowe Minor | 4/31/2014 |
| Commissioner Miller | Mildred R. Hall | 4/31/2015 |
| Commissioner Gillum | Julie Moreno | 4/31/2014 |
| Commissioner Maddox | Paige Carter Smith | 4/31/2015 |
| Commissioner Ziffer | Gail Stansberry Ziffer | 4/31/2015 |
| City Commission | Jennifer Kilinski | 4/31/2014 |
| City Commission | Judge Nina Ashenafi Richardson | 4/31/2015 |

The motion was seconded by Commissioner Miller.

Commissioner Gillum noted he recommended Ms. Elisa Crowell for one of the remaining positions, but noted that she was not selected. Commissioner Miller recommended Ms. Jennifer Kilinski for one of the remaining positions and Commissioner Maddox recommended Judge Nina Ashenafi Richardson.

Each of the Commissioners announced their respective appointee and recognized those who were present in the audience.

**The vote was unanimous in favor thereof.**

Commissioner Miller introduced Ms. Robin Thompson, Chairperson of the Commission on the Status of Women and Girls, and Ms. Haley Cutler, Executive Director, Oasis Center for Women and Girls, Inc.

Commissioner Maddox departed the meeting at 4:35pm and did not return.

## CHANGE FOR CHANGE PROGRAM

**Item 13.02** was the presentation on the Change for Change program. *(Presented by the City Manager's Office)*

City Manager Thompson noted that at the request of the Quality of Life Target Issue Committee, the City recently launched a public awareness campaign to increase participation in

DOJ_0001249430

the Change for Change program. This initiative allows City utility customers to include a monthly donation along with their utility bill payment to help address homelessness. It was noted that there are more than 550 homeless children in Tallahassee and the Change of Change campaign will focus on the needs of families and children. Ms. Michelle Bono, Assistant to the City Manager, stated a goal of doubling the number of participants in the Change for Change program and doubling the amount of annual contributions was established.

Ms. Bono commented about the estimated 550 homeless children in the community and noted that the Leon County School Board reported that there are homeless children in every school in Leon County. Ms. Bono commented about the HOPE Community, which is a program of the Big Bend Homeless Coalition, Inc. The HOPE Community, located at 2729 West Pensacola Street, is a 6-month transitional housing program that provides a safe and structured living environment for homeless families and individuals. Ms. Bono noted that 80% of the residents who move into the HOPE Community eventually transition into permanent housing.

Ms. Bono recognized Commissioner Gillum - a member of the Quality of Life Target Issue Committee (f/k/a the Health and Human Services Target Issue Committee) - and thanked Commissioner Gillum and Commissioners Marks and Ziffer for their efforts.

Ms. Bono shared an awareness video picturing local homeless children; the video encouraged the public to contribute to the Change for Change program. Ms. Bono presented the Commission with comment cards from the older children who appeared in the video; the cards expressed how the children felt about not having a home.

Commissioner Ziffer commented about older children and noted that some of the older homeless children do not want their peers to know they are homeless. Commissioner Ziffer read the following comment from one of the comment cards:

> *"When my friends talk about their mom not buying them a new shirt or iPhone case, I want to tell them, "Get real! I don't have a home." …..but I don't say anything." (Written by Lilliana, age 14)*

Commissioner Ziffer noted that currently only 2% of utility customers contribute to the program, which currently raises approximately $60,000 annually. Commissioner Ziffer noted that the goal is to double the number of participants in the program and to double the amount of the contributions. Commissioner Ziffer strongly urged the public to participate in the Change for Change program.

Ms. Bono noted that City utility customers will receive a Change for Change enrollment form with their April utility bill. Once completed, the form can be mailed back with customers' utility payment. She also noted that customers can also enroll in the program via the Talgov.com website. Ms. Bono indicated enrollees will see their monthly Change for Change pledge listed on each month's bill. Ms. Bono noted that all Change for Change contributions are tax deductible.

Ms. Bono noted that the City acts as a conduit by receiving funds on behalf of qualified agencies and that Change for Change funds are distributed to qualified agencies that provide homelessness services through an existing program recognized by the City, County, and the United Way of the Big Bend. Current recipients of Change for Change funding include the Big Bend Homeless Coalition's HOPE Community, Capital Area Community Action Agency, Inc. (CACAA), and America's Second Harvest of the Big Bend food bank.

DOJ_0001249431

Ms. Bono noted that on April 17, 2013 - in partnership with the religious, business, and social service community - the City Commission helped kick-off a 6-week campaign promoting the program.  Ms. Bono noted that since the launch of the campaign, 94 participants have enrolled.

Commissioner Ziffer recognized Ms. Karen Moore, Chair of the Economic Development Council (EDC) and Founder & CEO of Moore Communications Group, who hosted a Change for Change event.  Commissioner Ziffer noted that Moore Communications and its employees had 100% participation in the program.  Commissioner Ziffer added that if participants no longer wish to participate in the program, they can opt out at any time.

Ms. Bono introduced Ms. Carrie Poole, newly-hired Public Information Specialist, Communications Department.  Ms. Poole distributed enrollment forms to those present in the Chambers. Ms. Bono noted that every new utility customer will be asked to participate in the Change for Change program and that a separate promotion will target customers who receive their utility bill electronically via the e-bill / SmartBill program.  Ms. Bono noted that Comcast Cablevision has contributed more than $5,000 worth of programming and public service announcements. Ms. Bono noted that WCTV Channel 6, WTXL Channel 27, and several radio networks have received the public service announcements and have agreed to broadcast them.

