STATE OF FLORIDA,

COUNTY OF LEON,


I, James O. Cooke, IV, City Treasurer-Clerk of the City of Tallahassee, Florida, hereby

certify that the enclosed constitutes a true and correct copy of the September 11, 2013

Tallahassee City Commission Meeting Summary as the same appears on file among records of

the City of Tallahassee.

   **IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the official seal

of the City of Tallahassee, Florida, this 11th day of February, 2021, A.D.


James O. Cooke, IV
City Treasurer-Clerk



GOVERNMENT
EXHIBIT
**92(a)**

DOJ_0001249445

<u>**MEETING SUMMARY**</u>

**Tallahassee, Florida**
**September 11, 2013**

The City Commission met in regular session on September 11, 2013 in the Commission Chambers in City Hall with Commissioners Marks, Miller, Gillum, Ziffer, and Maddox present. Mayor Marks called the meeting to order at 4:03 p.m.

Mayor Marks noted the 12th anniversary of the September 11th attacks.

**Item 5.01** was the presentation of a proclamation recognizing the month of September, 2013 as Breast Cancer Awareness Month.  *(Brought forward by the Mayor's Office)*

**Item 5.02** was the presentation of a proclamation recognizing StarMetro's Call Center, Dispatch and Mobility Coordinator Team.  *(Brought forward by the Mayor's Office)*

**Item 5.03** was the presentation of a proclamation recognizing Growth Management Employees for awards received from the Building Officials Association.  *(Brought forward by the Mayor's Office)*

**Item 5.04** (deleted from the agenda) was the presentation of a proclamation recognizing the Florida Military Family & Community Covenant.  *(Brought forward by the Mayor's Office)*

At the request of the organization, the item will be rescheduled to a future meeting.

**Item 8.01** - Mayor Marks inquired if anyone desired to address the Commission relative to any items on the published agenda.   The following persons appeared and addressed the Commission:

    1. Dr. Erwin Jackson, 5002 Glenrose Court, appeared in regards to **Item 12.01**.   Dr. Jackson commented at length regarding his opinion of Commissioner Maddox's purported business relationship with McKibbon Hotel Group (MHG), Governance, Inc., and The Zachary Group, and Mr. Gary Yordon.

**Item 9.01** – Voted 5-0 to approve a property damage claim settlement, in the amount of $92,744.79, for the owners of 2229 through 2243 Treeo Lane as the result of damages caused by a sewerage backup into said residences.  (*Option 1 as recommended by the City Attorney*)

**Item 9.02** – Voted 5-0 to confirm the election of Mr. Winston K. Howell, Dr. Andrew M. Wong, M.D., and Dr. James Killius, M.D. to the Tallahassee Memorial HealthCare, Inc. (TMH) Board of Directors; terms to commence in October, 2013. (*Option 1 as recommended by the City Attorney)*

**Item 9.03** – Voted 5-0 to approve the 2014 City Commission Meeting Schedule. *(Recommended by the City Manager's Office / Communications)*

**Item 9.04** - Voted 5-0 to adopt Resolution No. 13-R-35 authorizing acceptance of the grant in the amount of $1,193,982 and authorized the City Manager and Treasurer-Clerk to execute a multi-year Joint Participation Agreement (JPA) on behalf of the City of Tallahassee with Florida Department of Transportation (FDOT) for the FY2014 State Public Transit Block Grant

DOJ_0001249446

Allocation. (FDOT Financial Project No. 42225018401, FDOT Contract No. AQG68)  (*Option 1 as recommended by StarMetro)*

**Item 9.05** – Voted 5-0 to approve the minutes of the June 26, 2013 Regular Commission Meeting.  (*Option 1 as recommended by the Treasurer-Clerk*)

**Item 10.01** was a discussion of Commissioner Ziffer's recommendation to waive $3,879 in Special Event fees for the American Cancer Society *Making Strides Against Breast Cancer* Walk event scheduled for October 20, 2013 at the Southwood Town Center.

Commissioner Ziffer **moved to approve a waiver in the amount of $3,879 for the *Making Strides* event,** the motion was seconded by Commissioner Gillum.   After discussion, **Commissioner Gillum requested that the City Manager evaluate the *Making Strides* event and report back to the Commission with a determination of whether or not the event should be added to the list of approved events.**  After additional discussion, Commissioner Ziffer **withdrew his motion**, with the consent of Commissioner Gillum.  **Commissioner Miller recommended that the** {special events} **policy be reexamined and amended to provide fairness and consistency**.  **By consensus, the matter was tabled until the September 25, 2013 Regular Meeting.**

Commissioner Maddox disclosed he previously represented one of the firms affiliated with Item No. 12.01 and he announced for the record, after earlier consultation with the City Attorney, his intent to abstain from voting on said ordinance on September 25th.

**Commissioner Gillum requested that the September 25th agenda item relative to Ordinance No. 13-Z-26 include information and details relative to the original agreement and incentives offered relative to the Floridan project** so that the Commission could weigh all of the information in its totality.

**Item 12.01** was the introduction of Ordinance No. 13-Z-26, proposed amendment to the Floridan Downtown Tallahassee Urban Planned Unit Development (UPUD) Concept Plan; the first and only public hearing was set for September 25, 2013.  (PRZ130013) *(Brought forward by Planning)*

**Item 12.02** was the introduction of Ordinance No. 13-O-29, amending Chapter 10 of the Land Development Code to transfer the duties of the Parking Standards Committee to the Growth Management Department Director; the first and only public hearing was set for September 25, 2013.  *(Recommended by the City Attorney)*

**Item 13.01** – Voted 5-0 to approve staff's recommendation to authorize Information Systems Services (ISS) to execute a 5-year lease agreement with Macquarie Equipment Finance, Inc. and purchase from Hayes E-Government Resources, Inc., Enterasys network hardware on state contract 250-000-09-1 in the not to exceed amount of $492,000 per year; to be funded from the ISS recurring Network Upgrade Capital Project.  *(Option 1 as recommended by the Department of Management & Administration/Information Systems Services)*

**Item 13.02 (deleted from the agenda)** was a discussion of awarding contracts to Dental and Vision service providers. (RFP No. 0111-13-VA-TC)   *(Brought forward by the Department of Management & Administration/Human Resources).*

DOJ_0001249447

Due to a bid protest filed by Humana, the incumbent provider, the item was deleted from the agenda.

**Item 13.03** – Voted 4-1 (Commissioner Maddox opposed) was staff's recommendation to authorize use of $7,500 in Events and Promotions funds to support the "Paint the Pavement" portion of the Market District Mayhem Event, scheduled for November 10, 2013 in the Market Square commons; to be funded from the $30,000 appropriation approved for the Market Street Sense of Place District. *(Option 1 as recommended by Planning)*

Mr. Earnest McDonald, Senior Planner, Planning Department, conducted a brief PowerPoint presentation regarding the use of pavement paint.

Ms. Marina Lickson, proprietor of Honeytree Natural Foods, LLC located at 1415 Timberlane Road in Market Square and the *Mayhem* event organizer, appeared before the Commission. Ms. Lickson, as a board member of the Market Street Merchants Association, requested approval in the amount of $7,500.

Commissioner Maddox expressed support for the pavement painting event, but he expressed opposition for using funds for non-concrete, non-infrastructure improvements such as street festivals. For this reason, Commissioner Maddox indicated he would vote against the request.

**Commissioner Miller requested that agenda modifications be made in advance of meetings in cases where dollar amounts or other details deviated from the initial agenda.**

**Item 14.01** was an Economic Development Target Issue update provided by Mayor Marks regarding the following topics discussed by the Committee at its August 28th meeting:

- Review of proposed Small Business Enterprise (SBE) & Minority Business Enterprise (MBE) contract tracking software; and
- Development of a "futures list" of agenda items to come before the Committee within the next 5 months.

## UNAGENDAED BUSINESS/SPEAKERS

1. Mr. Tom Napier, 2927 Huntington Drive, representing Honor Flight Tallahassee, addressed the Commission and thanked the Commission and Appointed Officials for appropriating funds for the organization's April, 2014 flight to Washington, D.C. Mr. Napier requested that 2 or 3 of the Commissioners consider participating in said event by accompanying the group and escorting a veteran on the journey.

2. Dr. Erwin Jackson, 5002 Glenrose Court, appeared before the Commission and continued to express his opinion regarding Mayor Marks and Commissioner Maddox and their purported relationships with various City vendors or companies seeking favorable action from the City Commission. Dr. Jackson then levied accusations against the *Tallahassee Democrat* and he suggested that the newspaper was not impartial in its coverage of the City of Tallahassee.

DOJ_0001249448

## CITY COMMISSIONER INFORMATION AND SHARING OF IDEAS

Mayor Marks noted that he and other representatives of the Florida League of Cities (FLC) met with federal officials in Washington, D.C. as part of the FLC's Federal Action Strike Team "FAST Fly-In" to discuss issues impacting Florida cities. Mayor Marks spoke about the following federal issues:

- Collecting sales tax on Internet sales transactions
- Threat to the tax-exempt status of municipal bonds
- 2012 Biggert-Waters Flood Insurance Reform Act and impacts to flood insurance premiums
- The Affordable Care Act

## DISCUSSION OF TPD ARREST OF DRUNKEN DRIVING SUSPECT

The Commissioners engaged in a lengthy discussion relative to the August 10th arrest of a DUI suspect and the patrol car dashboard camera videotape of the arrest. Commissioners expressed great concern with the content of the videotape and with the failure of the Police Department to notify the City Manager and City Commissioners of the incident. Commissioners emphasized that a police Internal Affairs (IA) investigation was underway and that the State Attorney was also reviewing the matter. Commissioners expressed that the IA investigation would be completed promptly and that action would be taken thereafter if the findings of the investigation determined the Police Department acted improperly. A discussion occurred relative to Section 10 of the City Charter, which prohibits commissioners' interference with rank-and-file staff.

Commissioners expressed that the City is clearly concerned with the content of the videotape; however, the City must wait for the completion of the Internal Affairs investigation and the conclusion of the criminal case.

