# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 4:18-cr-00076-RH

JOHN THOMAS BURNETTE,

    Defendant.

_____/

## VERDICT

We the jury unanimously return the following verdict:

1. On count 1, conspiracy to engage in racketeering activity, we find the defendant John Thomas Burnette

    GUILTY _____    NOT GUILTY __X__

2. On count 2, actual or attempted interference with commerce by extortion, we find the defendant John Thomas Burnette

    GUILTY __X__    NOT GUILTY _____

FILED IN OPEN COURT ON
8/13/21  cm
United States District Court
Northern District of Florida

Case No. 4:18cr00076-RH

3. On count 3, honest services mail fraud on November 16, 2016, we find the defendant John Thomas Burnette

   GUILTY _____   NOT GUILTY __X__

4. On count 4, honest services mail fraud on December 18, 2016, we find the defendant John Thomas Burnette

   GUILTY _____   NOT GUILTY __X__

5. On count 5, honest services mail fraud on January 23, 2017, we find the defendant John Thomas Burnette

   GUILTY __X__   NOT GUILTY _____

6. On count 6, honest services mail fraud February 22, 2017, we find the defendant John Thomas Burnette

   GUILTY __X__   NOT GUILTY _____

7. On count 7, using a facility of interstate commerce to facilitate unlawful activity on October 19, 2016, we find the defendant John Thomas Burnette

   GUILTY _____   NOT GUILTY __X__

Case No. 4:18cr00076-RH

8. On count 8, using a facility of interstate commerce to facilitate unlawful activity on October 24, 2016, we find the defendant John Thomas Burnette

    GUILTY __X__    NOT GUILTY _____

9. On count 9, making false statements, we find the defendant John Thomas Burnette

    GUILTY __X__    NOT GUILTY _____

SO SAY WE ALL on August __13__, 2021, in Tallahassee, Florida.



Foreperson

Case No. 4:18cr00076-RH