# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 4:18cr76-RH/EMT

JOHN THOMAS BURNETTE,

    Defendant.

_____/

## UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR JUDGMENT OF ACQUITTAL

1. The United States hereby moves this court to extend the time for the government to file its opposition to the defendant's Renewed Motion for Judgment of Acquittal (ECF No. 483).

2. On September 13, 2021, the defendant filed a motion for acquittal after being granted an extension to file such motion by this Court after trial. Pursuant to the local rules, the government's opposition is due on September 27, 2021.

3. The government seeks additional time to respond to the defendant's motion, to October 18, 2021, but not past the defendant's currently set sentencing date of October 28, 2021.

4. Counsel for the defendant do not object to this Motion.

                Respectfully submitted on September 22, 2021,

| | |
|---|---|
| JASON R. COODY<br>United States Attorney<br><br>/s/ Stephen M. Kunz<br>STEPHEN M. KUNZ<br>ANDREW J. GROGAN<br>Assistant United States Attorney<br>Florida Bar No. 322415<br>Florida Bar No. 85932<br>111 North Adams St., 4th Floor<br>Tallahassee, FL 32301<br>(850) 942-8430<br>stephen.kunz@usdoj.gov<br>andrew.grogan@usdoj.gov | COREY R. AMUNDSON<br>Chief<br>Public Integrity Section<br><br>/s/ Peter M. Nothstein<br>PETER M. NOTHSTEIN<br>Deputy Chief<br>ROSALEEN T. O'GARA<br>Trial Attorney<br>Maryland Bar No. 0512140322<br>Arizona Bar No. 029512<br>Public Integrity Section<br>Criminal Division<br>1331 F Street NW<br>Washington, D.C. 20005<br>(202) 514-2401<br>(202) 616-2464<br>rosaleen.o'gara2@usdoj.gov<br>peter.nothstein@usdoj.gov |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion has been filed via the CM/ECF filing system on this 22nd day of September 2021, and thereby has been provided to counsel for defendant Burnette.

/s/ Peter M. Nothstein
Peter N. Nothstein
Deputy Chief

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that counsel for defendant Burnette has indicated that he does not object to this Motion.

/s/ Peter M. Nothstein
Peter N. Nothstein
Deputy Chief

## LOCAL RULE 7.1(F) CERTIFICATE

I HEREBY CERTIFY that, in accordance with NDFL Local Rule 7.1(F), this motion does not exceed 8,000 words.

/s/Peter M. Nothstein
Peter M. Nothstein
Deputy Chief