IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                              4:18CR76-RH

JOHN THOMAS BURNETTE.
_____/

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING HEARING**

Defendant John Thomas Burnette ("Burnette"), pursuant to N.D. Fla. Loc. R. 6.1, hereby moves unopposed to continue the October 28, 2021 sentencing hearing to the week of November 8, 2021, and in support states:

1. On August 13, 2021, this Court set Burnette's sentencing hearing for October 28, 2021.

2. Burnette's counsel, Tim Jansen ("Jansen"), currently has a trial scheduled before Chief Judge Mark Walker in *United States v. Jimmy Lee Highsmith*, Case Number 4:21CR8-MW, on October 25, 2021 (the "Highsmith Trial").

3. The Highsmith Trial is expected to last several days through and including October 28, 2021.

4. Jansen contacted Assistant United States Attorney David Goldberg ("Goldberg") to request a continuance of the Hightower Trial; however, the Government opposes a continuance in that case.

5. Instead of agreeing to continue the Hightower Trial, Goldberg indicated that he spoke to Peter Nothstein, the lead prosecutor in the Burnette case, about continuing Burnette's sentencing hearing.

6. In addition to Jansen's conflict, Burnette's counsel, Greg Kehoe, has a recently scheduled hearing on an international matter at The Hague on October 29, 2021, that also conflicts with the October 28, 2021 sentencing date due to the required travel.

7. On September 20, 2021, the Government sent correspondence agreeing to a continuance of Burnette's sentencing hearing to the week of November 8, 2021.

**WHEREFORE**, Defendant, John Thomas Burnette, respectfully requests that this Court continue Burnette's October 28, 2021 sentencing hearing to any date and time that is convenient for the Court during the week of November 8, 2021.

Dated:  September 22, 2021        Respectfully submitted,

/s/ Gregory W. Kehoe
Gregory W. Kehoe

Florida Bar No. 0486140
kehoeg@gtlaw.com
Jordan L. Behlman
Florida Bar No. 111359
behlmanj@gtlaw.com
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

R. Timothy Jansen
Florida Bar No. 0691208
jansen@jansenanddavis.com
Jansen & Davis, P.A.
125 N Franklin Blvd.
Tallahassee, FL 32301
Telephone: (850) 224-1440
Facsimile: (850) 224-0381

Adam Komisar
Florida Bar No. 86047
adam@komisarspicola.com
PO Box 664
Tallahassee, FL  32302
Telephone: (850) 591-7466
Facsimile: (850) 320-6592

Michael Ufferman
Florida Bar No. 114227
ufferman@uffermanlaw.com
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, FL  32308
Telephone:  (850) 368-2345
Facsimile: (850) 224-2340

Counsel for Defendant John Thomas Burnette

## CERTIFICATE OF CONFERENCE

In accordance with the local rules, the undersigned conferred with counsel for the United States of America regarding the relief sought in this motion. The United States of America does not object to the relief sought in this motion.

/s/ Gregory W. Kehoe
Attorney

## LOCAL RULE 7.1(F) CERTIFICATE

I certify that this paper contains 261 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

/s/ Gregory W. Kehoe
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of September, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gregory W. Kehoe
Attorney