IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 4:18cr76-RH-EMT

JOHN THOMAS BURNETTE.

      Defendant.

_____/

**ORDER GIVING NOTICE OF A POSSIBLE
ADDITIONAL BASIS FOR A GUIDELINE
ENHANCEMENT FOR OBSTRUCTION**

The presentence report concludes the offense level should be increased for obstruction of justice under United States Sentencing Guidelines Manual § 3C1.1. The report focuses on the false statements that were the subject of the conviction on count nine. This may be sufficient, without more, to require the increase. *See* U.S. Sentencing Guidelines Manual § 3C1.1 cmt. n.8 (2018); *see also United States v. Truss*, 723 F. App'x 660, 669 (11th Cir. 2018) ("[T]he Sentencing Commission clearly intended the enhancement to apply in [defendant's] case because his conviction for obstruction of justice was for obstructing the investigation of the conduct underlying his various fraud convictions.")

This order gives notice that an additional, alternative basis for an increase under § 3C1.1 will be considered: the defendant's trial testimony, including but not limited to false denial of guilt, false testimony about the $100,000 payment related to the McKibbon Hotel Group project, false testimony about the reasons for the defendant's statements to undercover agents, false testimony about the defendant's knowledge and approval of the $10,000 payments from undercover agents and the purpose of the payments, and false testimony about the false statements that were the subject of the conviction on count nine.

SO ORDERED on November 4, 2021.

s/Robert L. Hinkle  
United States District Judge