## United States District Court
### CRIMINAL MINUTES - SENTENCING

Case No. 4:18cr76-RH                                      Date:  November 9, 2021
                                                          Time: 1:00 p.m. – 3:43 p.m.

___

PROCEEDINGS:  Sentencing Hearing Held.  Defendant is sentenced to 36 months BOP on Counts 2, 5, 6, 8 and 9, to run concurrently.  A term of Supervised Release of 1 year is imposed.  SMA $500.00.  $1,250,000 fine imposed.  Restitution in the amount of $20,000 jointly and severally with co-defendants.  Defense to file written motion for release pending appeal by 11/12/2021.  Government has 3 weeks to file response

___

PRESENT:     **ROBERT L HINKLE, U.S. DISTRICT JUDGE**

Deputy Clerk: Angie Maxwell
Court Reporter: Judy Gagnon
Probation: April McCommon
Asst. U.S. Attorneys: Peter Nothstein, Rosaleen O'Gara, Stephen Kunz, Andrew Grogan,

___

U.S.A v. (3) JOHN THOMAS BURNETTE
☒ present    ☐ custody    ☒ O/R

ATTORNEYS FOR DEFENDANT:
Gregory Kehoe, Timothy Jansen, Amy Saharia, Adam Komisar, Jordan Behlman,
☒ present    ☐ apptd.    ☒ retained

___

☒     DFT has read the PSR report and has discussed it with attorney

☒     Objections were made to the PSR

☐     Notice of Enhancement filed     ☐ Court questions DFT about prior conviction

☐     Report & Recommendation of U.S. Magistrate Judge is Accepted    ☐ Court Accepts Guilty Plea

☒     DEFENDANT ADJUDICATED GUILTY OF COUNTS 2, 5, 6, 8, 9; SENTENCE IMPOSED:

☒     REMANDED to custody of Bureau of Prisons:
       on count(s)    2, 5, 6, 8, 9  imprisonment for a term of  36 months
                      _____   imprisonment for a term of _____
       with sentences to run ☒ concurrently or ☐ consecutively

☒     SUPERVISED RELEASE upon completion of term of imprisonment for a period of 1 year
       ☐ Home Detention of _____ months with Electronic Monitoring

☒     FINE PAYMENT:   ☐ Fine waived;  ☒ Fine of $ 1,250,000 ;  ☒ SMA OF $500.00  due immediately

☒ RESTITUTION:  DFT is liable for restitution of:
$20,000.00 jointly and severally with co-defendants

☐ FORFEITURE:  ☐ No forfeiture order  ☐ DFT to forfeit assets identified in the order

☒ CUSTODY STATUS:
☐ DFT committed to the custody of the U.S. Department of Justice.
☒ DFT to designated institution at his own expense no later than 2:00 p.m. on 1/9/2022

☒ ADDITIONAL RECOMMENDATIONS:
☐ Substance Abuse Treatment while in the custody of BOP
☐ Designation near Pensacola, Florida

☒ SPECIAL CONDITIONS OR MODIFICATIONS (as outlined in PSR):
☒ DFT shall submit to: ☒ testing for the use of drugs or alcohol
 ☐ Substance abuse treatment as may be directed by U.S. Probation Officer
 ☐ Mental Health treatment if deemed necessary by U.S. Probation Officer
☐ DFT shall provide requested financial information to U.S. Probation Officer
☐ DFT shall make any unpaid restitution on a payment schedule to be determined by U.S. Probation Officer
☐ DFT shall provide U.S. Probation Officer with access to all requested financial information and report the source and amount of income and financial assets as directed
☒ DFT shall not transfer or dispose of any asset without prior approval of supervising probation officer unless DFT has satisfied his financial obligations
☐ DFT shall cooperate with IRS and file all required income tax documentation
☐ DFT shall not incur new credit charges or open additional lines of credit without approval of U.S. Probation Officer unless DFT has satisfied his financial obligations
☐ DFT shall notify U.S. Probation Officer ten days prior to any change of residence or employment
☐ DFT shall cooperate with U.S. Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
☐ DFT must submit to search by U.S. Probation Officer

☐ ADDITIONAL TERMS:

☐ Remaining counts are dismissed on government motion

☒ Court informs DFT of right to appeal
☐ DFT requests that the Clerk of Court file a Notice of Appeal on his behalf


PROCEEDINGS:

1:00  Court in session
      Court reviews sentencing guidelines
      Court addresses objections to PSR
1:06  Argument by Defense (Kehoe)
1:06  Argument by Government (Nothstein)

| Time | Event |
|---|---|
| 1:13 | Argument by Defense (Kehoe) |
| 1:15 | Ruling by Court:  Guideline range is 41-51 months |
| 1:34 | Statement to Court by Defense (Jansen) |
| 1:55 | Statement to Court by Brian Rich |
| 2:03 | Statement to Court by Zachary Zelner |
| 2:08 | Statement to Court by Deondrae Stephens |
| 2:12 | Statement to Court by Kim Rivers |
| 2:19 | Statement to Court by Defendant John Thomas Burnette |
| 2:23 | Statement to Court by Government (Nothstein) |
| 2:32 | Rebuttal by Defense (Jansen) |
| 2:38 | Court addresses parties and Motion for Judgment of Acquittal |
| 3:00 | Court states sentence that will be imposed with reasoning |
| 3:03 | Ruling by Court: Defendant is sentenced to 36 months BOP on Counts 2, 5, 6, 8, and 9, to run concurrently.  A term of Supervised Release of 1 year is imposed.  SMA $500.00.  $1,250,000 fine imposed.  Restitution of $20,000, tly and severally with co-defendants.  SMA, Fine, and Restitution to be paid immediately. |
| 3:13 | Motion by Defense for Release Pending Appeal (Saharia) |
| 3:30 | Argument by Government (Nothstein) |
| 3:40 | Defense to file written motion for release pending appeal by 11/12/2021.  Government has 3 weeks to file response. |
| 3:41 | Court advised defendant of his right to file notice of appeal |
| 3:43 | Court adjourned |