IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          4:18CR76-RH

JOHN THOMAS BURNETTE.

_____/

## NOTICE OF APPEAL

Notice is given that Defendant John Thomas Burnette hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment of the district court entered in this action on November 12, 2021 ("Judgment") (ECF No. 514); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Dated:  November 12, 2021              Respectfully submitted,

/s/ Gregory W. Kehoe_____
Gregory W. Kehoe
Florida Bar No. 0486140
kehoeg@gtlaw.com
Jordan L. Behlman
Florida Bar No. 111359
behlmanj@gtlaw.com

Kayli D. Smendec
Florida Bar No. 1018202
smendeck@gtlaw.com
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

R. Timothy Jansen
Florida Bar No. 0691208
jansen@jansenanddavis.com
Jansen & Davis, P.A.
125 N Franklin Blvd.
Tallahassee, FL 32301
Telephone: (850) 224-1440
Facsimile: (850) 224-0381

Adam Komisar
Florida Bar No. 86047
adam@komisarspicola.com
PO Box 664
Tallahassee, FL  32302
Telephone: (850) 591-7466
Facsimile: (850) 320-6592

Amy Mason Saharia (pro hac vice)
asaharia@wc.com
Williams & Connolly LLP
725 Twelfth Street N.W.
Washington, DC 20005
Telephone: (202) 434-5900
Facsimile: (202) 434-5029

Michael Ufferman
Florida Bar No. 114227
ufferman@uffermanlaw.com
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, FL  32308

Telephone:  (850) 368-2345
Facsimile: (850) 224-2340

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 12, 2021, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a

notice of electronic filing to all counsel of record.

<u>/s/ Gregory W. Kehoe</u>
Attorney