# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:18cr76-RH-EMT

JOHN THOMAS BURNETTE,

    Defendant.

_____/

## ORDER ON DEADLINE TO RESPOND TO THE
## MOTION FOR RELEASE PENDING APPEAL

The defendant has moved for release pending appeal. A ruling on the motion will not be made until the government responds. The response is due on November 30, 2021.

SO ORDERED on November 16, 2021.

                        s/Robert L. Hinkle
                        United States District Judge