# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.                    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: United States _____ vs Burnette _____

District Court No.: 4:18-cr-00076-RH-EMT-3 ___ Date Notice of Appeal Filed: 11/12/2021 ___ Court of Appeals No.: 21-13990 ___

(If Available)

CHOOSE ONE:   ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | All pre-trial proceedings (see Appendix A) | | |
| ☒ Trial | All trial proceedings (see Appendix A) | | |
| ☒ Sentence | 11/9/2021 // Judge Hinkle // Judy Gagnon | | |
| ☐ Plea | | | |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☒   I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐   CRIMINAL JUSTICE ACT.  My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:   Amy Mason Saharia / John Thomas Burnette _____

Name of Firm:   Williams & Connolly LLP _____

Address:   725 12th ST NW Washington, D.C. 20005 _____

E-mail:   asaharia@wc.com _____ Phone No.: 202-434-5847 _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 11/26/2021 ___ SIGNED: /s/ Amy Mason Saharia _____ Attorney for: John Thomas Burnette ____

## PART II.                    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt.  The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: 12/1/2021 _____

X ☐   Satisfactory arrangements for paying the cost of the transcript were completed on: 12/1/2021 ____

☐   Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: 1 ___ Estimated no. of transcript pages: 13 ___ Estimated filing date: 12/7/2021 ___

DATE: 12/17/2021 ___ SIGNED: /s/ Megan A. Hague ___ Phone No.: 850-443-9797 ____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript. _____

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court.  The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): 12/5/2021 ___

Actual No. of Volumes and Hearing Dates: 1, 3/17/2020 ____

Date: 12/17/2021 _____ Signature of Court Reporter: /s/ Megan A. Hague ____

Rev. 12/17

## ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM
## APPENDIX A

### Pre-Trial Proceedings

| Hearing Date(s) | Judge/Magistrate | Court Reporter | ECF No. | Notes |
|---|---|---|---|---|
| 5/9/2019 | Judge Stampelos | DCR TLH | | Initial Appearance and Arraignment |
| 5/21/2019 | Judge Hinkle | Megan Hague | 117 | Status Conference and Motions Hearing |
| 8/6/2019 | Judge Hinkle | Judy Gagnon | | Status Conference and Motions Hearing |
| 10/11/2019 | Judge Hinkle | Judy Gagnon | 176 | Status Conference and Motions Hearing (excerpt) |
| 10/11/2019 | Judge Hinkle | Judy Gagnon | | Remaining portions of Status Conference and Motions Hearing |
| 12/19/2019 | Judge Hinkle | Lisa Snyder | 203 | Status Conference and Motions Hearings |
| 3/17/2020 | Judge Hinkle | Megan Hague | | Status Conference |
| 4/22/2020 | Judge Hinkle | Megan Hague | 234 | Status Conference and Motions Hearing |
| 6/1/2020 | Judge Hinkle | Lisa Snyder | 266 | Status Conference and Motions Hearing |
| 7/29/2020 | Judge Hinkle | Lisa Snyder | 276 | Status Conference |
| 9/3/2020 | Judge Hinkle | Lisa Snyder | 297 | Status Conference |
| 11/5/2020 | Judge Hinkle | Lisa Snyder | | Status Conference |
| 3/10/2021 | Judge Hinkle | Lisa Snyder | 331 | Status Conference |
| 6/24/2021 | Judge Hinkle | Judy Gagnon | | Case Management Conference and Motions Hearing |

### Trial

| Hearing Date(s) | Judge/Magistrate | Court Reporter | ECF No. | Notes |
|---|---|---|---|---|
| 7/12/2021 | Judge Hinkle | Judy Gagnon | 449 | Trial Day 1 |
| 7/12/2021 | Judge Hinkle | Judy Gagnon | 503 | Trial Day 1 jury-related proceedings |
| 7/13/2021 | Judge Hinkle | Judy Gagnon | 450 | Trial Day 2 |
| 7/14/2021 | Judge Hinkle | Judy Gagnon | 451 | Trial Day 3 |
| 7/14/2021 | Judge Hinkle | Judy Gagnon | 452 | Sealed Trial Day 3 proceedings |
| 7/15/2021 | Judge Hinkle | Judy Gagnon | 453 | Trial Day 4 |
| 7/16/2021 | Judge Hinkle | Judy Gagnon | 454 | Trial Day 5 |
| 7/19/2021 | Judge Hinkle | Judy Gagnon | 455 | Telephone Conference |
| 7/20/2021 | Judge Hinkle | Judy Gagnon | 456 | Trial Day 6 |
| 7/21/2021 | Judge Hinkle | Judy Gagnon | 457 | Trial Day 7 |

## Trial (cont.)

| Hearing Date(s) | Judge/Magistrate | Court Reporter | ECF No. | Notes |
|---|---|---|---|---|
| 7/21/2021 | Judge Hinkle | Judy Gagnon | 458 | Trial Day 7 (Unredacted) |
| 7/22/2021 | Judge Hinkle | Judy Gagnon | 459 | Trial Day 8 |
| 7/23/2021 | Judge Hinkle | Judy Gagnon | 460 | Trial Day 9 |
| 7/26/2021 | Judge Hinkle | Judy Gagnon | 461 | Trial Day 10 |
| 7/27/2021 | Judge Hinkle | Judy Gagnon | 462 | Trial Day 11 |
| 7/28/2021 | Judge Hinkle | Judy Gagnon | 463 | Trial Day 12 |
| 8/5/2021 | Judge Hinkle | Lisa Snyder | | Sealed Proceedings |
| 8/9/2021 | Judge Hinkle | Judy Gagnon | 464 | Trial Day 13 |
| 8/10/2021 | Judge Hinkle | Judy Gagnon | 465 | Trial Day 14 |
| 8/11/2021 | Judge Hinkle | Judy Gagnon | 466 | Trial Day 15 |
| 8/12/2021 | Judge Hinkle | Judy Gagnon | 467 | Trial Day 16 |
| 8/13/2021 | Judge Hinkle | Judy Gagnon | 468 | Trial Day 17 |

## Sentence

| Hearing Date(s) | Judge/Magistrate | Court Reporter | ECF No. | Notes |
|---|---|---|---|---|
| 11/9/2021 | Judge Hinkle | Judy Gagnon | | Sentencing |