Mayor Marks noted that great progress has been made towards addressing homelessness.  Mayor Marks opined that the key to addressing homelessness involved providing permanent housing or housing transition - as indicated by Ms. Susan Pourciau, Executive Director, Big Bend Housing Coalition, Inc.  Mayor Marks noted that he received a call from Mr. Clarence Anthony, Executive Director of the National League of Cities, and was informed that cities were invited to apply for funds for the provision of medical assistance to children and families.   Mayor Marks requested that Ms. Bono contact Mr. Brad Johnson, Aide to the Mayor, to obtain additional details on the League's offerings.

Commissioner Miller expressed that the amount of the contributions and the process to enroll in the program was simple.

Commissioner Gillum commended Ms. Bono and her team for their efforts and also commended Commissioner Ziffer and Mayor Marks for meeting with the public to expand awareness of the program.  Commissioner Gillum shared a story about Ms. Wendy Rodriguez who lost her job.  Ms. Rodriguez has two children in the International Baccalaureate (IB) program at James S. Rickards High School and - upon running out funds and unable to pay for housing - Ms. Rodriguez was fortunate enough to have the opportunity to move into the HOPE Community with her children.  Commissioner Gillum noted he was strong supporter of the HOPE program.

Commissioner Gillum recognized former Commissioner Allan Katz who was an original member of the Tallahassee Equality Action Ministry (TEAM), a now defunct group that initiated the Change of Change program.

This item was for informational purposes only, no action was required.

## 2030 MASTER SEWER PLAN AMENDMENT

DOJ_0001249432

**Item 13.03** was a discussion to approve the 2030 Master Sewer Plan amendment to include additional unsewered areas in unincorporated area, as requested by the Leon County Board of County Commissioners. *(Recommended by Underground Utilities)*

City Manager Thompson noted that on February 24, 2010 the Commission approved the 2030 Master Sewer Plan Update.

City Manager Thompson indicated the requested action was in response to the Leon County Board of County Commissioners' (BOCC) approval of the Master Plan contingent upon the City amending the plan to include the following additional unsewered areas:

Northwest Leon County (Talquin water area);
Avondale subdivision; and
Plantation Estates subdivision.

These 3 areas are located in unincorporated Leon County and were not included in the original Master Plan approved by the City Commission. The BOCC's contingent approval indicated the City would utilize the information and cost estimates prepared by Leon County staff as the basis for the amendment to the plan. The City will amend its 2030 Master Sewer Plan by including the BOCC's analysis as an addendum to the original document.

Mr. Blas Gomez, Director, Water Resources Engineering, Underground Utilities, was available to answer questions relative to this item, but was not called to speak.

Commissioner Ziffer **moved to approve the 2030 Master Sewer Plan amendment to include additional unsewered areas in unincorporated area as requested by the Leon County Board of County Commissioners**; upon second by Commissioner Miller, **the vote was** as follows:

**AYE:** Commissioners Marks, Miller, Ziffer, and Gillum
**NAY:** none
**ABSENT:** Commissioner Maddox

## McKIBBON HOTEL GROUP OPTION AGREEMENT

**Item 13.04** was a discussion of a 2-year extension to the option agreement for sale and purchase with McKibbon Hotel Group. *(Recommended by Economic & Community Development)*

City Manager Thompson noted that on March 26, 2008, the City Commission approved a 3-year option agreement for sale and purchase with the McKibbon Hotel Group Inc. (MHG) to purchase the 0.63 acre parcel on the southwest corner of the intersection of Tennessee and Monroe Streets. The 2008 agreement allowed MHG to purchase said parcel for $1,303,448 and MHG paid a $130,345 deposit which could be applied toward the purchase price of said property. On April 27, 2011 the City Commission granted a 2-year extension of the agreement, extending the expiration date to April 30, 2013.

MHG recently requested an additional 2-year extension of the agreement to extend the deadline to April 30, 2015. MHG has indicated that downtown real estate conditions do not support the original development concept for the parcel which was a 90,000 square-foot Class A

DOJ_0001249433

office building.  MHG is requesting an extension to explore alternative development options such as a second hotel on the subject parcel (the first is the current Aloft Hotel).  Any change in land use for this parcel will require an amendment to the Urban Planned Unit Development (UPUD) which was approved in 2006.  Staff's recommendation supported the 2-year extension request with the proviso that milestones be included in the agreement to require the developer to demonstrate that they are actively pursuing the necessary development approvals during the extension period.

Commissioner Ziffer **moved to authorize the City Manager to execute a 2-year extension to the option agreement with McKibbon Hotel Group subject to the terms and conditions**; the motion was seconded by Commissioner Miller.

Commissioner Gillum inquired about the modified criteria included in the extension agreement and he also inquired if MHG would make any additional monetary payments to the City, noting the City has removed the parcel from sale on the real estate market since 2008.

Mr. Michael Parker, Director, Economic & Community Development, reviewed the following modification to the terms and conditions:

- The initial $130,345 deposit made by MHG in 2008 may be applied towards the purchase price of the property if MHG meets the terms of the Option Agreement.  However, if the MHG does not meet the Option Agreement terms, including the performance milestones, the deposit will be retained by the City;
- MHG will continue to lease the surface parking on parcel A during the term of the Option Agreement, with lease payments being remitted to the City; and
- The Option Agreement will contain milestones which will require MHG to:
  - If there is a revision to the proposed land use and/or design on the parcel which requires a PUD amendment, then MHG must file for said amendment within 90 days of the execution of the Option Agreement extension;
  - All construction plans for the project must be completed and submitted to the City within 270 days of the execution of the Option Agreement extension; and
  - A Development Agreement for the construction of the parking garage must be executed between MHG and the Community Redevelopment Agency (CRA) within 270 days of the execution of the Option Agreement extension.