Commissioner Gillum recommended that in any case where a Use of Force report is completed, that the report be routed through the Police Department chain of command prior to the report being transmitted to the State Attorney.

**Item 16.01** was a discussion to adopt tentative millage rate of 3.7000 mills for the City of Tallahassee, adopt tentative budget, as amended, for the City of Tallahassee including approval of a salary adjustment for general employees of 2.5% on October 1, 2013, adopt tentative millage rate for the Downtown Improvement Authority of 1.0000 mill, adopt tentative budget for the Downtown Improvement Authority and approve negotiated healthcare rates with Capital Health Plan. *(Recommended by Department of Management & Administration)*

Mr. Heath Beach, Budget Manager, Office of Policy & Budget, Department of Management & Administration, briefed the Commission relative to the budget amendments.

The following person(s) appeared before the Commission relative to this City of Tallahassee proposed budget and proposed millage rate:

- Mr. Curtis Baynes, 1323 East Tennessee Street, thanked the Commission for not raising the millage rate. Mr. Baynes suggested the Commission to examine funding of StarMetro and bus shelters. Mr. Baynes requested that the exact costs of 2.5%

DOJ_0001249449

employee pay raises be published.   Mr. Baynes suggested the City reexamine its funding of development projects, such as the Cascades Park brew pub/Old Electric Building.   In addition, he suggested that Commissioners rethink police take-home vehicles during the ongoing negotiations with the police union.

- Ms. Vivian Sharton, 2113 Queenswood Drive, in support of funding for additional staff positions at the Animal Shelter.

- Dr. Erwin Jackson, 1341 Jackson Bluff Road, expressed opposition for funding the construction of new student housing complexes.  Dr. Jackson expressed that he was opposed to tax dollars of existing rental businesses being used to fund newly-constructed student housing competitors.  Dr. Jackson expressed opposition for funding a brew pub at Cascades Park.

- Ms. Kate MacFall, 2144 Delta Way, in support of funding for additional staff positions at the Animal Shelter.

- Ms. Rhesa Rudolph, 5653 Tortoise Crossing, in support of funding for additional staff positions at the Animal Shelter.

- Ms. Lauren Perlman, 6349 Fitz Lane, in support of funding for additional staff positions at the Animal Shelter.

- Ms. Christa Hosmer, 1625 Milton Street, in support of funding for additional staff positions at the Animal Shelter.

- Ms. Debbie Elert, 10082 Springsink Road, waived her time to speak but expressed her support for increased funding for the Animal Shelter.

- Ms. Lavonia Talbot, 2109 Queenswood Drive, waived her time to speak but expressed her support for increased funding for the Animal Shelter.

There were no speakers relative to the Downtown Improvement Authority (DIA) proposed budget and proposed millage rate.

A lengthy discussion ensured relative to funding for increased staffing at the Animal Shelter.  A suggestion was made to reexamine the annual $60,000 payment being made by the City to the Tallahassee/Leon County Civic Center.   Discussion of parking meter revenues for newly-installed meters along Gaines and Madison Streets occurred.  By consensus, the Commission supported efforts to restore two new Animal Shelter staff positions to the budget.

A discussion relative to providing funding for the Knight Creative Communities Initiative (KCCI) occurred.  Commissioner Gillum suggested that any end-of-year FY2013 funds be used to fund KCCI versus those funds being transferred to the Contingency Fund.   By consensus, the Commission supported funding for KCCI.

**Voted 5-0** to approve the City's tentative millage rate of 3.7000 mills, and publicly announced "the proposed aggregate millage rate is less than the rolled back rate by 1.64%."  Resolution No. 13-R-36, which includes the City's tentative millage rate of 3.7000 mills, will be on the September 25, 2013, agenda for review and action.

**Voted 5-0** to approve the City's tentative budget, as amended to incorporate the changes outlined by Mr. Beach, **with direction that the City Manager attempt to restore two Animal Shelter positions into the budget if there are additional available revenues.**

DOJ_0001249450

**Voted 5-0** to approve the Downtown Improvement Authority's tentative millage rate of 1.000 mill.  Resolution No. 13-R-36, which includes the DIA's tentative millage rate of 1.000 mill, will be on the September 25, 2013, agenda for review and action.

**Voted 5-0** to approve the Downtown Improvement Authority's tentative budget.

**Introduced appropriation Ordinance No. 13-O-28 and set the final budget public hearing for September 25, 2013.**

**Voted 5-0** to approve staff's recommendation relative to FY14 healthcare rates.

| Active Employee | Monthly Employee Cost | Monthly City Cost | Monthly Total | % Employee | % City | Bi-weekly Employee Cost |
|---|---|---|---|---|---|---|
| Employee Only | $ 102.72 | $ 410.88 | $   513.60 | 20% | 80% | $   51.36 |
| Employee + 1 | 282.04 | 762.60 | 1,044.64 | 27% | 73% | 141.02 |
| Family Coverage | 524.52 | 893.18 | 1,417.70 | 37% | 63% | 262.26 |

Commissioner Miller inquired if staff were still evaluating implementation of a prohibition on hiring persons who use tobacco products.  City Manager Thompson indicated staff were still researching the issue and would be preparing an agenda item to be presented to the Financial Viability of the Government Target Issue Committee (FVOGTIC) during October, 2013.

The meeting adjourned at 7:24p.m.

DOJ_0001249451

## REGULAR MEETING

**Tallahassee, Florida**
**September 11, 2013**

The City Commission met in regular session on September 11, 2013 in the Commission Chambers in City Hall with Commissioners Marks, Miller, Ziffer, Gillum, and Maddox present. Also present were City Manager Thompson, City Attorney Shelley, and City Treasurer-Clerk Cooke.

Mayor Marks called the meeting to order at 4:03 p.m.

For those who wished to participate, City Manager Thompson offered the invocation and Treasurer-Clerk Cooke led in the Pledge of Allegiance.

Mayor Marks noted each meeting of the Commission was opened with the Pledge of Allegiance and he expressed that the pledge on this day – the 12th anniversary of the September 11th attacks – carried special meaning.  Mayor Marks expressed that despite of what may be occurring globally, the United States would stand strong and tall.

## AGENDA MODIFICATIONS

### Deleted from the Agenda
Item 5.04 – Presentation of Proclamation recognizing the Florida Military Family and Community Covenant *(Brought forward by the Mayor)*

Item 9.04 – Approval of Ranking of Dental and Vision Providers *(Recommended by Management & Administration)*

## PRESENTATIONS

### BREAST CANCER AWARENESS MONTH

**Item 5.01** was the presentation of a proclamation recognizing the month of September, 2013 as Breast Cancer Awareness Month.  *(Brought forward by the Mayor's Office)*

A group or representatives including former Leon County Commissioner Akin Akinyemi; Ms. Kasey Patton, a representative of the American Cancer Society; Ms. Lindsey Scott – incoming Vice Chairperson of *Making* Strides; Ms. Colette Washington, *Making Strides* Event Chairperson, and Ms. Anna Morales-Black, a breast cancer survivor, joined the Mayor at the podium.

Mayor Marks read the following proclamation into the record:

#### PROCLAMATION

**WHEREAS**, *Making Strides Against Breast Cancer* is the American Cancer Society's premier event to raise awareness and funds to fight breast cancer; and

DOJ_0001249452

**WHEREAS**, since 1993, more than eight million walkers across the country have raised more than $480 million through *Making Strides* events to help fight breast cancer; and

**WHEREAS**, *Making Strides Against Breast Cancer*, is a noncompetitive walk that encourages individuals or teams of all ages to walk to honor breast cancer survivors, remember those who have lost the battle, educate women about breast cancer prevention and early detection, and to raise funds and awareness to help find a cure; and

**WHEREAS**, the money raised through *Making Strides Against Breast Cancer* helps the American Cancer Society fight breast cancer with research grants, offers a 24-hour cancer hotline, provide free programs and services for cancer patients and their families, and advocate for public policies to provide access to quality healthcare and screenings;

**NOW, THEREFORE**, I, John R. Marks, III, by the power vested in me as Mayor of the City of Tallahassee and on behalf of the Tallahassee City Commission do hereby declare September 2013 as

### BREAST CANCER AWARENESS MONTH

In the City of Tallahassee and urge the citizens of Tallahassee to participate in the *Making Strides Against Breast Cancer* walk sponsored by the Leon County American Cancer Society to raise awareness for breast cancer and express sincere appreciation to all participants and supporters for making a difference in the fight against breast cancer.

--//--

The group expressed appreciation and accepted the proclamation with thanks.

Ms. Washington announced that the *Making Strides* walk would be held on October 20, 2013 at the Southwood Town Center in the Southwood neighborhood.   The event was scheduled to begin at 1pm, with the walk commencing at 3pm.   Ms. Washington noted that approximately 10,000 participants were expected and she encouraged residents to attend and to wear pink clothing as a show of support for the cause.

### RECOGNITION OF STARMETRO
### CALL CENTER, DISPATCH AND MOBILITY COORDINATOR TEAM

**Item 5.02** was the presentation of a proclamation recognizing StarMetro's Call Center, Dispatch and Mobility Coordinator Team.  *(Brought forward by the Mayor's Office)*

The Mayor was joined at the podium by Mr. Steven Holmes, Executive Director, Florida Commission for the Transportation Disadvantaged; Mr. Ivan Maldonado, Director, StarMetro; and staff of the StarMetro call center and dispatch coordinator team.