A lengthy discussion ensued in regards MHG's 2008 deposit of $130,345.  Mr. Parker clarified that if MHG failed to initiate a UPUD change within 90 days, MHG would be expected to continue with its original development concept for the parcel - which was a 90,000 square-foot Class A office building. Mr. Parker also noted that the Commission will make a determination in 90 days as to whether to apply the $130,345 deposit towards the purchase price of the property. City Attorney Shelley interjected that everything was in place in order to enact the recommendation.

Commissioner Gillum noted that he was prepared to support the motion without the modification and reserve the right to negotiate at a later date.  Mr. Parker clarified that staff's modified recommendation (based on the Commission's discussion) was to retain a non-refundable deposit which can be used towards the purchase price of the property - if MHG successfully closes the real estate transaction within the extended Option Agreement period.  A brief discussion continued in this regard.

Commissioner Ziffer noted that he supports the 2-year extension.  However, Commissioner Ziffer indicated that if the developer has not met their benchmark within 9

DOJ_0001249434

months, the $130,345 deposit would be retained by the City.  Commissioner Ziffer noted this would effectively increase the cost of the property to $1.4 million.  Commissioner Gillum clarified that in nine months, MHG can decide that they do not have an alternative plan for the property. Mr. Parker noted that if the developer does not have an alternative plan within nine months, the developer must show that they are making plans to build the originally-approved 90,000 square-foot Class A office building on the site.  Mr. Parker stressed the milestone does not allow the developer to remain idle for 2 years and he further stressed that if the developer does not meet all of the milestones, then the Option Agreement terminates.

Commissioner Gillum expressed concern that the parcel was on a critical corridor that is currently undergoing redevelopment.  Commissioner Gillum expressed concern that the property has been taken off the real estate market for a number of years.  Commissioner Gillum expressed concern that the purchase price of the parcel has not been renegotiated since 2008 and that no updated assessment on the value of the property was conducted.  Commissioner Gillum inquired about what actions MHG must take in 9 months - if MHG does not make changes to the original development plans.  Mr. Parker responded that the developer must initiate a plan approval process, so that building permits can be obtained.

Commissioner Gillum concurred with Commission Ziffer that in 9 months - if MHG has not met the established benchmarks - the Commission will determine at that time if the $130,345 deposit will be retained.  A brief discussion continued in this regard.

Mayor Marks expressed concern with the number of extensions to the Option Agreement and he also expressed concern with the possible development of a second hotel on the site. Mayor Marks opined that if MHG pursued a UPUD amendment, it would likely be for the development of a second hotel.  Mayor Marks noted that the parcel is at a signature roadway intersection in the community and Mayor Marks expressed that the highest and best use of the property should be considered.  Mayor Marks expressed uncertainty that a second hotel was the best use for the site.  Mayor Marks expressed support for the Option Agreement extension; however, he expressed that approval of a UPUD amendment should come back to the Commission for discussion.

Commissioner Miller inquired about parking issues on the site.  Mr. Parker noted that under the current lease agreement, 128 parking spaces are required to be provided to the Aloft Hotel and that 103 parking spaces are currently available on the property.  Mr. Parker noted that if another use is added to Parcel A, an additional 25 parking spaces must be added to the existing surface parking lot.  Mr. Parker reassured the Commission that any new development will be considered in future negotiations and that the developer will be leasing the parking spaces from the Community Redevelopment Agency (CRA).  Mr. Parker added that the Aloft Hotel is currently leasing spaces from the CRA.  Mr. Parker further indicated that these issues will be a part of the funding scenario relative to financing the construction of a parking structure. A brief discussion continued in this regard.

Commissioner Gillum suggested that the original proposals that spurred incentives for redevelopment on the site and the adjoining parcels be reconsidered if there is a proposed change to MHG's originally-approved plans.  Commissioner Gillum noted that portions of the original agreement were attractive, different, and signature for the location.

Commissioner Gillum inquired about the federal funding involved.  Mr. Parker noted that federal funding was originally used to purchase the property. Mr. Parker stated that, originally, a design was being developed that would allow the ground floor to be used for transit buses.

DOJ_0001249435

Concerns were that if it was not used for a transportation purpose, the federal funds would have had to be returned.  In working with the Florida Department of Transportation (FDOT), the federal authorities agreed to that if the fair market value of the property was returned to the StarMetro transit service, StarMetro could utilize those funds for other transportation needs.  Mr. Parker explained that the CRA purchased the parcel for $2.1 million, and StarMetro subsequently received and used the $2.1 million to acquire satellite sites for future transit stations.  Mr. Parker noted that the design for the planned parking structure on the MHG parcel does not include any multi-modal functions.  Mr. Parker indicated the new development for the C.K. Steele transit plaza was not a part of the PUD. The parking structure that is being designed is a 4-story parking structure that will be utilized strictly for parking, along with some interactive uses on the ground floor.

Commissioner Ziffer noted that there will be other opportunities to discuss this issue in the future and that the Commission will have another opportunity to make additional decisions relative thereto.