Mayor Marks read the following proclamation into the record:

### PROCLAMATION

**WHEREAS**, StarMetro has been recognized as an innovative, award-winning provider of alternative and specialized transportation services for residents, partners and visitors of the Tallahassee community; and

**WHEREAS**, the City of Tallahassee has operated StarMetro as an industry frontrunner, launching the largest all-electric, fast-charging bus fleet in the United States; and

DOJ_0001249453

**WHEREAS**, StarMetro operates 12 cross-town routes, as well as university routes and special para-transit transportation to senior, disabled and low-income customers in Tallahassee and Leon County through programs such as Dial-A-Ride and Community Transportation Coordinator for Tallahassee and Leon County (CTC); and

**WHEREAS**, the StarMetro Call Center, Dispatch and Mobility Coordinator Team work cohesively to meet the numerous daily challenges of elderly, disabled, low-income and other transportation disadvantaged citizens not only in Leon County but in Wakulla, Jefferson and Gadsden counties as well; and

**WHEREAS**, the StarMetro Team goes above and beyond their duties and responsibilities to provide professional, friendly and respectful services to all transportation disadvantaged citizens throughout this region; and

**WHEREAS**, in 2012 alone, the Call Center, Dispatch Team managed 261,407 calls serving over 14,000 customers and scheduled 163,360 para-transit trips for transportation disadvantaged citizens in Leon County; and

**WHEREAS**, StarMetro provided 255,527 trips to 8,164 elderly, disabled and low-income citizens to work, school, medical appointments, shopping and other life-sustaining activities throughout Leon County and other areas; and

**WHEREAS**, the Mobility Coordinator's office assisted over 500 elderly and disabled citizens with travel training, transportation information and referrals for services; and

**WHEREAS**, in recognition of their commitment to professionalism, efficiency and customer service excellence, the StarMetro Call Center, Dispatch and Mobility Coordinator Team was recognized with the 2013 Dispatcher/Scheduler of the Year Award from the Florida Commission for the Transportation Disadvantaged; and

**WHEREAS**, this top honor reflects StarMetro's longstanding dedication to providing the upmost in caring, efficient and reliable transportation services to all citizens in our community;

**NOW, THEREFORE** I, John R. Marks III, by the power vested in me as Mayor of the City of Tallahassee, honor

**StarMetro's**
**Call Center, Dispatch and Mobility Coordinator Team**

members for their extraordinary achievement and commitment to providing the highest level of service to those who need it the most.

--//--

Mr. Maldonado expressed appreciation and accepted the proclamation with thanks.

Mr. Holmes offered praise for StarMetro and expressed that StarMetro was a national leader for its provision of human services and transportation coordination services to low-income, elderly, and disabled members of the community.  Mr. Holmes presented StarMetro with an award containing the following inscription which the Mayor read into the record:

*The Florida Commission for the Transportation Disadvantaged*
*presents the*
*2013 Dispatcher/Scheduler of the Year Award*
*to*
*StarMetro*
*Call Center, Dispatch and Mobility Coordinator Team*
*August 7, 2013*

DOJ_0001249454

--//--

Mr. Maldonado thanked the StarMetro staff for their hard work, dedication, care, and commitment.  He also thanked Ms. Sandra Manning, Utility Marketing, and the staff of Utility Marketing for their assistance.  Mr. Maldonado assured residents that StarMetro would continue its efforts to make the transit system one of the best in the nation.

## RECOGNITION OF GROWTH MANAGEMENT EMPLOYEES

**Item 5.03** was the presentation of a proclamation recognizing Growth Management Employees for awards received from the Building Officials Association.  *(Brought forward by the Mayor's Office)*

Ms. Karen Jumonville, Director, Growth Management; Mr. Mike Fagan, Supervisor of Residential Building Inspections; Ms. Maria Rodriguez, Commercial Plans Reviewer; Mr. Tim Burton, Senior Plans Examiner; and Mr. Kenneth 'Kenny' Locke, Chief Mechanical Inspector, joined the Mayor at the podium.

Mayor Marks read the following proclamation into the record:

### PROCLAMATION

**WHEREAS**, each year, the Building Officials' Association of Florida sponsors an awards program recognizing the Associations' top achievers at the chapter and state levels; and

**WHEREAS**, a Committee has selected the deserving individuals to be honored for the 2013 year; and

**WHEREAS**, the Building Officials' Association recognized the following City of Tallahassee Growth Management employees

**Mike Fagan**
**State of Florida Building Inspector of the Year**

**Maria Rodriguez**
**State of Florida Meritorious Service Award**

**Tim Burton**
**Big Bend Chapter Plans Examiner of the Year**

**Kenneth Locke**
**Big Bend Chapter Member of the Year**

**WHEREAS**, these individuals have served their City and State providing for the health, safety, and welfare of citizens through the enforcement of building codes; and

**WHEREAS**, they have achieved and gained recognition by their peers in their respective disciplines.

**NOW THEREFORE**, I, John R. Marks III, by the authority vested in me as Mayor of the City of Tallahassee, do hereby recognize the extraordinary efforts of these employees and urge all citizens of Tallahassee to join me in showing our appreciation for their initiative and hard work in serving the City of Tallahassee and the Building Officials' Association of Florida.

--//--

DOJ_0001249455

On behalf of the staff, Ms. Jumonville expressed appreciation and accepted the proclamation with thanks.  Ms. Jumonville commended the recipients for their achievements and recognition received from the Building Officials' Association.  She noted that the recognition was bestowed from an organization of the recipients' peers and she expressed that this demonstrated the recipients were the best of the best in their field.

## MILITARY FAMILY & COMMUNITY COVENANT

**Item 5.04** (deleted from the agenda) was the presentation of a proclamation recognizing the Florida Military Family & Community Covenant.  *(Brought forward by the Mayor's Office)*

At the request of the organization, the item will be rescheduled to a future meeting.

## CITIZENS INPUT ON AGENDA ITEMS

**Item 8.01** - Mayor Marks inquired if anyone desired to address the Commission relative to any items on the published agenda.  The following persons appeared and addressed the Commission:

1. Dr. Erwin Jackson, 5002 Glenrose Court, appeared in regards to **Item 12.01**.  Dr. Jackson commented at length regarding his opinion of Commissioner Maddox's purported business relationship with McKibbon Hotel Group (MHG).  Dr. Jackson stated that Commissioner Maddox and former Leon County Commissioner Gary Yordon were co-owners of Governance, Inc., a firm who previously represented MHG. Dr. Jackson stated that Mr. Yordon was communicating with the City staff in recent months and only after questions were raised last month did Mr. Yordon register as a lobbyist with the Treasurer-Clerk.  Dr. Jackson stated Mr. Yordon registered as a representative of The Zachary Group.  Dr. Jackson expressed his belief that The Zachary Group was a defunct and unlicensed entity (*) and he implied that Mr. Yordon's registration was made in bad faith and was an attempt to deceive the public. Furthermore, Dr. Jackson accused Commissioner Maddox of departing the Chambers during a discussion of MHG during a previous Commission meeting to deliberately avoid making a public disclosure relative to a relationship with Governance or MHG. Dr. Jackson expressed that Mayor Marks and Commissioner Maddox were part of a corrupt City Hall and he encouraged Commissioners Miller, Ziffer, and Gillum to vote against the actions of the Mayor or Commissioner Maddox.  Dr. Jackson noted that Mr. Yordon was in attendance and he suggested that perhaps the Commission would question Mr. Yordon.

*The firm *The Zachary Group* is registered with the Florida Department of State, Division of Corporations in compliance with Section 865.09, Florida Statutes; Registration No. G11000027218; filed March 16, 2011, expiring December 31, 2016.

## CONSENT AGENDA

Commissioner Ziffer **moved to approve the staff's recommendation presented in Items 9.01 – 9.05 on the Consent Agenda.**  Commissioner Miller seconded the motion and **the vote was unanimous in favor thereof, taking the following action:**

DOJ_0001249456

**Item 9.01** – Approved a property damage claim settlement, in the amount of $92,744.79, for the owners of 2229 through 2243 Treeo Lane as the result of damages caused by a sewerage backup into said residences.   (*Option 1 as recommended by the City Attorney*)

    Earl Britt - 2229 Treeo Lane ($26,642.86);
    Kattie Solomon (a tenant) - 2229 Treeo Lane ($4050.26);
    Michael Shepard and Jonathan Duke - 2233 Treeo Lane ($20,573.66);
    Verna McKinney - 2235 Treeo Lane ($20,676.73);
    Jone Sue - 2237 Treeo Lane ($9169.43);
    Jesse and Cynthia Atkinson - 2239 Treeo Lane ($8316.66); and
    Angela Hill - 2243 Treeo Lane ($3315.19).

Pursuant to City Commission Policy 200.04, damage was documented to include cost for cleanup, repair and/or replacement of real and personal property, lodging, and other costs associated with this loss. After extensive negotiating, the settlement amount was agreed to by the parties.

Of the total claim amount, $84,501.46 was for cleanup and repair of the dwelling units and $8,243.33 was for reimbursement for damage to occupants' personal property and/or temporary lodging expenses.

Bone Dry Restoration and Kidd Construction were contracted by the property owners to effectuate cleanup and complete repairs to the dwelling units.   The City submitted direct payment to these vendors, on behalf of the property owners, in the amounts of $16,766.18 and $67,735.28, respectively.

**Item 9.02** – Confirmed the election of Mr. Winston K. Howell, Dr. Andrew M. Wong, M.D., and Dr. James Killius, M.D. to the Tallahassee Memorial HealthCare, Inc. (TMH) Board of Directors; terms to commence in October, 2013. (*Option 1 as recommended by the City Attorney*)

The newly-elected Board members will replace Mr. Harold Brock, Dr. David Saint, M.D. and Dr. Albert Lee, M.D. whose terms have expired.

**Item 9.03** – Approved the 2014 City Commission Meeting Schedule. (*Recommended by the City Manager's Office / Communications*)

### RESOLUTION NO. 13-R-35

**A RESOLUTION ACCEPTING AND PROVIDING FOR THE EXECUTION OF A STATE OF FLORIDA, DEPARTMENT OF TRANSPORTATION, JOINT PARTICIPATION AGREEMENT**

**Item 9.04** - Approved Resolution No. 13-R-35 authorizing acceptance of the grant in the amount of $1,193,982 and authorized the City Manager and Treasurer-Clerk to execute a multi-year Joint Participation Agreement (JPA) on behalf of the City of Tallahassee with Florida Department of Transportation (FDOT) for the FY2014 State Public Transit Block Grant Allocation. (FDOT

DOJ_0001249457

Financial Project No. 42225018401, FDOT Contract No. AQG68)  (*Option 1 as recommended by StarMetro*)

The FY2014 appropriation is $1,193,982, which is an increase of $52,377 from last year's appropriation. The required 50% local match is met through the general fund transfer to StarMetro's operating budget.