**The vote was as follows**:

**AYE:** Commissioners Marks, Miller, Ziffer, and Gillum
**NAY:** none
**ABSENT:** Commissioner Maddox

## 2012 TRANSIT DEVELOPMENT PLAN MINOR UPDATE

**Item 13.05** was a discussion to approve the 2013 Transit Development Plan Minor Update. *(Recommended by StarMetro)*

Staff presented an updated Transit Development Plan (TDP) which included amendments to reflect recent accomplishments and progress on new projects for the upcoming 5 years.  The current TDP was adopted on May 11, 2011, and must be updated annually to meet State funding requirements.  Approval of the 2013 Transit Development Plan Minor Update will provide direction for development of the transit system and will satisfy Florida Department of Transportation (FDOT) requirements in order for the City to receive the estimated $1,193,982 in FY2014 FDOT Block Grant funds.

Mr. Brian Waterman, Transportation Manager, StarMetro, presented the following PowerPoint presentation regarding the minor changes to the City's transit system:

### What is a TDP?
- State Required
- Plan for a 10-year multi-modal transportation system
- Major update every 5 years, reports each interim year
- Feeds the regional Long Range Transportation Plan of the MPO and the state transportation improvement program

Mayor Marks inquired if the level of FDOT Block Grant funding was designated at the federal or the state level (and if the City's lobbyists could lobby for more favorable funding).  Mr. Waterman responded that the funding is designated at the state level.  Mr. Waterman further explained that the funding was distributed by the FDOT via a formula based on ridership, mileage, and the size of the transit agency.

DOJ_0001249436

**What is in a TDP annual report?**

- Progress report on what has been done since the last year
- Add, delete, or change items in the TDP
- Must include farebox recovery ratio

Mr. Waterman noted that StarMetro's farebox recovery ratio is one of the best in the state at 30%.  Mr. Waterman attributed this to the partnerships with Florida A&M University (FAMU), Florida State University (FSU), Tallahassee Community College (TCC), and the ridership levels.   Mr. Waterman indicated the typical average for farebox recovery ratio was approximately 15-20%.

**Completed or in progress**

- Alternatives Analysis (AA) consultant selected (the firm HDR was hired)
- Implement service development grant for extended day hours
- Acquire and implement electric buses
- Install very large fans at C.K. Steele Plaza

**Additions and deletions**

- Add Signal Prioritization
- Delete Park and Ride facility

Mr. Waterman noted that there is a desire to upgrade the current traffic operation system from the Opticom™ Infrared-based (IR) system to a GPS-based system.  Mr. Waterman indicated that traffic signal prioritization could be added to the GPS system so that buses running behind schedule could receive green traffic signals to help the buses arrive on-time.  Conversely, red signals could be activated to slow a bus down to bring the bus back on schedule, if needed.  Mr. Waterman indicated StarMetro was working in conjunction with the Fire and Public Works Departments to adopt a traffic signal prioritization system by year 2018.

Mr. Waterman noted that in regards to Park–and-Ride facilities, a proposed facility was anticipated to be constructed in Midway, Florida as part of the Gadsden Express route.  However, the funding for the Midway facility fell through and said facility was deleted from the TDP.  Mr. Waterman stated that StarMetro was unable to acquire the land and the FDOT was not willing to give up right-of-way along U.S. Highway 90.

Commissioner Gillum **moved to approve the 2012 Transit Development Plan Minor Update, which will allow the City's transit system to continue to provide service to the community and offset the use of City funds;** upon second by Commissioner Ziffer, **the vote was as follows:**

**AYE:** Commissioners Marks, Miller, Ziffer, and Gillum
**NAY:** none
**ABSENT:** Commissioner Maddox

Mr. Ivan Maldonado, Director, StarMetro was available to answer questions, but was not called to speak.

DOJ_0001249437

## RETIREMENT OF PROCUREMENT DIRECTOR

Mr. Raoul Lavin, Director, Management & Administration, recognized Ms. Cathy Davis, Procurement Director, who was retiring after 25 years of service to the City of Tallahassee.

The Commission concurred in congratulating Ms. Davis on her retirement and thanked her for her years of service with the City of Tallahassee.

## UNAGENDAED BUSINESS/SPEAKERS

Dr. Erwin Jackson, 1341 Jackson Bluff Road, appeared before the Commission to continue his allegations against Mayor Marks. Dr. Jackson presented a letter he received from the Florida Bar Association indicating that a formal investigation has been opened by the Bar in regards to the Mayor.

Dr. Ed Holifield, M.D., 4032 Long Leaf Court, appeared before the Commission to thank Commissioner Miller for the note he received acknowledging his work in the community.  Dr. Holifield also appeared before the Commission in regards to a baby-friendly initiative with a focus on breastfeeding.  Dr. Holifield noted that black infants in Leon County died at a rate of 53% higher than the Florida average.  Dr. Holifield noted that, in Leon County, black infants die of Sudden Infant Death Syndrome (SIDS) 3.7 times the rate of white infants.  Dr. Holifield noted the numerous benefits of breastfeeding, including the reduction of SIDS. Dr. Holifield expressed dissatisfaction and dismay that Tallahassee Memorial Healthcare hospital provides infant formula to newborns' mothers prior to discharge.  Dr. Holifield indicated such a practice was in violation of the World Health Organization (WHO) code and a UNICEF violation.  Dr. Holifield noted that he has had conversations with Mr. Mark O'Bryant, President & CEO of Tallahassee Memorial Healthcare, regarding ending this practice.  Dr. Holifield encouraged the Commission to adopt a baby-friendly initiative with a focus on breastfeeding.