**Item 9.05** – Approved the minutes of the June 26, 2013 Regular Commission Meeting.  (*Option 1 as recommended by the Treasurer-Clerk*)

### CITY COMMISSION

### SPECIAL EVENT FEE WAIVER REQUEST
### BREAST CANCER WALK EVENT

**Item 10.01** was Commissioner Ziffer's recommendation to waive $3,879 in Special Event fees for the American Cancer Society *Making Strides Against Breast Cancer* Walk event scheduled for October 20, 2013 at the Southwood Town Center.

The anticipated fees totaled $879 in Parks & Recreation fees and $3,000 in StarMetro fees for the event.

Commissioner Ziffer noted the earlier proclamation in support of Breast Cancer Awareness Month and the *Making Strides* walk event and he expressed support for waiving the fees, as requested by the event organizers.

Commissioner Ziffer **moved to approve a waiver in the amount of $3,879 for the *Making Strides* event,** the motion was seconded by Commissioner Gillum.

Mayor Marks expressed hesitancy to approve the request, noting that the City had a policy governing events, City sponsorships, waivers, etc. and a process by which entities could apply for fee waivers.  Mayor Marks expressed concern that approval of this item would encourage others to appeal directly to the Commission for monetary support in lieu of navigating through the approved process.

Commissioner Ziffer responded and noted that the Springtime Tallahassee parade was not on said approved list and he expressed that previous sentiment was that the list was in need of revision to add those events which were inadvertently omitted.  City Manager Thompson confirmed the list was under review.  Commissioner Ziffer noted the large number of persons expected to participate and he expressed his belief that it was one of the largest fundraising walking related events in town.

Mayor Marks questioned where in the budget the money would be drawn from.

City Manager Thompson noted that some of the costs would be hard costs associated with employee overtime whereas other costs would not result in a direct expense.  A discussion of the costs ensued.  Commissioner Gillum expressed that the Commission did not want to signal a lack of support for the *Making Strides* walk or for breast cancer efforts in general, but he expressed concern for where the funds would be found and with setting precedence for other

DOJ_0001249458

entities to make similar appeals for waivers.  **Commissioner Gillum requested that the City Manager evaluate the** *Making Strides* **event and report back to the Commission with a determination of whether or not the event should be added to the list of approved events.** Commissioner Gillum suggested this approach would consider the request as submitted without deviating from the traditional process.  Commissioner Gillum suggested that the motion on the floor be withdrawn and the matter be tabled.

Commissioner Ziffer responded and noted the seeming lack of support for the motion and he **withdrew his motion**, with the consent of Commissioner Gillum.  Commissioner Maddox expressed his willingness to personally contribute towards the cause.

**Commissioner Miller** concurred with fears of setting precedence and she **recommended that the policy be reexamined and amended to provide fairness and consistency** in response to providing assistance for local events.  Commissioner Miller expressed that she was comfortable with approving a waiver of the Parks & Recreation costs, but she noted the deficit in the StarMetro enterprise fund and she expressed opposition to placing any additional strain on the StarMetro budget.  Commissioner Miller suggested that the policy needed to include specific rules for how and when funding would be granted.

**By consensus, the matter was tabled until the September 25, 2013 Regular Meeting.**  Commissioner Ziffer confirmed that the event organizers needed a definitive answer to their request in the near future.

## INTRODUCTION OF ORDINANCES

Commissioner Maddox responded to the earlier comments made by Dr. Jackson, which he characterized to be completely wrong, not factual, slanderous, and defamatory. Commissioner Maddox indicated he previously represented one of the firms affiliated with Item. 12.01 and he announced for the record, after earlier consultation with the City Attorney, his intent to abstain from voting on said ordinance on September 25th.

**Commissioner Gillum requested that the September 25th agenda item relative to Ordinance No. 13-Z-26 include information and details relative to the original agreement and incentives offered relative to the Floridan project** so that the Commission could weigh all of the information in its totality.

### FLORIDAN DOWNTOWN PHASE 2 REZONING

#### ORDINANCE NO. 13-Z-26

AN ORDINANCE OF THE CITY OF TALLAHASSEE, FLORIDA AMENDING THE FLORIDAN DOWTOWN TALLAHASSEE URBAN PLANNED UNIT DEVELOPMENT CONCEPT PLAN ON THE OFFICIAL ZONING MAP OF THE CITY OF TALLAHASSEE ADOPTED AND ESTABLISHED BY THE CITY COMMISSION; PROVIDING FOR CONFLICTS; PROVIDING FOR SEVERABILITY; AND PROVIDING AN EFFECTIVE DATE.

**Item 12.01** was the introduction of Ordinance No. 13-Z-26, proposed amendment to the Floridan Downtown Tallahassee Urban Planned Unit Development (UPUD) Concept Plan; the

DOJ_0001249459

first and only public hearing was set for September 25, 2013.  (PRZ130013) *(Brought forward by Planning)*

City Attorney Shelley read the title of the ordinance into the record.



*Area map of Floridan Downtown Phase 2 Rezoning*

The Floridan Downtown Tallahassee Urban Planned Unit Development as originally approved by the City Commission on November 21, 2006 (Ordinance No. 06-Z-64).

## ALTERATION OF THE PARKING STANDARDS COMMITTEE

### ORDINANCE NO. 13-O-29

AN ORDINANCE OF THE CITY OF TALLAHASSEE, FLORIDA, AMENDING CHAPTER 10 OF THE TALLAHASSEE LAND DEVELOPMENT CODE DELETING THE PARKING STANDARDS COMMITTEE AND TRANSFERRING ITS RESPONSIBILITIES TO THE GROWTH MANAGEMENT DEPARTMENT DIRECTOR; PROVIDING FOR CONFLICTS, SEVERABILITY, AND AN EFFECTIVE DATE.

**Item 12.02** was the introduction of Ordinance No. 13-O-29, amending Chapter 10 of the Land Development Code to transfer the duties of the Parking Standards Committee to the Growth Management Department Director; the first and only public hearing was set for September 25, 2013.  *(Recommended by the City Attorney)*

City Attorney Shelley read the title of the ordinance into the record.

The Mayor introduced Ordinance Nos. 13-Z-26 and 13-O-29 and set the public hearing dates as stated herein.

DOJ_0001249460

<u>**POLICY FORMATION AND DIRECTION**</u>

**COMPUTER NETWORK INFRASTRUCTURE UPGRADE
CAPITAL IMPROVEMENT PROJECT**

**Item 13.01** was staff's **recommendation to authorize Information Systems Services (ISS) to execute a 5-year lease agreement with Macquarie Equipment Finance, Inc. and purchase from Hayes E-Government Resources, Inc., Enterasys network hardware on state contract 250-000-09-1 in the not to exceed amount of $492,000 per year; to be funded from the ISS recurring Network Upgrade Capital Project.** *(Option 1 as recommended by the Department of Management & Administration/Information Systems Services)*

City Manager Thompson reminded the Commission that it approved funding for Phase 1 of this project during November, 2012 and she indicated that the current request was for the second phase of said project.

Ms. Sabrina Holloman, Director, ISS, and Mr. Terry Baker, Network Administrator, ISS, were present and available to answer the Commission's questions relative to the item, but were not called to speak.

The estimated total cost associated with the 5-year lease agreement is $2.46 million. The lease agreement will be executed between the City of Tallahassee and Macquarie Equipment Finance who will purchase the Enterasys equipment from Hayes E-Government, a minority-owned local business and Enterasys partner, pursuant to the terms of State of Florida Contract No. 250-000-09-1.

Commissioner Miller **moved to approve Option 1**; upon second by Commissioner Gillum, **the vote was unanimous in favor thereof.**

**RFP FOR VISION & DENTAL PLAN SERVICE PROVIDERS**

**Item 13.02 (deleted from the agenda)** was a discussion of awarding contracts to Dental and Vision service providers. (RFP No. 0111-13-VA-TC) *(Brought forward by the Department of Management & Administration/Human Resources).*

Due to a successful bid protest filed by Humana, the incumbent provider, the item was deleted from the agenda.

**REQUEST FOR FUNDING – MARKET STREET SENSE OF PLACE DISTRICT
"MARKET STREET MAYHEM" SPECIAL EVENT**

**Item 13.03** was staff's recommendation **to authorize use of Events and Promotions funds to support the "Paint the Pavement" portion of the Market District Mayhem Event,**

DOJ_0001249461

**scheduled for November 10, 2013** in the Market Square commons.   *(Option 1 as recommended by Planning)*

City Manager Thompson noted that the event organizers amended their request and have asked for an increase in funding from $2,500 to $7,500.   City Manager Thompson indicated $30,000 in funding was previously allocated as part of *Sense of Place* place-making funds to conduct special events & promotions within the Market Street district.   City Manager Thompson explained that the organizers were requesting approval to expend a portion of the allocated funds.

Mr. Earnest McDonald, Senior Planner, Planning Department, conducted a brief PowerPoint presentation regarding the use of pavement paint.   Mr. McDonald indicated the Commission previously approved the Market District Action Plan in October, 2011.   Mr. McDonald explained that the event was being moved up one week from November 9th to November 2nd in order to have the pavement art event completed prior to the larger *Market Mayhem* event.   Upon request from the City Manager, Mr. McDonald indicated the additional $5,000 requested would be for expenses related to the overall *Market Mayhem* event and for items apart from the pavement painting; these other items would include entertainment such as an inflatable bounce house and popcorn stations for young participants, Police security, a disc jockey (DJ) to provide live music, and a radio station to broadcast live from said event.

Commissioner Gillum **moved to approve the request**; the motion was second by Commissioner Ziffer.

Mayor Marks inquired where the pavement painting would be laid.   Mr. McDonald indicated that two intersections would be closed – one near Gilchrist Elementary School at the intersection of Timberland Road and Martin Hurst Road and another at Maclay Boulevard and Market Street – from 6am until 10am.