Mayor Marks expressed support for the initiative and suggested that this topic be referred to the newly-formed Commission on the Status of Women and Girls for consideration.

Commissioner Miller expressed support for the initiative and also expressed concern with the lack of prenatal care in the community.

## CITY COMMISSION INFORMATION AND SHARING OF IDEAS

Commissioner Ziffer shared with the Commission that he, along with his wife Gail Stansberry-Ziffer, will be the emcees for the HOPE Community fundraiser in an effort to raise awareness of the Change for Change program.  Commissioner Ziffer encouraged the public to attend the event.

DOJ_0001249438

Commissioner Gillum expressed support for Dr. Holifield's baby-friendly initiative.

Commissioner Gillum inquired about the availability of building inspections during weekends to allow roofing and other construction contractors to work over the weekend and to obtain inspections without having to wait until Monday.  Mr. Jay Townsend, Assistant City Manager, noted that contractors may currently call in advance to schedule a building inspector to conduct a weekend or after-hours inspection, and ACM Townsend noted that there was a fee associated with after-hours requests of this nature.

Mayor Marks expressed concern with persons who use leaf blowers or other lawn care equipment to dispose of leaves or other yard waste materials into the street and/or storm drains.  Mayor Marks expressed that such conduct was detrimental to the stormwater system and facilities.  Commissioner Miller expressed that such actions were in violation of the City's ordinances.

Commissioner Ziffer thanked City Treasurer-Clerk Cooke, City Attorney Shelley, Assistant City Manager Townsend, and Asst. City Attorney Louis Norvell, and others for calling into WFSU public radio's fundraising pledge drive to make contributions in support of local public radio.  The Commissioners noted they were at FSU to answer donors' phone calls and to participate in the telethon for said organization.

Commissioner Miller announced the next Community Budget Town Hall Meeting would be held on Thursday, April 25, 2013 at Good Shepard Catholic Church located at 4665 Thomasville Road from 6 - 7:30pm.

Commissioner Miller also commented about the completion of number of City projects including the opening of Franklin Boulevard, Mahan Drive, and the Phase II of the Gaines Street project.

## ADJOUNMENT

There being no further business to discuss, the meeting adjourned at 5:29pm.

*JAMES O. COOKE, IV*
City Treasurer-Clerk

DOJ_0001249439

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 91(d)

Transcript of Government's Exhibit 91(c)

April 24, 2013

GOVERNMENT
EXHIBIT
**91d**

Gov. Ex. 91(d)

MARKS:          So please get with -- while I'm thinking about it because I might forget -- get with -- in my office with Brad, and he'll -- we'll put that together.  Thank you. Commissioner?

MILLER:         Well, I just wanted to put a little perspective on this, and the ask on the back of the card is $2, $3, or $5, and that's only $24 a year spread out over -- even if it's $5 donation, that's $60 a year spread out over a monthly, you know, $5, which is really painless to everyone.  And then I also wanted to share with everyone that I've learned that it's very easy to get on this, internally -- I shouldn't say this to the entire public -- by just calling Reese Goad and asking him to put you on, and he'll put you on.  You don't have to fill a thing out. So, good luck.  I just hope to see everybody on the list.

MARKS:          Commissioner Gillum?  Commissioner Gillum?

GILLUM:         Yeah, Michelle, thank you to you and your team for this revved-up effort. And to Commissioner Ziffer and to the Mayor for –

*  *  *  *  *  *  *  *

2

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 91(h)

Transcript of Government's Exhibit 91(g)

April 24, 2013

GOVERNMENT
EXHIBIT
**91h**

Gov. Ex. 91(h)

MARKS:          Go ahead.  Next item.

THOMPSON:       All right.  13.04 is a Discussion of a 2-Year Extension to Option Agreement for Sale and Purchase with the McKibbon Hotel Group.

And Commissioners, in 2008, the city entered into a series of agreements with the McKibbon Group, the hotel group, for the development of the Floridan block on the southwest corner of Monroe and Tennessee Streets. Included in this action was a 3-year option agreement to allow MHG to purchase the 0.63-acre corner parcel, which is identified as Parcel A in your agenda materials, for construction of an office building.

In 2011, the city granted a 2-year extension to this option agreement.  MHG has requested an additional 2-year extension at this time to carry the option agreement to April 30th of 2015.

Staff is recommending the additional 2-year extension with certain terms and conditions.  I think you've been briefed on this item, and Michael Parker can provide a short overview of the recommended terms and conditions for the extension and to answer any questions that you might have.

ZIFFER:         I'll move the item.

MILLER:         Second.

GILLUM:         Question.

MARKS:          There's a question.  Go ahead, Commissioner.

GILLUM:         Yeah, could you -- if you don't mind just going over into the public record -- what the moderated criteria are and whether or not there are any additional payments expected to the city for the continued reservation of this land?

PARKER:         I'm glad you got the opportunity because there's one modification to the terms that are in your agenda item that I want to discuss, and that is, is what we're proposing was, is the 130,000 -- take a step back.  Just for our purposes, you understand that the agreed-upon option agreement would have them purchasing the property for $1.3 million.