Commissioner Miller requested confirmation that the Market District merchants' representatives approved the expenditure of the additional $5,000 requested.   Ms. Marina Lickson, proprietor of Honeytree Natural Foods, LLC located at 1415 Timberlane Road in Market Square and the *Mayhem* event organizer, appeared before the Commission.   Ms. Lickson, as a board member of the Market Street Merchants Association, requested approval in the amount of $7,500.   Ms. Lickson indicated the $7,500 requested would be utilized to purchase paint and supplies for the pavement painting event on November 2nd and for the items enumerated by Mr. McDonald for the November 9th *Mayhem* event.   Ms. Lickson expressed that the merchants aimed to make the *Mayhem* event an annual event and that the group wished to have the pavement painting completed earlier in order to showcase it at the larger November 9th P-3 event organized by Premier Health & Fitness Center and the merchants' *Mayhem* event.

Commissioner Miller inquired how long the streets would be closed for the pavement painting exercise and to allow the paint to dry.   Ms. Lickson indicated that a stain would be used in lieu of paint and that the pavement at both locations would be prepared in advance of the event by the City; Ms. Lickson explained that the stain would soak into the pavement and would quickly dry allowing the roadways to be reopened by 10:00am.

Ms. Lickson thanked Mr. McDonald, Ms. Cherie Bryant, Comprehensive Planning Administrator, Planning Department, and Mr. Allen Secreast, Traffic Engineer, Public Works, Sgt. Mark Meadows, Tallahassee Police Department, and Mr. Mario Palmentieri, Special Events Supervisor, Parks & Recreation, for their efforts and assistance in planning said event.

DOJ_0001249462

Commissioner Ziffer noted pavement painting is becoming a national trend and he expressed hopes that the pavement painting would create a new and exciting district.

Commissioner Maddox expressed support for the pavement painting event, but he expressed opposition for using funds for non-concrete, non-infrastructure improvements, such as festivals, and he expressed concern that other clusters of businesses, such as those located on East Lafayette Street, would expect to receive similar funding in order to close City streets and have promotional street festivals near their businesses.  For this reason, Commissioner Maddox indicated he would vote against the request.

Commissioner Miller expressed some agreement with Commissioner Maddox, but she also noted that the funding for Market Street was already approved within the budget as part of the Market Street *Sense of Place* project and that the merchants at said location were aware that only $30,000 was available for events & promotions for the Market Street district. Commissioner Miller agreed that future expenditures should be geared toward substantive, longer-lasting improvements.

Commissioner Gillum expressed support for the events and for the efforts of the Market Square merchants and he commented at length regarding his reasoning for supporting the request.

Commissioner Miller requested confirmation that the City's utility easements in the vicinity of Market Square would be prepared in preparation for the Mayhem event and the upcoming *Go-Pink* event scheduled for October 19, 2013.  City Manager Thompson indicated she was unaware of the October event, but she confirmed staff would perform the necessary preparations for both events.

It was later clarified that the American Heart Walk would be held in Tom Brown Park on September 28, 2013.

Treasurer-Clerk Cooke noted Option 1, as stated in the agenda item, was for approval of $2,500 and he requested confirmation from the Commission that the merchants' request for $7,500 was the intent of the Commission.

**The vote on the motion, in the total amount of $7,500, was as follows:**

**AYE:** Commissioners Marks, Miller, Ziffer, and Gillum
**NAY:** Commissioner Maddox

The motion carried.

Mayor Marks noted that Mr. McDonald was recently employed by the Planning Department.  At the Mayor's request, Ms. Bryant introduced Mr. McDonald, who relocated to Tallahassee from Orlando, Florida.  Mr. McDonald thanked the Commission for welcoming him to the City workforce and he commended the City government for its proactive efforts towards urban design projects throughout the community aimed at implementing the *Sense of Place* initiative.

**Commissioner Miller requested that agenda modifications be made in advance of meetings in cases where dollar amounts or other details deviated from the initial agenda.**

DOJ_0001249463

City Manager Thompson concurred, but clarified that the *Mayhem* request for an additional $5,000 was made just prior to the meeting and that staff was unable to affect the normal Agenda Modification.

Commissioner Ziffer departed the Chambers at 4:50pm and returned at 4:52pm.

## TARGET ISSUE UPDATE

### ECONOMIC DEVELOPMENT

**Item 14.01** - was an Economic Development Target Issue update provided by Mayor Marks regarding the following topics discussed by the Committee at its August 28th meeting:

- Review of proposed Small Business Enterprise (SBE) & Minority Business Enterprise (MBE) contract tracking software; and
- Development of a "futures list" of agenda items to come before the Committee within the next 5 months.

At the Mayor's request, Mr. Michael Parker, Director of Economic Development, indicated that the software for tracking SBE & MBE firms would aid the City in ensuring contractors' and subcontractors' compliance with Federal and City policies related thereto. Mr. Parker indicated an agenda item would be brought before the Commission within the next 3-4 weeks relative to a contract for said software.

## UNAGENDAED BUSINESS/SPEAKERS
(taken out of order)

Mayor Marks inquired if anyone desired to address the Commission and the following persons appeared:

1. Mr. Tom Napier, 2927 Huntington Drive, representing Honor Flight Tallahassee, addressed the Commission and thanked the Commission and Appointed Officials for appropriating funds for the organization's April, 2014 flight to Washington, D.C. Mr. Napier requested that 2 or 3 of the Commissioners consider participating in said event by accompanying the group and escorting a veteran on the journey.

Commissioner Miller indicated that her father recently passed away and she expressed gratitude that her father, with assistance of the Ashville, North Carolina Rotary International, was able to attend the dedication of the World War II Memorial in Washington, D.C in 2004. Commissioner Miller expressed satisfaction that the City of Tallahassee was able to assist Honor Flight and their efforts to support the nation's veterans.

2. Dr. Erwin Jackson, 5002 Glenrose Court, appeared before the Commission and continued to express his opinion regarding Mayor Marks and Commissioner Maddox and their purported relationships with various City vendors or companies seeking favorable action from the City Commission. Dr. Jackson then levied accusations against the *Tallahassee Democrat* and suggested that the

DOJ_0001249464

newspaper was not impartial given that the City pays said newspaper to publish public notices and other advertisements, Editorial Board members have accepted appointments to municipal advisory boards, and the executive editor and Commissioner Maddox organize weekend group walks at places about town. He further suggested that the newspaper could not be independent in its endorsement of certain candidates during election cycles given that candidates pay the *Democrat* for publishing campaign advertisements.

## CITY COMMISSIONER INFORMATION AND SHARING OF IDEAS

Mayor Marks noted that he and other representatives of the Florida League of Cities (FLC) met with federal officials in Washington, D.C. as part of the FLC's Federal Action Strike Team "FAST Fly-In" to discuss issues impacting Florida cities. Mayor Marks expressed that many other national issues, other than the current situation in Syria, were unfolding in Congress - such as discussion of the Marketplace Fairness Act and ending income tax exemptions for interest earned on municipal bonds.

Mayor Marks indicated he has been in communication with Florida Congressman Steve Southerland to express support for the Marketplace Fairness Act which would mandate the collection of sales tax on goods sold via the Internet. Mayor Marks expressed his opinion that collecting sales tax on internet purchases was not a tax increase. Mayor Marks indicated the Act has passed the Senate, but was being blocked by members of the U.S. House of Representatives. Mayor Marks expressed that the House bill was being denied a committee hearing and that efforts were underway to encourage the House to conduct a hearing on the matter.

Mayor Marks expressed that billions of dollars in taxes would be raised by collecting sales tax on Internet sales transactions. He expressed that Florida stood to gain millions by the Act and he indicated he would provide the specific figures for Florida and the City of Tallahassee at a later time. Mayor Marks termed these potential tax revenues as "found money" that would benefit Tallahasseans. To date, Mayor Marks expressed that the source of opposition to the Act originated from online auction house eBay and other "big-box" store retailers.

Mayor Marks indicated he also spoke with Congressman Southerland relative to the Obama administration's federal budget, which included a proposal to eliminate the income tax exemption for municipal bonds. Mayor Marks expressed that such a change would be detrimental to job creation. He explained that many city governments would be unable to find purchasers to buy municipal bonds, which in turn finance large-scale municipal infrastructure projects which stimulate local job creation. However, the Mayor noted that recent information indicated the Obama administration was backing off of this proposal.

Lastly, Mayor Marks noted the 2012 Biggert-Waters Flood Insurance Reform Act would alter the formulas by which federal flood insurance subsidies would be awarded and he expressed that many persons residing in flood-prone areas would face significant increases in their flood insurance premiums. He explained that the federal trust fund which funded the subsidies was in an $18 billion deficit, which took 15 years to accumulate, and that the federal government was attempting to correct this historic problem over a 5-year period. Mayor Marks expressed that in many Southern states increases in flood insurance premiums would disproportionally affect African-Americans, and he indicated his belief that persons living in

DOJ_0001249465

Frenchtown, Bond, and other communities faced flooding conditions during heavy rainfalls. Mayor Marks indicated he has requested Congressman Southerland to support a 1-year delay of the implementation of the Briggert Act in order to permit more time for the federal authorities to reexamine unintended consequences associated with the Act.  Mayor Marks indicated he communicated with Congresswoman Maxine Waters (D-California), the Chairperson for the committee sponsoring the Briggert Act, to request a delay.

The Mayor also indicated that he received an update on the Affordable Care Act *(a/k/a Obamacare)* from staff of the White House Office of Intergovernmental Affairs.  Mayor Marks expressed that the healthcare exchanges would be implemented on October 1, 2013 and that Americans would have the ability to purchase affordable healthcare after that date.