What we're -- they have put down a $130,000 deposit.  Subsequent to us sending this agenda out and they contacted us and asked us to reconsider whether we could allow that $130,000 deposit to be applied toward the purchase price if they -- with the agreement that if they did not, then it would

2

Gov. Ex. 91(h)

be forfeit during the term of the agreement.

Staff are prepared to recommend that or add that to their recommendation. That's the only change to what you see in your agenda item where we said that it would not be -- that it would not be carried over.

The second condition is, is that the -- they will continue to have to lease from the city the parking spaces or pay lease payments on the parking spaces on Parcel A that they are currently using until such time as they close on the property or the option agreement expires.

And thirdly, that the option agreement will contain milestones that will identify steps they have to take, that they -- we can track to show that they are, in fact, taking due diligence during this 2-year period to move forward so that they can close on the property.

GILLUM:         So the initial 130 that was paid on this -- on this site, I sort of received that as a reservation on the land.  What -- how did you all consider applying that 130?  I'm not sure why we would carry that any more forward beyond the 5 years that we've already had on it.

PARKER:         Well, it's -- the 130 was based on 10 percent of the purchase price.

GILLUM:         Mm-hmm.

PARKER:         And so they have -- they have suggested or requested that we consider that, that the value of the property has not changed substantially since the time that they made -- the $1.3 million that was originally set, the price was set.  And I've confirmed that with our real estate folks that that's still a fair price.

So they're asking that if they were able -- if they were to -- if they closed, that we would allow that 130, which they have already paid to the city, to be credited against the purchase price.

GILLUM:         So the updated appraisal puts the value of the land at what?

PARKER:         Well, we haven't done a new appraisal, but the -- based on the most recent transactions -- and I've talked with Mark Beaudoin -- the price that we're talking about per square foot on this at the 0.63 acres at $1.3 million is still a fair market price.

The appraisal on this was done in 2006.  Property values were probably reaching their highest point in the downtown and then depreciated, are now moving back up again.   So that's still considered, based on recent

3

transactions, to be a fair market price.

GILLUM:              Despite the new development that's going on catty-corner to this lot?

PARKER:              Yes, sir.

GILLUM:              So I would -- I would be prepared to support the motion without this change to it and reserve the opportunity to negotiate that at a later -- you know, at a later point.  And I assume the motion that's made didn't include this application of the 130 toward the purchase anyway.  It was just continuing the reservation of land for 2 more years.

THOMPSON:         No.  The recommendation did include what was a recommendation related to the 130.

GILLUM:              Not the one on the item.  Not the one on this agenda.

PARKER:              That's why I modified subsequent to that -- staff's modification to the recommendation would be to allow the 130 to be retained, or a nonrefundable deposit which could be used against the purchase price if they close within the extended option period.

GILLUM:              And it's right now what you have on the agenda item is silent on that issue. It doesn't say one way or another.

PARKER:              Actually, what it says, right, our original recommendation was, is that that money would not be carried forward and allowed to be applied towards the extension of the option agreement.

GILLUM:              So can you explain why you had that position originally?

PARKER:              We met -- when we met with the property owners, our original intent was, is that the 5 years had expired and so that the -- the good faith money would be forfeited.

                          The property -- since then, they have come and talked to us and they -- our primary motive behind this is to get the property developed.

GILLUM:              Sure.

PARKER:              And so the -- they've indicated to us that they believe that if we don't allow them to apply this towards the purchase price, we're essentially increasing the purchase price by 10 percent.  So if they were -- if we allow them to use the $130,000 deposit and if they purchase the property, then we'll receive the

4

Gov. Ex. 91(h)

original $1.3 million that we agreed upon.

If they do not close within the 2-year period, it is a non -- then we retain the $130,000.

GILLUM:    So we -- I mean, I guess my consideration on this is that we have now taken this off anyone's ability to bid for this particular parcel, which is now cleared, that we have a future transportation project on, so on and so forth. There is a new development that is occurring catty-corner to this, which I'm not a real estate person, but I would assume will impact the value of the land that is around it.  Are we going to readjust this $1.3 million up if the value of the land increases in 2 years, or is it the recommendation that we allow that to stay static as well?

PARKER:    If this option agreement that we've agreed upon, the $1.3 million purchase price, irregardless of $130,000, if we extend this agreement.

Now I will tell you that the milestones that we are looking in here will not allow the property owner to basically do nothing on the property for the next 2 years.  Now one of the things that they have discussed with us is the idea of looking at alternative uses for the property.  The original approved UPUD for that property calls for the construction of a 90,000 square foot office building, which they have indicated -- and we believe is correct -- would be extremely difficult to finance in the current market.

So if they are going to look at an alternative use on the property, that would require an amendment to the PUD, and that would have to come back to you as a body to approve.  If they were going to do that, then they will have to -- one of the milestones that we're proposing to put in here would be they would have to have filed for that amendment to the PUD within 90 days of this transaction.

If they don't want to amend the PUD but want to pursue the existing 90,000 square foot office building, within approximately 9 months they would have to have submitted the building plans to the city for that structure.

So I guess what I'm suggesting to you is they will not be able to sit static for the entire 2-year period.  There are performance measures that they will have to do along.  If they don't meet any of those milestones, then the option agreement will terminate at that point.

MARKS:    Commissioner Ziffer?

ZIFFER:    Okay.   So let me propose something that might be acceptable to a

5

Gov. Ex. 91(h)

compromise.

Nine months is a benchmark time period.  Correct?  It is in what we're potentially going to approve.  So if I could suggest that within 9 months, at the 9-month anniversary from now, if they have not -- and what was the milestone for again?  I apologize.