## DISCUSSION OF TALLAHASSEE POLICE DEPARTMENT
## USE OF FORCE IN ARREST OF D.U.I. SUSPECT

Commissioner Gillum requested an update from the City Manager or City Attorney relative to the August 10, 2013 arrest of Ms. Christina West and the videotape of said arrest. For the record, Commissioner Gillum acknowledged the City Charter limitations preventing commissioners from giving orders to or making demands of staff reporting to the City Manager, Attorney, Treasurer-Clerk, or Auditor.  Commissioner Gillum acknowledged that the City Manager and City Attorney may be limited in what they could publicly discuss, but he requested that an explanation of the investigatory process be given.

City Manager Thompson responded and expressed that she and the City Attorney were concerned about the arrest and that they only recently learned of the incident the previous Thursday.  The City Manager expressed that in the days since Sept. 5th, she and the City Attorney have reviewed the video many times and that staff began interviewing those persons who could legally be interviewed at that point in time to determine what occurred during the arrest.  She expressed that by the time she became aware of the situation, Police Chief Jones had already initiated an Internal Affairs (IA) investigation into the matter and that a criminal investigation was also underway by the State Attorney.  City Manager Thompson indicated that a Use of Force report is required to be completed by officers in response to any arrest situation involving the use of force, and she expressed that said document was attached to the IA report. The City Manager indicated she has received assurances from Chief Jones that the IA report would be completed promptly.

The City Manager expressed that once the IA report is complete, the facts and contents of the report will be reviewed and appropriate action would be taken.  The City Manager acknowledged that the videotape of the arrest would lead many persons to harsh conclusions and she expressed that the City was very concerned with this matter.  Consistent with historical practices, the City Manager stressed that the investigation must be completed and that all the facts must be gathered prior to action being taken.  The City Manager assured the Commission that it would be kept well-informed while the process is completed.

City Attorney Shelley indicated that he became aware of the incident late in the evening on September 4th, and that we reviewed the videotape of the arrest at that time and was disturbed by the content thereof.  However, the City Attorney also noted that at that time the video was not yet accessible to the general public {as it was part of an open/active investigation} and that the Police Department was in possession of the video and that a copy was turned over to the prosecuting attorney at the State Attorney's Office.  Since the video was not yet

DOJ_0001249466

accessible to the general public, the City Attorney explained that he transmitted an e-mail to the Commission advising commissioners against watching the videotape.   The City Attorney explained that he was concerned that such activities would be in violation of the Public Records Act since Commissioners would potentially be accessing records not yet accessible to the general public.  The City Attorney assured commissioners that his actions were not an attempt to keep information from the Commission or an attempt to deny access to complete information concerning the actions of the Police Department.

City Attorney Shelley expressed that Commissioners, as the lead policymakers for the City, are permitted full and open access to the actions of the government.  However, he also cautioned that the City must follow the full and designated process while investigating members of the police force and he noted that the Florida Statues contained specific language that must be followed in regards to investigations of law enforcement officers.   The City Attorney explained that one full-time attorney was housed at the Police Department to serve as its legal advisor.  The City Attorney expressed that he was in daily contact with the police legal advisor to ensure that the IA investigation would be completed promptly and that details of the final report, along with any other corresponding documents, would be made available to the general public as soon as possible.

City Attorney Shelley noted that he and the City Manager received a large number of inquiries relative to the incident.

Mayor Marks responded that he has reviewed the videotape and that the arrest was a serious matter and that the conduct of the officers was concerning.   However, Mayor Marks cautioned that all of the facts and evidence were not yet known.  The Mayor expressed to the public that the Commission would obtain a thorough explanation of the events and he expressed that many in the community did not support that actions taken by the officers.  Mayor Marks assured residents that the investigation would be conducted and that an explanation of the events would be made public.

Commissioner Miller noted that she had been out of town due to the death of her father and she expressed that she only recently became aware of the incident and had not yet had the opportunity to review the videotape in its entirety.  Commissioner Miller stated she has spoken with the City Manager, City Attorney, and Assistant City Manager Coe who all expressed great concern with the actions of the police officers.  Commissioner Miller expressed that she would withhold judgment until the IA report was completed and the facts were known; however, she acknowledged that her initial reaction to the portions of the videotape she reviewed were not favorable.   She expressed that, as the sole female Commissioner, women in Tallahassee should not have to travel about town worrying about being treated in a similar manner. Commissioner Miller called for a speedy completion of the IA report and that a discussion relative to the final IA report be held in the very near future.

Commissioner Ziffer noted that he too had received many calls from residents expressing concern with the arrest who called for the Commission to take action. Commissioner Ziffer reiterated that Section 10 of the City Charter prohibited Commissioners from becoming involved in hiring or firing individual employees and that Commissioners were mandated to only interact directly with the four Appointed Officials.   For this reason, Commissioner Ziffer expressed that he has conveyed to the City Manager and City Attorney that this issue be resolved promptly   Furthermore, he noted the Sunshine Act prohibited commissioners from having conversations outside of noticed, open public meetings.  For this reason, he suggested that Commissioner Maddox be designated as the Lead Commissioner

DOJ_0001249467

relative to this matter and that the City Manager present any urgent information to Commissioner Maddox.

Mayor Marks expressed opposition to Commissioner Ziffer's suggestion of a Lead Commissioner for this matter, noting that he was not in favor of being restricted from speaking directly with the Appointed Officials or anyone else who may have pertinent information to convey.  A brief discussion ensued.  Commissioner Maddox expressed that he was not eager to fulfill such a role.

Commissioner Maddox indicated he first became aware of the incident via notification from State Attorney Meggs and that subsequent to watching the videotape, he notified the City Manager, City Attorney, and Assistant City Manager Coe who all had not been made aware of the incident by staff.  Commissioner Maddox underscored that the failure of the Police Department to notify the City Manager and Commissioners of the incident was a significant issue; however, he reiterated that due to the City Charter provisions, this was not a matter that the Commission could remedy.

Commissioner Maddox expressed that he did not wish to rush to judgment and noted his long history of supporting the Police Department and that both his parents and an uncle were police officers, and that his uncle was fatally shot in the line of duty.  However, despite his support for police officers, he expressed that the content of the videotape was disturbing and warranted a prompt investigation.  Furthermore, he noted that staff subsequently transmitted a press release relative to the arrest.  Commissioner Maddox expressed that he disagreed with the content of the news release and he advised the public that the City Commissioners had no input relative to the content of said news release and did not take part in its creation.

Commissioner Maddox stated that two main issues should be addressed by the City Commission: (1) this is not the first incident in recent times involving the Police Department and that the most recent events indicated a systemic problem within the Police Department which have resulted in millions of dollars in liability claims against the City and (2) there is the potential for liability claims in the West case.  If the City were found to be liable, Commissioner Maddox indicated the City Commission, as a body, would be required to vote on the payment of any claims arising out of the matter.  As such, he expressed that Commissioners must be kept well-informed about the matter.  However, he clarified that he had absolutely no interest in being personally involved in conducting an investigation and that such matters should be left to trained experts within the Police Department.  In addition, he expressed that Commissioners should be able to respond to inquiries from the public relative to the arrest, even if Commissioners could say little more than the matter was under internal investigation.

Commissioner Maddox expressed frustration with the City's response to the Rachel Hoffman case, which occurred prior to his return to the City Commission.  Commissioner Maddox expressed that the most recent press release placed the City in an unfavorable position, especially in combination with the suggestion that Commissioners not speak publicly about the matter.  Commissioner Maddox expressed concern that videotape of the arrest was being widely circulated on the Internet, was being reported by the Huffington Post website, and that Commissioners were receiving angry communications from persons as far away as England and Canada.

Commissioner Maddox expressed his opinion that the City's position relative to the incident should be that the City is clearly concerned with the content of the videotape; however,

DOJ_0001249468

the City must wait for the completion of the Internal Affairs investigation and the conclusion of the pending criminal case.

Commissioner Gillum concurred.  Commissioner Gillum expressed that he too was concerned with how information regarding the incident filtered up the chain of command to the Appointed Officials and Commissioners.  Commissioner Gillum agreed that due process must be followed and that the results of the IA investigation and criminal case must be obtained. Commissioner Gillum expressed support for police officers in general, expressing his belief that many officers sought law enforcement careers for the right reasons and perform an incredibly difficult job while protecting the public.  In this instance, Commissioner Gillum expressed his belief that that public's trust was broken relative to the bond between residents and the police force, and that the collective efforts of the Police Department and the actions of the City Commission would be needed to repair the break.

Commissioner Gillum recommended that in any instance where a Use of Force report is completed that the report be routed through the Police Department chain of command prior to the report being transmitted to a higher authority.  Commissioner Gillum indicated that many residents have expressed to him that the conduct recorded in the West arrest was commonplace and that many persons have expressed frustration that only in response to the arrest of a Killearn resident did such conduct make newspaper headlines.  He stated that justice must be uniform and should occur regardless of where a person resides within the city. Although he acknowledged he was not aware of the annual volume of Use of Force reports, Commissioner Gillum reiterated his suggestion that the policy be amended to mandate the Chief of Police review all Use of Force reports prior to said reports being presented to a higher authority such as the State Attorney.

Commissioner Gillum concurred that many residents are unaware of the City Charter prohibitions prohibiting interference and that Commissioners are limited in what they may do in regards to employee matters.  Commissioner Gillum reinforced his position that policy changes were necessary to ensure greater review of the use of force.

Mayor Marks agreed that the Commission must be kept well informed about the status of the ongoing investigations and that the public deserved to have a resolution to this matter. Mayor Marks expressed that it was important for the Commission to receive the full facts of the matter and to have information relative to what actions were necessary to correct any problems that may have occurred.

## BREAK

The meeting recessed at 5:32p.m. and reconvened at 6:12p.m. with Commissioners Marks, Ziffer, Gillum, and Maddox present.  Commissioner Miller was absent.

## PUBLIC HEARING

## FY13 BUDGET AND MILLAGE RATE

**Item 16.01** was a discussion to adopt a tentative millage rate of 3.7000 mills for the City of Tallahassee, adopt a tentative budget, as amended, for the City of Tallahassee including approval of a salary adjustment for general employees of 2.5% on October 1, 2013, adopt a tentative millage rate for the Downtown Improvement Authority of 1.0000 mill, adopt a tentative

DOJ_0001249469

budget for the Downtown Improvement Authority and approve negotiated healthcare rates with Capital Health Plan.  *(Recommended by Department of Management & Administration)*

Commissioner Miller entered the Chambers at 6:15pm.