PARKER:   If they are seeking an alternative use that would require amendment to the PUD, then they would have to apply for that within 90 days of the approval of --

MALE SPEAKER:   Ninety days.

ZIFFER:   Okay.  So I'm willing to go the 2 years on the extension for the $1.3 million price.  But at 9 months, if they have not met that benchmark, the $130,000 stays with the city, which effectively increases the cost of the land to 14.3.  Correct?  Or excuse me, 1-point --

THOMPSON:   One-point -- right, 1.4.  Mm-hmm.

ZIFFER:   So is that acceptable?

GILLUM:   It is -- it is acceptable.  I do want to clarify, though, in 9 months, they could choose that they don't have an alternative plan on the land, and then what happens?

PARKER:   Well, then they would have to be pursuing, showing that they're making -- that they are actually have plans in the process to build the original approved construction on the site, which is the 90,000 square foot office building.

GILLUM:   And what does that look like?  My big consideration is here is that we have a corridor, a critical corridor that right now is under redevelopment.  We have taken this off for consideration for any other potential development for 3 years, and then we did an extension for 2, and now you're requesting another extension of 2.  And by the way, let the initial amount that we put into abeyance in the initial 3 -- you know, 3-year request be applied to the initial -- you know, the ultimate purchase without an updated assessment on the value of the land, so on and so forth, which, to me, sounds really weird.

And so I'm wondering what are we asking to be demonstrated between this point, 9 months happens, and there is no intended change in the future plans --

PARKER:   Then they would have to have submitted their -- initiated the plan approval

6

Gov. Ex. 91(h)

process, submitting their plans so that they could get their building permits.

GILLUM:          So, in 9 months, an action one way or another will have to be demonstrated?

PARKER:          Yes.  In fact, assuming that they -- and that's the assumption is, is that they are looking for no change in the use.

MARKS:           In the use, right.

PARKER:          If they were looking for a change in the use, then they would need to submit an application because they have to go through the PUD process within 90 days of this.

GILLUM:          Then I mean, I agree with Commissioner Ziffer that my -- I think a compromise position would be in 90 days for us to make a determination on that 130.

ZIFFER:          I'm okay with that.

MARKS:           Give me -- explain again to us, yeah, what you just said.

THOMPSON:        Mm-hmm.  So let me make sure that I understand.  What we're saying is if there is no action to initiate a PUD change in 90 days, then we would do what?

GILLUM:          Well, 90 days is the marker either for --

THOMPSON:        Right.

GILLUM:          -- a PUD change or making progress under their intended plan.

THOMPSON:        Right.

GILLUM:          And I think at that time, that would give us, hopefully, sufficient enough consideration that they're actually making movement on the site.

THOMPSON:        Right.

GILLUM:          And then we would consider whether or not we would attribute that $130,000 toward the value --

THOMPSON:        Oh, so you will make a decision at that point in time?

GILLUM:          Yeah.  I just think it would be more prudent, frankly, at that time, at that point of demonstrated movement --

7

Gov. Ex. 91(h)

THOMPSON:        Yeah.

GILLUM:          -- rather than carte blanche at this point.

THOMPSON:        Okay.

MARKS:           What happens in 9 months?  I'm missing -- did I -- was that not on there?

THOMPSON:        I think it was the 90 days.

MARKS:           It's 90 days.  We're talking about 90 days, not 9 months.

PARKER:          And just to like clarify --

MARKS:           Yeah.

PARKER:          -- the 90 days is based on the assumption that there's a change in use that they're going to do.

MARKS:           Right.

PARKER:          And I believe that is the way they're going to pursue.

THOMPSON:        Attempt.

PARKER:          If they were not to pursue a change in use, then they would not have to do an amendment to the PUD, in which case it would be reasonable to give them a longer period of time to get their building plans put together and submitted. And that was the 9 months.

MARKS:           All right.

GILLUM:          I'm even consistent with the 9 months, I mean, if that gives them maximum leeway for movement.  But I just don't think we should at this point say here you go.

THOMPSON:        You don't want to make any decision on the 130 until we know what they're doing.

GILLUM:          But to agree to the 2-year extension with the benchmarks that are in the -- that are in the item.  I believe that was the spirit of the motion.

MARKS:           Okay.

THOMPSON:        Does that cause any problems?

8

PARKER:        No, ma'am.  I think that's consistent with -- I mean, or essentially, we were going to basically say that if you didn't meet the milestone, then the option agreement terminated.  We kept the -- we kept the deposit.

And so, I mean, our intent was, is to make these milestones, and the developers agreed to this, that these are -- these are required steps.  And if you do not meet them, then you are not meeting the terms of the option agreement.

MARKS:         Commissioner?

MILLER:        So it sounds like none -- there is not a lot of support for the $130,000 being applied to the purchase price.  The question is whether that is allowed to go forward when we do act on this.

THOMPSON:      The city -- the city attorney has indicated that he thinks we have everything in place that we need --

MILLER:        Okay.

THOMPSON:      -- in order to enact the recommendation as just discussed.

MILLER:        Okay.  All right, good.  Just wanted to clarify that a little bit.

MARKS:         Well, let me -- this troubled me from the very beginning, this extension, because of what you said, Commissioner.  We did 5 years, then we did 2, now we're doing 2 more.

THOMPSON:      We did 3.

PARKER:        Three.

MARKS:         Three?