City Manager Thompson introduced the item and noted this would be the first of two statutory public hearings relative to the adoption of the FY2014 budget.  The City Manager recapped the budget workshop meetings held on June 19 and July 8, 2013 and efforts to increase the gasoline tax by $0.05/gallon.

Mr. Heath Beach, Budget Manager, Office of Policy & Budget, Department of Management & Administration, provided a briefing relative to the changes to the proposed budget that was last presented on July 8th.  Mr. Beach stated that the most significant change related to the General Fund budget as a result of the removal of *all* increased service level increases proposed in the July 8th budget presentation.  Mr. Beach indicated the next significant change was the elimination of the proposed $2 million transfer from the Utilities to the General Fund.  Lastly, he noted that StarMetro identified an additional $1 million in savings from their original FY2014 budget figures.

Mr. Beach indicated the proposed budget was balanced, provided that the Leon County Board of County Commissioners approved the $0.05 increase in the gasoline tax.

Mayor Marks advised the public that the proposed budget was available for review by visiting the City's website, www.talgov.com.

Commissioner Miller inquired if the proposed budget still included plans to budget vacant employee positions at the minimum hire rate of the corresponding pay band.  Mr. Beach confirmed that this approach was still included in the budget.  Commissioner Miller expressed concern with this approach and she confirmed that this restriction would only be applicable to non-senior management positions and would only be in force for one year.  Mr. Beach confirmed that Commissioner Miller's statements were accurate.  Mr. Beach expressed that this approach was chosen as it was deemed preferable to eliminating positions entirely and later attempting to recreate the positions during future budget cycles.

Commissioner Miller expressed that she did not wish for this to become the normal hiring practice for the City.  The City Manager expressed full agreement.

City Attorney Shelley stated that this was the first of two public hearings and he announced that the second public hearing would be held on September 25, 2013.  City Attorney Shelley reviewed the eleven required steps as follows:

1. **City Attorney Shelley read into the record "**the proposed millage rate for FY14 is 3.7000 for the City of Tallahassee and 1.000 for the Downtown Improvement Authority, which is less than the aggregate rolled back rate of 3.7834 by 1.64%."

   City Attorney Shelley presented Resolution No. 13-R-36 to state that the percentage by which the proposed millage rate is below the rolled-back rate.  Resolution No. 13-R-36 will be placed on the September 25, 2013 meeting agenda for review and action.

DOJ_0001249470

2. **Allowed public input on the city's proposed millage.**  In compliance with Florida Statute 200.065, the hearing was advertised per the Truth in Millage (TRIM) notice which was mailed to all property owners by the Leon County Property Appraiser.

3. **Allowed public input on the city's proposed budget and proposed millage rate.**

The following person(s) appeared before the Commission relative to this item:

- Mr. Curtis Baynes, 1323 East Tennessee Street, thanked the Commission for not raising the millage rate.  Mr. Baynes suggested the Commission examine funding of StarMetro and bus shelters.  Mr. Baynes requested that the exact costs of 2.5% employee pay raises be published.   Mr. Baynes suggested the City reexamine its funding of development projects, such as the Cascades Park brew pub/Old Electric Building.  In addition, he suggested that Commissioners rethink police take-home vehicles for officers residing outside of the corporate limits as part of the ongoing negotiations with the police union.

The Mayor asked Mr. Baynes to provide his opinion relative to the recovery of the national economy during the coming months and years.  A lengthy discussion ensued with Mr. Baynes opining that the growth of the economy would remain relatively flat until year 2020.  Mr. Baynes opined that few improvements would be seen until the unemployment rate dropped to 5% or less.  In addition, Mr. Baynes expressed concern that a rise in mortgage interest rates would lead to new housing problems as persons who obtained home equity lines of credit (HELOCs) would have a difficult time paying on these debts once interest rates begin to rise and the rates on credit lines readjusted upwards.

- Ms. Vivian Sharton, 2113 Queenswood Drive, appeared in support of funding for additional staff positions at the Animal Shelter.  Ms. Sharton implored Commissioners to visit the Animal Shelter personally before making a final budget decision relative to eliminating funding for a veterinarian and veterinarian technician position.  Ms. Sharton expressed concern with employee morale at the Animal Shelter.

- Dr. Erwin Jackson, 1341 Jackson Bluff Road, expressed opposition for funding the construction of new student housing complexes.  Dr. Jackson expressed that he was opposed to property tax dollars of existing student rental businesses being used to fund competitors' newly-constructed student housing complexes.  Dr. Jackson expressed his belief that the City should not be in the business of "picking winners and losers" and he expressed opposition to funding the development of hotels, motels, office buildings, or brew pubs.  Dr. Jackson requested that funding of the Cascades Park/Old Electric Building brew pub be halted.

- Ms. Kate MacFall, 2144 Delta Way, President of the Animal Shelter Foundation (ASF), appeared in support of funding for additional staff positions at the Animal Shelter.  Ms. MacFall presented numerous statistics relative to the number of animals the ASF has assisted during the past year.   Ms. MacFall expressed frustration that the original request for 7 positions was reduced to 5, reduced again to 2, and ultimately that all requested positions were eliminated from the FY14 budget.  Ms. MacFall requested that Commissioners consider restoring 1, 2 or several Animal Shelter positions to the budget.

Commissioner Ziffer reminded the public to spay or neuter their pets.  Commissioner Miller thanked the supporters of the Animal Shelter for attending and for their many volunteer hours and donations.

DOJ_0001249471

- Ms. Rhesa Rudolph, 5653 Tortoise Crossing, appeared in support of funding for additional staff positions at the Animal Shelter.

- Ms. Lauren Perlman, 6349 Fitz Lane, Vice President of the Animal Shelter Foundation, appeared in support of restoring the Animal Shelter veterinarian and veterinarian technician positions to the budget. Ms. Perlman expressed that addition of these two position would result in 100% spay/neuter of adoptable animals prior to the animals leaving the facility with their adoptive owners, thereby eliminating any chance of additional unwanted litters. In addition, she expressed that the two positions would also enable same-day adoptions (whereby pets could leave the same day their prospective adopters) and that this would result in overall higher adoption rates as some potential adopters cannot afford the spay/neuter procedure. In addition, she noted the two positions could alleviate problems with adoptability of heartworm-positive animals, noting that many potential adopters cannot afford the $200-$1,000 treatment costs associated with heartworms. Lastly, she requested that the annual budget performance measures for the Animal Shelter be amended to track and measure the live release rate.

- Ms. Christa Hosmer, 1625 Milton Street, member of the Animal Shelter Advisory Board, waived her time to speak but expressed her support for increased funding for the Animal Shelter.

- Ms. Debbie Elert, 10082 Springsink Road, waived her time to speak but expressed her support for increased funding for the Animal Shelter.

- Ms. Lavonia Talbot, 2109 Queenswood Drive, waived her time to speak but expressed her support for increased funding for the Animal Shelter.

Ms. Vivian Sharton requested information concerning the annual budget process. The Mayor and Commissioners gave lengthy comments relative to the 3 community budget workshops and online survey which were conducted earlier in the year.

Commissioner Ziffer noted the recent difficult budget process and the decision to not raise the millage rate. Commissioner Ziffer indicated that, mid-year 2014, he would reexamine the budget in an attempt to increase staffing at the Animal Shelter.

Commissioner Miller commented at length regarding the sustained efforts of Animal Shelter supporters to increase staffing levels at the Shelter and she commended the group for these long-term efforts and expressed to the group that their collective efforts had significant influence on Commissioners' budget decisions. Commissioner Miller reminded the Animal Shelter supporters that 11 StarMetro and 6 police officer positions were also eliminated due to budget constraints.

Ms. Sharton responded with a suggestion that the Commission fund at least one position for the Animal Shelter as a show of support to workers at the Animal Shelter and to signal the Commission's and community's support for the work performed at the Shelter.

There being no additional speakers, the City Attorney closed the public hearing relative to the City of Tallahassee millage rate and proposed budget.

4.  **Allowed public input on the Downtown Improvement Authority's (DIA) proposed millage**. In compliance with Florida Statute 200.065, this hearing has been advertised per the TRIM notice which was mailed to all property owners by the county property appraiser.

DOJ_0001249472

There were no speakers on this item.

5. **Allowed public input on the Downtown Improvement Authority's proposed budget.**

There were no speakers on this item.

Commissioner Maddox departed the Chambers at 7:07pm and returned at 7:09pm.

6. Discussed the City's proposed budget and budget adjustments.

Commissioner Maddox suggested restoring the two Animal Shelter positions and to partially fund the resultant budget increase by reexamining the annual $60,000 long-term power agreement payment being made by the City to the Tallahassee-Leon County Civic Center Authority.   Commissioner Maddox expressed his position that since utility industry deregulation and plans to construct a convention center/hotel failed, coupled with the recent transfer of ownership of the Civic Center to Florida State University warranted cancellation of any future annual payments. **Commissioner Maddox requested that the City Manager and City Attorney review this matter prior to the final budget public hearing.**  If the payments are deemed unnecessary, Commissioner Maddox proposed to utilize said funds to fund the requested positions at the Animal Shelter.

Commissioner Gillum concurred with attempts to restore the two Animal Shelter positions, but he cautioned against any actions that may damage the recent good relations with the FSU administration.  Commissioner Gillum, as the Commission's designated liaison with the universities, advised that FSU was well aware of the annual payments and that 5 years remained on said contract.   Commissioner Gillum seconded Commissioner Maddox's request to restore the two positions, but he requested that the City Manager find alternative funding to fund the two positions.

Mayor Marks agreed that the contractual payment should be reexamined by the City Attorney.   City Attorney Shelley responded that he recently reviewed this issue and determined that the payments were still owed and that the underlying contract was still in force.  However, the City Attorney agreed to reexamine the previous findings.