THOMPSON:      Three and 2 and 2.

MARKS:         Yeah, and now we're -- it's another extension.  What really troubles me is the comment -- what troubles me is the comment of potentially putting a new hotel on that site.  I mean, I'm not a hotelier.  I'm not an evaluation -- a person that can evaluate the best and highest use of the property, but that seems to be -- intuitively, that seems to be not a good idea.  You're going to build it next to the Aloft, and you're going to put another hotel.

And then, on top of it, I don't know this will be the case, but what the quality

9

Gov. Ex. 91(h)

of the hotel is going to be put on that corner, that troubles me. And see, what we have now is if they want to change the PUD, they're going to -- it appears that they'll change the PUD for a hotel.

I don't know if they're going to do that or not, but that's what it appears they're going to do. In 90 days, we're going to get a request to change the PUD to a hotel. And I would -- I have to say up front that does not sit well with me, okay?

That is a signature corner in this community, and we need to think what is the highest and best use of that signature corner. And maybe a hotel is there. Maybe that is a hotel. But it troubles me that we would put two hotels right next to each other, and that's what this amounts to.

And we got the other hotel down there. I don't know how that affects the market or whatever the situation might be. But I'm willing to go along with the extension with the understanding that, you know, that PUD --

THOMPSON:        Comes back before you.

MARKS:            Oh, I know it comes back before us, and I will have additional comments at that point in time, depending on what the change to the PUD is.

Commissioner Miller?

MILLER:           Michael, could you elaborate on the parking situation and what an eventual movement forward on the part of the McKibbon Group would mean to us in terms of parking?

PARKER:           Yes, ma'am. And just briefly, when this -- originally, when this package was all put together back in 2008 and the office building was to be purchased, part of that in order for that parcel to be developed, we will need to be put -- a parking structure will need to be placed on the surface parking lot, which is owned by the CRA, immediately behind the Aloft Hotel.

So part of the entire development package will be for the development of that site will be to come back to the CRA for how their participation would be in helping build a parking structure on that site. So right now, under our current lease agreement, we provide -- we're required to provide 128 parking spaces to the Aloft Hotel. There's 103 parking spaces currently on that parking space, on that flat parcel.

So if we were -- if we were to put another use on the Parcel A, we would have to come -- basically come up with another 25 parking spaces,

10

Gov. Ex. 91(h)

approximately, on that existing park -- on that existing surface parking lot.

Reality is, is whatever development goes on that corner is going to need parking as well.

MARKS:              Right.

PARKER:             And the assumption is, is that whomever we're developing or we're working with on that, they will be part of the negotiations, and they will be leasing parking from the CRA as the Aloft Hotel is right now.  And that will all be part of the funding scenario that would go into actually financing the construction of a parking structure.

MARKS:              Commissioner Gillum?

GILLUM:             Yeah.  When this does come back, if there is a proposed change, I would suggest bringing back what some of those original agreements were between us that really spurred some of the incentive around this development.  I remember sort of the conversation like it was yesterday around not trying to incentivize stuff that was going to naturally happen.

One of the things that was appealing about this when it initially came through was the façade sort of being a little bit of a -- not a monument, but certainly a replica of the old Floridan Building.  The piece that faced the intersection was, you know, very attractive.  I mean, there were pieces of this that made it seem very different and signature for the location.

MARKS:              Right.

GILLUM:             If we are now backing away from that, then I think it's our obligation to remind ourselves of what was -- and even on the transportation piece, there was a StarMetro huge, you know, redesign of that area that included parking and the bus port, and I think there was some Federal money or something that we were attempting to go after or was involved.

Actually, I think it still is involved in that land.  We have Federal money on that --

PARKER:             Well, actually, what happened, to remind you, is, is that there was -- there was Federal funds were used to purchase that property.  And originally, we were trying to do a design that would allow the ground floor to be used for buses.  It just strictly -- it really wouldn't work.  But the concern at that point was, is that if we didn't use that for a transportation purpose, the funds that we were provided to acquire it would have to be returned.

11

Gov. Ex. 91(h)

So what the compromise was, we were able to work as the Department of Transportation at the Federal level agreed that if the fair market value of that property was returned to StarMetro, they could reinvest that money into other uses.  So the CRA purchased that parcel for $2.1 million, and then that money went to StarMetro, and they used that to acquire a number of the satellite sites for theirs.

So the design for the -- for the parking structure that was adopted as part of the PUD does not include any multimodal functions in it.  Now you may be correct in that part of the overall plan for the downtown shows some additional development on C.K. Steele.  That wasn't really part of this PUD.

MARKS:          That's not --

PARKER:         But as this project evolved, the only way to make this work was the CRA purchased the property.  StarMetro used that those funds to reinvest them in the rest of the transportation plan for their satellite sites, and the parking structure that's being designed --

MARKS:          Right.

PARKER:         -- and what you will see when you see the approved PUD, it's a four -- I think it's a four-story parking structure.  It's strictly for parking with some interactive uses on the ground floor.

MARKS:          I think you got a sense of where we are on this particular matter.  I think you got a sense of where we are.

ZIFFER:         It seems to me we're going to have several opportunities ahead of us --

THOMPSON:       You will.

ZIFFER:         -- to make more decisions.  So --

GILLUM:         Yeah.  Yeah, I agree.

MARKS:          We have a motion and a second.  All in favor of the motion, say aye.

(A chorus of ayes.)

MARKS:          It passes unanimously.

* * * * * * *

12