Commissioner Gillum reiterated his opposition to broaching this issue with Florida State unless it was part of a much broader discussion with the University, and that this issue should not be linked to restoration of the two Animal Shelter positions.

Commissioner Miller expressed support for restoration of the two positions, expressing her belief that funding the two positions would signal that the Commission was attempting to respond to the community's requests and to concerns expressed by Mr. Jack Cory and others.   Commissioner Miller expressed agreement with the comments made by Ms. Perlman relative to same-day adoptions.   Commissioner Miller expressed that the veterinarian and vet. tech. positions were the most critical as they would increase spay & neuter efforts and could treat the sick animals and that the live release rate would be increased by having these two positions.

Commissioner Ziffer inquired about parking meter revenues for new meters installed along Gaines and Madison Streets near the new CollegeTown development.   Mr. Beach and the City Manager responded that potential revenues from said meters were not included in the

DOJ_0001249473

FY14 budget due to uncertainty as to when these meters would be installed and when the revenue stream would commence.  Commissioner Ziffer suggested dedicating parking meter revenues to fund the Animal Shelter in future years versus rolling said funds into the General Fund.

Commissioner Ziffer departed the Chambers.

Commissioner Gillum requested that the StarMetro positions be flagged for further consideration.  Commissioner Gillum expressed that if any additional revenue streams were identified, or if the budget projections improve during the upcoming fiscal year, that the requested StarMetro positions be reexamined.  Commissioner Gillum commended staff for reducing costs and for streamlining the transit system.

Commissioner Ziffer returned to the Chambers.

**By consensus, the Commission supported efforts to restore two new Animal Shelter staff positions to the budget.**

Mayor Marks commented at length regarding the DigiTally and Less-More smartphone applications.  Mayor Marks expressed his support for pursuing *SmartCity* improvements, expressing his belief that these would yield overall long-term savings to residents.

Commissioner Ziffer **moved to approve adjustments to the city's proposed budget as stated herein.**  Commissioner Ziffer initiated a discussion relative to providing funding for the Knight Creative Communities Initiative (KCCI).  Commissioner Ziffer indicated KCCI faced an approximate $25,000 budget shortfall and he expressed hopes the City could provide at least half this amount to fund KCCI's 2014-2015 fiscal year.  Commissioner Miller expressed support for KCCI, noting that said organization was representative of the Peter Kageyama philosophy.  Commissioner Gillum suggested that any end-of-year FY2013 funds be used to fund KCCI versus those funds being transferred to the Contingency Fund. Commissioner Maddox expressed support for funding KCCI.

**By consensus, the Commission supported funding for KCCI.**

Commissioner Ziffer **moved to approve adjustments to the city's proposed budget as stated herein**; upon second by Commissioner Maddox, **the vote on the motion was unanimous in favor thereof.**

<u>RESOLUTION NO. 13-R-36</u>

A RESOLUTION STATING THE MILLAGE RATE TO BE LEVIED FOR FISCAL YEAR BEGINNING OCTOBER 1, 2013, AND SETTING THE PERCENTAGE BY WHICH THE MILLAGE RATE TO BE LEVIED IS LESS THAN THE ROLLED-BACK RATE.

7.  Commissioner Ziffer **moved to approve the City's tentative millage rate of 3.7000 mills and publicly announced** "the proposed aggregate millage rate is less than the rolled back rate by 1.64%."

DOJ_0001249474

If the commission should decide to amend and recompute the tentative millage rate, Florida Statute 200.065(2)(c) requires that the Commission publicly state the city's amended tentative millage rate and the percentage increase above the rolled-back rate, and offset the cost of notifying property owners of the change.

Upon second by Commissioner Miller, **the vote was unanimous in favor thereof.**

8. Commissioner Ziffer **moved to approve the City's tentative budget, as amended;** upon second by Commissioner Miller, **the vote was unanimous in favor thereof.**

9. Commissioner Miller **moved to approve the Downtown Improvement Authority's tentative millage rate of 1.000 mill;** upon second by Commissioner Gillum, **the vote was unanimous in favor thereof.**

10. Commissioner Ziffer **moved to approve the Downtown Improvement Authority's tentative budget;** upon second by Commissioner Gillum, **the vote was unanimous in favor thereof.**

11. **Introduced Appropriation Ordinance No. 13-O-28 and set the final budget public hearing for September 25, 2013.**

<u>ORDINANCE No. 13-O-28</u>

AN ORDINANCE MAKING APPROPRIATIONS FOR THE EXPENDITURES AND OBLIGATIONS OF THE CITY OF TALLAHASSEE FOR THE FISCAL YEAR BEGINNING OCTOBER 1, 2013, AND ENDING SEPTEMBER 30, 2014, DESIGNATING THE SOURCES OF REVENUE AND SAID APPROPRIATIONS; AND PROVIDING AN EFFECTIVE DATE.

City Attorney Shelley read the title of the ordinance into the record.

City Attorney Shelley announced that contingent upon Commission action, the ordinance and required budget summary advertisement would be adjusted accordingly for all issues resolved as part of this item, as well as items approved herein that may affect the FY14 budget.

Mayor Marks introduced said ordinance and set the public hearing date as stated herein.

## APPROVAL OF FY14 HEALTHCARE RATES

Mr. Beach requested Commission approval, by separate motion and vote, of staff's recommendations relative to healthcare costs for FY14. Staff's recommendation was to approve the healthcare rates negotiated with Capital Health Plan as follows:

| Active Employee | Monthly Employee Cost | Monthly City Cost | Monthly Total | % Employee | % City | Bi-weekly Employee Cost |
|---|---|---|---|---|---|---|
| Employee Only | $ 102.72 | $ 410.88 | $ 513.60 | 20% | 80% | $ 51.36 |
| Employee + 1 | 282.04 | 762.60 | 1,044.64 | 27% | 73% | 141.02 |
| Family Coverage | 524.52 | 893.18 | 1,417.70 | 37% | 63% | 262.26 |

DOJ_0001249475

- Healthcare rates were adjusted to reflect a 50/50 split of the FY14 increase between the City and the employee to maintain the overall 70% City / 30% employee cost sharing.

- Negotiations with providers for new healthcare rates resulted in an increase in healthcare costs of 6.54%.  The rate schedule above represents the adjusted increase over the healthcare costs for 2013 and also takes into account the change in subsidy percentage.

Commissioner Ziffer **moved to approve staff's recommendation relative to FY14 healthcare rates;** upon second by Commissioner Gillum, **the vote was unanimous in favor thereof.**

In reference to healthcare rates, Commissioner Miller inquired if staff were still evaluating implementation of a prohibition on hiring persons who use tobacco products.  City Manager Thompson indicated staff were still researching the issue and would be preparing an agenda item to be presented to the Financial Viability of the Government Target Issue Committee (FVOGTIC) during October, 2013.

## <u>ADJOURNMENT</u>

There being no further business to discuss, the meeting adjourned at 7:24p.m.


_____
JAMES O. COOKE, IV
City Treasurer-Clerk

DOJ_0001249476

*United States v. Burnette*, 18-CR-0076

Government's Exhibit 92(d)

Transcript of Government's Exhibit 92(c)

September 11, 2013

**GOVERNMENT
EXHIBIT
92(d)**

Gov. Ex. 92(d)

MARKS:              Oh, citizen input?

MALE SPEAKER:       We have one speaker on agendaed items, Mayor.  Erwin Jackson on Item
                    12.01, which is an Introduction of Ordinance.

MARKS:              12.01, Introduction of Ordinance.

JACKSON:            Dr. Erwin Jackson.  Last week, we learned that Scott Maddox doesn't know
                    where he lives.  This week, we learned he can't remember the business
                    interests he represents.

                    When is this commission going to stand up against self-serving
                    commissioners?  A vote for Item 12.01 is a vote to reward Scott Maddox
                    handsomely for representing McKibbon Hotel Group.  It doesn't matter if
                    Scott represents MHG personally; through his law firm; his lobbying firm,
                    Governance; his business partners; or Gary Yordon.  It's simply wrong.

                    Some members of commission looked the other way when voting for
                    deferred comp.  You kept quiet when Mr. Marks was getting rich from city
                    contractors Honeywell and ADE.  Tonight, I ask you vote for the public's
                    interest for a change, not the interests of Maddox, Yordon, and Governance.

                    Scott will say he has no interest in Governance, a business that he started, the
                    business that "owns" his home "office" and where he receives his paycheck.
                    Scott openly takes money from city contractors Waste Pro and Ajax
                    Construction, and these obvious conflicts are ignored.  Scott gets paid well
                    from city contractors when he jumps into the mud of dishonesty and greed.

                    How bad does this deal really smell?  Gary Yordon, Scott's business partner,
                    has been meeting with city staff and MHG staff and City Hall regularly.
                    Mr. Yordon didn't bother representing -- or registering himself as a lobbyist.

                    After several complaints to city officials, he resulted in Mr. Yordon paying a
                    $25 amount on August 20, 2013, to register.  Unfortunately, Mr. Yordon did
                    not register Governance as a lobbying firm but chose to register a defunct
                    "Zachary Group" that has not been licensed to work in the State of Florida for
                    years.

                    Why would Mr. Yordon register this bogus company and not Governance?
                    Registering Governance would clearly expose the conflict Scott has with
                    MHG.  Scott continues to hide his relationship with MHG when he removed
                    himself from the dais a few weeks ago during a discussion with MHG and,
                    thus, did not disclose his conflict.  Let's watch and see what he'll do tonight in
                    order to continue this cover-up.

2

Gov. Ex. 92(d)

Commissioners Gillum, Miller, and Ziffer, it only takes three votes to clean up this cesspool in City Hall.  You don't need Maddox and Mr. Marks.  There are a parts of this -- they are part of the corruption from the past.  It's time a new, honest, and ethical beginning for City Hall.

Thank you very much.  I'll certainly address any questions.

I noticed Mr. Yordon is behind us.  You might have a few questions for him, too.

Thank you so much.

*  *  *  *  *  *  *  *

3